UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| BUCKS COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 2:23-cv-00982-MHW-KAJ |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | Judge Michael H. Watson |
| vs. | ) ) | Magistrate Judge Kimberly A. Jolson |
| NORFOLK SOUTHERN CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) ) ) | |

DECLARATION OF ASHLEY M. PRICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
ASHLEY M. PRICE (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
aprice@rgrdlaw.com

4868-6401-5977.v1

- 1 -

I, Ashley M. Price, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* before this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for plaintiff Bucks County Employees Retirement System in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached is a true and correct copy of the following exhibit:

Exhibit 1:     Excerpts from Norfolk Southern' s 2022 Annual Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of June, 2023, at San Diego, California.

> s/ Ashley M. Price
> _____
> ASHLEY M. PRICE

- 1 -

4868-6401-5977.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on June 9, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Joseph F. Murray
JOSEPH F. MURRAY

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)

Email:  murray@mmmb.com

4868-6401-5977.v1

## Mailing Information for a Case 2:23-cv-00982-MHW-KAJ Bucks County Employees Retirement System v. Norfolk Southern Corporation et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael G. Bongiorno**
  Michael.Bongiorno@wilmerhale.com

- **Jason C Davis**
  jdavis@rgrdlaw.com,aprice@rgrdlaw.com,jgephart@rgrdlaw.com

- **R Leland Evans**
  revans@dmclaw.com,rsilk@dmclaw.com,mkelley@dmclaw.com,ckrueper@dmclaw.com,mkleinman@dmclaw.com

- **George H Faulkner**
  faulkner@fhplaw.com,rosa@fhplaw.com

- **Scott Alan Fenton**
  sfenton@dmclaw.com,bguess@dmclaw.com

- **Jack Abbey Gephart**
  jgephart@rgrdlaw.com

- **Tamar Batya Kaplan-Marans**
  Tamar.Kaplan-Marans@wilmerhale.com

- **Mark David Landes**
  mlandes@isaacwiles.com,jslusser@isaacwiles.com,cbittner@isaacwiles.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com,stephaniec@rgrdlaw.com,creis@ecf.courtdrive.com,tiffany@ecf.courtdrive.com,murray@ecf.courtdrive.com,BCochran@r

- **Ashley Marlene Price**
  aprice@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)