# EXHIBIT 1



# 2022 ANNUAL REPORT

## Customer-Centric | Operations-Driven

**Information About Our Executive Officers**

Our executive officers generally are elected and designated annually by the Board of Directors (Board) at its first meeting held after the annual meeting of stockholders, and they hold office until their successors are elected. Executive officers also may be elected and designated throughout the year as the Board considers appropriate. There are no family relationships among our officers, nor any arrangement or understanding between any officer and any other person pursuant to which the officer was selected.  The following table sets forth certain information, at February 1, 2023, relating to our officers.

| Name, Age, Present Position | Business Experience During Past Five Years |
| --- | --- |
| Alan H. Shaw, 55, President and Chief Executive Officer | Present position since May 1, 2022. Served as President from December 1, 2021 to May 1, 2022. Served as Executive Vice President and Chief Marketing Officer from May 16, 2015 to December 1, 2021. |
| Ann A. Adams, 52, Executive Vice President and Chief Transformation Officer | Present position since April 1, 2019. Served as Vice President Human Resources from April 1, 2016 to April 1, 2019. |
| Paul B. Duncan, 43, Executive Vice President and Chief Operating Officer | Present position since January 1, 2023. Served as Senior Vice President Transportation & Network Operations from September 1, 2022 to January 1, 2023.  Served as Vice President Network Planning & Operations from March 1, 2022 to September 1, 2022.  Prior to joining Norfolk Southern, served as Vice President of Service Design and Performance for BNSF Railway from October 1, 2018 to March 1, 2022 and as Assistant Vice President for Capacity Planning from June 1, 2015 to October 1, 2018. |
| Claude E. Elkins, Jr., 57, Executive Vice President and Chief Marketing Officer | Present position since December 1, 2021. Served as Vice President Industrial Products from April 1, 2018 to December 1, 2021.  Served as Group Vice President Chemicals from March 1, 2016 to April 1, 2018. |
| Mark R. George, 55, Executive Vice President and Chief Financial Officer | Present position since November 1, 2019. Prior to joining Norfolk Southern, served as Vice President, Finance and Chief Financial Officer at segments of United Technologies Corporation.  The positions were Vice President Finance, Strategy, IT and Chief Financial Officer at Otis Elevator Company from October 2015 to May 2019, and Vice President Finance and Chief Financial Officer at Carrier Corporation from June 2019 until joining Norfolk Southern. |
| Nabanita C. Nag, 47, Executive Vice President and Chief Legal Officer | Present position since July 1, 2022. Served as Senior Vice President & Chief Legal Officer from March 1, 2022 to July 1, 2022.  Served as General Counsel - Corporate from August 31, 2020 to March 1, 2022. Prior to joining Norfolk Southern, served as Vice President & Corporate Counsel in the Financial Management Law Group at Prudential Financial from March 3, 2014 to August 1, 2020. |
| Claiborne L. Moore, 43, Vice President and Controller | Present position since March 1, 2022. Served as Assistant Vice President Corporate Accounting from March 15, 2019 to March 1, 2022.  Served as Director Investor Relations from July 1, 2017 to March 15, 2019. |

K17