**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

BUCKS COUNTY EMPLOYEES
RETIREMENT SYSTEM, on Behalf of
Itself and All Others Similarly Situated,

        Plaintiff,

    v.

NORFOLK SOUTHERN CORPORATION,
ALAN H. SHAW, JAMES A. SQUIRES,
and MARK R. GEORGE,

        Defendants.

Case No. 2:23-cv-00982-MHW-KAJ

**DECLARATION OF TAMAR KAPLAN-MARANS IN SUPPORT OF DEFENDANTS'**
**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS'**
**MOTION TO TRANSFER VENUE**

| | |
|---|---|
| DICKIE, MCCAMEY & CHILCOTE, P.C. | WILMER CUTLER PICKERING HALE AND DORR LLP |
| R. Leland Evans (0006833) | Michael G. Bongiorno |
| Scott A. Fenton (0068097) | Tamar Kaplan-Marans |
| 10 West Broad Street | 7 World Trade Center |
| Suite 1950 | 250 Greenwich Street |
| Columbus, OH 43215 | New York, NY 10007 |
| Tel.: (614) 258-6000 | Tel.: (212) 230-8800 |
| Fax: (888) 811-7144 | Fax: (212) 230-8888 |

I, TAMAR-KAPLAN-MARANS, declare as follows:

1.      I am an attorney duly licensed to practice before all the courts of the State of New York and am admitted *pro hac vice* before this Court.  I am a partner at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, counsel of record for defendants Norfolk Southern Corporation, Alan H. Shaw, James A. Squires, and Mark R. George, in the above-captioned action.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts from Norfolk Southern Corporation's 2022 Annual Report, as filed with the Securities and Exchange Commission on March 31, 2023.  Plaintiff cited a different excerpt from this document in its Opposition to Defendants' Motion to Transfer (*see* Opp., ECF No. 37 at PageID 335) and submitted a copy of that excerpt as Exhibit 1 to the Declaration of Ashley M. Price (ECF No. 37-2).

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from Norfolk Southern Corporation's "NS Corporate Officers" webpage, available at http://www.nscorp.com/content/nscorp/en/investor-relations/corporate-governance-documents/norfolk-southern-corporate-officers.html, and last accessed June 27, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 30th day of June, 2023, at New York, New York.

/s/ Tamar Kaplan-Marans
Tamar Kaplan-Marans (Admitted Pro Hac Vice)
WILMER CUTLER PICKERING HALE AND
 DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendants Norfolk Southern Corporation, Alan H. Shaw, James A. Squires and Mark R. George*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, I filed the foregoing **Declaration of Tamar Kaplan-Marans in Support of Defendants' Reply Memorandum of Law** with the Clerk using the CM/ECF System, which will send notification of such filing to all counsel of record.

DICKIE, MCCAMEY & CHILCOTE, P.C.

By:   /s/ R. Leland Evans
      R. Leland Evans, Esquire (0006833)

      DICKIE, MCCAMEY & CHILCOTE, P.C.
      10 West Broad Street
      Suite 1950
      Columbus, OH 43215
      Tel.: (614) 258-6000
      Fax: (888) 811-7144

      *Attorneys for Norfolk Southern Corporation,
      Alan H. Shaw, James A. Squires and Mark
      R. George*