# EXHIBIT 1



# 2022 ANNUAL REPORT

## Customer-Centric | Operations-Driven

# OFFICERS

As of Feb. 1, 2023.

## Equal Employment Opportunity Policy

Norfolk Southern Corporation's policy is to comply with all applicable laws, regulations, and executive orders concerning equal opportunity and nondiscrimination. The company's policy is to offer employment, training, remuneration, advancement, and all other privileges of employment on the basis of qualification and performance regardless of race, religion, color, national origin, gender, age, status as a covered veteran, sexual orientation, gender identity, the presence of a disability, genetic information, or any other legally protected status.

**Alan H. Shaw**
President & Chief Executive Officer

**Ann A. Adams**
Executive Vice President
& Chief Transformation Officer

**Paul B. Duncan**
Executive Vice President & Chief Operating Officer

**Claude E. "Ed" Elkins**
Executive Vice President & Chief Marketing Officer

**Mark R. George**
Executive Vice President & Chief Financial Officer

**Nabanita C. Nag**
Executive Vice President & Chief Legal Officer

**Michael R. McClellan**
Senior Vice President & Chief Strategy Officer

**Edward F. "Ed" Boyle Jr.**
Vice President Engineering

**Michael F. "Mike" Cox**
Vice President Taxation

**Fredric M. "Fred" Ehlers**
Vice President Information Technology
& Chief Information Officer

**Jacob R. Elium**
Vice President Network Planning & Optimization

**John S. Hatfield**
Vice President Corporate Communications

**Floyd E. Hudson III**
Vice President Transportation

**James "Leggett" Kitchin**
Vice President Industrial Products

**Claiborne L. "Clay" Moore**
Vice President & Controller

**Rodney D. Moore**
Vice President Network Operations

**Jason M. Morris**
Vice President Law

**Christopher R. Neikirk**
Vice President & Treasurer

**Barbara N. Paul**
Vice President Human Resources

**Thomas W. "Tom" Schnautz**
Vice President Advanced Train Control

**Kathleen C. Smith**
Vice President Business Development & Real Estate

**Susan S. Stuart**
Vice President Audit & Compliance

**Shawn I. Tureman**
Vice President Intermodal & Automotive

**Frank J. Voyack**
Vice President Government Relations

**R. Wai Wong**
Vice President Labor Relations

**Jason A. Zampi**
Vice President Financial Planning & Analysis

**Denise W. Hutson**
Corporate Secretary