# EXHIBIT 2

Investor Relations / Corporate Governance Documents

Browse NS Corporate Officers                                                        ⌄

SHARE

### Alan H. Shaw
President & Chief Executive Officer

### Ann A. Adams
Executive Vice President & Chief Transformation Officer

### Paul B. Duncan
Executive Vice President & Chief Operating Officer

### Claude E. "Ed" Elkins
Executive Vice President & Chief Marketing Officer

### Mark R. George
Executive Vice President & Chief Financial Officer

### Nabanita Nag
Executive Vice President & Chief Legal Officer

### Michael R. McClellan
Senior Vice President & Chief Strategy Officer

### Edward F. "Ed" Boyle Jr.
Vice President Engineering

### Michael F. "Mike" Cox
Vice President Taxation

### Fredric M. Ehlers
Vice President Information Technology & Chief Information Officer

## Jacob R. Elium
Vice President Network Planning & Optimization

## John R. Fleps
Vice President Safety & Environmental

## Jacqueline M. Gray
Vice President Audit & Compliance

## John S. Hatfield
Vice President Corporate Communications

## Floyd E. Hudson III
Vice President Transportation

## James "Leggett" Kitchin
Vice President Industrial Products

## Stefan R. Loeb
Vice President First & Final Mile Markets

## Claiborne L. "Clay" Moore
Vice President & Controller

## Rodney D. Moore
Vice President Network Operations

## Jason M. Morris
Vice President Law

## Christopher R. Neikirk
Vice President & Treasurer

## Barbara N. Paul
Vice President Human Resources

## Thomas W. "Tom" Schnautz

Vice President Advanced Train Control

## Kathleen C. Smith

Vice President Business Development & Real Estate

## Yannik T. Thomas

Vice President Intermodal & Automotive Operations

## Shawn I. Tureman

Vice President Intermodal & Automotive

## Frank Voyack

Vice President Government Relations

## R. Wai Wong

Vice President Labor Relations

## Jason A. Zampi

Vice President Financial Planning & Analysis

## Denise W. Hutson

Corporate Secretary

## RELATED LINKS

Corporate Governance Documents »

NS Corporate Officers »

Board of Directors & Committee Membership »

Thoroughbred Code of Ethics »