**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| BUCKS COUNTY EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, JAMES A. SQUIRES, ALAN H. SHAW, and CYNTHIA M. SANBORN,<br><br>Defendants. | Civil Action No. 1:23-CV-04175-SDG |

**MOTION FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Pursuant to Paragraph II(j) of Your Honor's Standing Order Regarding Civil Litigation, Defendants Norfolk Southern Corporation ("Norfolk Southern"), James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn (collectively, "Defendants") respectfully request the Court to schedule oral argument on their Motion to Dismiss ("Motion to Dismiss") the Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 82) ("Complaint").

Defendants believe oral argument is appropriate in this case due to the number of challenged statements and theories of liability alleged in the Complaint, as detailed in Defendants' concurrently filed Motion to Dismiss. Defendants

believe that oral argument would aid the Court in properly resolving the Motion

to Dismiss and thus request that the Court schedule oral argument accordingly.

Date: June 24, 2024                    Respectfully submitted,

                                       */s/ Hilary Houston Adams*
                                       Hilary Houston Adams
                                       Georgia Bar No. 926142
                                       HALL, BLOCH, GARLAND & MEYER, LLP
                                       900 Circle 75 Parkway, Suite 500
                                       Atlanta, Georgia 30339-3099
                                       Telephone: (678) 888-0036
                                       Fax: (678) 379-6124
                                       hilaryadams@hbgm.com

                                       Michael G. Bongiorno (admitted *pro hac vice*)
                                       Tamar Kaplan-Marans (admitted *pro hac vice*)
                                       Jeremy T. Adler (admitted *pro hac vice*)
                                       Ripley B. Shiarella (admitted *pro hac vice*)
                                       WILMER CUTLER PICKERING HALE
                                           AND DORR LLP
                                       7 World Trade Center
                                       250 Greenwich Street
                                       New York, NY 10007
                                       Telephone: (212) 230-8800
                                       Fax: (212) 230-8888
                                       michael.bongiorno@wilmerhale.com
                                       tamar.kaplan-marans@wilmerhale.com
                                       jeremy.adler@wilmerhale.com
                                       ripley.shiarella@wilmerhale.com

                                       Denise Tsai (admitted *pro hac vice*)
                                       WILMER CUTLER PICKERING HALE
                                           AND DORR LLP
                                       60 State Street
                                       Boston, MA 02109
                                       Telephone: (617) 526-6000

2

Fax: (617) 526-5000
denise.tsai@wilmerhale.com

*Counsel for Defendants Norfolk Southern
Corporation, James A. Squires, Alan H. Shaw,
and Cynthia M. Sanborn*

## CERTIFICATE OF COMPLIANCE

I hereby certify that Defendants' Motion for Oral Argument on Defendants' Motion to Dismiss the Consolidated Complaint for Violations of the Federal Securities Laws has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

*/s/ Hilary Houston Adams*
Hilary Houston Adams

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2024, I electronically filed the foregoing Motion for Oral Argument on Defendants' Motion to Dismiss the Consolidated Complaint for Violations of the Federal Securities Laws with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Hilary Houston Adams*
Hilary Houston Adams