**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BUCKS COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NORFOLK SOUTHERN CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:23-cv-04175-SDG

<u>CLASS ACTION</u>

**DECLARATION OF JASON C. DAVIS IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE
AND
PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

4866-9379-2218.v1

I, JASON C. DAVIS, ESQ., under penalty of perjury, declare the following:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* to the United States District Court for the Northern District of Georgia for this action.  I am a Partner at the law firm Robbins Geller Rudman & Dowd LLP, Co-Lead Counsel for Lead Plaintiffs Ironworkers Locals 40, 361 & 417 Union Annuity, Pension and Topping Out Funds and Akademikernes Pensionskasse in the above-captioned securities class action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I submit this Declaration together with the following Exhibits in support of Plaintiffs' Response to Defendants' Request for Judicial Notice and Plaintiffs' Request for Judicial Notice in Support of Their Opposition to Defendants' Motion to Dismiss the Consolidated Complaint.

3.      Attached are true and correct copies of the following exhibits:

Exhibit A:   National Transportation Safety Board Railroad Investigation Report RIR-24-05, Norfolk Southern Railway Derailment and Hazardous Materials Release (Feb. 3, 2023);

Exhibit B:   National Transportation Safety Board, Board Meeting Closing Remarks: On the Investigation into the Norfolk Southern Railway Derailment and Hazardous Materials Release (June 25, 2024); and

Exhibit C:   Amanda    Garrett,    *'Norfolk    Southern's    actions    were unconscionable': NTSB gives final East Palestine report*, Akron Beacon Journal, June 25, 2024.

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of August, 2024, at San Francisco, California.

s/ Jason C. Davis
JASON C. DAVIS

4866-9379-2218.v1