# EXHIBIT C

Case 1:23-cv-04175-SDG Document 101-4 Filed 08/23/24 Page 2 of 8

# Akron Beacon Journal

NEWS

# 'Norfolk Southern's actions were unconscionable': NTSB gives final East Palestine report

*In the NTSB's findings on the East Palestine train derailment, the board slammed Norfolk Southern and provided several safety recommendations.*

**Amanda Garrett** Akron Beacon Journal

Published 9:17 a.m. ET June 25, 2024 | Updated 10:17 a.m. ET June 26, 2024

The National Transportation Safety Board today returns to East Palestine for a meeting to discuss its investigation into the calamitous 2023 train derailment here and recommendations to prevent future similar disasters.

You can watch the meeting, which begins at 9:30 a.m., on the NTSB's YouTube page or follow along here as the Akron Beacon Journal reports live.

Today's hearing will lay out the final results of the NTSB investigation, along with potential recommendations to improve rail safety.

The NTSB recommendations would not be binding, but U.S. lawmakers could act to enforce them. Here's the latest:

Note: After the hearing concluded, Norfolk Southern released a statement

**5:00 p.m.:** Homendy concluded the day-long meeting by slamming Norfolk Southern's behavior during the investigation. The company, among other things, delayed turning over information or said it no longer existed. She twice threatened to subpoena them to get the information they were looking for, she said. Norfolk Southern also tried to submit its own investigation four times. "Parties are not permitted to manufacture their own evidence," she said, calling Norfolk Southern's attempts to influence the investigation "unprecedented and reprehensible." Homendy said a Norfolk Southern senior executive ended a recent meeting with her and staff with a "threat." Homendy did not name the executive. She said she struggled for days on whether to share what's happened between the NTSB and Norfolk

Southern, worried that it might overshadow the agency findings about the East Palestine derailment. She ultimately decided to go public because she said Norfolk-Southern's actions are "unconscionable." "We are impervious to anything but the truth," Homendy said.

**4:30 p.m.:** The NTSB is expected to release a summary of its final report later today. The community can ask Chair Jennifer Homendy questions about the NTSB findings and recommendations at a 6 p.m. tonight during a meeting at East Palestine High School.

**4:05 p.m.:** The NTSB has made about two dozen recommendations to improve rail safety based on its finding in the East Palestine derailment. None, however, are binding because the agency does not have that power. Lawmakers, however, could push for any or all of the changes suggested by the NTSB. The recommendations include revising guides and manuals used by railroads and first responders, particularly on vent and burn. They also recommend the state of Ohio mandate additional training to volunteer firefighters and urged national firefighters groups to inform members of what happened in East Palestine. The recommendations also included new policies to improve communications among railroads, shippers, contractors and first responders and expanding use of in-cab audio and video recordings on trains. The board also recommends the Federal Railroad Administration commission research to identify the best bearing defect detection systems and establish minimum requirements for those systems.

**3:50 p.m.:** The NTSB is now amending six of its findings with minor phrasing changes. It also voted on its probable cause, stating again that the vent and burn were unnecessary and that Norfolk Southern added to the disaster by failing to immediately tell local officials what each train car was carrying.

**3:45 p.m.:** The NTSB lists 47 findings from its investigation, covering everything from rail car bearings and DOT-111 cars to melted placards and the unnecessary vent and burn. "The significant local impacts of a vent and burn decisions demonstrate the need for federal guidance about what products and circumstances" are candidates for vent and burn.

**3:00 p.m.:** NTSB taking a 15-minute break, following by its safety recommendations.

**2:50 p.m:** As people in Ohio and Pennsylvania evacuated for the vent and burn, many fearing for their lives and safety, Homendy said internal communication records show some Norfolk Southern employees had a different reaction. When someone sent a pilot's picture of the vent and burn plume rising through a cloud layer, Scott Deutsch, the regional manager of Norfolk Southern's hazardous materials, wrote "cool," she said. "Does anyone think that

statements made about skin burns and grave danger of death is cool," Homendy asked. Another employee used the same word to describe video taken of the vent and burn detonation, she said. "It's not cool," Homendy said.

**2:40 p.m.:** As Stancil was speaking, Homendy apparently learned Norfolk Southern sent out a statement about an hour earlier that said NTSB had "mischaracterized the basis of the recommendation" for the vent and burn and that the "vent and burn effectively avoided a potential uncontrolled explosion." Homendy called the statement "disgusting" and re-emphasized that local officials did nothing wrong and were acting on the advice of Norfolk Southern and its contractors. The NTSB investigation concluded that Norfolk Southern and its contractors failed to tell local and state officials there was a disagreement among experts over whether a vent and burn was necessary. People who worked for the company that made the hazardous material inside the tankers disagreed with the need for a vent and burn, the NTSB said. That information, which was known to Norfolk Southern and its contractors, wasn't shared with local officials, Homendy said. Norfolk Southern, in its statement, said "there is no evidence that Norfolk Southern 'withheld' (opposing) views" from local officials. Homendy pointed out the statement Ohio Gov. DeWine sent out before the vent-and-burn accurately reflected what Norfolk Southern contractors were telling officials about the dangers at the time: They believed there was danger a chemical reaction would turn tanker cars into exploding bombs, sending deadly shrapnel and hazardous fumes across the areas.

**2:30 p.m.:** NTSB member Michael Graham said "you could have heard a pin drop," in the meeting when they decided to do a vent and burn at the trail derailment. "I was still in shock. I saw a lot of jaws hit the floor at that point," he said. What no one knew then, including the incident commander, was that there was disagreement over whether the vent and burn should happen. The temperatures in the tanks were dropping, not rising, which means the immediate risk was not as great, investigators said. It's not clear why, but Norfolk Southern contractors continued to urgea vent and burn, NTSB Investigator Stancil said. Norfolk Southern, Stancil said, didn't reveal the declining temperature readings to NTSB until two months after the vent and burn.

**2 p.m.:** Homendy points out that railroads are required to carry hazardous materials. They do not own the DOT-111 tank cars. Shippers do. It's up to shippers to get rid of those cars, she said. The NTSB is refocusing now on vent and burn.

**1:50 p.m.:** The scheduled phase-out of the DOT-111 in 2029 will not take this rail car off of America's rail lines. Paul Stancil said that two of the three DOT-111 cars that were part of the

East Palestine derailment would still be allowed to carry the same material after 2029. NTSB member Michael Graham said the breach of those DOT-111s in East Palestine "led to the large, raging fire" that overwhelmed firefighters and ultimately led to the vent and burn. NTSB member Thomas Chapman said he and other members continue to be "mystified" that the American railroad industry, unlike the airline and other transportation industries, continues to largely regulate itself.

**1:40 p.m.:** The NTSB has been raising safety concerns about the DOT-111 rail car since 1991, Jennifer Homendy told the meeting. It recommended changes to the car's construction at least twice. But the DOT-111 continues to be a worry. NTSB investigator Paul Stancil recently wrote that when he first heard about the 2013 Lac-Mégantic, Quebec train derailment, he hoped it didn't involve the DOT-111. But it did. The town was flooded in oil and 47 people died, Stancil said. "An entire town was literally decimated," Homendy said before asking, and answering, how many DOT-111 rail cars are still in service today: 25,300. "People are dying," she said.

**12:40 p.m.** The hearing has taken a lunch break. It will reconvene at 1:15 p.m.

**12:35 p.m.:** Two weeks before the East Palestine train derailment, the state of Ohio published a report that said, in part, that the 36 hours of training mandated for volunteer firefighters in the state was an outdated model. NTSB officials pointed across the state line to Pennsylvania, which mandates and funds additional training for volunteers. Time and money is an issue with volunteers, Lloyd said. These are people who work 40-hour jobs and also find time to volunteer to help their community, he said. Hazardous material training can also cost $2,000 per firefighter, plus another $25,000 per firefighter for necessary hazardous response gear. Some states, he said, are now offering incentives to volunteer firefighters, including tax breaks.

**12:30 p.m.:** NTSB investigator Troy Lloyd drew the first chuckle from the audience today after board member J. Todd Inman asked what one thing he would do to make rail safety better: "Keep your trains on the tracks," Lloyd said. Given that there are derailments, however, veteran NTSB Inspector Paul Stancil added that the railroads shouldn't wait for first responders to reach out to them after a derailment. He said the railroads' first call should be to the 911 dispatch center in the area where a train derails, so first responders know what the train is carrying.

**12:10 p.m.:** Quickly finding out what hazardous chemicals are on derailed trains in the U.S. is a chronic, recurring problem that's stretches over decades, NTSB members and agency

investigators said. In East Palestine, dispatchers called the Norfolk Southern dispatch center in Atlanta to find out what the train was carrying within minutes of the derailment. Norfolk Southern said said it would call back, but there's no evidence it ever did, according to NTSB investigator Troy Lloyd. At the same time, placards on the rail cars were melted or missing. And none of the local volunteer firefighters had hazardous materials training. Instead of setting up a command post a 1/2 mile away, as recommended in such cases, firefighters initially set up inside the "danger zone," 400 or 500 feet from burning rail cars without knowing what was in them. "It's really fortunate that one of the volunteer firefighters from that department was also a chemistry teacher" who evaluated some of the dangers, Homendy said. It wasn't ideal, she said, but it was the "best immediate guidance" first responders had as they rushed to East Palestine from 48 area departments.

**Train derailment settlement:** Federal judge grants preliminary OK on $600 million Norfolk Southern settlement

**11:50 a.m.:** Jennifer Homendy asked NTSB officials how bearings fail. NTSB Investigator Joey Rhine said when there's a bearing defect, it causes friction, which leads to heat. "It's like putting an iron skillet on a stove," Rhine said. It takes awhile to heat up. Water intrusion can also cause bearing failures, Homendy said. It was impossible to tell what caused the bearing failure in East Palestine because the fire destroyed the components, the NTSB said. But the bearing that failed that was attached to a car that sat in a flooded area for an extended time, Homendy said. Timken, the manufacturer of the bearing, recommends replacing bearings that sit in floods. But there was no evidence this bearing was replaced. And, she pointed out, there was no way for Norfolk Southern to know because railroads generally don't own the cars they transport.

**11:22: a.m.** Most bearings on freight trains in the U.S. are re-conditioned, according to NTSB Investigator Joey Rhine. Reconditioned bearings have only about half the life of new bearings, he said. The NTSB has investigated two other train derailments since East Palestine that also involved a bearing failure, he said. Each bearing that failed was reconditioned and in the same axle position as East Palestine, he said. When investigators tried to find data to see if this was a larger pattern, they discovered that there isn't a single database. The Association of American Railroads(AAR) maintains a database, but it's broken down by car, not train. The NTSB recommends the AAR create a single database to illuminate patterns in wheel bearing failures across the industry. Bearing failures are the primary cause of U.S. train derailments, the NTSB said.

**11:15 a.m.:** The NTSB meeting now switches to board members asking questions on four topics: Wheel bearing failures and detection, vent and burn operations, first responders and hazardous materials and tank cars. Homendy said each each topic will be discussed for about an hour.

**11:00 a.m.:** The NTSB recommends that Norfolk Southern revise its incident report about the East Palestine train derailment to reflect that the vent and burn of vinyl chloride was not necessary. The NTSB said Norfolk Southern and its contractors did not tell incident commanders that the maker and shipper of the vinyl chloride on the train said a vent and burn was unnecessary. "Norfolk Southern and its contractors continued to assert the necessity of vent and burn even though evidence should have lead them to conclude otherwise," an NTSB investigator said. East Palestine officials and the commanders of the incident were never told there were opposing expert views to vent and burn.

## National Transportation Safety Board recommends tank cars with built-in protections

**10:30: a.m.:** The fire that began at the East Palestine derailment likely happened when a DOT-111 type of train car was punctured, the NTSB said, "spilling fire" onto an 1,100-foot section of track. DOT-111 cars are susceptible to breaching and are due to be phased out for carrying flammable material after May 2029. The NTSB recommends mandating an accelerated phase-out. Flammable and hazardous materials should instead by carried in tank cars with more built-in protections, the NTSB said.

## NTSB report calls for increased firefighter training, updating placards on tankers

**10:25 a.m.:** One simple change NTSB is recommending: Update the standard for placards displayed on tankers showing what hazardous materials they are carrying. The NTSB said the placards now must only be able to withstand weather for 30 days. There are no mandates about the placards standing up to derailments or fires. The NTSB showed missing and damaged placards caused by the East Palestine derailment.

**10:15 a.m.:** NTSB has so far outlined about a half-dozen recommendations, including everything from creating a nationwide database to track overheated wheel bearings, which caused this derailment, to increasing training for Ohio volunteer firefighters, who the NTSB said often face the same hazardous situations as professionally-trained career firefighters.

**9:30 a.m.:** NTSB Chair Jennifer Homendy begins the meeting exactly at 9:30 a.m. "We're here to discuss the final investigation report," she said.

## What happened in the East Palestine train derailment?

It's been more than a year since a Norfolk Southern train derailed on the tracks that slice through the center of this tiny Ohio town near the Pennsylvania border. Residents initially watched the fires from the crash and were later evacuated as officials feared a potential hazardous chemical explosion.

Officials ultimately decided to intentionally release and burn off toxic vinyl chloride from five derailed cars, sending smoke and chemicals into the air despite the potential health effects.

NTSB officials have said an overheated bearing on one of the railcars likely caused the crash, but questions remain about whether that could have been prevented and whether officials made the right choice to burn off the vinyl chloride.

In June of 2023, at another hearing in East Palestine, NTSB members took a special interest in how railroads are regulated, how thoroughly Norfolk Southern inspects its trains and how the railroad has cut its staffing in recent years, particularly among those responsible for maintenance and inspections while the number of executives has remained fairly constant.