**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BUCKS COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NORFOLK SOUTHERN CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:23-cv-04175-SDG

<u>CLASS ACTION</u>

**PLAINTIFFS' RESPONSE REGARDING DEFENDANTS' MOTION FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

4871-7481-8523.v1

Defendants, in concurrence with their Motion to Dismiss the Consolidated Complaint for Violations of the Federal Securities Laws ("Motion to Dismiss") (ECF 99), filed a Motion for Oral Argument on their Motion to Dismiss ("Motion for Oral Argument") (ECF 100) pursuant to Paragraph II.j. of Your Honor's Standing Order Regarding Civil Litigation.

Lead Plaintiffs Ironworkers Locals 40, 361 & 417 Union Annuity Pension and Topping Out Funds and Akademikernes Pensionskasse (together, "Plaintiffs") agree that the quantity and complexity of the issues involved in the Motion to Dismiss and Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Complaint (ECF 101) warrants an opportunity for oral argument, in order that the Parties may directly address any questions the Court may have.

DATED:  August 23, 2024     Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON C. DAVIS (CA 253370)
(admitted *pro hac vice*)

s/ Jason C. Davis
JASON C. DAVIS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
ASHLEY M. PRICE (CA 281797)
(admitted *pro hac vice*)
JACK ABBEY GEPHART (CA 345398)
(admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
aprice@rgrdlaw.com
jgephart@rgrdlaw.com

*Counsel for Co-Lead Plaintiff the Ironworkers
Funds and Co-Lead Counsel for the Class*

HERMAN JONES LLP
JOHN C. HERMAN
(Georgia Bar No. 348370)
3424 Peachtree Road NE, Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
jherman@hermanjones.com

*Counsel for Co-Lead Plaintiff the Ironworkers
Funds and Co-Liaison Counsel*

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (OH 0063373)
(admitted *pro hac vice*)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

*Counsel for Bucks County Employees Retirement
System and the Ironworkers Funds*

- 2 -

4871-7481-8523.v1

DATED:  August 23, 2024

KESSLER TOPAZ MELTZER
  & CHECK, LLP
JOHNSTON DE F. WHITMAN, JR. (PA207914)
(admitted *pro hac vice*)
NATHAN A. HASIUK (PA314644)
(admitted *pro hac vice*)
AUSTIN W. MANNING (PA327640)
(*pro hac vice* pending)
VANESSA M. MILAN (PA329312)
(admitted *pro hac vice*)
DYLAN J. ISENBERG (PA333996)
(admitted *pro hac vice*)


s/ Johnston De F. Whitman, Jr.
JOHNSTON DE F. WHITMAN, JR.

280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
jwhitman@ktmc.com
nhasiuk@ktmc.com
amanning@ktmc.com
vmilan@ktmc.com
disenberg@ktmc.com

*Counsel for Co-Lead Plaintiff Akademikernes
Pensionkasse and Co-Lead Counsel for the Class*

- 3 -

CAPLAN COBB LLC
MICHAEL A. CAPLAN
(Georgia Bar No. 601039)
CAMERON B. ROBERTS
(Georgia Bar No. 599839)
75 Fourteenth Street, NE, Suite 2700
Atlanta, GA  30309
Telephone:  404/596-5600
404/596-5604 (fax)
mcaplan@caplancobb.com
croberts@caplancobb.com

*Counsel for Co-Lead Plaintiff Akademikernes*
*Pensionkasse and Co-Liaison Counsel*

- 4 -

4871-7481-8523.v1