## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

BUCKS COUNTY EMPLOYEES
RETIREMENT SYSTEM, on Behalf of
Itself and All Others Similarly Situated,

        Plaintiff,

    v.

NORFOLK SOUTHERN
CORPORATION, JAMES A. SQUIRES,
ALAN H. SHAW, and CYNTHIA M.
SANBORN,

        Defendants.

Civil Action No. 1:23-CV-04175-SDG

## DECLARATION OF JEREMY T. ADLER IN SUPPORT OF THE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

I, JEREMY T. ADLER, declare as follows:

I am a counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Norfolk Southern Corporation ("Norfolk Southern"), James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the Bar of the State of New York and admitted to practice before this Court *pro hac vice*.

I submit this Declaration to place before the Court the following document referenced in the Reply in Support of Defendants' Motion to Dismiss the Consolidated Complaint for Violations of the Federal Securities Laws.

1.      Attached hereto as **Exhibit 15** is a true and correct copy of the transcript of the March 9, 2023 hearing of the U.S. Senate Committee on Environment and Public Works, which contains the statement and testimony of Alan Shaw.  The Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 82) references, quotes, and relies upon statements made at the hearing.  *See, e.g.*, Compl. ¶ 103.

Respectfully submitted this 23rd day of September, 2024.

_____
Jeremy T. Adler

*Counsel for Defendants Norfolk Southern Corporation, James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn*