# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

BUCKS COUNTY EMPLOYEES RETIREMENT SYSTEM, et al. ,  )
               Plaintiff(s)         )
                              )    Case No. 1:23-CV-04175-SDG
              V.             )
                              )
NORFOLK SOUTHERN CORPORATION, et al. ,  )
             Defendant(s)    )

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter/transcriber in the above-captioned matter. Counsel/Parties have twenty-one (21) days from the date of delivery of the transcript to the Clerk to file with the Court a Request for Redaction of this transcript. If no Request for Redaction is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.

Any counsel or party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/transcriber or view the document at the Clerk's Office public terminal.

| 7/23/2025 | ALICIA B. BAGLEY, RMR, CRR |
|---|---|
| Date | Court Reporter |

## VERIFICATION OF FINANCIAL ARRANGEMENTS

Proceeding Type:   Teleconference

Proceeding Date:   7/18/2025

Volume Number:   1

Notice is hereby given that financial arrangements for a copy of the transcript have been made with the following individual(s):

as counsel/party in this case. He/She is to be provided with remote access to the transcript via CM/ECF and PACER.

| July 23, 2025 | ALICIA B. BAGLEY, RMR, CRR |
|---|---|
| Date | Court Reporter |