# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BUCKS COUNTY EMPLOYEES RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>NORFOLK SOUTHERN CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 1:23-cv-04175-SDG<br><br><u>CLASS ACTION</u> |

## **<u>RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY</u>**

Pursuant to Local Rule 5.4, I hereby certify that on November 19, 2025, Plaintiffs caused a true and correct copy of Plaintiffs' Notice of Issuance of Subpoena Duces Tecum to Non-Party Oliver Wyman, LLC to be served by electronically mailing copies of the same to counsel of record, who, by registering with the Court's CM/ECF system, have consented to electronic service.

[signature on following page]

DATED: November 20, 2025

Respectfully submitted,

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039
Cameron B. Roberts
Georgia Bar No. 599839
CAPLAN COBB LLC
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
croberts@caplancobb.com

*Counsel for AkademikerPension and Proposed Co-Liaison Counsel*

John C. Herman (Ga. Bar No. 348370)
HERMAN JONES LLP
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6500
(404) 504-6501 (fax)
jherman@hermanjones.com

*Counsel for the Ironworkers Funds and Proposed Co-Liaison Counsel*

Jason C. Davis (*pro hac vice*)
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
(415) 288-4534 (fax)
jdavis@rgrdlaw.com

Ashley M. Price (*pro hac vice*)
Jennifer N. Caringal *(pro hac vice)*
Jack Abbey Gephart (*pro hac vice*)
Evelyn Sanchez Gonzalez *(pro hac vice)*
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: (619) 231-1058
(619) 231-7423 (fax)
aprice@rgrdlaw.com
jcaringal@rgrdlaw.com
jgephart@rgrdlaw.com
egonzalez@rgrdlaw.com

*Counsel for the Ironworkers Funds and Proposed Lead Counsel for the Class*

Joseph F. Murray (*pro hac vice*)
MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone: (614) 488-0400
(614) 488-0401 (fax)
murray@mmmb.com

*Counsel for Bucks County Employees Retirement System and the Ironworkers Funds*

3

Johnston de F. Whitman, Jr. (*pro hac vice*)
Nathan A. Hasiuk (*pro hac vice*)
Austin W. Manning (*pro hac vice* pending)
Vanessa M. Milan (*pro hac vice* pending)
KESSLER TOPAZ MELTZER CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
(610) 667-7056 (fax)
jwhitman@ktmc.com
nhasiuk@ktmc.com
amanning@ktmc.com
vmilan@ktmc.com

*Counsel for AkademikerPension and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document through the Court's CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

This 20th day of November, 2025.

*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039

*Counsel for AkademikerPension and Proposed Co-Liaison Counsel*
