## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BUCKS COUNTY EMPLOYEES RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>NORFOLK SOUTHERN CORPORATION, JAMES A. SQUIRES, ALAN H. SHAW, and CYNTHIA M. SANBORN,<br><br>   Defendants. | Civil Action No. 1:23-CV-04175-SDG |

## DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

I, PETER J. KOLOVOS, declare as follows:

I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Norfolk Southern Corporation ("Norfolk Southern"), James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and admitted to practice before this Court *pro hac vice*.

I submit this Declaration to place before the Court certain documents and information referenced in Defendants' Opposition to Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

1.      Attached hereto as **Exhibit 1** is a true and correct copy of the April 16, 2026 Expert Report of Glenn Hubbard.

2.      Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from Norfolk Southern's Annual Report on Form 10-K for the fiscal year ended December 31, 2020.

3.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the April 2, 2026 Deposition of Dr. Matthew D. Cain.

Respectfully submitted this 16th day of April, 2026.

*Peter J. Kolovos*
Peter J. Kolovos

*Counsel for Defendants Norfolk Southern Corporation, James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn*

2