# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

BUCKS COUNTY EMPLOYEES
RETIREMENT SYSTEM, on Behalf of Itself and
All Others Similarly Situated,

        Plaintiff,

      v.

NORFOLK SOUTHERN CORPORATION,
JAMES A. SQUIRES, ALAN H. SHAW, and
CYNTHIA M. SANBORN,

        Defendants.

Civil Action No. 1:23-CV-04175-SDG

**EXPERT REPORT OF GLENN HUBBARD**
**APRIL 16, 2026**

**Table of Contents**

I.      INTRODUCTION ............................................................................................. 1

        A.      Qualifications.............................................................................................1

        B.      Assignment ................................................................................................2

        C.      Materials Considered ................................................................................3

        D.      Compensation ...........................................................................................4

II.     SUMMARY OF OPINIONS ........................................................................... 4

III.    CASE BACKGROUND ................................................................................ 10

        A.      Factual Background .................................................................................10

                1.  Norfolk Southern.......................................................................... 10

                2.  Precision Scheduled Railroading................................................. 12

                3.  The East Palestine Derailment .................................................... 14

                4.  Selected Events After the East Palestine Derailment.................. 15

        B.      Summary of Plaintiffs' Allegations ........................................................18

IV.     ECONOMIC METHODOLOGY FOR ANALYZING SECURITIES
        MATTERS ..................................................................................................... 20

        A.      Economic Logic of Securities Class Action Matters ................................20

        B.      Economic Methodology for Establishing Price Impact............................21

                1.  Quantitative Analysis of Stock Price Reactions........................... 21

                2.  Qualitative Analysis of Front-End and Back-End Price Impact .................. 24

V.      THE ALLEGED MISSTATEMENTS DID NOT CREATE OR MAINTAIN
        ANY "FRONT-END" NS PRICE INFLATION ........................................... 29

        A.      Public Information About NS's Operational Safety and Derailments Was
                Widely Available Before and Throughout the Proposed Class Period.....................31

                1.  Data Sources on Railroad Safety and Operations ....................... 31

                2.  Government Investigative Reports............................................... 39

                3.  Academic and Policy Research ................................................... 42

                4.  Company Disclosures and ESG Reports....................................... 43

                5.  Media Coverage on Derailments.................................................. 46

        B.      Public Information About NS Safety Risks Was Widely Available Before
                and Throughout the Proposed Class Period..........................................47

                1.  News Coverage Discussed PSR Risks Before and Throughout the
                    Proposed Class Period................................................................. 47

                2.  Government Reports Discussed Perceived Operational Risks
                    Associated with Train Length and PSR Implementation ......................... 52

3.  Public Railroad Company Filings Disclosed Operational Risks Before, During, and After the Proposed Class Period ................................. 57

4.  Analysts' Commentary Discussed NS's Operational Risks Throughout the Proposed Class Period ........................................................ 60

C.  Economic Evidence Indicates That the Alleged Misstatements Had No Price Impact ....................................................................................................... 62

1.  Quantitative Analysis: NS's Stock Price Did Not Increase Statistically Significantly After 18 of the 21 Alleged Misstatement Dates ...................... 63

2.  Qualitative Analysis: Market Participants Did Not Discuss the Alleged Safety Misstatements ........................................................... 65

3.  Qualitative Analysis: On the Three Alleged Misstatement Dates on Which NS's Stock Price Increased Statistically Significantly, Those Increases Are Explained by Unrelated NS-Specific Confounding News ........................................................................................................ 72

D.  NS and Other Class I Railroads Made Statements Similar (or Identical) to the Alleged Safety Misstatements Before, During, and After the Proposed Class Period ............................................................................................... 77

1.  NS Made Statements Identical or Similar to the Alleged Misstatements Before, During, and After the Proposed Class Period ........... 78

2.  Other Class I Railroads Made Safety-Related Statements Similar to the Alleged Safety Misstatements Before, During, and After the Proposed Class Period .................................................................... 81

VI.  TRAIN DERAILMENTS ARE COMMON AND THE EAST PALESTINE DERAILMENT WAS THE MATERIALIZATION OF A KNOWN RISK .................... 83

A.  Economic Evidence Indicates that Derailments Were Common and Is Not Consistent with the View That Derailments Revealed New Information About NS's Operational Safety ..................................................................... 85

B.  Public Information Available Before and During the Proposed Class Period Shows that Derailments Are Common ............................................... 88

VII.  NS' "BACK-END" STOCK PRICE MOVEMENTS FOLLOWING THE ALLEGED CORRECTIVE DISCLOSURES DO NOT RELIABLY MEASURE ANY INFLATION ....................................................................... 89

A.  NS's Stock Price Change Following the East Palestine Derailment (February 3, 2023) is Not a Reliable Proxy for Any Price Inflation and Does Not Indicate Price Impact ................................................................................... 91

1.  Quantitative Analysis: NS's Stock Price Did Not React to the East Palestine Derailment in a Statistically Significant Way.............................. 92

2.  Qualitative Analysis: There Is No Economic Evidence That the East Palestine Derailment Corrected Any Alleged Misstatement........................ 93

B.     NS's Stock Price Changes Following the Other Alleged Corrective Disclosures Are Not Reliable Proxies for Any Price Inflation and Do Not Indicate Price Impact ...................................................................................103

       1.   February 9, 2023: News Articles Discussing the East Palestine Derailment ................................................................................... 104

       2.   February 10, 2023: EPA Letter ................................................. 111

       3.   February 15–17, 2023: Ohio AG News, Senators' NTSB Letter, Senators' Press Release, Michigan Derailment, EPA Notice of Accountability, White House Statement, SMART Statement, and Cantwell Letter ........................................................................... 116

       4.   March 4–6, 2023: Springfield Derailment and NS Six-Point Plan ............. 123

       5.   October 25, 2023: NS Q3 2023 Financial Results ..................................... 130

VIII.   THERE WAS NO PRICE DECLINE (OR CORRECTION) ASSOCIATED WITH THE ALLEGED VENT-AND-BURN MISSTATEMENTS .............................. 137

IX.   THE PROPOSED CLASS PERIOD IS ARBITRARY AND FAILS TO DEFINE A CLASS COMPOSED OF SIMILARLY SITUATED MEMBERS ............ 139

A.     The End of the Proposed Class Period is Arbitrary .................................................139

       1.   Proposed Class Members Who Bought NS Stock After the East Palestine Derailment Are Differently Situated Than Those Who Bought Beforehand ....................................................................... 139

       2.   The Alleged Corrective Disclosure Which Ends the Proposed Class Period Is Arbitrary and Does Not "Correct" Any Alleged Misstatement ............................................................................. 141

       3.   None of the Other Alleged Corrective Disclosures Following the East Palestine Derailment "Correct" Any Alleged Misstatement ...................... 142

B.     The October 25, 2023 Alleged Corrective Disclosure Is Not Consistent with the Proposed Class Period Ending on March 3, 2023 ............................................142

## I.     INTRODUCTION

### A.     Qualifications

1.     I, Glenn Hubbard, hold the Russell L. Carson Professorship in Finance and Economics in the Graduate School of Business of Columbia University, where I am also Dean Emeritus. I am also a Professor of Economics in the Department of Economics of the Faculty of Arts and Sciences at Columbia University. At the National Bureau of Economic Research, I am a research associate in programs on corporate finance, public economics, industrial organization, monetary economics, and economic fluctuations and growth.

2.     Prior to joining the Columbia faculty as Professor of Economics and Finance in 1988, I taught in the Department of Economics at Northwestern University. I have also served as Visiting Professor of Business Administration at Harvard Business School, John M. Olin Visiting Professor at the University of Chicago, Visiting Professor and Research Fellow of the Energy and Environmental Policy Center at the John F. Kennedy School of Government at Harvard University, and John M. Olin Fellow at the National Bureau of Economic Research. I hold A.M. and Ph.D. degrees in economics from Harvard University, and B.A. and B.S. degrees from the University of Central Florida, *summa cum laude*.

3.     From 2007 to 2017, I was an advisor to the President of the Federal Reserve Bank of New York. From 2001 to 2003, I served as Chairman of the President's Council of Economic Advisers; over that period, I also served as Chairman of the Economic Policy Committee for the Organization for Economic Cooperation and Development ("OECD"). From 1991 to 1993, I served as Deputy Assistant Secretary (Tax Analysis) of the United States Department of the Treasury, where I was responsible for economic analysis of tax policy, the administration's revenue estimates, and healthcare policy issues. I have also been an advisor or consultant to the Board of Governors of the Federal Reserve System, Social Security Administration, Congressional Budget Office, Federal Reserve Bank of New York, Internal Revenue Service, International Trade Commission, National Science Foundation, United States Department of Energy, and United States Department of the Treasury.

4.     My professional work has centered on issues in finance, financial markets, public economics, industrial organization, and monetary economics. I have authored more than

1

100 research articles, edited a number of books, and authored leading textbooks on money and financial markets, intermediate macroeconomics, and principles of economics. I have worked on a wide variety of finance and securities matters over my career and regularly teach and apply the techniques I have used in this report. I have testified as an expert on multiple occasions before various courts, including providing deposition and trial testimony in numerous securities fraud matters. A detailed list of my experience, research publications, and prior expert work is included in my *curriculum vitae*, which is attached as **Appendix A**. A list of my recent testimony experience is attached as **Appendix B**.

### B.    Assignment

5.    I understand that Ironworkers Locals 40, 361 & 417 Union Annuity, Pension and Topping Out Funds and Akademikernes Pensionskasse (together, "Lead Plaintiffs") filed an amended complaint in this matter on April 25, 2024 (the "Complaint") individually and on behalf of a proposed class comprised of all others similarly situated (together, "Plaintiffs" or "Proposed Class Members") who purchased or otherwise acquired Norfolk Southern's common stock between October 28, 2020, and March 3, 2023, inclusive (the "Proposed Class Period").[1] I understand that Plaintiffs allege that Norfolk Southern Corporation ("Norfolk Southern" or "NS") and three individual defendants (collectively, "Defendants"):[2] "made a series of statements that they knew or recklessly disregarded were materially false or misleading at the time the statements were made, and omitted material information necessary to make the statements […] not materially false or misleading."[3] Specifically, I understand that Plaintiffs claim that these statements concealed the alleged truth that: "Norfolk Southern's [Precision Scheduled Railroading, or PSR] strategy systematically

---

[1]    Consolidated Complaint for Violations of the Federal Securities Laws, *Bucks County Employees Retirement System v. Norfolk Southern Corporation, James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn*, Civil Action No. 1:23-cv-04175-SDG, United States District Court for the Northern District of Georgia, April 25, 2024 ("Complaint"), p. 1.

[2]    The Complaint references three individual defendants: (1) Alan H. Shaw, NS's former CEO and President during the Proposed Class Period, (2) James A. Squires, Norfolk Southern's Chairman of the Board of Directors and CEO from 2015 to May 2022 and President from June 2013 until December 2021, and (3) Cynthia M. Sanborn, Norfolk Southern's Executive VP and Chief Operations Officer from September 1, 2020 to January 1, 2023. Complaint, ¶¶ 31-35.

[3]    Complaint, p. 1.

ignored safety."[4] I understand that Plaintiffs allege that the market learned the information concealed by these statements in a series of alleged corrective disclosures beginning with the February 3, 2023 train derailment in East Palestine, Ohio ("East Palestine Derailment"), and that after these disclosures: "the price of Norfolk Southern's common stock plummeted, causing damages to Plaintiffs and other Norfolk Southern investors."[5]

6.    On February 27, 2026, Plaintiffs' expert Dr. Matthew D. Cain submitted an expert report (the "Cain Report") in which he opined that: "Norfolk Southern's Common Stock traded in an efficient market throughout the Class Period [and] Common Stock damages in this matter under §§ 10(b) and 20(a) claims can be calculated on a class-wide basis utilizing a common methodology."[6]

7.    Counsel for NS ("counsel") has asked me to:

a.    Evaluate, from an economic perspective, whether Plaintiffs' alleged misstatements impacted NS's stock price during the Proposed Class Period, either when made ("front-end" price impact), or when allegedly corrected ("back-end" price impact); and

b.    Evaluate, from an economic perspective, the extent to which Plaintiffs' Proposed Class Period defines a class composed of similarly situated investors.

### C.    Materials Considered

8.    A list of the materials I considered in preparing this report is attached as **Appendix C**. Examples of the types of information I considered include legal documents, NS regulatory filings, publicly-available railroad data from the Federal Railroad Administration ("FRA") and other sources, financial and economic data, news articles, academic literature, and analysts' reports.

9.    My work on this matter is ongoing. I may review additional materials or conduct further analyses after issuing this report. I reserve the right to update or revise my opinions, or form

---

[4]    Complaint, ¶ 1.

[5]    Complaint, ¶ 1.

[6]    Expert Report of Matthew D. Cain, Ph.D., February 27, 2026 ("Cain Report"), ¶ 115.

additional opinions, in response to statements by opposing experts and to any additional information I may receive.

### D.    Compensation

10.   I am being compensated for my time and services in this matter at my customary hourly rate of $2,100. I also receive compensation based on the professional fees of Analysis Group, Inc., a financial and economic consulting firm that has provided research support under my direction and supervision. Neither my compensation nor that of Analysis Group, Inc. is contingent on my opinions or on the outcome of this matter.

## II.    SUMMARY OF OPINIONS

11.   I have reached the following conclusions:

a.   There is no economic evidence that the Alleged Safety Misstatements had any price impact when they were made (at the "front end") (*see* **Section V**).

   i.   Information about NS's operational safety was available to the market throughout the Proposed Class Period. Information and data about railroad safety, capital expenditure, staffing, operations, and derailments was widely available from many different sources before and during the Proposed Class Period. For example, the FRA published detailed data on every railroad derailment during the Proposed Class Period. Numerous other federal agencies, academic researchers, and policy researchers used these data. And news commentary and analysts' reports discussed and analyzed NS's operational safety throughout the Proposed Class Period. Therefore, there is no economic basis to claim that the Alleged Safety Misstatements concealed the alleged truth about NS's safety outcomes (*see* **Section V.A**).

   ii.   Information about NS safety risks was available to the market throughout the Proposed Class Period. News articles, government reports, public disclosures from NS and its peers, and analysts' commentary extensively discussed these risks. Four detailed government reports published throughout the Proposed Class Period analyzed NS's operational safety, train length, and PSR. For example, in 2022 the FRA published a: "system-wide, special audit of NS," and

4

the GAO published a report studying the impact of: "PSR on freight rail safety."[7] But NS's stock price did not respond statistically significantly to any of these prior disclosures. Therefore, there is no economic basis to claim that the Alleged Safety Misstatements concealed the alleged truth about NS's safety risks or had any price impact (*see* **Section V.B**).

    iii. There is no economic evidence of any price impact on any of the 21 days with Alleged Misstatements. First, NS's stock price did not increase statistically significantly on 18 of these 21 Alleged Misstatement dates. After the other three dates, all of which involve Alleged Safety Misstatements, NS's price movement is explained by other NS-specific confounding news. Second, no analysts' reports discussed that the Alleged Safety Misstatements introduced new information. In particular, no analysts' reports repeated any Alleged Safety Misstatement, connected discussions of safety to these misstatements, or connected discussions of NS programs to these misstatements. Third, there is no economic evidence that the Alleged Vent-and-Burn Misstatements had any price impact because they were *never* corrected during the Proposed Class Period (or on the date of any Alleged Corrective Disclosure) (*see* **Section V.C**).

    iv. Further, there is no economic evidence that the Alleged Safety Misstatements conveyed any new information to the market. NS had made substantively similar statements for years before the Proposed Class Period, and continues to make the same statements today. Other Class I railroads also make similar statements; for example, CSX states: "Safety remains a top priority at CSX."[8] Academic

---

[7]    The 2022 NS FRA audit found that: "NS programs are largely effective and compliant with relevant safety regulations," and the 2022 GAO report found that: "FRA safety data do not show a clear causal relationship between the timing of reported implementation of PSR and changes in railroads' train accident and incident rates." "Freight Rail: Information on Precision-Scheduled Railroading," Government Accountability Office, December 2022, available at https://www.gao.gov/assets/gao-23-105420.pdf ("2022 GAO Report"), pp. 2, 20; "FRA Audit Report: Norfolk Southern Railway Company," Federal Railroad Administration, July 8, 2022 available at https://railroads.dot.gov/sites/fra.dot.gov/files/2022-11/Final%20Norfolk%20Southern%20Audit%20Report%202022%20%28003%29.pdf ("2022 NS FRA Audit"), pp. 3-4.

[8]    CSX Corporation, 2022 Form 10-K, February 15, 2023, p. 31.

articles find that such general, repeated language does not give investors any new information (*see* **Section V.D**).

b.  The economic evidence indicates that the East Palestine Derailment—and the other Alleged Corrective Disclosures at issue in this matter (the "back-end" disclosures)— were materializations of a known risk and did not correct any Alleged Misstatements. Derailment risk is "baked in" to NS's stock price because train derailments are common. NS had 92 derailments during the Proposed Class Period, including 88 derailments before the East Palestine Derailment. A number of these NS derailments included hazardous materials and had high costs. NS's derailment rate was consistent with other Class I railroads; for example, CSX had 66 derailments and BNSF had 112 derailments during the Proposed Class Period. Throughout the Proposed Class Period, NS also frequently warned investors about the risk of derailments, and contemporaneous news commentary and analysts' reports discussed derailment risk. Moreover, publicly-available FRA data do not support the view that NS had a higher derailment or accident rate after implementing PSR in 2019: NS derailments generally increased between 2015 and 2021 and decreased thereafter. Investors thus had information about the risks of derailments throughout the Proposed Class Period. NS's stock price could still decline after a derailment, but that decline reflects the outcome of a known risk, not the correction of any Alleged Misstatement. Therefore, the economic evidence is consistent with the view that NS's stock price declines following the derailments at issue in this matter are due to materializations of a known risk and not concealed information, and are therefore not evidence of price impact of the Alleged Misstatements (*see* **Section VI**).

c.  There is no economic evidence that NS's stock price reactions following any Alleged Corrective Disclosures (at the "back end") are reliable measures of the price impact of the Alleged Misstatements (*see* **Section VII**).

    i.  NS's stock price reaction to the East Palestine Derailment is not statistically distinguishable from zero. In addition, from an economic perspective, the specific information revealed by the East Palestine Derailment (*i.e.*, that the derailment happened) does not correct the broad, general Alleged Safety

6

Misstatements (*e.g.*, that NS valued safety in general). Instead, the East Palestine Derailment was the materialization of a known risk of derailments. Contemporaneous analysts' commentary supports this view. *No* analysts' reports published during the Proposed Class Period indicated that the East Palestine Derailment had somehow revealed new information about NS's operational safety. Instead, analysts discussed the potential cost of the derailment—as I would expect once a known risk materializes. Moreover, contemporaneous analysts' commentary indicates that analysts did *not* see the East Palestine Derailment as having a substantial impact on NS's stock price. Analysts noted instead that the impact of the East Palestine Derailment on NS's stock price was "minimal"[9] and that any selloff was "overdone"[10] (*see* **Section VII.A**).

ii.   There was no new information in the two news articles alleged to be corrective disclosures on February 9, 2023. NS's stock price would not be expected to respond to repetition of old information. Therefore, the February 9 Alleged Corrective Disclosures could not have had any price impact (*see* **Section VII.B.1**).

iii.  The EPA letter sent to NS on February 10, 2023 was the materialization of a known risk of environmental clean-up costs. NS had warned about, and analysts had discussed, this risk throughout the Proposed Class Period. Moreover, *no* analysts' reports published after the EPA letter stated that the letter had revealed any concealed NS safety information. Instead, contemporaneous analysts' commentary indicated that the risk of clean-up costs had been anticipated, and was expected to be small.[11] Therefore, the February 10 Alleged Corrective Disclosure could not have had any price impact (*see* **Section VII.B.2**).

---

[9]   Bank of America, "Norfolk Southern: East Palestine 50 car derailment, town evacuated; self insurance exposure ~1% EPS," February 14, 2023.

[10]  Wolfe Research, "NSC - Derailment Update," February 13, 2023.

[11]  Further, although Plaintiffs allege a two-day stock price response to this news, NS's stock price response on the second day is not statistically distinguishable from zero.

iv.    None of the various politician statements, union statements, or unrelated Michigan Derailment on February 15–17, 2023 revealed any new information about NS's safety practices. Instead, all of these events were materializations of the known risks of clean-up costs, government regulation, and derailments. All of these risks had been disclosed and discussed before the February 15–17 Alleged Corrective Disclosures (and throughout the Proposed Class Period). Further, *no* analysts' reports stated that any of these events had changed the market's view on NS's safety or revealed any concealed NS safety information. Therefore, the February 15–17 Alleged Corrective Disclosures could not have had any price impact (*see* **Section VII.B.3**).

v.    The NS derailment near Springfield, Ohio on March 4, 2023 was the materialization of a known risk of railroad derailments, and NS's March 6, 2023 six-point safety plan was an effort to *further improve* NS's temperature sensor network. Neither of these events revealed any new information about NS's safety practices or demonstrated that the Alleged Safety Misstatements were false when made. Consistent with this view, contemporaneous analysts' commentary stated that: "the safety culture at Norfolk does not appear impaired."[12, 13] Therefore, the March 4–6 Alleged Corrective Disclosures could not have had any price impact (*see* **Section VII.B.4**).

vi.    On October 25, 2023, NS announced its third accounting charge for the East Palestine Derailment. Contemporaneous market commentary attributed NS's stock price decline on that day to factors unrelated to NS's operational safety. Moreover, the economic evidence indicates that the market had expected the East Palestine charge and in fact viewed it as: "a modest positive."[14] Therefore, the October 25 Alleged Corrective Disclosure could not have had any price impact (*see* **Section VII.B.5**).

---

[12]    J.P. Morgan, "J.P. Morgan Industrials Conference Takeaways," March 15, 2023.

[13]    Further, although Plaintiffs allege a two-day stock price response to this news, NS's stock price response on the second day is not statistically distinguishable from zero.

[14]    J.P. Morgan, "First Look at 3Q23 Earnings," October 25, 2023.

d.  I have seen no economic evidence that the Alleged Vent-and-Burn Misstatements were *ever* corrected during the Proposed Class Period or on the date of any Alleged Corrective Disclosure. This means that there is no price decline associated with the "correction" of these misstatements. Therefore, there is no economic basis for evaluating or claiming any price inflation or price impact from the Alleged Vent-and-Burn Misstatements (*see* **Section VIII**).

e.  Even if the East Palestine Derailment had revealed something new to investors about the Alleged Safety Misstatements (which the economic evidence indicates it did not), there is no economic evidence that would support extending the Proposed Class Period past the East Palestine Derailment itself. Proposed Class Members who bought NS stock after the East Palestine Derailment relied on a different set of information than those who bought beforehand. Even if investors did somehow misperceive Norfolk Southern's safety practices before the East Palestine Derailment, despite all of the earlier derailments and all of the other available safety information, there is no economic evidence that there was anything left to correct about the Alleged Safety Misstatements that was ultimately fully corrected by the later Alleged Corrective Disclosures. To the extent there was any new information in these later Alleged Corrective Disclosures at all, they were follow-on materializations of known risks from the East Palestine Derailment or consist of other unrelated derailments (*see* **Section IX.A**).

f.  Including NS's price decline following the Alleged Corrective Disclosure on October 25, 2023 as "inflation" during the Proposed Class Period is not consistent with fundamental economics. October 25 is over seven months after the end of the Proposed Class Period. Thus, from an economic perspective, Plaintiffs' Proposed Class Period definition simultaneously assumes that: (i) all information in the Alleged Misstatements was corrected by March 3, 2023; and (ii) the market learned additional corrective information seven months later. This assumption is inconsistent with fundamental economics (*see* **Section IX.B**).

### III.    CASE BACKGROUND

#### A.    Factual Background

##### 1. *Norfolk Southern*

12.    NS is a publicly traded freight railroad company operating primarily in the Eastern United States.[15] NS owns and operates an integrated rail network that transports a broad range of commodities, including merchandise, commodities, and hazardous chemicals.[16]

13.    NS is one of the largest freight railroads, known as the "Class I" railroads.[17] There are six Class I freight railroads: Burlington Northern and Santa Fe Railway ("BNSF"), Union Pacific Corporation ("UNP"), and CSX Transportation ("CSX"), Canadian National Railway ("CN") and Canadian Pacific Kansas City ("CPKC").[18] BNSF, UNP, CSX, and NS all operate primarily in the United States.

14.    The U.S. railroad industry is heavily regulated at the federal level, primarily through two government agencies:

---

[15]    NS's common stock is publicly listed on the New York Stock Exchange ("NYSE") under the ticker NSC. *See* Norfolk Southern, 2022 Form 10-K, February 3, 2023 ("NS 2022 10-K"), pp. K3-K4.

[16]    Merchandise refers to all operations supporting the transportation of "[a]griculture, forest and consumer products," "[c]hemicals," "[m]etals and construction" and "[a]utomotive" parts; intermodal contains of "shipments moving in domestic and international containers and trailers"; and coal is the supply of coal from origin to electronic powerplants. *See* NS 2022 10-K, pp. K5-K6, K13.

[17]    The Surface Transportation Board ("STB") designates a railroad as "Class I" if its annual operating revenue exceeds an inflation-adjusted threshold updated each year (in 2021, this threshold was approximately $940 million). *See* "Railroad Revenue Deflator Factors," Surface Transportation Board, available at https://www.stb.gov/reports-data/economic-data/railroad-revenue-deflator-factors/; "Economic Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/economic-data/.

[18]    *See* "Annual Report Financial Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/economic-data/annual-report-financial-data/ (lists recognized Class I railroads required to submit R-1 forms for a respective year). Canadian Pacific ("CP") and Kansas City Southern ("KCS") combined on April 14, 2023, to create Canadian Pacific Kansas City. *See* "Canadian Pacific and Kansas City Southern combine to create CPKC," Canadian Pacific Kansas City, April 14, 2023, available at https://investor.cpkcr.com/news/press-release-details/2023/Canadian-Pacific-and-Kansas-City-Southern-combine-to-create-CPKC/default.aspx.

a.    The FRA is a part of the U.S. Department of Transportation that regulates railroad safety;[19] and

b.    The Surface Transportation Board ("STB") is an independent federal agency that regulates the railroad industry's financial and economic affairs (*e.g.*, service issues, line construction, and operational changes).[20]

15.    Railroads must report each accident and derailment to the FRA within one month.[21] The FRA requires that these reports include over 100 separate data points (*e.g.*, deaths, injuries, estimated costs, number of hazardous materials cars, causes of the accident, *etc.*).[22] The FRA publishes these accident data to an online "FRA Safety Data" portal, which is updated monthly and which includes data back to 1975.[23] Class I railroads must also submit standardized reports on staffing, employee compensation, revenues, expenses, traffic

---

[19]    "Federal Railroad Administration," United States Government Manual, available at https://usgovernmentmanual.gov/Agency?EntityId=WRjR+npxUd4=&ParentEId=HIYL 2uq+Vqo=&EType=/sbLHImeIYk=. ("The Administration promulgates and enforces rail safety regulations, administers railroad financial assistance programs, conducts research and development to improve railroad safety and national rail transportation policy[.]"). *See also* "Railroad Safety," Federal Railroad Administration, available at https://railroads.dot.gov/railroad-safety.

[20]    "Surface Transportation Board," United States Government Manual, available at https://usgovernmentmanual.gov/Agency?EntityId=gQpdDXNqphk=&ParentEId= +klubNxgV0o=&EType=jY3M4CTKVHY= ("The STB adjudicates disputes and regulates interstate surface transportation through various laws governing the different modes of surface transportation. […] The STB's jurisdiction generally extends over railroad rate and service issues, rail restructuring transactions, including mergers and line abandonments, construction, and sales, and labor matters related thereto."). *See also* "About STB," Surface Transportation Board, available at https://www.stb.gov/about-stb/.

[21]    Specifically, railroads must report accidents with total costs over a threshold (in 2021, that threshold was $11,200). *See* "Monetary Threshold Notice," Federal Railroad Administration, December 30, 2025, available at https://railroads.dot.gov/safety-data/forms-guides-publications/guides/monetary-threshold-notice.

[22]    *See* "6180.54 - Rail Equipment Accident/Incident Data Dictionary Effect. 6/1/2011," Federal Railroad Administration, available at https://railroads.fra.dot.gov/safety-data/618054-rail-equipment-accidentincident-data-dictionary-effect-612011. *See also* "Title 49: Subtitle B: Chapter II: Part 225: Railroad Accidents/Incidents: Reports Classification, and Investigations, § 225.21 Forms," Code of Federal Regulations, available at https://www.ecfr.gov/current/title-49/subtitle-B/chapter-II/part-225?toc=1.

[23]    "FRA Safety Data," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/FRA-Safety-Data/dakf-i7zd; "Data Release Schedule," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Data-Release-Schedule/qfc9-tapk/ ("[D]ataset is updated monthly, on the first of the month."); "Train Accident (not at Highway-Rail Crossings) Summary (2.03)," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/2ju5-8zxb (Table has option to extend back to calendar year of 1975 for accident data.).

11

volumes, and network performance to the STB.[24] These reports include an Annual Report of Finances and Operations ("R-1").[25] The STB publicizes these data on its website, which is updated weekly and which includes data back to 1996.[26]

16.    Other federal agencies also analyze the railroad industry, including the National Transportation Safety Board ("NTSB," an independent federal agency), which investigates railroad accidents and issues safety recommendations;[27] and the Government Accountability Office ("GAO"), a Congressional research agency.[28]

### 2. Precision Scheduled Railroading

17.    All of the Class I freight railroads except BNSF use an operational strategy called "precision scheduled railroading" or "PSR."[29] PSR is meant to increase efficiency and reduce costs by: (i) using fewer, longer trains; (ii) maximizing train utilization; and (iii) reducing headcount.[30] PSR focuses on maximizing railroads' utilization of their assets and aims to reduce railroads' operating expenses as a percentage of revenue (this is known as the "operating ratio" or

---

[24]    Railroads report performance metrics weekly, financial statements and employee compensation quarterly, and finances and operations annually. *See* "Title 49: Subtitle B: Chapter X: Subchapter C: Part 1241 – Annual, Special, or Periodic Reports – Carriers Subject to Part I of the Interstate Commerce Act," Code of Federal Regulations, available at https://www.ecfr.gov/current/title-49/subtitle-B/chapter-X/subchapter-C/part-1241; "Economic Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/economic-data/.

[25]    *See* "Title 49: Subtitle B: Chapter X: Subchapter C: Part 1241 – Annual, Special, or Periodic Reports – Carriers Subject to Part I of the Interstate Commerce Act," Code of Federal Regulations, available at https://www.ecfr.gov/current/title-49/subtitle-B/chapter-X/subchapter-C/part-1241.

[26]    "Reports & Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/. *See*, *e.g.*, "Annual Report Financial Data," Surface Transportation Board, available at http://stb.gov/reports-data/economic-data/annual-report-financial-data/ (years from 1996 to 2024 listed with financial data).

[27]    "Who We Are and What We Do," National Transportation Safety Board, available at https://www.ntsb.gov/Pages/home.aspx.

[28]    "GAO's Mission," Government Accountability Office, available at https://guides.gaoinnovations.gov/greenbook/2025/gaos-mission/.

[29]    2022 GAO Report, pp. 13-15.

[30]    2022 GAO Report, pp. 1 ("While there is no one definition of PSR, it is generally understood as an overarching strategy to increase a railroad's efficiency and reduce costs."), 13 ("These changes include (1) reductions in railroad workforce; (2) use of fewer, longer trains; and (3) a decreased number of assets such as railcars, locomotives, and facilities. Representatives of the seven Class I railroads stated that they have made changes to their workforce and assets as well as other changes to increase efficiency and asset utilization.").

"OR").[31] CN was the first railroad to implement PSR in 1998.[32] Canadian Pacific ("CP"), CSX, UNP, and Kansas City Southern ("KCS") then implemented PSR in 2012, 2017, 2018, and 2019, respectively.[33, 34] NS began adopting "principles" of PSR in 2018 and officially adopted PSR in the first half of 2019.[35] The NS operating plan to implement PSR was called "TOP21."[36] In June 2022 (*i.e.*, during the COVID pandemic), NS updated its operating plan to "Top SPG."[37]

18.   PSR is permitted by railroad regulators. For example, neither the FRA nor STB impose any limits on train length, operating crew size, or a railroad's overall number of employees.[38]

19.   Before and during the Proposed Class Period, railroad stakeholders have discussed how PSR might impact railroad safety. In particular, railroad unions have been critical of PSR.[39] For

---

[31]   *See* "Q&A Series: Introduction to Precision Scheduled Railroading," ICL, August 6, 2021, available at https://iclsystems.com/blog/qa-series-introduction-to-precision-scheduled-railroading/.

[32]   2022 GAO Report, p. 9

[33]   2022 GAO Report, p. 10. Canadian Pacific ("CP") and Kansas City Southern ("KCS") merged on April 14, 2023. *See* "Canadian Pacific and Kansas City Southern combine to create CPKC," Canadian Pacific Kansas City, April 14, 2023, available at https://investor.cpkcr.com/news/press-release-details/2023/Canadian-Pacific-and-Kansas-City-Southern-combine-to-create-CPKC/default.aspx.

[34]   At the time of the 2022 GAO Report, BNSF had not formally implemented PSR. But BNSF had also aimed to increase asset utilization, reduced its workforce from 2011 onward, and reported running longer trains. *See* 2022 GAO Report, pp. 13-15 ("[T]he seven Class I railroads stated that they have made […] changes to increase efficiency and asset utilization. […] BNSF, which does not report implementing PSR, also had reductions in workforce at various points since 2011. […] In 2022, all seven Class I railroads told us they ran longer trains[.]").

[35]   2022 GAO Report, p. 10. *See also* "Norfolk Southern prepares to roll out TOP21 precision scheduled railroading operating plan," Norfolk Southern, June 4, 2019, available at https://www.norfolksouthern.com/en/newsroom/news-archive/2019/norfolk-southern-prepares-to-roll-out-top21-precision-scheduled-railroading-operating-plan.

[36]   "Norfolk Southern prepares to roll out TOP21 precision scheduled railroading operating plan," Norfolk Southern, June 4, 2019, available at https://www.norfolksouthern.com/en/newsroom/news-archive/2019/norfolk-southern-prepares-to-roll-out-top21-precision-scheduled-railroading-operating-plan.

[37]   "Launching our new customer-centric operating plan: TOP|SPG," Norfolk Southern, June 27, 2022, available at https://www.norfolksouthern.com/en/newsroom/story-yard/launching-our-new-customer-centric-operating-plan-top-spg. NS described that TOP SPG was focused on: "service," "reliability," and "growth."

[38]   *See* "Rail Safety: Freight Trains Are Getting Longer, and Additional Information Is Needed to Assess Their Impact," Government Accountability Office, May 2019, available at https://www.gao.gov/assets/gao-19-443.pdf ("2019 GAO Report"), p. 2 ("Although FRA oversees various aspects of freight railroad safety, it has no specific regulatory requirements that limit trains length or define what constitutes a 'long' train.").

[39]   *See*, *e.g.*, Pierce, Dennis R., "Precision Scheduled Railroading: Short Term Gains at What Cost?," Brotherhood of Locomotive Engineers and Trainmen, April 8, 2019, available at https://ble-t.org/news/precision-scheduled-railroading-short-term-gains-at-what-cost; Marsh, Joanna, "Union leaders criticize precision scheduled railroading," *FreightWaves*, June 21, 2019, available at https://www.freightwaves.com/news/union-leaders-criticize-precision-scheduled-railroading.

13

example, in May 2021, the Chair of the U.S. House of Representatives Committee on Transportation and Infrastructure requested that the GAO study the impact of PSR on workers and safety.[40]

20.    Government studies generally did not find that PSR had resulted in worse safety outcomes. For example, in December 2022, the GAO published a report on the effects of PSR on railroad safety and service (the "2022 GAO Report").[41] The 2022 GAO Report found that: "FRA safety data do not show a clear causal relationship between the timing of reported implementation of PSR and changes in railroads' train accident and incident rates."[42] I discuss these studies and their findings in greater detail in **Section V**.

### 3.    The East Palestine Derailment

21.    On Friday February 3, 2023, 38 cars and 11 hazmat cars from NS freight train 32N derailed in East Palestine, Ohio at around 8:54 p.m. ET (the "East Palestine Derailment").[43] The federal Environmental Protection Agency ("EPA") and Ohio Environmental Protection Agency arrived at the derailment site within hours, and NS coordinated its response to the East Palestine Derailment with these agencies.[44]

---

[40]    *See* "Chairs DeFazio and Payne, Jr. Request GAO Study on the Impacts of Precision Scheduled Railroading on Workers, Safety and Shippers," The House Committee on Transportation & Infrastructure, May 13, 2021, available at https://democrats-transportation.house.gov/news/press-releases/chairs-defazio-and-payne-jr-request-gao-study-on-the-impacts-of-precision-scheduled-railroading-on-workers-safety-and-shippers ("May 2021 House Request").

[41]    *See* 2022 GAO Report, p. 2 (under "Why GAO Did This Study": "GAO was asked to examine the effect of PSR on freight rail safety and service.").

[42]    2022 GAO Report, p. 20. The 2022 GAO Report also stated: "to STB officials, it is unclear if [service] variation is linked to PSR-associated operational changes made by railroads." 2022 GAO Report, p. 29.

[43]    "Norfolk Southern Railway Derailment and Hazardous Materials Release," National Transportation Safety Board, available at https://www.ntsb.gov/investigations/Pages/RRD23MR005.aspx ("NTSB Summary").

[44]    *See* "East Palestine, Ohio Train Derailment: Background," Environmental Protection Agency, available at https://www.epa.gov/east-palestine-oh-train-derailment/background ("EPA arrived on-site by 2:00 a.m. on February 4. […] Since arriving, EPA has continuously tested the air in and around East Palestine"); "Ohio EPA's Response to Train Derailment in East Palestine," Ohio Environmental Protection Agency, available at https://storymaps.arcgis.com/stories/ba6f0f12f5c2429fb7215eca6e167d2a ("Ohio EPA's emergency responders were on scene hours after the derailment.").

For example, NS worked with the EPA to mitigate contaminated runoff on the Sulphur Run and Leslie Run streams. NS also removed materials that the EPA identified as having leaked from a railcar. *See* "East Palestine, Ohio Train Derailment: Operational Updates," Environmental Protection Agency, available at https://www.epa.gov/east-palestine-oh-train-derailment/operational-updates#feb423. In addition, in

14

22.	Five of the derailed railcars carried vinyl chloride monomer ("VCM"), a flammable industrial chemical used to make PVC plastics.[45] At high temperatures, VCM can destabilize in a process called "polymerization."[46] In a railroad tank car, polymerization can create pressure and potentially lead to an explosion.[47]

23.	NS evaluated different ways of mitigating this risk in coordination with first responders and various government agencies at the county, state, and federal levels.[48] The "incident command" team, led by the local fire chief, decided on a "vent-and-burn" approach,[49] which meant draining the VCM from the tank cars and burning it.[50] In preparation for the vent-and-burn, Ohio Governor Mike DeWine ordered a temporary evacuation within a 1-mile radius of the East Palestine Derailment.[51]

### 4.  *Selected Events After the East Palestine Derailment*

24.	In this subsection, I briefly discuss certain events after the East Palestine Derailment that are relevant to this matter, including certain disclosures discussed in the Complaint.

---

coordination with the EPA, NS excavated and disposed the soil within the impacted area. *See* "Norfolk Southern Marks Major East Palestine Milestone, Completing Intensive Phase of Environmental Remediation," Norfolk Southern, October 26, 2023, available at https://www.norfolksouthern.com/en/newsroom/news-archive/2023/norfolk-southern-marks-major-east-palestine-milestone-completing-intensive-phase-of-environmental-remediation.

[45]	"Railroad Investigation Report RIR-24-05: Norfolk Southern Railway Derailment and Hazardous Materials Release," National Transportation Safety Board, June 25, 2024, available at https://www.ntsb.gov/investigations/AccidentReports/Reports/RIR2405%20CORRECTED.pdf ("NTSB Report"), pp. 1, 18, fn. 35.

[46]	NTSB Report, pp. 65-66.

[47]	"2020 Emergency Response Guidebook," Pipeline and Hazardous Materials Safety Administration, 2020, available at https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/2021-01/ERG2020-WEB.pdf, pp. 168, 381 ("A chemical reaction that often produces heat and pressure. […] [B]uildup of heat and pressure can cause […] an explosion.").

[48]	Government officials present in risk mitigation included the EPA, Columbiana County Emergency Management Agency ("CCEMA"), and Governors of Ohio and Pennsylvania. *See* NTSB Report, pp. 27-28, 72.

[49]	*See* NTSB Report, pp. 18-19 (Outlines how a "vent-and-burn" is conducted).

[50]	The "incident command" team was led by the East Palestine Fire Chief and included representatives from NS, the EPA, and CCEMA. After two meetings with these groups and others (including Ohio Governor DeWine), the incident commander approved the "vent-and-burn" NTSB Report, pp. 153-154. *See also* NTSB Report, pp. 71-72 (Outlines incident command structure).

[51]	"East Palestine Urgent Evacuation Notice," Ohio Emergency Management Agency, February 5, 2023, available at https://ema.ohio.gov/media-publications/news/dewine-020523 ("Evacuation Order, Vent-and-Burn").

25.    On Friday, February 10, 2023, the EPA sent a letter stating that NS: "may be responsible […] for cleanup of the [East Palestine] [s]ite or costs EPA has incurred in cleaning up the [s]ite."[52]

26.    On February 23, 2023, the NTSB published a preliminary investigation report into the East Palestine Derailment (the "Preliminary NTSB Report").[53] The Preliminary NTSB Report found that: (i) the East Palestine Derailment was due to an overheated wheel bearing;[54] (ii) NS's temperature sensors detected the rising temperature of the wheel bearing before it failed;[55] (iii) when the wheel bearing reached a critical temperature, the train crew got an alert;[56] and (iv) the train crew followed NS's safety protocols.[57]

27.    On March 2, 2023, NS and six other North American freight railroads agreed to join the FRA's voluntary employee safety reporting program, the Confidential Close Call Reporting System ("C3RS").[58]

---

[52]    "Letter from Jason El-Zein, U.S. Environmental Protection Agency, to Matt Gernand, Norfolk Southern Railway Company," Environmental Protection Agency, February 10, 2023, available at https://www.epa.gov/system/files/documents/2023-02/Norfolk%20Southern%20East%20Palestine%20Train%20Derailment%20General%20Notice%20Letter%202.10.2023%20%281%29.pdf ("EPA Letter"). The EPA Letter is dated after the market close on February 10, 2023.

[53]    "Preliminary Report RRD23MR005: Norfolk Southern Railway Train Derailment with Subsequent Hazardous Material Release and Fires," National Transportation Safety Board, February 23, 2023, available at https://www.ntsb.gov/investigations/Documents/RRD23MR005%20East%20Palestine%20OH%20Prelim.pdf ("Preliminary NTSB Report").

[54]    Preliminary NTSB Report, p. 4 ("Surveillance video from a local residence showed what appeared to be a wheel bearing in the final stage of overheat failure moments before the derailment.").

[55]    Preliminary NTSB Report, p. 3 ("NS has equipped their rail network with HBD systems to assess the temperature conditions of wheel bearings while en route. The function of the HBD is to detect overheated bearings and provide audible real-time warnings to train crews. Train 32N passed three HBD systems on its trip before the derailment. At MP 79.9, the suspect bearing from the 23rd car had a recorded temperature of 38°F above ambient temperature. When train 32N passed the next HBD, at MP 69.01, the bearing's recorded temperature was 103°F above ambient. The third HBD, at MP 49.81, recorded the suspect bearing's temperature at 253°F above ambient.").

[56]    Preliminary NTSB Report, p. 2 ("The wayside defect detector, or hot bearing detector (HBD), transmitted a critical audible alarm message instructing the crew to slow and stop the train to inspect a hot axle.").

[57]    Preliminary NTSB Report, p. 3 ("NS has established the following HBD alarm thresholds (above ambient temperature) and criteria for bearings: (i) Between 170°F and 200°F, warm bearing (non-critical); stop and inspect; (ii) A difference between bearings on the same axle greater than or equal to 115°F (non-critical); stop and inspect; (iii) Greater than 200°F (critical); set out railcar. After the train stopped, the crew observed fire and smoke and notified the Cleveland East dispatcher of a possible derailment.").

[58]    See "Major railroads to join U.S. 'close call' voluntary reporting program," Reuters, March 2, 2023, available at https://www.reuters.com/world/us/major-railroads-join-us-close-call-voluntary-reporting-program-2023-03-02/.

16

28.    On March 4, 2023, a separate NS train derailed near Springfield, Ohio.[59]

29.    On March 6, 2023, NS announced "a six-point plan to immediately enhance the safety of its operations" that was "based on the preliminary findings" of the Preliminary NTSB Report ("the Six-Point Plan").[60] The Six-Point Plan included: (i) "evaluating the distance between hot bearing detectors [*i.e.*, wheel temperature sensors or 'HBDs'] […and] develop[ing] a plan to deploy additional detectors where practical;" (ii) "working with manufacturers" on "next-generation hot bearing detectors;" (iii) "[w]ork[ing] with industry on practices for hot bearing detectors;" (iv) "[d]eploy[ing] more acoustic bearing detectors […in addition] to the five already in service;" (v) "[a]ccelerat[ing] our Digital Train Inspection program;" and (vi) "join[ing] the Federal Railroad Administration's Confidential Close Call Reporting System (C3RS) […] building upon [NS's] own long-standing Close Call Experience Program."[61] As mentioned, the sixth point had already been announced on March 2, 2023.

30.    On April 26, 2023, NS released its Q1 2023 financial results, which included an "initial" $387 million charge for the costs of the East Palestine Derailment.[62]

31.    On July 27, 2023, NS released its Q2 2023 financial results, which included an additional $416 million charge for the costs of the East Palestine Derailment.[63]

32.    On October 25, 2023, NS released its Q3 2023 financial results, which included an additional $163 million charge for the costs of the East Palestine Derailment.[64]

---

[59]  "20 Cars of Norfolk Southern cargo train derail in Ohio," *Associated Press*, March 5, 2023, available at https://apnews.com/article/norfolk-southern-springfield-ohio-train-derailment-7cd3b526a7c78ed17ad4bce0699720af.

[60]  *See* "Norfolk Southern Announces Six-Point Safety Plan," Norfolk Southern, March 6, 2023, available at https://www.norfolksouthern.com/en/newsroom/news-archive/2023/norfolk-southern-announces-six-point-safety-plan ("2023 NS Six-Point Plan Announcement").

[61]  2023 NS Six-Point Plan Announcement.

[62]  *See* "Norfolk Southern reports first quarter 2023 results," Norfolk Southern, April 26, 2023, available at https://stage.investorroom.com/nscorp/2023-04-26-Norfolk-Southern-reports-first-quarter-2023-results ("These results include an initial $387 million charge associated with the incident in Eastern Ohio").

[63]  "Norfolk Southern reports second quarter 2023 results," Norfolk Southern, July 27, 2023, available at https://norfolksouthern.investorroom.com/2023-07-27-Norfolk-Southern-reports-second-quarter-2023-results ("These results include a $416 million charge associated with the ongoing response to the incident in Eastern Ohio").

[64]  "Norfolk Southern reports third quarter 2023 results," Norfolk Southern, October 25, 2023, available at https://norfolksouthern.investorroom.com/2023-10-25-Norfolk-Southern-reports-third-quarter-2023-results ("These results include a $163 million charge associated with the incident in Eastern Ohio").

B.    **Summary of Plaintiffs' Allegations**

33.    I understand from counsel that Plaintiffs assert that NS made 35 alleged misstatements (the "Alleged Misstatements"). I organize the Alleged Misstatements into two categories:[65] (i) 30 statements related to safety made before the East Palestine Derailment ("Alleged Safety Misstatements"); and (ii) five statements related to the "vent-and-burn" made after the East Palestine Derailment ("Alleged Vent-and-Burn Misstatements"). Collectively, the Alleged Misstatements could have impacted NS's stock price on 21 dates (the "Alleged Misstatement Dates"). **Exhibit 1** provides detail on each Alleged Misstatement (the order of the Alleged Misstatements matches the order in which the Complaint presents them).

a.    **Alleged Safety Misstatements**: The Alleged Safety Misstatements discuss NS's operational safety and its commitment to: "safety as a core value."[66] Plaintiffs allege that the Alleged Safety Misstatements misled investors into believing that NS: "operated its railroad safely," while: "In truth, [NS]'s PSR strategy systematically ignored safety."[67] I divide the 30 Alleged Safety Misstatements into two groups: 15 general claims about NS's safety in the abstract (the "General Alleged Safety Misstatements") and 15 claims that are at least nominally related to specific NS programs (the "Program-Related Alleged Safety Misstatements").

i.    The **General Alleged Safety Misstatements** are broad, general statements about NS's commitment to safety, such as: "Safety is a way of life at Norfolk Southern."

ii.    The **Program-Related Alleged Safety Misstatements** are at least nominally about NS programs. For example: "[PSR] is about using assets in the most efficient manner possible without sacrificing safety."[68]

---

[65]    These categories are also consistent with the Court's Motion to Dismiss Order. *See* Opinion and Order on Defendants' Motion to Dismiss, *Bucks County Employees Retirement System v. Norfolk Southern Corporation, James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn*, Civil Action No. 1:23-cv-04175-SDG, United States District Court for the Northern District of Georgia, March 24, 2025 ("MTD Opinion"), pp. 14-15.

[66]    Complaint, ¶ 410. *See also* Norfolk Southern, Schedule 14A, March 31, 2021, p. 6.

[67]    Complaint, ¶ 1.

[68]    Complaint, ¶ 417. *See also* Testimony of Cynthia M. Sanborn, Executive Vice President and Chief Operating Officer, Norfolk Southern Corporation, Before the U.S. House of Representatives, June 14, 2022.

    b.    **Alleged Vent-and-Burn Misstatements**: The five Alleged Vent-and-Burn Misstatements are statements about the vent-and-burn after the East Palestine Derailment.[69] All of the Alleged Vent-and-Burn Misstatements were made on February 5–6, 2023. Plaintiffs claim that the Alleged Vent-and-Burn Misstatements were false or misleading because: "These statements concealed that the 'vent and burn' was unnecessary because the information available to Defendants indicated that an uncontrolled VCM polymerization reaction was not occurring – and could not occur based on the science – in the VCM cars."[70]

34.    Plaintiffs claim that the Alleged Misstatements were corrected by a series of events on ten days (the "Alleged Corrective Disclosures"), including the East Palestine Derailment and subsequent news articles, statements from political and government officials, other NS derailments, and government actions.[71] Plaintiffs claim these Alleged Corrective Disclosures collectively had nine price impact dates (the "Alleged Corrective Disclosure Dates"). **Table 1** summarizes the Alleged Corrective Disclosures, based on the allegations in the Complaint. **Exhibit 2** plots NS's stock price, Plaintiffs' Alleged Misstatements, and Plaintiffs' Alleged Corrective Disclosures.

---

[69]   *See* **Section III.A** for additional information regarding the "vent-and-burn" procedure and related events.

[70]   Complaint, ¶ 445.

[71]   Complaint, ¶ 510 ("The Class Period inflation in Norfolk Southern's common stock price was removed when the foreseeable risks and relevant truth concealed by Defendants' material misstatements and omissions and fraudulent scheme were revealed to the market. As discussed below, this occurred through a series of events between February 3, 2023 and March 6, 2023").

**Table 1: Summary of Alleged Corrective Disclosures**

| | Date | Alleged Price Impact Date(s) | Alleged Corrective Disclosure(s) |
|---|---|---|---|
| [1] | Feb. 3, 2023 | Feb. 6, 2023 | East Palestine Derailment, "vent-and-burn," evacuation |
| [2] | Feb. 9, 2023 | Feb. 9, 2023 | *Yahoo! Finance* and *PBS* publish articles restating facts about the East Palestine Derailment |
| [3] | Feb. 10, 2023 | Feb. 13–14, 2023 (*2-day window*) | EPA sends General Letter of Potential Liability to NS |
| [3] | Feb. 13, 2023 | Feb. 13–14, 2023 (*2-day window*) | NPR reports on EPA letter |
| [4] | Feb. 15, 2023 | Feb. 16–17, 2023 (*2-day window*) | • Ohio AG says he is considering legal action against NS<br>• US Senators send letter to NTSB about railroad safety<br>• US Senators issue press release about letter sent to DOT |
| [4] | Feb. 16, 2023 | Feb. 16–17, 2023 (*2-day window*) | • NS train derails in Van Buren Township, MI<br>• CNN reports that NS signed EPA letter<br>• White House Press Secretary states: "we're going to hold Norfolk Southern accountable"<br>• SMART union issues a statement calling for an end to PSR |
| [4] | Feb. 17, 2023 | Feb. 16–17, 2023 (*2-day window*) | Senator Cantwell sends letter to Class I railroads requesting info regarding the safety implications of PSR |
| [5] | Mar. 4, 2023 | Mar. 6–7, 2023 (*2-day window*) | NS train derails in Springfield, OH |
| [5] | Mar. 6, 2023 | Mar. 6–7, 2023 (*2-day window*) | NS announces "six-point plan" to improve safety based on NTSB findings |
| [6] | Oct. 25, 2023 | Oct. 25, 2023 | NS Q3 2023 earnings include East Palestine impairment |

## IV.    ECONOMIC METHODOLOGY FOR ANALYZING SECURITIES MATTERS

### A.    Economic Logic of Securities Class Action Matters

35.    From an economic perspective, a securities fraud case relies on the following logic:

a.    First, one or more alleged misstatements "inflate" the price of a security above its counterfactual ("but-for") price had those misstatements never been made.[72] In this way, the alleged misstatements are said to have: "price impact."

---

[72]    *See* Gold, Kevin L., *et al.*, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 in *Litigation Services Handbook*, 6th Ed. (2017), John Wiley & Sons ("Litigation Services Handbook"), p. 12 ("For the out-of-pocket measure of damages used in most cases filed under § 10(b) of the Securities Exchange Act of 1934, experts estimate the but-for price: the value of the security absent (*i.e.*, but-for) the fraud.").

20

b.      Second, inflation continues for some time, such that some investors purchase the security at an allegedly inflated price.[73]

c.      Third, one or more alleged corrective disclosures reveal the alleged truth and the security's price declines. The magnitude of the price decline(s) is often used as a starting point to measure the inflation created or maintained by the alleged misstatements.[74]

36.    Alleged misstatements may create inflation by either increasing the security's price, or by preventing its price from falling ("price maintenance"). I note that, from an economic perspective, the allegations in this matter are consistent with a price maintenance theory because Plaintiffs allege that: "Defendants' materially false statements and omissions […] inflated the price of Norfolk Southern common stock and maintained that price at a higher level than would have resulted from the disclosure of the true condition of Norfolk Southern's operations."[75] As I demonstrate in this report, the economic evidence in this matter is not consistent with either theory.

## B.      Economic Methodology for Establishing Price Impact

37.    The key economic questions in evaluating price impact are: (i) whether the alleged misstatement(s) had any price impact when made ("front-end"); and (ii) whether it is economically appropriate to infer that any price decline(s) after the alleged corrective disclosure(s) are a reliable indirect measure of any price impact associated with the alleged misstatement(s) ("back-end"). To evaluate these economic questions, financial economists use both quantitative statistical analysis and qualitative analysis.

### 1.   Quantitative Analysis of Stock Price Reactions

38.    First, financial economists evaluate potential "front-end" and "back-end" price impact by quantitatively analyzing stock returns. The price of a stock trading in a (semi-strong)

---

[73]   Litigation Services Handbook, p. 15 ("[T]he plaintiff incurs damages to the extent that he or she paid too much (*i.e.*, purchased with inflation).").

[74]   Litigation Services Handbook, p. 12 ("The amount of the security price declines on these curative disclosure dates serve as a basis for measuring the inflation earlier in the class period.").

[75]   Complaint, ¶ 509.

21

efficient market balances investors' willingness to buy and sell shares given all available public information. Thus, a stock's market price is a "consensus" view of the value of a firm's future cash flows.[76] The price of a stock trading in an efficient market quickly and completely incorporates all new, value-relevant public information.[77] Dr. Cain agrees, writing: "[a] market is considered informationally efficient when the market price of securities begins to respond quickly to publicly available information."[78] Because stock prices respond quickly to new information in an efficient market, stock price reactions following news events are one measure of the economic value of that news.[79] I note that the Cain Report concludes that NS's stock traded in an efficient market throughout the Proposed Class Period.[80]

39. To assess whether a firm's stock price responded to a piece of news (*e.g.*, an alleged misstatement or alleged corrective disclosure), it is important for a financial economist to analyze whether the stock price response is: (i) driven by market and industry factors that are not specific to the firm; and (ii) outside the range of normal market variation.

---

[76] *See*, *e.g.*, Berk, Jonathan and Peter DeMarzo, *Corporate Finance*, 5th Ed. (2020), Pearson Education ("Berk and DeMarzo"), p. 337 ("When a buyer seeks to buy a stock, the willingness of other parties to sell the same stock suggests that they value the stock differently, as the NPV of buying and selling the stock cannot *both* be positive. Thus, the information that others are willing to trade should lead buyers and sellers to revise their valuations. Ultimately, investors trade until they reach a consensus regarding the value of the stock. In this way, stock markets aggregate the information and views of many different investors."). Emphasis in original.

[77] *See*, *e.g.*, Berk and DeMarzo, pp. 339, 494 (noting that: "we expect competition between investors to be fierce and the stock price to react nearly instantaneously to [public] news" and that: "new information is very quickly incorporated into prices."). *See also* Fama, Eugene F., "Efficient Capital Markets: Reply," *The Journal of Finance*, 31(1), 1976, pp. 143-145. The academic literature establishes that that stock prices in efficient markets respond to new information within seconds or minutes and fully incorporate information within several hours. *See* Brealey, Richard A., *et al.*, *Principles of Corporate Finance*, 14th Ed. (2023), McGraw Hill Education, p. 349 (noting that the price of stocks adjusted to new information within 15 seconds to 15 minutes). *See also* Busse, Jeffrey A. and T. Clifton Green, "Market efficiency in real time," *Journal of Financial Economics*, 65(3), 2002, pp. 415-437, p. 435.

[78] Cain Report, ¶ 27. Dr. Cain further testified that: "information can be impounded into stock prices before a trade even takes place." Deposition of Matthew D. Cain, April 2, 2026 ("Cain Deposition"), 63:21-23.

[79] This statement is predicated on there being no confounding information and sufficiently low transaction costs.

[80] Cain Report, ¶ 115 ("[I]t is my opinion that Norfolk Southern's Common Stock traded in an efficient market throughout the Class Period.").

40.   Financial economists commonly use event studies to measure the impact of specific events or disclosures on the value of a firm.[81] I note that the Cain Report also conducts an event study (the "Cain Event Study").[82, 83] An event study is a statistical model that relates a company's stock return to appropriate market and industry returns. The event study adjusts for returns in market and industry indices and predicts what the firm's stock return would have been in the absence of an event.[84] The difference between the actual and predicted stock return is the "abnormal" return. Thus, event studies separate firm-specific stock price movements from market- or industry-wide news.

41.   An event study also tests whether a firm's "abnormal" stock return is likely to be driven by normal market variation by testing whether the abnormal return is statistically significant. In statistics or economics, an outcome is said to be "statistically significant" if it there is a high likelihood that it was not observed merely by random chance.[85] I note that the *Reference*

---

[81]   *See*, *e.g*., Kothari, S.P., and Jerold B. Warner, "Econometrics of Event Studies," Chapter 1 in *Handbook of Corporate Finance*, 2007, Elsevier, pp. 1-36 ("Kothari and Warner (2007)"), p. 5 ("Event studies examine the behavior of firms' stock prices around corporate events. A vast literature on event studies written over the past several decades has become an important part of financial economics […] In the field of law and economics, event studies are used to examine the effect of regulation, as well as to assess damages in legal liability cases.").

[82]   Cain Report, ¶¶ 63-64 ("Event studies are widely used by economists to measure the reaction of a security price to the disclosure of new, issuer-specific information, including in connection with assessments of market efficiency in securities litigation […] I performed an event study using generally accepted econometric methods"), Exhibits 4-7.

[83]   Throughout this report, I report statistical results from the Cain Event Study. I note that Dr. Cain testified that the Cain Event Study: "could be used as one of the steps in quantifying artificial inflation at a future phase of this case." Cain Deposition, 82:8-11. As a sensitivity, I also conducted my own event study, which makes different methodological choices from the Cain Event Study. The results from my event study are consistent with the Cain Event Study, as I report in **Appendices D.1-D.4**.

[84]   Kothari and Warner (2007), pp. 8-9.

[85]   I follow commonly accepted statistical practice and define an abnormal return as statistically significant if there is less than a five percent chance that it was observed as a result of random variation. *See*, *e.g*., Wooldridge, Jeffrey M., *Introductory Econometrics: A Modern Approach*, 6th Ed. (2016), Cengage Learning, pp. 115 ("In the remainder of this text […] 5% will be the default significance level"), 119 ("[T]he p-value is the probability of observing a t statistic as extreme as we did if the null hypothesis is true. This means that small p-values are evidence against the null"); Kaye, David H. and Hal S. Stern, "Reference Manual on Scientific Evidence," in *Reference Manual on Scientific Evidence*, 4th Ed. (2025), National Academies Press, pp. 508 ("The 95% confidence level is the most popular"), 516 ("[I]f *p* is very small, something other than chance must be involved: The data are far away from the values expected under the null hypothesis."); Stock, James H., and Mark W. Watson, *Introduction to Econometrics*, 3rd Ed. (2011), Pearson Education, p. 77 ("What significance level should you use in practice? In many cases, statisticians and econometricians use a 5% significance level."). Dr. Cain similarly testified that: "In peer-reviewed published academic research, there's typically a fairly high standard of statistical significance," and that he: "routinely use[s] 95 percent as the baseline Cammer 5 test […] simply because it's an objective rule of thumb to apply across cases." Cain Deposition, 139:21-140:2; 142:10-33.

23

*Manual for Scientific Evidence* also discusses that it is important to consider statistical significance to rule out that: "a pattern in the data is the result of chance" in a litigation context.[86] Dr. Cain also tests for statistical significance when evaluating whether NS's stock traded in an efficient market.[87] Testing for statistical significance is not unique to litigation or even to economics and finance. For example, the U.S. Food and Drug Administration ("FDA") tests for statistical significance when evaluating new drugs.[88] Statistical significance tests are also used in professional scientific settings.[89] If an abnormal stock return is not statistically significant, then from an economic perspective that return cannot be said to be different from zero. Therefore, if a firm's stock price (adjusted for market and industry factors) does not react in a statistically significant way to firm-specific news, then this is quantitative evidence against the view that this news had a price impact.

## 2. *Qualitative Analysis of Front-End and Back-End Price Impact*

42. The lack of observable abnormal price movement alone does not necessarily show lack of price impact. For example, the relevant information may be confounded by other news that offsets the price reaction, or the relevant information may maintain the appearance of the "status quo" when in reality something changed of which investors are unaware. Further,

---

[86] Kaye, David H. and Hal S. Stern, "Reference Guide on Statistics and Research Methods," in *Reference Manual on Scientific Evidence*, 4th Ed. (2025), National Academies Press, p. 502 ("If a pattern in the data is the result of chance, it is likely to wash out when more data are collected. By applying the laws of probability, a statistician can assess the likelihood that random error will create spurious patterns of certain kinds. Such assessments are often viewed as essential when making inferences from data. Thus, statistical inference typically involves tasks such as […] [s]ignificance testing."); Allen, Mark A., *et al.*, "Reference Guide on Estimation of Economic Damages," in *Reference Manual on Scientific Evidence*, 4th Ed. (2025), National Academies Press, p. 813 ("Economists interpret residual returns that are statistically significant as evidence that company-specific information caused a stock-price change. Residual returns that are not statistically significant are interpreted as having no cause that can be distinguished from randomness."). *See also* Rubinfeld, Daniel L. and David Card, "Reference Guide on Multiple Regression and Advanced Statistical Models," in *Reference Manual on Scientific Evidence*, 4th Ed. (2025), National Academies Press, p. 608 ("What Is the Appropriate Level of Statistical Significance? In most scientific work, the level of statistical significance required to reject the null hypothesis (*i.e.*, to obtain a statistically significant result) is set conventionally at 0.05, or 5%.").

[87] Cain Report, ¶¶ 31, 33, 64-65, 71-81, fn. 36, Exhibits 6-7.

[88] *See*, *e.g.*, "Guidance for Industry: Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products," Food and Drug Administration, May 1998, available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/providing-clinical-evidence-effectiveness-human-drug-and-biological-products, pp. 1, 5, 14-15.

[89] For example, physicists use statistical significance to evaluate if a novel finding is considered a new scientific discovery. *See*, *e.g.*, "Why do physicists mention 'five sigma' in their results?" *CERN*, available at https://home.cern/resources/faqs/five-sigma.

24

even if there were an observable abnormal stock price movement, quantitative statistical analysis can only say *that* a firm's stock price moved on the same day as a piece of news, not *why* it moved. It is important to consider other potentially confounding information released on the same day, whether the information was in fact new, and whether contemporaneous market participants cover the information as a reason for the stock price change.

43.     Further, in the case of "back-end" price impact, it is important to evaluate whether the information, even if new, corrected a prior alleged misstatement. In particular, even if a firm's stock price declines in response to information about the same topic as an alleged misstatement, that price decline does not necessarily reflect the value of any allegedly concealed information. For example, suppose that a plaintiff claims that a pharmaceutical company did not adequately disclose improper safety measures in a drug's clinical trial protocol. Suppose that the FDA later denies approval of the drug, but for reasons unrelated to safety. This alleged corrective disclosure is related to the experimental drug, but not to the plaintiff's claims about the company's safety disclosures.

44.     Thus, financial economists often further evaluate "front-end" and "back-end" price impact through qualitative analyses of market commentary. Economists apply qualitative analyses both to evaluating the causes of a stock price movement, and to evaluating the market's views of news, including the alleged misstatements and alleged corrective disclosures.

45.     Financial economists commonly consider securities analysts' reports to conduct qualitative analyses, because securities analysts closely follow the firms they cover and discuss information that is relevant to stock prices.[90] Consistent with my view, Dr. Cain opines that: "Analyst coverage can be indicative of market efficiency since research analysts help to disseminate new important company-specific information to investors, thus impounding new information into stock prices quickly and efficiently."[91] I note that Dr. Cain testified that considering analysts' commentary is relevant to evaluating front-end price impact: "[an]

---

[90]    *See*, *e.g.*, Berk and DeMarzo, p. 1035 ("Securities analysts produce independent valuations of the firms they cover so that they can make buy and sell recommendations to clients. They collect as much information as they can, becoming an expert on the firm and its competitors by poring over a company's financial statements and filings. As a result, they are in a position to uncover irregularities first.").

[91]    Cain Report, ¶ 42.

element of looking for that front end price impact is to look at whether analysts or financial market commentary referenced or relied on any of the alleged misstatements during the course of the class period."[92] Dr. Cain also testified that: "analysts provide helpful valuation assessments."[93] For example, in this case, if the market relied on the Alleged Safety Misstatements to evaluate NS's operations, then I would expect analysts to comment on those Alleged Misstatements. Similarly, if the East Palestine Derailment corrected the Alleged Safety Misstatements, then I would expect analysts to connect the two (for example, by identifying what previously-unknown safety shortcomings the East Palestine Derailment revealed or explaining how the East Palestine Derailment changed their assessment of NS's operational safety or risk profile). In this report, I rely on a set of 905 analysts' reports covering NS available to me published between October 28, 2020 (the first day of the Proposed Class Period) and March 18, 2023 (two weeks after the end of the Proposed Class Period).[94] In addition to those 905 analysts' reports, I also review 67 additional analysts' reports published before and after the Proposed Class Period, or that cover the railroad industry but not NS specifically.[95]

46. Other market commentary, available data, and policy reports are also relevant in conducting qualitative analysis.

### (a)    *Front-End Qualitative Analyses*

47. Qualitative analyses evaluate the extent to which alleged misstatements had a price impact by analyzing the market's reaction to the alleged misstatements and the mix of information

---

[92]  Cain Deposition, 89:19-23.

[93]  Cain Deposition, 86:9-11. *See also* Cain Deposition, 87:15-19 ("But even with that [analyst] bias, there can be times when the analyst commentary and valuation models can still be useful in assessing price impact and confounding information and disaggregation and things like that.").

[94]  This set of reports includes all non-quantitative analysts' reports available to me from October 28, 2020 to March 18, 2023. Specifically, I consider: (i) reports provided to me by counsel; and (ii) additional analysts' reports available through Standard and Poor's Capital IQ, LSEG Refinitiv, and Alacra Premium for which NS was classified as the "primary ticker." I exclude reports classified as "quantitative" by Standard and Poor's Capital IQ or LSEG Refinitiv. Such quantitative reports are generally algorithmically generated and do not provide economically meaningful qualitative commentary on the reasons for stock price movements.

[95]  I consider 18 reports that discuss NS but for which NS was not classified as the "primary ticker," 2 reports published before the start of the Proposed Class Period, and 47 reports published more than two weeks after the Proposed Class Period (following NS's Q1 and Q2 2023 earnings reports, and in the two weeks following the October 25, 2023 Alleged Corrective Disclosure).

available to the market when those alleged misstatements were made. These qualitative analyses can include:

a. **Evaluating the mix of information available to the market during the proposed class period**. This includes examining the mix of information available to the market and evaluating whether information similar to, or more specific than, an alleged misstatement was already publicly available. If market participants had access to and analyzed accurate information on the same topics as the alleged misstatements, then that is economic evidence that the alleged misstatements would not have conveyed new information. In addition, if the market did not respond to detailed disclosures on the same topic, then that is economic evidence against the view that the alleged misstatements had any price impact.

b. **Evaluating market commentary on the alleged misstatements**. If market participants did not comment on or analyze the substance of an alleged misstatement, then that is economic evidence against the view that that the alleged misstatement had a price impact.

(b) *Back-End Qualitative Analyses*

48. Back-end qualitative analyses analyze the extent to which it is economically appropriate to infer that a stock price decline following alleged corrective disclosures reliably measures any price inflation from alleged misstatements. "Back-end" qualitative analyses can include:

a. **Evaluating market commentary on the alleged corrective disclosures**. This analysis evaluates the extent to which market participants commented that the alleged corrective disclosures "corrected" the alleged misstatements. From an economic perspective, a disclosure corrects an alleged misstatement if it provides new information that the information in the misstatement was false at the time it was made. If contemporaneous market commentary indicates that the stock price decline following an alleged corrective disclosure is due to other information *unrelated* to an alleged misstatement, then that is economic evidence against the view that this decline is a reliable measure of the price impact of the misstatement. Similarly, if an alleged corrective disclosure merely repeats pre-existing information, that is also economic

27

evidence against the view that any stock price decline after that disclosure is a reliable measure of the price impact of the misstatement.[96]

b. **Evaluating whether a "back-end" stock price decline is the materialization of a known risk**. A firm's stock price reflects the market's consensus view of the value of its future cash flows (*see* **Section IV.B.1**). This consensus view includes the market's expectations of the likelihood and cost of risks (*e.g.*, accidents). In other words, some probability of risks is "baked in" to the stock price.[97] A firm's stock price could still decline after an accident, because the accident turns a risk into a certainty. But this decline may reflect the materialization of a known risk and is not a reliable measure of the price impact of any alleged misstatements.

i. **Alleged corrective disclosures may be materializations of known risks**. For example, suppose that the market knows that there is a 10 percent chance that a mining firm's mine shaft will collapse in any given year. If a collapse happens, the firm's stock price may decline because the risk of a collapse has become a certainty.

ii. **Follow-on negative effects may also be materializations of known risks**. An alleged disclosure may have follow-on negative effects that cannot be foreseen with certainty (even with full information). Continuing with the above example, suppose that the mine collapse leads to regulatory investigations and bankrupts the mining firm. These follow-on effects are also materializations of the known risk of a mine shaft collapsing.

Financial economists evaluate risk materialization by analyzing market commentary, analysts' reports, and the mix of information available to the market throughout the

---

[96]   I note that Dr. Cain similarly testified that: "a pure repetition of what was previously disclosed and priced in" would not be expected to have any price impact. Cain Deposition, 226:11-13.

[97]   *See*, *e.g.*, Adam, Klaus, and Stefan Nagel, "Expectations data in asset pricing," Chapter 16 in *Handbook of Economic Expectations*, (2023), Academic Press, p. 477 ("Asset prices are inherently forward looking. The willingness to pay for an asset today depends on investors' expectations about the asset's future payouts and the future price at which the asset can be sold again. The market price of assets therefore reflects investors' price and payout expectations, as well as the risk-adjustments associated with discounting future payouts and sale prices."). For an illustration of how market expectations and perceptions of risk are incorporated into firm stock prices, *see*, *e.g.*, Berk and Demarzo, pp. 339-340, Figure 9.4.

proposed class period. If the market had access to accurate information about a risk, then that is economic evidence that a "back-end" stock price decline after that risk materializes reflects a bad outcome rather than the price impact of correcting an alleged misstatement.

c. **Evaluating the content and specificity of the information in the alleged misstatements and alleged corrective disclosures**. From an economic perspective, a specific alleged corrective disclosure may not "correct" an alleged misstatement that is general or vague. For example, the alleged misstatement: "we discovered a valuable mineral deposit worth $100 million" may be corrected by the alleged corrective disclosure: "there is no valuable mineral deposit."[98] By contrast, the alleged misstatement "we prioritize finding valuable mineral deposits" is *not* corrected by the alleged corrective disclosure "there is no valuable mineral deposit in our Acme mine." This (specific) disclosure does not "correct" the (general) misstatement because it says nothing about whether the firm in fact prioritized valuable mineral deposits. A stock price decline following an alleged disclosure that does not "correct" a corresponding alleged misstatement is not a reliable measure of any price impact.

## V. THE ALLEGED MISSTATEMENTS DID NOT CREATE OR MAINTAIN ANY "FRONT-END" NS PRICE INFLATION

49. The economic evidence indicates that the Alleged Safety Misstatements did not have any impact on NS's stock price when they were made. In this section, I apply the framework in **Section IV** to the Alleged Safety Misstatements.[99]

50. First, there is no economic basis to claim that the Alleged Safety Misstatements concealed the alleged truth about NS's safety outcomes. This lack of basis reflects that information about railroad safety, derailments, accidents, staffing, capital expenditure, and operations was widely available before and during the Proposed Class Period. This information was available to the market through primary data sources, government reports, academic

---

[98]    *See, e.g.*, Litigation Services Handbook, p. 13.

[99]    As I discuss below, the East Palestine Derailment would have put investors on notice of any potentially misleading information regarding NS's operational safety. Because the five Alleged Vent-and-Burn Misstatements all occurred after the East Palestine Derailment, they are addressed separately in **Section VIII**.

research, NS and other railroad disclosures, and media coverage.[100] Analysts' reports and media commentary discussed this information throughout the Proposed Class Period. Because the safety outcomes allegedly concealed by the Alleged Safety Misstatements was already public, these misstatements cannot have had any price impact.

51. Second, there is no economic basis to claim that the Alleged Safety Misstatements concealed the alleged truth about NS's safety risks. In particular, information about NS's safety risks was also widely available before and during the Proposed Class Period. News coverage, government reports, NS's and other railroads' own disclosures, and analysts' reports discussed operational risks associated with PSR, train length, hazardous materials transport, and employee training throughout the Proposed Class Period. Because the safety risks allegedly concealed by the Alleged Safety Misstatements were already public, they cannot have had any price impact.

52. Third, there is no economic evidence that the Alleged Misstatements themselves had any price impact. In particular, quantitative analysis indicates that NS's stock price did not increase statistically significantly after 18 of the 21 Alleged Misstatement Dates, and the observed price increase on the remaining three Alleged Misstatement Dates can be explained by other unrelated NS-specific information released on the same day (*e.g.*, better-than-expected earnings results or financial guidance). In addition, qualitative analysis of analysts' reports indicates that analysts did not discuss the Alleged Safety Misstatements or connect NS's safety to the specific operational practices referenced in the Alleged Safety Misstatements.

53. Fourth, NS and other railroads made statements identical or similar to the General Alleged Safety Misstatements for years prior to the Proposed Class Period, and continue to make them today. Academic articles find that such general, repeated language does not give investors any new information (as I describe below).

54. Taken together, this economic evidence indicates that the Alleged Safety Misstatements did not create or maintain any "front-end" price inflation.

---

[100] Throughout this report, I quote from certain news articles to demonstrate that information and risks were known to the market. I do not accept or endorse the views in these news articles.

### A. Public Information About NS's Operational Safety and Derailments Was Widely Available Before and Throughout the Proposed Class Period

55. The economic evidence is consistent with the view that the Alleged Safety Misstatements did not conceal information about NS's operations or safety practices. Investors had access to extensive information about NS's safety practices and outcomes before and throughout the Proposed Class Period from many different sources, including: (i) multiple public datasets; (ii) government reports; (iii) academic and policy research; and (iv) public disclosures from NS and other railroads. Analysts' reports and news articles discussed and disseminated this information.

#### 1. Data Sources on Railroad Safety and Operations

56. Multiple public datasets allowed investors to track railroad accidents (including derailments) and evaluate railroad operations before and during the Proposed Class Period. These datasets include safety and operational data maintained by the FRA and the STB, as well as industry statistics compiled by the Association of American Railroads ("AAR"). Other federal agencies and reporting systems also provided information on railroad incidents and workplace safety, including the Occupational Safety and Health Administration ("OSHA"), the National Response Center ("NRC"), and the Pipeline and Hazardous Materials Safety Administration ("PHMSA"). Taken together, these data sources provide comprehensive information on rail accidents and operations (*see* **Table 2**).

31

**Table 2: Summary of Railroad Data Available Before and During the Proposed Class Period by Source[101]**

| Type of Information | Level of Reporting | Data Source | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | FRA | NRC | PHMSA | OSHA | STB | AAR | BTS | FRED |
| Accident Information | Accident | × | × | × | × | | | | |
| | Company | × | | | | | | | |
| Accident Consequences | Accident | × | | | × | | | | |
| Operational Characteristics | Accident | × | × | | | × | | | |
| | Industry | × | | | | × | | × | × |
| Hazardous Materials | Accident | × | × | × | | | | | |
| | Industry | × | | | | | | × | |
| Workplace Safety | Accident | × | | × | × | | | | |
| | Industry | × | | | × | | | × | |
| Traffic / Freight Activity | Company | × | | | | × | × | | |
| | Industry | × | | | | × | × | × | × |

58.    As I described in **Section III.A**, the FRA and STB are the two main federal railroad regulators. Both the FRA and STB publish publicly-available data on railroad safety and operations:

---

[101]    *See*, *e.g.*, "Rail Equipment Accident/Incident Data (Form 54)," Federal Railroad Administration, available at https://data.transportation.gov/Railroads/Rail-Equipment-Accident-Incident-Data-Form-54-/85tf-25kj/about_data; "Rail Safety Overview Report (1.12)," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Rail-Safety-Overview-Report-1-12-/dsuf-xcni/; "Injury/Illness Summary – Operational Data (Form 55)," Federal Railroad Administration, available at https://data.transportation.gov/Railroads/Injury-Illness-Summary-Operational-Data-Form-55-/m8i6-zdsy/about_data; "Data Dictionary," National Response Center, available at https://nrc.uscg.mil/FOIAFiles/DataDictionary.xlsx; "Incident Statistics," Pipeline and Hazardous Materials Safety Administration, available at https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/incident-statistics; "Enforcement Activity," Pipeline and Hazardous Materials Safety Administration, available at https://primis.phmsa.dot.gov/enforcement-data/; "Data," Occupational Safety and Health Administration, available at https://www.osha.gov/data; "Rail Service Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/rail-service-data/; "Economic Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/economic-data/; "Data Center," Association of American Railroads, available at https://www.aar.org/data-center/ ("AAR Data Center"); "Freight Facts and Figures," Bureau of Transportation Statistics, available at https://data.bts.gov/stories/s/45xw-qksz; "Tank Car Data Collection Program," Bureau of Transportation Statistics, September 9, 2021, available at https://www.bts.gov/surveys/annual-tank-car-facility-survey/annual-tank-car-facility-survey-program; "Railroad – Economic Data Series," Federal Reserve Economic Data, available at https://fred.stlouisfed.org/tags/series?t=railroad.

32

a.  **FRA**: The FRA requires railroads to report accident and injury data,[102] and makes this information publicly available.[103] The FRA maintains detailed incident-level data on derailments and other railroad accidents dating back to 1975. These data include over 100 data fields such as basic accident information (*i.e.*, date, time, location, and railroads involved), operational characteristics (*e.g.*, train length, speed, tonnage, *etc.*), whether hazardous materials were present or released, employee safety, and estimated damages.[104] The FRA also publishes a detailed "Rail Safety Overview Report" each year, which includes railroad-level data on total accidents per million train miles, employee on-duty injuries, and employee hours worked.[105]

b.  **STB**: The STB publishes industry-level data on railroads' cost of capital and railroad-level data, such as quarterly financial statements and employment data.[106] The STB also holds public hearings and provides complete transcripts.[107] For example, in April 2022 the STB held two hearings on: "Urgent Issues in Freight Rail Service" that

---

[102]  For rail equipment accidents, including derailments, an accident report must be submitted to the FRA within 30 days of the end of the month of the accident if damages exceed the reporting threshold, which ranged from $10,700 to $11,500 during the Proposed Class Period. *See* "FRA Guide for Preparing Accident/Incident Reports," Federal Railroad Administration, May 23, 2011, available at https://railroads.dot.gov/sites/fra.dot.gov/files/fra_net/18233/FRAGuideforPreparingAccIncReportspubMay2011.pdf ("FRA Incident Reporting Guide"); "Monetary Threshold Notice," Federal Railroad Administration, December 30, 2025, available at https://railroads.dot.gov/safety-data/forms-guides-publications/guides/monetary-threshold-notice.

[103]  During the Proposed Class Period, FRA safety data were publicly available through 30 pre-made reports on the FRA website. The FRA launched an updated data website on June 11, 2025, which replaced the pre-made reports but still contains the same underlying data available throughout the Proposed Class Period. *See* "Federal Railroad Administration Announces New Safety Data Website," Federal Railroad Administration, June 11, 2025, available at https://railroads.fra.dot.gov/sites/fra.dot.gov/files/2025-06/FRA%2003-25.pdf; "Report Cross-Reference," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Legacy-to-New-Site-Crosswalk/ciip-qu8c/ ("DOT Report Cross-Reference").

[104]  *See* "Rail Equipment Accident/Incident Data (Form 54)," Federal Railroad Administration, available at https://data.transportation.gov/Railroads/Rail-Equipment-Accident-Incident-Data-Form-54-/85tf-25kj/about_data; "Rail Equipment Accident/Incident: Form FRA F 6180.54," Federal Railroad Administration, July 1, 2011, available at https://railroads.fra.dot.gov/sites/fra.dot.gov/files/2025-02/accfile_EFFECTIVE_060111.pdf.

[105]  "Rail Safety Overview Report (1.12)," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Rail-Safety-Overview-Report-1-12-/dsuf-xcni/; DOT Report Cross-Reference.

[106]  "Economic Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/economic-data/.

[107]  "Transcripts & Statements," Surface Transportation Board, available at https://www.stb.gov/news-communications/transcripts-statements/.

discussed industry-wide safety and operational concerns related to PSR implementation.[108]

59.   The AAR (the trade group representing the U.S. freight rail industry) also compiles and publishes data on railroad operations.[109] The AAR collects data from major North American railroads and publishes reports summarizing railroad activity.[110] For example, the AAR publishes a *Weekly Railroad Traffic* report showing rail traffic by country, shipment type (*i.e.*, railcars or "intermodal" containers), and commodity type (*e.g.*, coal or grain).[111] The AAR also publishes monthly, quarterly, and annual reports that contain industry statistics, commentary, and analysis prepared by AAR staff economists, as well as regional and national data on railroad input costs and ton-miles travelled.[112]

60.   Other federal regulatory agencies also publish data relevant to railroad safety. For example:

a.   **OSHA**: This agency compiles and publishes industry-level[113] safety and health statistics, as well as incident-level data on workplace injuries, illnesses, and fatalities, including: "a complete description of the incident, generally including events leading up to the incident and causal factors."[114] OSHA did not (and does not) have

---

[108] "Urgent Issues in Freight Rail Service," Surface Transportation Board, April 26, 2022, available at https://www.stb.gov/wp-content/uploads/304767-2.pdf; "Urgent Issues in Freight Rail Service," Surface Transportation Board, April 27, 2022, available at https://www.stb.gov/wp-content/uploads/304765-2.pdf.

[109] *See* "About AAR," Association of American Railroads, available at https://www.aar.org/about-us/ ("Since 1934, the Association of American Railroads (AAR) has represented the U.S. freight rail industry, advancing policies, research, safety standards, and technology that strengthen America's rail network.").

[110] *See*, *e.g.*, AAR Data Center.

[111] *See*, *e.g.*, "Rail Traffic for the Week Ending July 23, 2022," Association of American Railroads, July 27, 2022, available at https://www.aar.org/news/rail-traffic-for-the-week-ending-july-23-2022/. These reports are publicly available at no cost. *See also* "Weekly Rail Traffic Data," Association of American Railroads, available at https://www.aar.org/aar_news/weekly-rail-traffic-data/.

[112] *See*, *e.g.*, AAR Data Center. Note that some of the AAR's reports "are free for AAR members and are available for purchase by non-AAR members."

[113] Additional industry-level statistics on workplace safety are published by the Bureau of Labor Statistics based on OSHA data. *See*, *e.g.*, "Census of Fatal Occupational Injuries Summary, 2024," Bureau of Labor Statistics, February 19, 2026, available at https://www.bls.gov/news.release/pdf/cfoi.pdf, pp. 1-3.

[114] "Investigation Summaries," Occupational Safety and Health Administration, available at https://www.osha.gov/ords/imis/accidentsearch.html.

information on the East Palestine Derailment because that derailment did not involve any employee injury, illness, or death.[115]

b.  **NRC**: This agency is a part of the U.S. Coast Guard and: "serves as an emergency call center that fields [initial] reports for pollution and railroad incidents and forwards that information to appropriate federal/state agencies for response."[116] The NRC makes incident-level data available to the public with a one-week lag.[117] These NRC data include accident information, the reporting party, an initial description of the incident, a preliminary incident cause, certain operational characteristics (*e.g.*, the position and contents of any derailed railcars), and descriptions and quantities of any materials released as a result of the incident.[118] The NRC notifies the FRA of railroad accidents: "on a 24-hour, 7-day-a-week basis."[119] Thus NRC data may include accidents and information that have not yet been: "validated or investigated by" the FRA.[120]

c.  **PHMSA**: This agency "regulates the transport of hazmat [*i.e.*, hazardous materials] by all modes (air, rail, highway, and water)" and works with the FRA to: "help administer their hazardous materials safety programs."[121] The PHMSA publishes data on hazmat-involved railroad incidents by "type, year, geographic location, and other factors" on a daily basis after PHSMA "processes [and] validates" the report.[122]

---

[115] *See*, *e.g.*, FRA Incident Reporting Guide, p. 1. As stated in the FRA's Guide, FRA and OSHA "employ equivalent standards" with regards to "employee injury and illness recordkeeping" and thus "OSHA does not require railroad carries to maintain OSHA records in addition to FRA records. Rather, railroad carriers are only required to record and report employee injuries and illnesses to FRA." FRA Incident Reporting Guide, pp. 1-2.

[116] "Welcome to the National Response Center," National Response Center, available at https://nrc.uscg.mil/Default.aspx ("NRC Home Page").

[117] *See*, *e.g.*, "CY22.xlsx," National Response Center, Wayback Machine archived version dated December 8, 2022, available at https://web.archive.org/web/20221208193250/https://nrc.uscg.mil/FOIAFiles/CY22.xlsx.

[118] NRC Home Page; "Data Dictionary," National Response Center, available at https://nrc.uscg.mil/FOIAFiles/DataDictionary.xlsx.

[119] "Accident Data, Reporting, and Investigations," Federal Railroad Administration, March 27, 2025, available at https://railroads.dot.gov/railroad-safety/accident-data-reporting-and-investigations-0.

[120] NRC Home Page.

[121] "2019-2020 Biennial Report," Pipeline and Hazardous Materials Safety Administration, February 2023, available at https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/2023-06/2019-2020-Biennial-Report-to-the-Public.pdf, p. 2.

[122] "Incident Statistics," Pipeline and Hazardous Materials Safety Administration, available at https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/incident-statistics.

PHSMA collects accident information, the carrier and shipper involved, detailed information on the hazardous materials involved, the type and cause of each hazardous material packaging failure, and estimated accident damages and consequences.[123] PHMSA incident data was publicly accessible throughout the Proposed Class Period.[124]

61. Other government statistical agencies and data aggregators also published data related to railroad safety and operations before and throughout the Proposed Class Period. For example:

a. The **Bureau of Transportation Statistics ("BTS")** collects data from U.S. Department of Transportation agencies and external organizations and publishes: "statistics on commercial aviation, multimodal freight activity, and transportation economics."[125] BTS also independently collects and publishes data on the usage, upgrading, and regulatory compliance status of "rail tank cars transporting Class 3 flammable liquids" collected through its Tank Car Data Collection Program.[126] BTS maintains the National Transportation Library, which serves as a: "publicly accessible

---

*See also* "Program Management, Data and Statistics Overview," Pipeline and Hazardous Materials Safety Administration, March 19, 2024, available at https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/program-management-data-and-statistics-overview; "Incident Reporting," Pipeline and Hazardous Materials Safety Administration, December 13, 2023, available at https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/incident-reporting; "Data Operations Overview," Pipeline and Hazardous Materials Safety Administration, February 19, 2026, available at https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/data-operations-overview ("Through data collection, quality review, validation, analysis, and dissemination, Data Operations manages incident data to ensure accurate, reliable, and timely data is provided to internal and external stakeholders.").

[123] *See*, *e.g.*, "Incident Report Form," Pipeline and Hazardous Materials Safety Administration, March 13, 2026, available at https://www.phmsa.dot.gov/hazmat-program-development/data-operations/incident-report-form; "Hazardous Materials Incident Report," Pipeline and Hazardous Materials Safety Administration, available at https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/2026-03/IncidentForm010105.pdf.

[124] *See*, *e.g.*, "Incident Statistics," Pipeline and Hazardous Materials Safety Administration, Wayback Machine archived version dated February 3, 2023, available at https://web.archive.org/web/20210203085754/https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/incident-statistics ("PHMSA produces a series of reports which provide statistical information on incidents by type, year, geographical location, and other factors. Data is updated nightly and can be downloaded into PDF, Excel, PowerPoint, etc.").

[125] "About the Bureau of Transportation Statistics," Bureau of Transportation Statistics, April 28, 2025, available at https://www.bts.gov/about-BTS ("About the BTS").

[126] "Tank Car Data Collection Program," Bureau of Transportation Statistics, September 9, 2021, available at https://www.bts.gov/surveys/annual-tank-car-facility-survey/annual-tank-car-facility-survey-program.

36

home for research publications from throughout the transportation community," and: "the gateway to all [Department of Transportation] data."[127]

b.   The **Federal Reserve Economic Data ("FRED")** database maintained by the Federal Reserve Bank of St. Louis provides an online data portal that includes data from BTS and other government sources.[128]

62.   Together, these data provided publicly-accessible information on railroad operational performance and safety. Analysts' reports and news articles published throughout the Proposed Class Period discussed and disseminated this information. For example:

- **Morningstar, January 25, 2023 (and 36 others)**: "Norfolk Southern historically runs one of the safest railroads, as measured by injuries per hours worked."[129]

- **Deutsche Bank, January 27, 2022**: "According to the AAR, total volumes were down 11.2% yoy vs down 8.9% yoy in the prior week."[130]

- **UBS, November 16, 2022**: "Volumes in Week 45 fell -2.4% y/y, following -0.7% decline in Week 44 and +0.3% growth in Week 43. BNSF carloads were down -7.3% y/y (vs. -6.4% 4-week trend), while UP volumes increased +0.5% y/y (vs. +4.6% trend). CSX shipments fell -0.5% y/y (vs. -0.2% trend) and NS carloads rose +0.6% y/y (vs. +1.0% trend)."[131]

- **Bank of America, September 12, 2022**: "Rail volumes year-to-date have been constrained by a lack of capacity as shortages in Train, Engine, & Yard (TE&Y) staff limited the carriers' service. As we noted in our Rail 2Q Preview, the rails implemented hiring plans to address bottlenecks (CSX targets 7,000 active employees by year-end, NSC 1,000 additional headcount this year, UNP 1,400 new hires). […] Rail carloads YTD (28 million) are -1.4% year-year and -4% vs pre-

---

[127]   About the BTS.

[128]   *See*, *e.g.*, "Rail Freight Intermodal Traffics (RAILFRTINTERMODAL)," Federal Reserve Economic Data, March 2, 2026, available at https://fred.stlouisfed.org/series/RAILFRTINTERMODAL.

[129]   Morningstar repeated this statement in at least 37 reports prior to the East Palestine Derailment. *See*, *e.g.*, Morningstar, "Norfolk Southern's Q3 Volume Rebounds Off Pandemic Lows While Margins Gains Impress," October 29, 2020; Morningstar, "Intermodal and Some Industrial Volumes Soften in Norfolk Southern's Q4; 2023 OR Gains Uncertain," January 25, 2023.

[130]   Deutsche Bank, "Early Morning Haul," January 27, 2022.

[131]   UBS, "UBS Railroads Weekly: Volume -2.4% YoY In Week 45; NSC Is The Only Rail Tracking Better In 4Q vs. UBSe," November 16, 2022.

COVID (2019), but is +1.4% year-year QTD carloads, and up for 10 consecutive weeks."[132]

- **RBC, January 25, 2023 (and 10 others)**: Reported on: "NSC's FRA train accidents per million train miles rate."[133]

- **J.P. Morgan, March 25, 2021**: "Safety remains the biggest Social component of ESG for the rails, which also makes for more efficient operations […] [T]he accident rate is down across the board in large part because of the significant drop in volume during the pandemic." In this report, J.P. Morgan also includes a figure summarizing public data.[134]

63.    During the Proposed Class Period, at least 22 of the 38 analysts that published reports about NS tracked and analyzed operational railroad data.[135] Several analysts also published weekly or monthly reports summarizing and commenting on the STB and AAR railroad data releases. For example, throughout the Proposed Class Period, Wells Fargo published at least 91 *Weekly Railroad Volumes* analysts' reports covering AAR weekly data releases and reiterating or updating its rating of NSC stock.[136] Similar weekly reports were published by UBS,[137] Stephens,[138] and Cowen (among others).[139]

64.    As I discuss in **Section VI**, these public data showed that derailments were a common risk across Class I railroads throughout the Proposed Class Period.

---

[132]    Bank of America, "Transportation - Railroads: Better service & vol growth; Raise CNI, CP,UNP to Buy (negots could give oppty)," September 12, 2022.

[133]    *See*, *e.g.*, RBC, "Q2 results and new guidance in-line ex items," July 28, 2021; RBC, "Guides not being well received this quarter," January 25, 2023.

[134]    J.P. Morgan, "Takeaways From the 2021 Global ESG Conference with Norfolk Southern and Canadian National in Focus," March 25, 2021, p. 2, Figure 1.

[135]    I review analysts' reports published by each of the 38 analysts that published reports about NS during the Proposed Class Period and identify reports containing data from at least one of the public data sources mentioned above. I also identify analysts' reports that periodically mentioned railroad volumes and carloads data. **Appendix E** lists example analysts' reports.

[136]    *See*, *e.g.*, Wells Fargo, "Weekly Railroad Volumes: Traffic Relatively Flat," April 26, 2021.

[137]    *See*, *e.g.*, UBS, "UBS Railroads Weekly: Volume -2.4% YoY In Week 45; NSC Is the Only Rail Tracking Better in 4Q vs. UBSe," November 16, 2022.

[138]    *See*, *e.g.*, Stephens, "Weekly Report: Rail Service Tracker," December 12, 2022.

[139]    *See*, *e.g.*, Cowen, "Track Work Weekly," January 6, 2023.

### 2. *Government Investigative Reports*

65. Government agencies like the FRA and the NTSB published investigations and safety audits of specific accidents and railroad companies throughout the Proposed Class Period. These investigative reports provided additional detailed information on railroad operations and safety.

66. On July 8, 2022, the FRA published a "special audit" report of NS (the "2022 NS FRA Audit") after conducting a: "system-wide, special audit of NS from January through early May 2022."[140] The 2022 NS FRA Audit examined NS's operating practices, critical incident stress plans, and handling of hazardous materials through a combination of on-site field inspections, interviews with NS personnel, and documentary review of NS's policies and records.[141] The 2022 NS FRA Audit concluded that: "NS programs are largely effective and compliant with relevant safety regulations."[142] The 2022 NS FRA Audit also discussed that NS had: "opportunities to improve […] NS safety programs," including: "operational testing and inspection […] aware[ness] of either the regulation or the NS CISP [*i.e.*, critical incident stress plans] […] on-the-job training (OJT) exercises for [NS's] new-hire conductor employees […] [and] hazardous material […] placards."[143] The 2022 NS FRA Audit was publicly available on the FRA's website during the Proposed Class Period.[144] The 2022 NS

---

[140] 2022 NS FRA Audit, p. 3. The 2022 NS FRA Audit is dated July 8, 2022, and my analysis assumes that this is also the publication date.

[141] 2022 NS FRA Audit, pp. 3-4.

[142] 2022 NS FRA Audit, pp. 3-4, 42. Although the Complaint alleges that the 2022 NS FRA Audit: "uncovered a number of violations of federal regulations," the report was a: "performance audit" that provided recommendations to improve awareness and compliance, and does not describe itself as a formal enforcement proceeding. Complaint, ¶ 483. The Complaint does not mention that the 2022 NS FRA Audit was made available to the public during the Proposed Class Period. *See* "FRA Audit Report," Federal Railroad Administration, Wayback Machine archived version dated January 16, 2023, available at https://web.archive.org/web/20230116024834/https://railroads.dot.gov/sites/fra.dot.gov/files/2022-11/Final%20Norfolk%20Southern%20Audit%20Report%202022%20(003).pdf.

The Cain Event Study does not show a statistically significant movement in NS's stock price following the publications of the 2022 NS FRA Audit, which indicates that this report did not provide investors with new value-relevant information. *See* CAIN_0000789.

[143] 2022 NS FRA Audit, pp. 4-5.

[144] The FRA webpage hosting the 2022 NS FRA Audit document indicates that it was last updated on July 8, 2022. The 2022 NS FRA Audit itself includes information received by the FRA on July 22, 2022. *See* 2022 NS FRA Audit, p. 4. A search of web archives shows the earliest "capture" of this precise PDF was January 16, 2023. *See* "FRA Audit Report, Norfolk Southern Railway Company," Federal Railroad Administration, available at

FRA Audit is a detailed analysis of the NS safety practices discussed in the Alleged Safety Misstatements. Yet when the FRA released the 2022 NS FRA Audit, there was *no* statistically significant NS stock price response (according to both the Cain Event Study and my own event study).[145] This evidence indicates that the contents of the 2022 NS FRA Audit did not contain any new, value-relevant information, and supports the view that the mark*et al*ready had information about NS's operational safety.

67.    The FRA also conducted audits and accident investigations on other railroads. For example, between July and September 2021, the FRA conducted a: "special audit covering multiple disciplines" of UNP (the "UNP FRA Audit"), following a: "significant number of reportable [UNP] derailments."[146] The UNP FRA Audit noted that UNP alone accounted for 37 percent of all Class I reportable derailments in 2020: "making [UNP] an outlier in the railroad industry for Class I railroads."[147] The UNP FRA Audit identified "several findings that [UNP] needs to address," including ensuring that "[UNP] employees have access to accurate information about the presence and location of Hazmat."[148] In addition, the FRA released 29 railroad accident investigation reports for accidents that occurred during the Proposed Class Period and before the East Palestine Derailment.[149] For example, in September 2021

---

https://railroads.dot.gov/elibrary/fra-audit-report-norfolk-southern-railway-company (contains "Last updated: July 8, 2022"). *See also* "FRA Audit Report," Department of Transportation, FRA, Wayback Machine archived version dated January 16, 2023, available at https://web.archive.org/web/20230116024834/https://railroads.dot.gov/sites/fra.dot.gov/files/2022-11/Final%20Norfolk%20Southern%20Audit%20Report%202022%20(003).pdf (archived 2022 NS FRA Audit).

The Cain Event Study does not show a statistically significant movement in NS's stock price on any of these dates. *See* CAIN_0000789.

[145]    *See* CAIN_0000789, Row 427, column "stars." A blank entry in this column indicates that the Cain Event Study concludes that a stock return is not statistically significantly different from zero. This result is consistent with my own event study; *see* **Appendix D.4**.

[146]    "FRA Audit Report: Union Pacific (UP) Railroad," Federal Railroad Administration, November 8, 2021, available at https://railroads.dot.gov/sites/fra.dot.gov/files/2021-12/Final%202021-UP%20Special%20Audt%2006-1%20Report%2011-3%20clean.pdf ("UNP FRA Audit"), p. 1.

[147]    UNP FRA Audit, p. 1. As with NS, the FRA conducted on-site field inspections, interviews with UNP personnel and union representatives and documentary reviews of UNP's policies and records to examine, among other things, UNP's critical incident stress plans, grade crossings, and handling of hazardous materials.

[148]    UNP FRA Audit, p. 2.

[149]    "eLibrary Search," Federal Railroad Administration, available at https://railroads.dot.gov/elibrary-search?search_api_fulltext=&field_effective_date%5Bmin%5D=2020-10-28&field_effective_date%5Bmax%5D=2023-02-02&field_subject%5B14161%5D=14161&sort_by=field_effective_date&items_per_page=50&email_of_dept_buiss_org=.

40

the FRA released an accident investigation report on a December 22, 2020 BNSF derailment in Custer, Washington.[150] The FRA investigation determined that factors including BNSF's: "failure to notify employees about vandalism events" contributed to the accident.[151]

68.    The NTSB published additional information about railroad accidents with severe outcomes throughout the Proposed Class Period.[152] For example, the NTSB published an investigation report on August 18, 2022 related to a CSX derailment that occurred in Draffin, Kentucky on February 13, 2020.[153] This derailment resulted in a spill of 38,400 gallons of ethanol, a large fire, and an evacuation order.[154] The report found that the "probable cause" of this CSX derailment was: "loose mud, vegetation, sand, soil, and rock from a mudslide" along with the: "use of a weather alert system" that "did not account for the impact of the unusual increases and accumulation of precipitation."[155] The NTSB recommended that Class I railroads: "revise the weather alert criteria for train operators to include recent and long-term historical weather data."[156]

69.    As I discuss in **Section V.B**, other government agencies like the GAO used the publicly-available derailment and safety data to evaluate potential risks associated with PSR and longer trains.

---

[150] "Summary Report," Federal Railroad Administration, December 22, 2020, available at https://railroads.dot.gov/sites/fra.dot.gov/files/2021-09/HQ-2020-1401%20Summary%20Report.pdf; McCarthy, Grace, "Investigators cite vandalism as likely in Custer train derailment," *The Northern Light*, September 15, 2021, available at https://www.thenorthernlight.com/stories/investigators-cite-vandalism-as-likely-in-custer-train-derailment,17673.

[151] "Summary Report," Federal Railroad Administration, December 22, 2020, p. 2, available at https://railroads.dot.gov/sites/fra.dot.gov/files/2021-09/HQ-2020-1401%20Summary%20Report.pdf.

[152] "Title 49: Subtitle B: Chapter VIII: Part 831: Subpart D: Railroad, Pipeline, and Hazardous Materials Investigations, § 831.40 Authority of NTSB in railroad, pipeline, and hazardous materials investigations," Code of Federal Regulations, available at https://www.ecfr.gov/current/title-49/subtitle-B/chapter-VIII/part-831/subpart-D.

[153] "CSX Transportation Derailment with Hazardous Materials Release and Fire," National Transportation Safety Board, February 13, 2020, available at https://www.ntsb.gov/investigations/AccidentReports/Reports/RIR2213.pdf ("CSX NTSB Report").

[154] CSX NTSB Report, pp. 1 ("Two of the derailed tank cars […] breached and released 38,400 gallons of denatured ethanol. The ethanol, combined with the 11,300 gallons of diesel fuel, released from the locomotives, ignited, and caught fire[,]"), 4 ("[L]ocal police advised residents of nearby homes to evacuate the area as a precaution over concern about the possibility of intensified fires or possible explosions of the other tank cars. The evacuation advisory was lifted by 10:30 a.m.").

[155] CSX NTSB Report, pp. 23-24.

[156] CSX NTSB Report, p. v.

41

### 3. Academic and Policy Research

70.    Transportation researchers and practitioners studied railroad safety using the publicly-available data described in **Section V.A.1** (and additional sources) before and during the Proposed Class Period. For example:[157]

a.    The **Transportation Research Board ("TRB")**, a program sponsored by U.S. federal transportation agencies,[158] coordinates and publishes research across all transportation modes, including studies on the safety of: "freight trains longer than 7,500 feet."[159] For example, the TRB's *Transportation Research Record* academic journal published an article by Schafer and Barkan studying the: "relationship between train length and accident rate[s]."[160] This article found that: "although longer trains are expected to experience more accidents than shorter trains, operation of longer trains results in a lower system-level accident rate."[161] In another article in the same journal, Esmaeeli, *et al.* (2022) evaluate the Canadian freight rail industry's safety management systems by analyzing Canadian train derailments involving "dangerous goods," and find that: "One of the main things that require more attention is reducing rail defects and failures or preventing them from occurring."[162]

b.    The University of Illinois, Urbana-Champaign's **Rail Transportation and Engineering Center ("RailTEC")**, conducts: "broad-based rail safety research

---

[157]    I have no opinion about the contents of these studies. I cite them here to show that this industry and associated safety data are heavily studied.

[158]    *See*, *e.g.*, "Transportation Research Board (TRB)," National Academies of Sciences, Engineering, and Medicine, available at https://www.nationalacademies.org/units/TRB-Transporta-23-P-586.

[159]    *See*, *e.g.*, "Consensus/Advisory Activity: Impacts of Trains Longer than 7,500 Feet," National Academies of Sciences, Engineering, and Medicine, available at https://www.nationalacademies.org/projects/TRB-CAAS-22-03/about. The expert committee assembled by the TRB also held a series of public meetings to support their study, including a January 19-20, 2023 meeting featuring "presentations from the Federal Railroad Administration" and "perspectives on the implications of operating long trains" from "representative from Class I railroads, the AAR and rail labor groups." "Impacts of Trains Longer Than 7,500 Feet Meeting #2," National Academies of Sciences, Engineering, and Medicine, available at https://www.nationalacademies.org/projects/TRB-CAAS-22-03/event/39048.

[160]    Schafer, Darwin H. and Christopher P.L. Barkan, "Relationship between Train Length and Accident Causes and Rate," *Transportation Research Record*, 2043(1), 2008 ("Schafer and Barkan (2008)"), p. 73.

[161]    Schafer and Barkan (2008), p. 73.

[162]    Esmaeeli, Nafiseh, *et al.*, "Critical Analysis of Train Derailments in Canada through Process Safety Techniques and Insights into Enhanced Safety Management Systems," *Transportation Research Record*, 2676(4), 2022 ("Esmaeeli *et al.* (2022)"), pp. 603, 620.

related to rail systems, infrastructure and rolling stocks for safe transport of freight and passengers in North America."[163] Before and during the Proposed Class Period, RailTEC researchers published studies that analyzed derailment rates by FRA track class.[164] During the Proposed Class Period, RailTEC researchers also published a study that modeled the effect of hazmat car placement on the probability of train derailment.[165]

c.    Independent academic research also used publicly available railroad data before and during the Proposed Class Period. For example, Walker, *et al.* (2006) used FRA derailment data to analyze how railroad company stock prices react to derailments.[166] These researchers found modestly negative and statistically significant abnormal returns in the trading days immediately following a derailment. In another study, Tang, *et al.* (2020) use NRC railroad accident data to find that housing values near a railroad hazmat spill decline but then recover to pre-accident levels within approximately 18 months.[167]

### 4.    Company Disclosures and ESG Reports

71.    Market participants had access to safety-related information through railroad companies' own disclosures before and during the Proposed Class Period. NS and other railroad companies routinely reported operational and safety metrics in their ESG reports. For example, NS's 2022 ESG report included a "scorecard" with safety metrics for the years 2018 through 2021, including the number of NS FRA train accidents, incidents per million

---

[163]  "Rail Safety and Risk," University of Illinois at Urbana-Champaign's Rail Transportation and Engineering Center, available at https://railtec.illinois.edu/research/rail-safety-and-risk/.

[164]  *See*, *e.g.*, Liu, Xiang, *et al.*, "Freight-train derailment rates for railroad safety and risk analysis," *Accident Analysis and Prevention*, 98(1), 2017, p. 1; Wang, Brandon Z., *et al.*, "Quantitative Analysis of Changes in Freight Train Derailment Causes and Rates," *Journal of Transportation Engineering, Part A: Systems*, 146(11), 2020.

[165]  *See*, *e.g.*, Lin, Chen-Yu, *et al.*, "General Model of the Effect of Hazardous Materials Car Placement in Trains and their Probability of Derailment," *Transportation Research Record*, 2676(10), 2022, pp. 28-37.

[166]  *See* Walker, Thomas J., *et al.*, "On the Stock Market's Reaction to Major Railroad Accidents," *Journal of the Transportation Research Forum*, 45(1), 2006, pp. 23-29.

[167]  *See* Tang, Chuan, *et al.*, "Rail Accidents and Property Values in the Era of Unconventional Energy Production," *Journal of Urban Economics*, 120, 2020, p. 1 ("Difference-in-differences analyses show that, on average, a derailment depreciates housing values within a one-mile radius by 5%–8%. The prices of affected properties return to pre-accident levels after about 480 days.").

train miles, employee injuries, hazmat accidents, and hazmat releases.[168] Other Class I railroads made similar disclosures throughout the Proposed Class Period.[169]

72.  Railroad companies also discussed derailments and associated financial impacts in their earnings calls before and during the Proposed Class Period. For example:

- **NS Q3 2019 earnings call, October 23, 2019**: "We expect additional cost associated with detouring trains due to a bridge outage and lading damage resulting from a large derailment will approximate [sic] $25 million in additional expenses."[170] NS revised this cost estimate on its following earnings call.[171]

- **NS Q2 2021 earnings call, July 28, 2021**: "As we headed into June, we had […] [a] couple derailments, not big derailments, but just locations where they were challenging for us […] So June was just a challenging month."[172]

- **NS Q4 2022 earnings call, January 25, 2023**: NS disclosed that it experienced an "expense headwind" in part due to: "costs associated with derailments that occurred during the quarter."[173]

73.  NS's annual reports during and before the Proposed Class Period also consistently commented on derailment-related expenses. For example, every NS annual report from 2016 to 2022 noted the negative financial impact that derailments had on NS's expenses over the prior year.[174]

---

[168]  "In the Business of a Better Planet: Norfolk Southern 2022 Environmental, Social, and Governance Report," Norfolk Southern, available at https://www.norfolksouthern.com/content/dam/nscorp/pdf/esg-forms/2022-Norfolk-Southern-Environmental-Social-Governance-Report%20FINAL.pdf.

[169]  *See*, *e.g.*, "2021 Data Supplement GRI and SASB Index," Canadian National Railway, available at https://www.railwayage.com/wp-content/uploads/2022/09/Data-Supplement-2021-EN.pdf, pp. 8-9; "Union Pacific's 2021 Building America Report," Union Pacific, available at https://www.railwayage.com/wp-content/uploads/2022/04/pdf_up_2021_bar.pdf, p. 36.

[170]  Norfolk Southern, Q3 2019 Earnings Call Transcript, October 23, 2019 ("NS Q3 2019 Earnings Call"), p. 6.

[171]  Norfolk Southern, Q4 2019 Earnings Call Transcript, January 29, 2020, p. 6 ("These expenses -- sorry, these savings were partially offset by increased detouring costs due to a bridge washout and derailment expenses that amounted to $13 million collectively. The fast response and strong execution by our operations team limited the financial impact of the derailment to only half of the $25 million we signaled at the last earnings call.").

[172]  Norfolk Southern, Q2 2021 Earnings Call Transcript, July 28, 2021, p. 11.

[173]  Norfolk Southern, Q4 2022 Earnings Call Transcript, January 25, 2023.

[174]  *See*, *e.g.*, Norfolk Southern, Annual Report, 2016, p. K27 ("Casualties and other claims expenses include the estimates of costs related to personal injury, property damage, and environmental matters. The increase in 2016 was primarily driven by higher derailment expenses."). *See also* Norfolk Southern, Annual Report, 2017, p. K26; Norfolk Southern, Annual Report, 2018, p. K26; Norfolk Southern, Annual Report, 2019, p. K25; Norfolk Southern, Annual Report, 2020, p. K27; Norfolk Southern, Annual Report, 2021, p. K26; Norfolk Southern, Annual Report, 2022, p. K26.

44

74.    Analysts discussed and disseminated this derailment information throughout the Proposed

Class Period. For example:

- **Baird, July 28, 2021**: NS "lost momentum in June due to **a few geographically impactful derailments**."[175]

- **Wolfe Research, July 28, 2021**: "[S]ervice deteriorated in June due to a few operating disruptions **including derailments**."[176]

- **Citi, September 15, 2021**: "NS also **experienced some derailments** in the quarter."[177]

- **Wolfe Research, September 20, 2021**: "NSC also noted it's seeing a material improvement in re-crew rates but headwinds from higher IT costs, chassis leases, **and a few derailments** in the quarter."[178]

- **Susquehanna, January 25, 2023**: "NSC noted adverse claims from personal injury reserves, adjustments to environmental reserves, and **costs associated with derailments** in 4Q had a $57M adverse impact on expenses."[179]

75.    Before and during the Proposed Class Period, other Class I railroads also included similar

disclosures about derailments and derailment costs in their earnings calls and investor

presentations. For example:

- **UNP, Deutsche Bank 2021 Transportation Conference, August 17, 2021**: "we did have some headwinds […] [including] some operational costs associated with some **cost of derailments** that we had."[180]

- **CN Q2 2019 earnings call, July 23, 2019**: "casualty and other costs were $116 million, which was 5% higher than last year, mostly due to higher incident cost from the **derailment in our Sarnia tunnel** at the end of the quarter, which was shut down from over 10 days."[181]

---

[175]    Baird, "Q221 Review: Volume Growth Solid, Improving OR Trajectory Intact," July 28, 2021. Emphasis added.

[176]    Wolfe Research, "We Wanted More," July 28, 2021. Emphasis added.

[177]    Citi, "Estimates Aren't Far Off, But Sentiment Is; Meeting Takeaways," September 15, 2021. Emphasis added.

[178]    Wolfe Research, "Reflections on Meetings with Management," September 20, 2021. Emphasis added.

[179]    Susquehanna, "Norfolk Southern: Building Resiliency in 2023," January 25, 2023. Emphasis added.

[180]    Union Pacific Corporation, Deutsche Bank 2021 Transportation Conference Presentation Transcript, August 17, 2021, p. 4. Emphasis added.

[181]    Canadian National Railway Company, Q2 2019 Earnings Call Transcript, July 23, 2019, p. 8. Emphasis added.

5. *Media Coverage on Derailments*

76.    Media reporting also discussed derailments during the Proposed Class Period. At least 252 news articles published during the Proposed Class Period and before the East Palestine Derailment reported on NS derailments.[182] For example:

- *Associated Press*, **June 29, 2021**: "Authorities say dozens of freight train cars derailed in Pennsylvania, but no injuries or hazardous spills were reported. […] 33 of the 133 cars on the eastbound Norfolk Southern train derailed and overturned […] the company is investigating and will complete a report for submission to the Federal Railroad Administration."[183]

- *Associated Press*, **November 28, 2021**: "A freight train derailed late Saturday in Atlanta's northwest suburbs, blocking roads and slightly injuring two crew members. […] The National Transportation Safety Board is also investigating."[184]

- *The Register-Herald*, **December 2, 2022**: "An early morning train derailment in Hanover closed U.S. 52 Friday. […] No injuries were reported following the 3:30am train wreck. The road, however, was littered with a dozen train cars."[185]

- *WJHL*, **December 21, 2022**: "Two people were injured after a train crash led to a derailment in Collegedale Tuesday afternoon […] Two Norfolk Southern employees were taken to the hospital, but the truck driver was not hurt."[186]

- *The Herald-Mail*, **January 14, 2023**: "At least 26 cars of a Norfolk Southern train derailed Wednesday night […] Some of the cars might be able to be placed back on the track. Otherwise, the cars will be removed. Removing the cars can take days or weeks."[187]

77.    News articles similarly reported on other Class I railroad derailments throughout the Proposed Class Period and before the East Palestine Derailment. For example:

- *USA Today*, **October 29, 2020**: "A Kansas City Southern train derailed around 7:30 a.m. in Mauriceville, Texas […] The derailment involved 25 cars […] A one-

---

[182]    I conduct a search of Dow Jones Factiva using the keywords: "derail," "derails," and "derailment" from October 28, 2020 to February 2, 2023. I limited this news search to English-language sources identified by Factiva as covering the company: "Norfolk Southern Corporation" or "Norfolk Southern Railway Company."

[183]    "33 train cars derail in Pennsylvania; no injuries, spills," *Associated Press*, June 29, 2021, available at https://apnews.com/article/pa-state-wire-pennsylvania-582fb2b940fef150ad7133c2aab39d30.

[184]    "Train derails in suburban Atlanta, blocking streets," *Associated Press*, November 28, 2021, available at https://apnews.com/article/atlanta-transportation-27c4faa856979ce69788a56214e5a387.

[185]    Brooks, Mary Catherine "Update: Train derailment closes U.S. 52," *The Register-Herald*, December 2, 2022.

[186]    "Train collision leaves two employees injured in Hamilton County," *WJHL*, December 21, 2022.

[187]    Ric, Dugan, "Norfolk Southern train derailment," *The Herald-Mail*, January 14, 2023.

46

mile 'exclusion zone,' which initially impacted 600 residents, was set up while cleaning and containment were underway."[188]

- ***Associated Press*, October 19, 2022**: "A train derailed in rural Maine on Wednesday when it encountered a washout on the tracks. […] None of the four crew members who were aboard the Canadian Pacific Railway train were injured. […] Heavy equipment will be needed to get the derailed engines and cars back onto the track, state officials say."[189]

**B.      Public Information About NS Safety Risks Was Widely Available Before and Throughout the Proposed Class Period**

78.    Market participants also had access to information about NS's operational and safety risks before and throughout the Proposed Class Period. Many different sources discussed and analyzed these topics, including news articles, government reports, public disclosures from NS and its peers, and analysts' commentary. This economic evidence is consistent with the view that the Alleged Safety Misstatements did not conceal information about any NS safety risks. Moreover, many of these news articles and government reports discussed the same topics as the Alleged Safety Misstatements, but NS's stock price did not respond statistically significantly to any of them. This is economic evidence against the view that the Alleged Safety Misstatements had a price impact.

*1.    News Coverage Discussed PSR Risks Before and Throughout the Proposed Class Period*

79.    Market evidence is not consistent with the view that the Alleged Safety Misstatements concealed safety risks. News articles before and throughout the Proposed Class Period discussed opinions from third parties (such as labor unions) that there may be potential risks associated with PSR and railroads' safety practices. These articles reflected an ongoing debate between railroad unions (which expressed concerns about PSR reducing headcount and potentially impacting operational safety) and others (who focused on the impact of PSR on railroad efficiency). As I discuss below, NS's stock price response was

---

[188]    Culver, Jordan, "Train derailment in Texas leaks 'corrosive' product, prompts evacuation orders for 600 people; no injuries," *USA Today*, October 29, 2020, available at https://www.usatoday.com/story/news/nation/2020/10/29/train-derailment-texas-leaks-corrosive-product-no-injures/6079327002/.

[189]    "Train derails in rural Maine due to track washout," *Associated Press*, October 19, 2022, available at https://apnews.com/article/maine-fd7762fb2496258bf488ae5fc5919ad3.

not statistically significantly different from zero after any of the articles were published during the Proposed Class Period. This economic evidence is consistent with the view that the market had information about NS's safety and derailment risks—and is therefore *not* consistent with the view that the Alleged Safety Misstatements had any price impact. For example (I do not endorse the views expressed in these articles, but only present information available to the market):

- *Omaha World-Herald*, **July 6, 2017**: "safety concerns have been raised, so far mostly by the labor unions representing the engineers, conductors and other rail workers […] ranging from the sheer physics of starting, stopping and handling a **longer and heavier train** to the amount of time that road-level crossings are blocked to emergency-response vehicles."[190] This article was published before the beginning of the Proposed Class Period.

- *Vice*, **March 22, 2021**: This article included quotes from: "more than a dozen workers and union officials" who expressed safety concerns about PSR and: "warned that railroads are courting disaster."[191] This article also specifically discussed these individuals' concerns about safety at NS.[192]

  o The *Vice* article expressed the reporter's opinion that: "Increasingly, railroads are choosing to boost profits and pay shareholders rather than invest in safety. […] What used to be about safety is now about **cutting costs**."

  o The *Vice* article expressed the reporter's opinion that: "Safety was always the highest priority, […] but **that started to change when NS implemented PSR**."

  o The *Vice* article quoted NS workers' opinions that: "these [PSR-related] cuts have resulted in a dramatic personnel shortage […] and workers are placed in the thankless position of either sacrificing safety […] or do the responsible thing and risk getting punished."

  o "In one [NS] bulletin board material, a worker said, safety was listed as the fourth most important thing[.] […] **The workers have a joke around the shop now: 'Safety Fourth.'**" I note that the Complaint discusses the "Safety

---

[190]  Hubbard, Russell, "Railroads adding more cars to trains in effort to trim costs, raising some concerns about safety," *Omaha World-Herald*, July 6, 2017, available at https://omaha.com/news/nation-world/business/railroads-adding-more-cars-to-trains-in-effort-to-trim/article_3cee510d-e8a3-5c9b-b5d4-ce5ceba8e771.html?mod=djemlogistics. Emphasis added.

[191]  Gordon, Aaron, "'It's Going to End Up Like Boeing': How Freight Rail Is Courting Catastrophe," *Vice*, March 22, 2021, available at https://www.vice.com/en/article/freight-rail-train-disaster-avoidable-boeing/ ("2021 Vice Article").

[192]  I have added emphasis to these quotes from the 2021 Vice Article.

48

Fourth" claim *after* the East Palestine Derailment.[193] This claim was in fact publicly available over a year *before* the East Palestine Derailment.

- o The *Vice* article quoted NS workers' opinions that: "in the past two years, [NS] management started mandating workers spend no more than two minutes per car. Then 1.8. Then 1.5. Now, it's 1.4, **barely giving workers any time to stop and look at the car they're supposedly inspecting**, which can be up to 100 feet in length. Thanks to the staff cuts, rail yard closures and operation consolidation, workers that used to inspect perhaps 300 cars a day are now inspecting three or four times that."

- o The *Vice* article expressed the opinion that: "everyone working on the railroads knows a catastrophic derailment is '**totally foreseeable**.'"

- • *Associated Press*, **May 16, 2021**: This article also discussed railroad unions' opinions about potential safety risks from PSR, including safety risks, staffing cuts, and reduced inspection times. This *Associated Press* article also discussed that the FRA safety data I mentioned above does not demonstrate that PSR reduced railroad safety:[194]

  - o "**[Railroad] companies have drastically reduced staffing levels**, prompting unions to warn that moves meant to increase profits could endanger safety and even result in disasters."

  - o "**More than 22% of the jobs** at railroads Union Pacific, CSX and **Norfolk Southern** have been eliminated since 2017, when CSX implemented a cost-cutting system called **Precision Scheduled Railroading**."

  - o "Regulators at the Federal Railroad Administration say they are tracking the changes and that **the data so far does not show the new operating model [*i.e.*, PSR] is unsafe**. But unions counter that with the stakes so high any time a train derails, the **new system is risky**."

  - o "Some trains now stretch longer than 2 miles."

  - o "[T]he union coalition Transportation Trades Department notes **the amount of time carmen have to inspect each car in a train has been reduced by more than half — from three minutes to just 60 seconds**. Also, **staffing cuts mean less-trained train crews** are often handling those inspections, the group says."

---

[193] *See* Complaint, ¶ 107.

[194] Funk, Josh, "US rail industry defends safety record amid staffing cuts," *Associated Press*, May 16, 2021, available at https://apnews.com/article/business-aab7d3084a8d17d8d721d2cb750be323. I have added emphasis to these quotes.

- o "The unions also say that most signalmen who maintain railroad crossing guards and safety signals along the rails have seen their territories grow by 150%, leaving **little time for maintenance work** once required tests are completed."

- *Fortune*, **July 9, 2021**: This article discussed that Congressional representatives were "concerned" about potential safety risks of PSR, including: "overworked employees." The article also discussed the FRA safety data I mentioned above:[195]

  - o "In the past few years, most major railroads have made significant investments to implement something called precision scheduled railroading, or PSR, which holds the potential to increase the amount of goods they can transport."

  - o The *Fortune* article notes that Congressman DeFazio's opinion was that PSR might decrease railroad safety: "Peter DeFazio, chair of the House Transportation and Infrastructure Committee and a Democrat, recently announced that his committee would ask the Government Accountability Office (GAO) to study the impact that precision scheduling is having on workers at railroads […] DeFazio says he is concerned that precision scheduling puts the bottom line first, which he says will lead to more train accidents […] and overworked employees."

  - o "The real objection is simply that precision scheduling may eliminate some rail jobs over time."

  - o "The **Federal Railroad Administration has said that the data it has collected does not show that safety has been affected** by these changes."

- *FreightWaves*, **October 15, 2021**: This article discussed unions' views about potential PSR safety risks, including lower staffing, higher derailment rates, shorter inspection times, and reduced training. This article included interviews with railroad workers and discussed both the FRA and STB data I mentioned above:[196]

  - o "[T]he unions representing craft employees and train and engine crews — the Brotherhood of Locomotive Engineers, SMART-TD, Transportation Trades Department of the AFL-CIO, the Brotherhood of Maintenance of Way Employes, among others — generally have been skeptical of PSR, in large part because the operational model also seeks to cut costs, and one way to cut costs is to reduce employee headcount."

---

[195] Brannon, Ike, and Michael F. Gorman, "Railroads are trying to boost productivity. But unions are standing on the tracks," *Fortune*, July 9, 2021, available at https://fortune.com/2021/07/09/biden-railroads-anticompetitive-unions-executive-order/. I have added emphasis to these quotes.

[196] Marsh, Joanna, "The perils of precision scheduled railroading," *FreightWaves*, October 15, 2021, available at https://www.freightwaves.com/news/the-perils-of-precision-scheduled-railroading. I have added emphasis to these quotes.

- o "Since 2016, **the yearly average of those employed by the U.S. operations of the Class I railroads has fallen roughly 25%, according to data submitted to the Surface Transportation Board**."

- o The *FreightWaves* article noted unions' and individual workers' opinions that PSR impacted train inspection times:

  - ▪ "**The rail unions argue** that PSR's emphasis on adhering to a strict train schedule jeopardizes the ability of workers such as signal maintainers and carmen from doing a **thorough inspection**."

  - ▪ "Another change is PSR's impact on the timing of the inspections, according to Randy [(a signal maintainer for a Class I railroad)]. Because the trains run on a fixed schedule, the dispatchers are reluctant to give the signal maintainers the time they need to conduct a thorough inspection because they don't want to delay the trains. Meanwhile, the signal maintainers feel pressure to g*et al*l their inspections completed, Randy said."

  - ▪ "**Cox [(a former NS and CSX employee and union chairman)] says** the deferred maintenance comes from the railroads' decision to **shutter multiple inspection points in order to streamline their operations and gain efficiencies**. But closing those inspection points means that railcars are running longer miles between inspections. Furthermore, **some railcars are being inspected by train crews besides carmen, and those crews aren't trained** to inspect to the standard that a carman has been trained, **according to Cox**."

  - ▪ "Cox argues that carmen aren't given enough time to inspect the railcars because of the drive to keep the trains' schedule. Inspectors used to take up to three minutes per freight car but have now been encouraged to take one minute per car, according to Cox. That time includes the amount of time to walk around the equipment, he said."[197]

- o The *FreightWaves* article expressed unions' opinion that PSR impacted train derailments: "**Union members also believe that rail derailments**, such as the September fatal derailment involving an Amtrak train running on track owned by BNSF, **have increased** in recent years."

- o The *FreightWaves* article expressed an individual's opinion that PSR impacted signal maintainers: "Things started to change when his railroad implemented PSR, **according to Randy. One of the biggest changes has been the**

---

[197] The *FreightWaves* article adds Cox's opinion that: "'I think they need [to give] their employees the time to safely inspect this equipment. I believe that the inspections that they're relying on from train crews who are not trained to the standard of the carman [should] be returned back to the carman because they're the ones who are highly trained and highly specialized, and they're able to make the determination on the condition of these cars,' Cox said."

**declining number of employees working for the railroad**, coupled with greater responsibilities for each remaining worker. **The territory that each signal maintainer was responsible for grew**."

80.    According to both the Cain Event Study and my event study, there was no statistically significant NS stock price decline when any of these *Vice*, *AP*, *Fortune*, or *FreightWaves* articles discussing PSR safety risks were published.[198]

81.    Thus, market participants had access to news coverage about potential PSR and NS safety and operational risks before and throughout the Proposed Class Period. This economic evidence is consistent with the view that market participants were on notice about potential safety risks from PSR implementation before the East Palestine Derailment.

*2.    Government Reports Discussed Perceived Operational Risks Associated with Train Length and PSR Implementation*

82.    Throughout the Proposed Class Period, government agencies published reports using the data I described in **Section V.A.1**, supplemented those data with additional information (*e.g.*, interviews), and analyzed railroad safety and operations.

83.    These government reports discussed PSR implementation, train length, and NS's operational risks, yet NS's stock price response was not statistically significantly different from zero after any of these government reports were publicly released during the Proposed Class Period (as I discuss below). This economic evidence is consistent with the view that the market had information about NS's safety and derailment risks. Therefore, this economic evidence is *not* consistent with the view that the Alleged Misstatements had any price impact.

(a)    *2019 GAO Report*

84.    In November 2017, the U.S. House of Representatives Committee on Transportation and Infrastructure asked the GAO to study the relationship between PSR implementation, train length, and operational safety.[199] The House request noted potential safety concerns

---

[198]    *See* CAIN_0000789, Rows 100, 139, 176, and 245, column "stars." A blank entry in this column indicates that the Cain Event Study concludes that a stock return is not statistically significantly different from zero. This result is consistent with my own event study; *see* **Appendix D.4**.

[199]    *See* "Letter from Peter DeFazio and Michael E. Capuano to the Honorable Gene Dodaro," The House Committee on Transportation and Infrastructure, November 7, 2017, available at https://democrats-

following the derailment of a 178-car CSX train carrying flammable and hazardous materials: "longer trains can create unusually long delays at grade crossings and may pose safety risks to train crews and the public."[200] The House request also observed that press coverage around this CSX derailment highlighted the increasing length of freight trains and potential associated safety concerns.[201]

85.    On May 30, 2019, the GAO published a report that "review[ed] the safety and other impacts of longer freight trains" ("2019 GAO Report") in response to this request.[202] The 2019 GAO Report used data from AAR and Class I railroads as well as interviews with railroad officials.[203] The 2019 GAO Report found that Class I: "Freight train length has increased in recent years," and identified "issues to consider to safely operate longer freight trains," including "the arrangement of train cars and locomotives" and: "the potential for blocking highway-railroad crossings."[204] The 2019 GAO Report stated that the FRA "is studying the safety risks of and strategies for operating longer trains," and recommended that the FRA: "develop and implement a strategy to share the results of its study."[205] The 2019 GAO Report was publicly released on July 1, 2019, before the beginning of the Proposed Class Period.[206]

---

transportation.house.gov/imo/media/doc/wysiwyg_uploaded/2017-11-07%20LTR%20GAO%20re%20Long%20Trains.pdf ("2017 House Letter").

[200]    2017 House Letter.

[201]    2017 House Letter; Edwards, Lynda, "Railroad union says trains more than a mile long too risky," *Times Union*, August 9, 2017, available at https://www.timesunion.com/allnews/article/Railroad-union-says-100-plus-car-trains-too-11734589.php ("A 178-car Albany-bound CSX train derailed last week in Pennsylvania […] Albany County Executive Dan McCoy held a press conference Thursday to detail his safety concerns about such trains coming to Albany's South End rail yard […] JP Wright, a CSX locomotive engineer for 12 years and a freight conductor for 16 years, told the Times Union [he] retired this year due to concerns about the safety of driving long trains with crews of two workers").

[202]    2019 GAO Report; "Rail Safety: Freight Trains Are Getting Longer, and Additional Information Is Needed to Assess Their Impact," Government Accountability Office, May 30, 2019, available at https://www.gao.gov/products/gao-19-443.

[203]    2019 GAO Report, p. 3.

[204]    2019 GAO Report, p. 1.

[205]    2019 GAO Report, p. 1.

[206]    2019 GAO Report.

(b)    *2022 NS FRA Audit*

86.    As I discussed above in **Section V.A.2**, on July 8, 2022 the FRA published a: "system-wide, special audit of NS from January through early May 2022."[207] The 2022 NS FRA Audit concluded that: "NS programs are largely effective and compliant with relevant safety regulations."[208] The 2022 NS FRA Audit was publicly available on the FRA's website on July 8, 2022. According to both the Cain Event Study and my event study, there was no statistically significant NS stock price reaction when the FRA publicly released the 2022 NS FRA Audit.[209]

(c)    *2022 FRA Train Length Report*

87.    On December 1, 2022, the FRA released a report on train length and safety (the "2022 FRA Train Length Report").[210] The 2022 FRA Train Length Report interviewed railroad union officials, FRA staff, and railroad managers to evaluate: "railroad industry perspectives related to operating VLTs [*i.e.*, very long trains]."[211] The 2022 FRA Report noted that railroad unions: "asserted that the training railroads provide is insufficient for VLT operations […,] radio communications often fail on VLTs railroads have changed their inspection and maintenance operations […and] labor groups stated that railroads have reduced the number of carmen available to conduct inspections."[212] The 2022 FRA Train Length Report concluded that: "there was no commonly accepted definition of a 'very long

---

[207]    2022 NS FRA Audit, p. 3.

[208]    2022 NS FRA Audit, pp. 4, 42.

[209]    *See* CAIN_0000789, Row 427, column "stars." A blank entry in this column indicates that the Cain Event Study concludes that a stock return is not statistically significantly different from zero. This result is consistent with my own event study; *see* **Appendix D.4**.

[210]    "Stakeholder Perceptions of Longer Trains," Federal Railroad Administration, December 2022, available at https://railroads.dot.gov/sites/fra.dot.gov/files/2022-12/Stakeholder%20Perceptions%20of%20Longer%20Trains_Final_-A.pdf ("2022 FRA Train Length Report").

[211]    2022 FRA Train Length Report, p. 10 ("The objective of this research was to document different railroad industry perspectives related to operating VLTs. […] The Volpe team conducted focus groups to document perspectives related to increasing train length as described by representatives from three groups: labor unions, Class I railroads, and FRA RRS.").

[212]    2022 FRA Train Length Report, pp. 15, 16, 18. The 2022 FRA Train Length Report also stated: "labor groups shared examples of safety concerns that are not exclusive to VLTs, but which are exacerbated by VLT operations." 2022 FRA Train Length Report, p. 14.

train' […and the] safety of a given train was dependent on contextual factors that go beyond train length."[213]

88.    The 2022 FRA Train Length Report was publicly available on December 1, 2022. According to both the Cain Event Study and my event study, there was no statistically significant NS stock price reaction when the FRA publicly released the 2022 FRA Train Length Report.[214]

(d)    *2022 GAO Report*

89.    In May 2021, the U.S. House of Representatives Committee on Transportation and Infrastructure asked the GAO to study the impact of PSR on: "workers, safety and shippers."[215] This request stated: "Stakeholders are concerned that the rise of the PSR model has come at the expense of long-term capital investments, reduced rail infrastructure, affected service for some shippers, and caused dramatic workforce cuts and safety concerns."[216] This request also cited to the March 22, 2021 *Vice* article which I discussed in **Section V.B.1**.[217]

90.    On December 13, 2022, two months before the East Palestine Derailment, the GAO published another report on PSR.[218] The 2022 GAO Report: "examine[d] the impact of PSR on freight rail safety and service."[219] The 2022 GAO Report reviewed and summarized data from the FRA, STB, and AAR, and supplemented that data with interviews of representatives from railroad companies, employee unions, and shipping companies.[220] The 2022 GAO Report concluded that: "FRA safety data do not show a clear causal relationship

---

[213]    2022 FRA Train Length Report, p. 7.

[214]    *See* CAIN_0000789, Row 529, column "stars." A blank entry in this column indicates that the Cain Event Study concludes that a stock return is not statistically significantly different from zero. This result is consistent with my own event study; *see* **Appendix D.4**.

[215]    May 2021 House Request.

[216]    May 2021 House Request.

[217]    May 2021 House Request (citing to 2021 Vice Article).

[218]    "Freight Rail: Information on Precision-Scheduled Railroading," Government Accountability Office, December 23, 2022, available at https://www.gao.gov/products/gao-23-105420.

[219]    2022 GAO Report, p. 2.

[220]    2022 GAO Report, pp. 2-5.

between the timing of reported implementation of PSR and changes in railroads' train accident and incident rates."[221]

91. The 2022 GAO Report was publicly released on December 23, 2022, six weeks before the East Palestine Derailment.[222] According to both the Cain Event Study and my event study, there was no statistically significant NS stock price reaction when the GAO publicly released the 2022 GAO Report.[223]

92. Analysts' commentary discussed and disseminated information about the GAO's investigation and the 2022 GAO Report. For example:

- **Morgan Stanley, May 24, 2021**: "Last week, the Government Accountability Office (GAO), the US government watchdog agency, noted that they would be investigating concerns that PSR (precision scheduled railroading) has impacted service, costs, and safety of North America's railroad. The US House Transportation and Infrastructure Committee chairman Peter DeFazio and Railroads, Pipelines, and Hazardous Materials Subcommittee chairman Donald Payne have asked the GAO to evaluate the impact of PSR on passenger railroads, shippers, and employees in order to evaluate the long-term rail management and safety, requesting an examination of changes which include capital expenditures, increased train size, the reduction or closure of repair facilities and yards, and increases in accessorial or demurrage charges or other costs to shippers."[224]

- **Cowen, January 6, 2023**: "A recent study conducted by the [GAO] has indicated that […] no clear causal relationship between accidents and PSR can be ascertained despite a short-term increase in incidents at some locations. […] The report also states that it is uncertain whether deterioration in service metrics is attributable to PSR based on testimony from STB officials. The GAO and FRA will continue to

---

[221] 2022 GAO Report, p. 20. The 2022 GAO Report also stated: "to STB officials, it is unclear if [service] variation is linked to PSR-associated operational changes made by railroads." 2022 GAO Report, p. 29. The 2022 GAO Report also found that the effects of PSR on safety and service were: "inconclusive" and: "varied." 2022 GAO Report, pp. 20-21.

[222] "Freight Rail: Information on Precision-Scheduled Railroading," Government Accountability Office, December 23, 2022, available at https://www.gao.gov/products/gao-23-105420.

[223] Following the publication of the 2022 GAO Report, the quantitative economic evidence indicates that this report did not provide investors with new value-relevant information. According to the Cain Event Study, on December 23, 2022, following the publication of the 2022 GAO Report, NS's stock price experienced an abnormal increase of $0.08, or 0.04 percent. *See* CAIN_0000789, Row 545. A blank entry in the "stars" column indicates that the Cain Event Study concludes that a stock return is not statistically significantly different from zero. This result is consistent with my own event study; *see* **Appendix D.4**.

[224] Morgan Stanley, "Fast Lane: TSP Delivers Another Autonomous Benchmark, US Government Launches Investigation into PSR, Power-Only Survey Takeaways, and NSC Model Update," May 24, 2021.

monitor more data as it becomes available with a focus on locations which are accident-prone."[225]

3. *Public Railroad Company Filings Disclosed Operational Risks Before, During, and After the Proposed Class Period*

93. Market evidence is also not consistent with the view that investors were unaware of the risks of derailments and hazardous materials spills, because both NS and all other Class I railroads publicly warned of these risks before and throughout the Proposed Class Period.

(a) *NS's Disclosures*

94. Consistent with the public FRA data, NS repeatedly disclosed to investors that it faced a risk of derailments, including "catastrophic" derailments involving hazardous materials. NS published seven quarterly financial statements (SEC Form 10-Qs), three annual financial statements (SEC Form 10-Ks), and three annual reports during the Proposed Class Period. Every one of these disclosures included the following risk factors:

> A **catastrophic rail accident**, whether on our lines or another carrier's, involving any or all of release of **hazardous materials**, freight loss, property damage, personal injury, and environmental liability could compromise critical parts of our rail network. **Losses associated with such an accident** involving us could exceed our insurance coverage,[226] resulting in a **material adverse effect on our liquidity**.[227]

---

[225] Cowen, "Track Work Weekly," January 6, 2023.

[226] All three of NS's Forms 10-K filed during the Proposed Class Period also disclosed that NS maintained liability insurance for: "bodily injury and property damages to third parties." This is further evidence that railroad accidents involving harm to third parties (such as the East Palestine Derailment), and the resulting liabilities, were known risks for which NS had established and disclosed financial protections. *See* Norfolk Southern, 2020 Form 10-K, February 4, 2021 ("NS 2020 10-K"), p. K75; Norfolk Southern, 2021 Form 10-K, February 4, 2022 ("NS 2021 10-K"), p. K74; Norfolk Southern, 2022 Form 10-K, February 3, 2023 ("NS 2022 10-K"), p. K75.

[227] Norfolk Southern, Q3 2020 Form 10-Q, October 28, 2020 ("NS Q3 2020 10-Q"), p. 30; Norfolk Southern, Q1 2021 Form 10-Q, April 28, 2021, p. 26; Norfolk Southern, Q2 2021 Form 10-Q, July 28, 2021, p. 29; Norfolk Southern, Q3 2021 Form 10-Q, October 27, 2021, p. 30; Norfolk Southern, Q1 2022 Form 10-Q, April 27, 2022, p. 25; Norfolk Southern, Q2 2022 Form 10-Q, July 27, 2022, p. 28; Norfolk Southern, Q3 2022 Form 10-Q, October 26, 2022, p. 29; NS 2020 10-K, p. K13; NS 2021 10-K, p. K14; NS 2022 10-K, p. K14; Norfolk Southern, Annual Report, 2020, p. K13; Norfolk Southern, Annual Report, 2021, p. K14; Norfolk Southern, Annual Report, 2022, p. K14. Emphasis added. The risk factors disclosed under Item 1A in each of the Form 10-Ks are also cited in and: "should be read in conjunction with" the disclosures under Item 7 regarding forward-looking statements. *See*, *e.g.*, NS 2020 10-K, pp. K11, K31. Each of NS's Form 10-Q filings states that it: "incorporates by reference" the risk factors listed in the most recently filed Form 10-K. *See*, *e.g.*, NS Q3, 2020 10-Q, p. 30. NS's Q3 2020 10-Q incorporates by reference the risk factors listed in NS's 2019 Form 10-K, which contains a similar risk

Moreover, **lawsuits and claims** involving […] other unidentified **environmental sites and matters** are likely to arise from time to time. **The resulting liabilities could have a significant effect on financial position**, results of operations, or liquidity in a particular year or quarter.[228]

95.    NS also published two STB R-1 reports during the Proposed Class Period.[229] Both NS R-1 reports included detailed NS operating statistics and capital investments, such as grading, communications systems, and signals and interlockers.[230] Both NS R-1 reports included the following disclosure:

> **The risk of incurring environmental liabilit**y for acts and omissions, past, present, and future, is inherent in the railroad business. Some of the commodities we transport, particularly those classified as hazardous materials, **pose special risks** that we work diligently to reduce.[231]

96.    NS also publicly disclosed and discussed train derailments before and throughout the Proposed Class Period. For example, in NS's Q3 2019 earnings call, NS Chief Financial Officer Cynthia Earhart discussed the expected financial impact from: "a large derailment."[232]

97.    NS's repeated disclosures throughout the Proposed Class Period further support my view that information about derailments and safety risk was publicly available throughout the Proposed Class Period.

---

disclosure. *See* Norfolk Southern, 2019 Form 10-K, February 6, 2020 ("NS 2019 10-K"), p. K12 ("Any material changes to current litigation trends or a catastrophic rail accident involving any or all of freight loss, property damage, personal injury, and environmental liability could have a material adverse effect on us to the extent not covered by insurance. We have obtained insurance for potential losses for third-party liability and first-party property damages; however, insurance is available from a limited number of insurers and may not continue to be available or, if available, may not be obtainable on terms acceptable to us.").

[228]    *See*, *e.g*., NS 2020 10-K, p. K-74. Emphasis added

[229]    *See* "Economic Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/economic-data/ ("Class I railroads are required to file an Annual Report of Finances and Operations, known as the R-1, that contains information about their finances and operating statistics."). The "Due Dates and Blank Forms" table on this same webpage states that annual R-1 reports must be filed with the STB by March 31 of the following year.

[230]    *See*, *e.g*., Norfolk Southern, Railroad Annual Report R-1, 2020 ("NS 2020 R-1"), Schedules 352A, 410.

[231]    NS 2020 R-1, p. 15E; Norfolk Southern, Railroad Annual Report R-1, 2021 p. 15E. Emphasis added.

[232]    NS Q3 2019 Earnings Call, p. 6 ("However, as Mike mentioned earlier, there have been some specific incidents in the fourth quarter that will result in incremental expenses. We expect additional cost associated with detouring trains due to a bridge outage and lading damage resulting from a large derailment will approximate $25 million in additional expenses.").

(b)    *Other Railroads' Disclosures*

98.    Other publicly-traded Class I railroads also published similar risk disclosures in their filings before and during the Proposed Class Period. For example:

- **CSX 2019 Form 10-K**: "A train accident involving the transport of hazardous materials could result in significant claims arising from personal injury, property or natural resource damage, environmental penalties and remediation obligations. Such claims, if insured, could exceed existing insurance coverage or insurance may not continue to be available at commercially reasonable rates. Under federal regulations, CSXT is required to transport hazardous materials under the legal duty referred to as the common carrier mandate."[233]

- **UNP 2019 Form 10-K**: "A rail accident or other incident or accident on our network, at our facilities, or at the facilities of our customers involving the release or combustion of hazardous materials could involve significant costs and claims for personal injury, property damage, and environmental penalties and remediation in excess of our insurance coverage for these risks, which could have a material adverse effect on our results of operations, financial condition, and liquidity."[234]

- **CN, Form 6-K dated March 24, 2020**: "As a result of its common carrier obligations, the Company is legally required to transport toxic inhalation hazard materials regardless of risk or potential exposure or loss. A train accident involving the transport of these commodities could result in significant costs and claims for personal injury, property damage, and environmental penalties and remediation in excess of insurance coverage for these risks, which may materially adversely affect the Company's results of operations, or its competitive and financial position."[235]

- **CP 2019 Form 10-K**: "A train accident involving hazardous materials could result in significant claims against CP arising from personal injury, property or natural resource damage, environmental penalties and remediation obligations. Such claims, if insured, could exceed the existing insurance coverage commercially available to CP, which could have a material adverse effect on CP's financial condition, operating results, and liquidity. CP is also required to comply with rules and regulations regarding the handling of dangerous goods and hazardous materials in Canada and the U.S. Noncompliance with these rules and regulations can subject the Company to significant penalties and could factor in litigation arising out of a

---

[233]    CSX Corporation, 2019 Form 10-K, February 12, 2020, p. 7; CSX Corporation, 2020 Form 10-K, February 10, 2021, p. 8.

[234]    Union Pacific Corporation, 2019 Form 10-K, February 7, 2020, p. 11; Union Pacific Corporation, 2020 Form 10-K, February 5, 2021, p. 12.

[235]    Canadian National Railway Company, Form 6-K, March 24, 2020, p. 50; Canadian National Railway Company, Form 6-K, April 19, 2022, p. 64.

train accident. Changes to these rules and regulations could also increase operating costs, reduce operating efficiencies and impact service delivery."[236]

99.    These repeated disclosures during and before the Proposed Class Period further support my view that information about derailments, safety risks, and risks related to hazardous materials transportation was available to the market, for both NS and across the railroad industry.

> ### 4.  Analysts' Commentary Discussed NS's Operational Risks Throughout the Proposed Class Period

100.    Analysts' commentary discussed NS's operational risks throughout the Proposed Class Period, including risks associated with implementing PSR, running longer trains, and transporting hazardous materials. Again, this economic evidence indicates that investors had access to NS safety information throughout the Proposed Class Period and before the East Palestine Derailment. For example:

- **32 Morningstar reports between April 2021 and January 2023**: "In terms of ESG-related risks, because Norfolk carries freight for chemical end-market shippers, it is **subject to the liabilities associated with hazardous material spills**."[237]

- **Morgan Stanley, April 28, 2022**: "**NSC continues to push for longer trains** (and other Rails as well are presenting this as a solution to get around the labor constraints) but we have already seen focused scrutiny from Congress on the **safety concerns around long trains** […] and shippers are focused on this as an issue that impacts network fluidity as well."[238]

- **20 Baird reports between October 2020 and January 2023**: "Liability exposure. As a regulated industry, Rail is forced rails [sic] to haul hazmat traffic, which has potentially significant liability."[239]

- **10 Argus reports between October 2020 and January 2023**: "NSC also faces risks related to government regulation, and may incur extraordinary costs related to

---

[236]  Canadian Pacific Railway Limited, 2019 Form 10-K, February 20, 2020, p. 20; Canadian Pacific Railway Limited, 2020 Form 10-K, February 18, 2021, p. 38. CP and KCS combined on April 14, 2023, to create CPKC; *see* **Section III**.

[237]  *See*, *e.g.*, Morningstar, "Norfolk Southern's Carloads Poised for Solid Gains in 2021; On Track for Sub-60 OR by 2022," April 21, 2021. Emphasis added.

[238]  Morgan Stanley, "1Q In-Line; Ramping Service Back Up But At What Cost?" April 28, 2022. Emphasis added.

[239]  *See*, *e.g.*, Baird, "3Q20 Review: More Confidence in Achieving 60% OR in 2021," October 29, 2020.

positive train control systems, the transportation of flammable liquids, and braking standards."[240]

- **13 TD Securities reports**[241] **between October 2020 and January 2023**: "Key risks to our target price include: […] claims for personal injury[;] property damage [and/or] environmental remediation; labour disruption."[242]

- **12 Cowen reports between October 2020 and January 2023**: "Litigation risk stemming from accidents and fatalities."[243]

- **Moody's, January 24, 2023**: "[NS has] moderately negative exposures to […] social risks related to health and safety (reportable injuries and train accidents)" and "main [social] risks include health and safety of its employees, measured in part by reportable injuries and train accidents."[244]

- **14 Barclays reports between October 2020 and January 2023:** "Investing in transportation companies can be risky. In addition to macroeconomic risks, the companies' earnings can be exposed to risk from changing geopolitical conditions, changing fuel prices, labor disputes, weather disruptions, and operational challenges, among other things."[245]

- **18 Benchmark reports between October 2020 and January 2023:** "NSC's major investment risks include […] the potential for operational issues due to weather/other events."[246]

- **Loop Capital, November 12, 2021**: "The best-case scenario here is that this mini-meltdown turns out to be a couple of particularly ugly derailments, a weather event, or domino effect from an interline partner."[247]

---

[240]  *See*, *e.g*., Argus, "Norfolk Southern Corp," October 29, 2020.

[241]  The TD Bank Group acquired Cowen Inc. on March 1, 2023. In this report, I distinguish analysts' reports published by Cowen and TD Securities prior to the acquisition. After the acquisition, I refer to all Cowen and TD Securities analysts' reports as "TD Securities." *See* "TD completes acquisition of Cowen Inc.," TD Bank, March 1, 2023, available at https://td.mediaroom.com/2023-03-01-TD-completes-acquisition-of-Cowen-Inc.

[242]  *See*, *e.g*., TD Securities, "Q3/20 as Pre-Released; Line of Sight to 60% OR During 2021," October 29, 2020.

[243]  *See*, *e.g*., Cowen, "Intermodal and PSR Key Drivers Going Forward," October 28, 2020.

[244]  Moody's, "Norfolk Southern Corporation: Update to Credit Analysis," January 24, 2023.

[245]  *See*, *e.g*., Barclays, "Norfolk Southern Corp. 3Q20, Review," October 28, 2020.

[246]  *See*, *e.g*., Benchmark, "Operational Improvement Continues; Maintain Buy," October 29, 2020.

[247]  Loop Capital, "The State of the Rails – The Wheels Come Off at Norfolk Southern," November 12, 2021.

- **11 Bernstein reports between January 2021 and January 2023:** "Risks to our target price for NSC include […] risks attendant to the company's common carrier obligations and the transportation of hazardous materials."[248]

101.  To summarize, investors had access to information about NS's safety and operational risks, risks associated with PSR, derailments, and hazmat derailments before and throughout the Proposed Class Period. News coverage, government reports, public railroad filings, and analysts' commentary all discussed and disseminated these risks. Yet NS's stock price did not react statistically significantly following any of these disclosures. This economic evidence is consistent with the view that the market had sufficient information to "price in" NS safety risks, and is further evidence that the Alleged Safety Misstatements had no price impact.

## C.    Economic Evidence Indicates That the Alleged Misstatements Had No Price Impact

102.  The economic evidence indicates that none of the Alleged Misstatements had any price impact. In the previous section, I established that investors had access to extensive information about NS's safety risks, practices, and outcomes throughout the Proposed Class Period. In this section, I examine the Alleged Misstatements themselves to determine whether, given that information, those statements had any price impact. I first examine whether there is quantitative evidence that the Alleged Misstatements increased NS's stock price. As discussed above, the presence or lack of a price increase alone is not fully dispositive, because: (i) a price increase may be attributable to other information released at the same time; and (ii) the lack of a price increase may be because the Alleged Misstatement prevented a price decrease rather than caused a price increase. Therefore, I also examine qualitative evidence to evaluate what information market participants discussed in analysts' reports and news articles during the Proposed Class Period but before the East Palestine Derailment ("the Pre-East Palestine Derailment Period").[249] I find that both the quantitative

---

[248]  *See, e.g.*, Bernstein, "NSC 4Q:20: Messy beat with an - line - and aggressive - guide," January 28, 2021.

[249]  As I discuss in **Section IX**, from an economic perspective, Plaintiffs' allegations mean that the East Palestine Derailment would have put investors on notice of any potentially misleading information about NS's operational safety. Therefore, I only consider analysts' reports published before the East Palestine Derailment in this section.

and qualitative economic evidence is consistent with the view that the Alleged Misstatements had no price impact.

>    1. *Quantitative Analysis: NS's Stock Price Did Not Increase Statistically Significantly After 18 of the 21 Alleged Misstatement Dates*

103. The quantitative economic evidence indicates that the Alleged Misstatements did not convey new, value-relevant information to the market. Plaintiffs allege that NS made the Alleged Misstatements across 21 dates. I refer to the dates on which the Alleged Safety Misstatements would impact NS's stock price as the "Alleged Misstatement Dates."

104. If the Alleged Misstatements conveyed new, value-relevant information, one would expect NS to have *positive* and statistically significantly price reactions on the Alleged Misstatement Dates.[250] But according to the Cain Event Study, NS's stock price increased statistically significantly (accounting for market and industry factors) on only *three* of the 21 Alleged Misstatement Dates (*see* **Table 3**).[251] This quantitative evidence is not consistent with Plaintiffs' claim that the Alleged Misstatements impacted NS's stock price.

---

[250]    Dr. Cain concludes that NS stock traded in an efficient market during the Proposed Class Period, so NS's stock price should quickly incorporate all value-relevant public information (*see* **Section IV.B.1**).

[251]    Moreover, according to the Cain Event Study, NS's stock price *decreased* statistically significantly on three of the Alleged Misstatement Dates. My own event study further identifies a fourth Alleged Misstatement Date with a statistically significant abnormal decline in NS's stock price. *See* **Appendix D.2**.

**Table 3: Quantitative Analysis of Alleged Misstatements**[252]

|  | Alleged Misstatement Date | Alleged Misstatement(s) | Group(s) | NS Abnormal Return (Cain) | NS Earnings Release Date? |
|---|---|---|---|---|---|
| [1] | 10/28/2020 | #1 | General | $0.48 | Yes |
| [2] | 1/27/2021 | #2, #3 | General & Program-Related | $7.48*** | **Yes** |
| [3] | 2/4/2021 | #14, #20 | General & Program-Related | $0.69 | No |
| [4] | 3/31/2021 | #4, #5 | General | -$3.69* | No |
| [5] | 4/28/2021 | #22 | Program-Related | $2.53 | Yes |
| [6] | 5/13/2021 | #6, #7 | General | $0.96 | No |
| [7] | 10/27/2021 | #23 | Program-Related | $0.58 | Yes |
| [8] | 12/1/2021 | #24 | Program-Specific | $5.88*** | **No** |
| [9] | 2/4/2022 | #15, #21 | General & Program-Related | -$3.72* | No |
| [10] | 2/22/2022 | #25 | Program-Related | -$7.25*** | Yes |
| [11] | 4/1/2022 | #8, #9 | General | -$4.07* | No |
| [12] | 4/27/2022 | #16, #19 | Program-Related | $6.40*** | **Yes** |
| [13] | 5/17/2022 | #26 | Program-Related | -$0.14 | No |
| [14] | 5/24/2022 | #27 | Program-Related | $2.14 | No |
| [15] | 6/14/2022 | #10, #11, #18, #28 | General & Program-Related | -$0.47 | No |
| [16] | 7/27/2022 | #12, #29 | General & Program-Related | -$8.31*** | Yes |
| [17] | 8/17/2022 | #30 | Program-Related | $0.24 | Yes |
| [18] | 1/25/2023 | #13 | General | -$4.87*** | Yes |
| [19] | 2/3/2023 | #17 | General | -$1.06 | No |
| [20] | 2/6/2023 | #31–#34 | Vent-and-Burn | -$3.00 | No |
| [21] | 2/7/2023 | #35 | Vent-and-Burn | $0.88 | No |

105. But merely observing a statistically significant NS stock price increase does not by itself establish that an Alleged Misstatement had any price impact, because NS's stock price may have increased in response to unrelated NS-specific news (*e.g.*, better-than-expected earnings results). Two of the three Alleged Misstatement Dates followed by statistically significant NS stock price increases were earnings release dates, and the third (December 1, 2021) was an annual investor conference (*see* **Table 3**). Therefore, qualitative analysis is also required to establish whether the Alleged Misstatements had any price impact.

---

[252] The numbers shown in the Alleged Misstatements column in this table correspond to those shown in **Exhibit 1**, which also reports all Alleged Misstatement event dates, groups, and abnormal stock price changes. The abnormal stock price changes (and associated levels of statistical significance) are taken from the Cain Event Study. *See* CAIN_0000789. These results are consistent with the results of my own event study (as discussed above, my event study also identifies a fourth Alleged Misstatement Date with a statistically significant abnormal NS stock price *decline*). *See* **Appendix D.2**. Note that the dates shown in the Alleged Misstatement Date column correspond to the market impact dates of the Alleged Misstatements, which can differ from the event date when statements are made after market close.

106. In the next section, I first find that analysts did not discuss the vast majority of the Alleged Safety Misstatements at all during the Pre-East Palestine Derailment Period. I then find that the statistically significant NS stock price increases on January 27, 2021, December 1, 2021, and April 27, 2022 were due to unrelated NS-specific confounding news. In **Section VIII**, I find there is no qualitative economic evidence that the Alleged Vent-and-Burn Misstatements had any price impact.

> 2. *Qualitative Analysis: Market Participants Did Not Discuss the Alleged Safety Misstatements*

107. In this section, I focus on the 30 Alleged Safety Misstatements (made on 19 individual Alleged Safety Misstatement Dates).[253] I find that qualitative economic evidence does not support the view that any of the 30 Alleged Safety Misstatements had any price impact on any of the 19 Alleged Safety Misstatement Dates.

108. My qualitative economic analysis finds that the Alleged Safety Misstatements did not introduce new, value-relevant information to the market for three reasons. First, the vast majority of analysts' reports did not mention any of the Alleged Safety Misstatements. Second, when analysts' reports used the word "safe" in any form, they did not tie those discussions to the Alleged Safety Misstatements. Third, analysts' discussions of the NS programs mentioned in the Alleged Safety Misstatements are not tied to those misstatements. This qualitative analysis further supports my conclusion that the Alleged Safety Misstatements cannot have had any price impact.

109. To examine whether the Alleged Safety Misstatements affected market participants' assessments of NS, I consider all 879 analysts' reports published by 37 analysts during the Pre-East Palestine Derailment Period from the set of analysts' reports introduced in **Section IV.B.2**.[254] I review these analysts' reports for discussions of the Alleged Safety Misstatements, supplementing my review with keyword searches.[255]

---

[253] I address the five Alleged Vent-and-Burn Misstatements in **Section VIII**.

[254] The remaining analysts' reports were issued after the East Palestine Derailment.

[255] Every General Alleged Safety Misstatement contains the terms: "safe," "safely," or "safety." Those working under my direction and I: (i) manually reviewed each analysts' report published in the Pre-East Palestine Derailment Period; and (ii) searched those reports for the keyword: "safe" in any form (including words such as

65

110. I categorize the Alleged Safety Misstatements into two groups: the General Alleged Safety Misstatements and the Program-Related Alleged Safety Misstatements (*see* **Section III.B**). I find that neither group introduced new, value-relevant information to the market during the Proposed Class Period and thus had no price impact.

(a)    *Analysts' Reports Did Not Repeat the Alleged Safety Misstatements*

111. *No* analysts' reports repeated any of the 15 General Alleged Safety Misstatements. Nor did they repeat the vast majority of the 15 Program-Related Alleged Safety Misstatements.[256]

112. Analysts' reports discuss NS increasing hiring, which could be viewed as implicitly mentioning one Program-Related Alleged Safety Misstatement: "Already we are seeing visible upticks in qualified employees" (Alleged Misstatement 29 in **Exhibit 1**). But these analysts' reports only discuss NS increasing hiring, and do *not* discuss this Alleged Misstatement in the context of safety. For example, a Credit Suisse analysts' report on July 27, 2022 stated: "NS ramps up capacity to meet demand […] NS is focused on ramping up its qualified T&E workers to offset ongoing attrition."[257] From an economic perspective, the fact that analysts' reports discussed NS's employment levels without reference to safety does not support Plaintiffs' allegations. I find that analysts' reports did not repeat any other Alleged Safety Misstatement.

113. Therefore, this evidence directly contradicts the view that the Alleged Safety Misstatements conveyed new, value-relevant information to the market or had any price impact on any of the 19 Alleged Safety Misstatement Dates.

---

"safety," "safest," "safely," *etc.*). I did not identify any discussion of the Alleged Safety Misstatements, either through my manual review or using my keyword search. Throughout the rest of this section, my review of analysts' reports includes both a manual review of each report, and a supplemental review using certain keyword searches (for example: "train length").

[256] All but three of the 15 Program-Related Alleged Safety Misstatements contain the terms: "safe," "safely," or "safety" (*i.e.*, Alleged Misstatements 16, 24, and 29 in **Exhibit 1**). Those working under my direction and I: (i) manually reviewed all analysts' reports published during the Pre-East Palestine Derailment Period; and (ii) conducted supplemental keyword searches for keywords such as: "accidents per ton miles," "compress," and "qualified."

[257] Credit Suisse, "OR target revised negative as NS positions for growth, but likely matters less than fixing service issues to set up positive 2023," July 27, 2022.

66

(b)    *Analysts' Discussions of Safety Were Not Tied to the Alleged Safety Misstatements*

114.    No analysts' reports included the term "safe" during the Pre-East Palestine Derailment Period in relation to any of the Alleged Safety Misstatements.[258] Plaintiffs claim that the Alleged Safety Misstatements were false or misleading because these statements connected NS's operating practices to NS's prioritization of safety.[259] But analysts' commentary did not reflect these connections. Analysts' use of the term "safe" is not tied to the Alleged Safety Misstatements. Instead, analysts repeated the safety analyses or disclosures that they had included in their reports for years before the Proposed Class Period[260] and/or continued to repeat after the Proposed Class Period.[261] The only exceptions are 14 analysts' reports that either: (i) mentioned safety when discussing NS management disclosures from NS's

---

[258]    As I describe above, those working under my direction and I: (i) manually reviewed all analysts' reports published during the Pre-East Palestine Derailment Period for discussions of safety; and (ii) supplemented this review by searching for the keyword: "safe" in any form (including "safe," "safely," "safety," *etc*.).

[259]    *See* Complaint, ¶ 420 ("Contrary to these statements, Norfolk Southern's operation during the Class Period was unsafe, and the implementation of PSR principles and other policies, including increasing train length, adding tonnage, slashing the workforce, gutting training, and forgoing mandated inspections and maintenance, deprioritized safety and was in conflict with the safety of Norfolk Southern's operation.").

[260]    Morningstar and Standard and Poor's used the same or similar language in reports issued before any of the Alleged Safety Misstatements were made, indicating that the Alleged Safety Misstatements did not convey new information. For example, Morningstar published reports saying that NS had an: "outstanding" or "strong" safety record and: "[historically] runs one of the safest railroads in the U.S., as measured by injuries per hours worked" both before and throughout the Proposed Class Period. *See*, *e.g.*, Morningstar, "Volume Headwinds Abound in 2020, but Norfolk Southern's PSR Efforts Should Limit Margin Pressure," July 10, 2020; Morningstar, "Norfolk Southern's Carloads Poised for Solid Gains in 2021; On Track for Sub-60 OR by 2022," April 21, 2021. I also note that there is no indication that Morningstar's statements are based on the Alleged Safety Misstatements. Instead, Morningstar's analysis is based on data (*i.e.*, "as measured by injuries per hour worked"). Similar to Morningstar, Standard and Poor's described that government environmental agencies oversee: "both [NS's] safety practices and [the] commodities it transports" in reports issued before and throughout the Proposed Class Period. *See*, *e.g.*, Standard and Poor's, "Norfolk Southern Corp.," December 19, 2019; Standard and Poor's, "Norfolk Southern Corp.," November 23, 2021.

[261]    RBC began to include recurring safety-related language when it introduced a new standardized ESG section in its analysts' reports in April 2021, and RBC continued to repeat the same language in reports issued *after* the Proposed Class Period. *See*, *e.g.*, RBC, "NSC Q1 results better than expected; guidance reiterated," April 28, 2021 ("Our view is that greenhouse gas emissions, safety and diversity are the most important ESG issues facing the rail industry […] sustainability topics important to NSC [include] safety […] How is NSC improving safety? NSC considers safety a guiding principle […] For example, in 2019, NSC invested $1.8B in positive train control safety technology to maintain its safety standards. However, despite these and other investments, NSC's FRA train accidents per million train miles rate increased to 3.02 in 2019 or up 30% compared to 2017."); RBC, "Mgmt pulls guidance amid uncertainty," April 26, 2023. RBC changed the "example" but continued to reiterate this statement after the Proposed Class Period. I also note that RBC supported this statement with data on: "NSC's FRA train accidents per million train miles rate."

67

December 6, 2022 Investor Day (which Plaintiffs do not allege to be false or misleading);[262] or (ii) discussed safety using publicly-disclosed information or general risk factors that were not tied to the Alleged Safety Misstatements.[263]

115.   This finding also implies that analysts did not view the General Alleged Misstatements (all of which included the term "safe") as new information. Further, this conclusion is consistent with academic research, which finds that general disclosure language tends to be less informative to investors than more specific disclosures.[264] For example, Brown and Tucker (2011) discuss that boilerplate corporate disclosures do not provide meaningful information to investors.[265]

---

[262]   This observation applies to one report each by Baird, Evercore, Atlantic Equities, Stephens, Susquehanna, and Cowen. For example, NS stated the following at its December 6, 2022 Investor Day: "You should expect a 2023 baseline spend of roughly 2.1 billion dollars. The majority of our capital spend, 55 to 65%, is associated with maintaining a safe, resilient, and reliable infrastructure." An Atlantic Equities report published on December 7, 2022 stated: "Management expects capex to be $2.1bn in 2023 with 55-65% covering network safety and resiliency." Atlantic Equities, "Investor Day: Execution Remains the Key Risk," December 7, 2022. Norfolk Southern, Investor Day 2022 Transcript, December 6, 2022.

[263]   This observation applies to one report each by Benchmark, Credit Suisse, J.P. Morgan, Loop Capital, Moody's, and Morgan Stanley, and two reports by RBC. Specifically, RBC mentioned: "Chassis safety recalls and overall chassis shortages" in one report. RBC, "Q2 results and new guidance in-line ex items," July 28, 2021. Benchmark also noted updates on train repairs after a: "safety recall on certain chassis." Benchmark, "Trimming 3Q Estimates on Weaker Volumes; PT to $300," October 4, 2021. Statements regarding chassis recalls are not alleged to be false or misleading. Credit Suisse mentioned NS's development of a platform that would provide, among other things, "safety data" when summarizing its meeting with management. Credit Suisse, "Norfolk Southern (NSC.N) CS Conference Highlights," December 1, 2020. J.P. Morgan stated that NS: "improve[d] fuel economy, safety and capacity" to "[meet] customers where they are in the ESG journey." J.P. Morgan, "Takeaways From the 2021 Global ESG Conference with Norfolk Southern and Canadian National in Focus," March 25, 2021. Loop Capital provided a data point on the "historically 'safe' level" of train velocity. Loop Capital, "The State of the Rails – The Path Forward for Norfolk Southern," November 18, 2021. Moody's mentioned safety as one factor in its credit evaluation framework. Moody's, "Norfolk Southern Corporation: Update to credit analysis," January 24, 2023. Morgan Stanley mentioned safety when describing NS's known operational risks (*see* **Section V.B**): "scrutiny from Congress on the safety concerns around long trains." Morgan Stanley, "1Q In-Line; Ramping Service Back Up But At What Cost?," April 28, 2022. And one RBC report covered NS's 2021 ESG report's discussion of: "technology-driven inspections […] to improve safety," which are not alleged to be misleading by Plaintiffs. RBC, "Railroads: NSC publishes 2021 ESG report + Carload Note," August 16, 2021.

[264]   Similarly, the SEC also issued guidance stating that: "boilerplate disclaimers and other generic language generally are not helpful in providing useful information." "Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations," Federal Register, December 29, 2003, available at https://www.federalregister.gov/documents/2003/12/29/03-31802/commission-guidance-regarding-managements-discussion-and-analysis-of-financial-condition-and-results, p. 75059.

[265]   *See* Brown, Stephen V. and Jennifer Wu Tucker, "Large-Sample Evidence on Firms' Year-over-Year MD&A Modifications," *Journal of Accounting Research*, 49(2), 2011, pp. 309-346, p. 341 ("Moreover, we find that the price reaction to 10-K filings has also declined over time and that it is not associated with MD&A modifications after 2000, suggesting declining or insignificant MD&A usefulness in recent years."). Similarly, Hope, *et al.* (2016) find that the magnitudes of stock prices react more strongly to specific risk disclosures in Form 10-K

116. Therefore, I see no evidence that analysts' reports treated the Alleged Safety Misstatements as new information. Instead, the economic evidence supports the view that the Alleged Safety Misstatements had no price impact.

(c)    *Analysts' Discussions of NS Programs Are Not Tied to the Alleged Safety Misstatements*

117. Finally, analysts' commentary on specific NS programs is also consistent with the view that the Alleged Safety Misstatements did not convey new, value-relevant information to the market and thus had no price impact. Plaintiffs and Dr. Cain identify six categories of Program-Related Alleged Safety Misstatements: (i) "Norfolk Southern's Safe Implementation of PSR Principles;" (ii) "Employee Safety and Reportable Accidents;" (iii) "Norfolk Southern's Handling of Hazardous Materials;" (iv) "Expanded Lengths of the Company's Trains;" (v) "The Company's Safety-Related Capital Expenditures;" and (vi) "The Quality of the Company's Training Programs."[266] When analysts discuss the NS programs in each of these six categories, they do so in the context of NS's general operations and do not connect the discussion to any Alleged Safety Misstatement.

    a.    Analysts' reports commented that NS was implementing PSR. For example:

        o    **Standard and Poor's, November 23, 2020**: "Norfolk Southern continues to implement its version of precision scheduled railroading (PSR), which aims to increase the efficiency of railcars moving through the network. Amid lower carloads, the company has increased train length, speed, and fuel efficiency, while also decreasing crew starts."[267]

    b.    Analysts' reports commented on NS's accident rate in the context of publicly-available railroad safety data. For example:

        o    **RBC, January 26, 2022**: "[I]n 2019, NSC invested $1.8B in positive train control safety technology to maintain its safety standards. However, despite

---

filings than to general risk disclosures, implying that more general language is less likely to generate a market response. *See* Hope, Ole-Kristian, *et al*., "The Benefits of Specific Risk-Factor Disclosures," *Review of Accounting Studies*, 21(4), 2016, pp. 1005-1045.

[266]  *See*, *e.g.*, Cain Report, ¶ 16. The six categories listed in the Cain Report correspond to Sections X.A-X.F in the Complaint. *See* Complaint, ¶¶ 406-444.

[267]  Standard and Poor's, "Norfolk Southern Corp.," November 23, 2020.

these and other investments, **NSC's FRA train accidents per million train miles rate increased to 3.02 in 2019 or up 30% compared to 2017.**"[268]

c.  Analysts' reports discussed the risks of hazmat regulations. For example:

o  **Argus, October 29, 2020**: "NSC also faces risks related to government regulation, and may incur extraordinary costs related to positive train control systems, the transportation of flammable liquids, and braking standards."[269]

d.  Analysts' reports discussed longer NS trains as a positive metric. For example:

o  **Citi, March 25, 2021**: "Management has recently commented that average train lengths are 'a little bit north' of 7,000 feet. That represents a ~13% improvement over 2020's average train length. We would also note that when CSX's train lengths reached a similar level its OR made a step function improvement. Furthermore, train lengths may have additional upside. Management has mentioned that only ~20% of their trains operate at 10,000 feet and suggested that they would like to bring the average train length on the remaining 80% of trains up closer to ~7,000 feet, which would imply Norfolk's average train length could reach ~7,500 feet. Given the constructive commentary, Norfolk's progress improving train length may have reached an inflection point."[270]

e.  Analysts' reports discussed the level of NS's capital expenditures. For example:

o  **Standard and Poor's, November 23, 2021**: "Norfolk Southern's rail network requires significant capital investment on an ongoing basis in order to maintain a state of good repair. Therefore, we expect capex will remain about $1.5 billion annually through 2022."[271]

f.  Analysts' reports discussed NS's staffing levels and training in the context of NS's increasing capacity during the COVID pandemic, and not in the context of any Alleged Safety Misstatement. For example:

o  **Bank of America, January 26, 2022**: "NS detailed plans to boost productivity and ramp-up employee hiring efforts (conductors, engineers) **amid labor turmoil (tight market and COVID-related disruptions)**. This includes

---

[268]  RBC, "Q4 results slightly better; new 2022 guidance inline," January 26, 2022. Emphasis added. Similarly, a J.P. Morgan analyst's report on March 25, 2021 includes a table with FRA train accident rate and personal injury frequency rate. *See* J.P. Morgan, "Takeaways From the 2021 Global ESG Conference with Norfolk Southern and Canadian National in Focus," March 25, 2021.

[269]  Argus, "Norfolk Southern Corp," October 29, 2020.

[270]  Citi, "The Next Good-to-Great Rail Story," March 25, 2021.

[271]  Standard and Poor's, "Norfolk Southern Corp.," November 23, 2021.

increasing training resources, compressing hiring time and its onboarding process, and increasing trainee wages & incentives."[272]

o **Citi, February 22, 2022**: "[I]t does appear that **staffing is improving**. In January Norfolk **trained 3.5x more conductors** than they did in December and December was a 2021 high."[273]

118. The lone exception that arguably could be seen as connecting a discussion of one of NS's programs to an Alleged Safety Misstatement is an April 28, 2022 report by Morgan Stanley that discusses safety in the context of longer trains. However, this report explicitly mentions the Congressional inquiries that led to the 2022 FRA Train Length Report and the 2022 GAO Report, which publicly commented on the potential safety and operational risks associated with running longer trains (*see* **Section V.B**). This report therefore supports my view, discussed below, that the market was on notice about potential safety risks related to train length:

- **Morgan Stanley, April 28, 2022**: **"**We also believe that the next battleground between the Rails vs. Shippers/Regulators will be train length. **NSC continues to push for longer trains (and other Rails as well** are presenting this as a solution to get around the labor constraints) **but we have already seen focused scrutiny from Congress on the safety concerns around long trains** […] and shippers are focused on this as an issue that impacts network fluidity as well."[274]

119. To summarize, analysts' reports did not repeat any Alleged Safety Misstatement, did not use the term "safe" in connection to any of Alleged Safety Misstatement, and did not tie any discussion of NS programs to the Alleged Safety Misstatements. This economic evidence indicates that the Alleged Safety Misstatements did not introduce new, value-relevant information to the market during the Proposed Class Period, so they could not have had any price impact.

---

[272] Bank of America, "Next phase of Norfolk's PSR evolution: balance Service, Productivity & Growth," January 26, 2022. Emphasis added.

[273] Citi, "2022 Citi Industrial Conference Takeaways," February 22, 2022. Emphasis added.

[274] Morgan Stanley, "1Q In-Line; Ramping Service Back Up But At What Cost?," April 28, 2022. Emphasis added.

>    3.  *Qualitative Analysis: On the Three Alleged Misstatement Dates on Which NS's Stock Price Increased Statistically Significantly, Those Increases Are Explained by Unrelated NS-Specific Confounding News*

120. In the previous sections, I showed that NS's stock price did not react statistically significantly after 18 of the 21 the Alleged Misstatement Dates, and that analysts in general did not repeat or discuss of the vast majority the Alleged Safety Misstatements before the East Palestine Derailment. Thus, there is no price impact associated with these misstatements. In this section, I analyze the three Alleged Misstatement Dates on which NS's stock price did increase statistically significantly (January 27, 2021, December 1, 2021, and April 27, 2022) and evaluate alternative reasons for those price increases. Two of these three Alleged Misstatement Dates (January 27, 2021 and April 27, 2022) were also NS earnings release dates, and the third (December 1, 2021) was an investor conference. I find that analysts' reports discussed unrelated NS-specific information released on the same day as all three of these Alleged Misstatement Dates. This economic evidence further supports the view that the Alleged Misstatements had no price impact.

>        (a)   *January 27, 2021*

121. Plaintiffs allege that NS made one Alleged Misstatement in the press release it published on January 27, 2021 announcing its earnings results:

> During a year of unprecedented market disruption and uncertainty, ***the Norfolk Southern team delivered record productivity levels while providing safe and reliable freight solutions*** for our customers.[275]

122. Plaintiffs allege that NS made one additional Alleged Misstatement in its earnings call with investors held that day:

> During the fourth quarter, we saw volumes continue their climb from pandemic induced lows earlier in the year. So the mission of the operating team was handling more business while reducing resources and improving productivity. Our push for efficiency led to record train weight and record train length in the quarter. These larger trains, combined with our strategy of better matching train size and locomotive horsepower, drove us to record fuel

---

[275] "Norfolk Southern reports fourth-quarter and full-year 2020 results," Norfolk Southern, January 27, 2021, available at https://filecache.investorroom.com/mr5ir_nscorp/489/4q2020_earnings_release.pdf ("NS Q4 2020 Earnings Announcement"), p. 1. *See also* Complaint, ¶ 408. Emphasis from Complaint.

efficiency and enabled us to get the job done with a smaller workforce and a record low count of locomotives. I also have to thank the people that make up our operations team and all crafts. We achieved these records due to their hard work and ***most importantly, we did so safely***.[276]

123. The Cain Event Study finds that NS's stock price increased by $7.28 on January 27, 2021 (accounting for market and industry factors), and that this increase was statistically significant.[277]

124. But the economic evidence is consistent with the view that this stock price increase was due to better-than-expected NS earnings results, and not to the Alleged Safety Misstatements. In particular, NS also released its Q4 2020 earnings on January 27, 2021.[278] NS announced that its quarterly "EPS [*i.e.*, earnings per share] was $2.64, […] the operating ratio was at an all-time record at 61.8%,"[279] and that NS anticipated 2021: "total revenues [to be] up approximately 9% [year-over-year]."[280] I reviewed 48 analysts' reports published within two weeks of January 27, 2021 (*i.e.*, January 27 to February 10, 2021). Analysts discussed that NS's earnings had been better than expected.[281] For example:

- **Citi, January 27, 2021**: "Norfolk Southern reported 4Q20 results that handily beat our estimate by 20c and consensus by 24c."[282]

- **Goldman Sachs, January 27, 2021**: "NSC […] reported 4Q EPS of $2.64 which came in ahead of GS at $2.45 and Street at $2.48 (Reuters). The beat was driven by a stronger than expected [operating ratio] which came in at 61.8% or 100 bps better than our forecast."[283]

---

[276] Norfolk Southern, Q4 2020 Earnings Call Transcript, January 27, 2021 ("NS Q4 2020 Earnings Call"), p. 4. *See also* Complaint, ¶ 409. Emphasis from Complaint.

[277] *See* **Table 3**. This result is consistent with my own event study; *see* **Appendix D.2**.

[278] *See*, *e.g.*, NS Q4 2020 Earnings Announcement, p. 2.

[279] NS Q4 2020 Earnings Call, p. 3.

[280] NS Q4 2020 Earnings Call, p. 9.

[281] In his report, Dr. Cain considers this and other NS earnings releases during the Proposed Class Period to be days on which: "new, value-relevant Company information" was made available to investors. Cain Report, ¶ 76 and Exhibit 6.

[282] Citi, "Results: 4Q20 Quick Read – Solid Beat & In Line Guide," January 27, 2021.

[283] Goldman Sachs, "Norfolk Southern Corp. (NSC): 4Q EPS Beat: Solid Outlook Ahead," January 27, 2021, p. 1.

125.  Further, as I show in **Section V.C.2**, analysts' reports did not discuss the January 27, 2021 Alleged Safety Misstatements. Therefore, the economic evidence is consistent with the view that NS's stock price increase on January 27, 2021 was due to confounding news unrelated to the Alleged Safety Misstatements.

(b)  *December 1, 2021*

126.  On December 1, 2021, Plaintiffs allege that NS's Chief Financial Officer Mark R. George made the following Alleged Safety Misstatement during the 2021 Stephens Annual Investor Conference:

> Right now, it takes us about 10 weeks to get people through a training class. That's been compressed. It was a little bit longer, but we've done a good job compressing that.[284]

127.  The Cain Event Study finds that NS's stock price increased by $5.88 on December 1, 2021 (accounting for market and industry factors), and that this increase was statistically significant.[285]

128.  But the economic evidence is consistent with the view that this NS stock price increase was due to new information regarding NS's guidance and financial performance, and not the Alleged Safety Misstatement. During the same presentation, NS management also provided updates on its progress in improving productivity and reiterated its full-year guidance.[286] As I show in **Section V.C.2**, analysts did not discuss Mr. George's Alleged Misstatement *at all*. I reviewed 12 analysts' reports published within two weeks of December 1, 2021 (*i.e.*, December 1 to December 15, 2021). Analysts discussed that NS had reaffirmed its guidance.[287] For example:

---

[284]  Norfolk Southern, 2021 Stephens Annual Investment Conference Transcript, December 1, 2021 ("NS 2021 Stephens Conference Transcript"), p. 5. *See also* Complaint, ¶ 439. I note that the Complaint only quotes selections from this statement.

[285]  *See* **Table 3**. This result is consistent with my own event study; *see* **Appendix D.2**.

[286]  NS 2021 Stephens Conference Transcript, p. 8 ("We feel really confident in reiterating our full year guidance. Our year-over-year revenue growth is going to be over 12% […] [M]ore importantly, we'll have a 400 to 440 basis point improvement in [operating ratio].").

[287]  Several analysts' reports also discussed NS's CEO transition. However, that announcement occurred on December 2, 2021. As a result, it would not explain any stock price movement observed on December 1, 2021.

74

- **Citi, December 2, 2021**: "This week, NS reiterated its full year guidance for 12%+ revenue growth and 400-440 bps of OR improvement. This essentially blesses the 4Q outlook expressed on the last earnings call in spite of weaker volume in 4QTD and service headwinds."[288]

- **Deutsche Bank, December 3, 2021**: "[W]e'd attribute the disproportionate strength more so on macro-drivers and carry over from yesterday's surprise to the upside (maintained full-year guidance)."[289]

129. Again, as I show in **Section V.C.2,** analysts' reports did not discuss the December 1, 2021 Alleged Safety Misstatement. Therefore, the economic evidence is consistent with the view that NS's stock price increase on December 1, 2021 was due to confounding news unrelated to the Alleged Safety Misstatements.

(c)    *April 27, 2022*

130. Plaintiffs allege that NS made two Alleged Misstatements during its earnings call with investors on April 27, 2022:

> *We have seen improvement in both FRA train accidents per ton miles moved as well as the FRA injury index year-over-year*. However, we will not be satisfied as long as there is a single injury or accident, which is why we continue our efforts to get better in this area every day.[290]

and

> Ravi, thanks. I think *train length really helps us right now*. It improves our lessons or labor intensity. Now, there's a point to which if you're unable to meet trains at multiple locations on a particular district, it could work against you, to your point. But I think where we are finding opportunities to move

---

See, *e.g*., J.P. Morgan, "Initial Thoughts on the CEO Transition," December 2, 2021, p. 1 ("Earlier today Norfolk announced that Alan Shaw, Chief Marketing Officer, would become CEO effective May 1, 2022, upon the retirement of current CEO Jim Squires.").

[288]  Citi, "Thoughts on CEO Transition," December 2, 2021.

[289]  Deutsche Bank, "SAIA mid-Q update, More LTL trends & NSC mgmt. change," December 3, 2021.

[290]  Norfolk Southern, Q1 2022 Earnings Call Transcript, April 27, 2022 ("NS Q1 2022 Earnings Call"), p. 5. *See also* Complaint, ¶ 425. Emphasis from Complaint. I note that the emphasized statement appears to be accurate and consistent with NS's year-over-year changes in FRA train accidents per ton miles moved and the FRA injury rates from 2020 to 2021. *See* "Rail Safety Overview Report (1.12)," Federal Rail Administration, available at https://data.transportation.gov/stories/s/Rail-Safety-Overview-Report-1-12-/dsuf-xcni/; NS 2022 10-K, p. K5; "Railroad Safety Data Frequently Asked Questions (FAQ)," Federal Railroad Administration, available at https://railroads.fra.dot.gov/sites/fra.dot.gov/files/2019-09/Railroad%20Safety%20Data%20Frequently%20Asked%20Questions.pdf, p. 3.

more traffic with one crew, that is really to our advantage. ***So I don't see it working against us both near term, nor do I see it working against us long term***. We want to be able to match our train size to our locomotive pulling capability. And as we invest in locomotives, and you've heard me talk about that in our prepared remarks, with DC to AC conversions, it's very helpful to us to improve train length. From the standpoint of what the STB might do, I don't know. I know that it is a topic that even FRA brings up from time to time. ***But I truly believe that the technology that's brought to us with distributed power capability, makes it a very safe and effective operation. I don't see a reason that we should expect or want or think necessary, any restrictions on train length, as long as we're continuing to move fluidly and not getting longer than the district that we need to run on***.[291]

131. The Cain Event Study finds that NS's stock price increased by $6.40 on April 27, 2022 (accounting for market and industry factors), and that this increase was statistically significant.[292]

132. But the economic evidence is consistent with the view that that this NS stock price increase was due to better-than-expected NS earnings results, and not the Alleged Safety Misstatements. In particular, NS also released its Q1 2022 earnings on April 27, 2022.[293] NS announced: "record first quarter revenue, earnings per share, and net income,"[294] and reiterated its: "commitment to deliver our targets this year."[295] I reviewed 42 analysts' reports published within two weeks of April 27, 2022 (*i.e.*, April 27 to May 11, 2022). Analysts discussed that NS's financial results were better than expected, and that NS did not lower its guidance (as had been expected). For example:

- **Cowen, April 27, 2022**: "1Q EPS was not as bad as we feared with earnings beating our and consensus estimates. […] NSC maintained financial outlook despite margin challenges in 1Q, putting more weight in 2H with the assumption fluidity improves. We maintain our PT and reiterate Outperform."[296]

---

[291]  NS Q1 2022 Earnings Call, p. 19. *See also* Complaint, ¶ 431. Emphasis from Complaint.

[292]  *See* **Table 3**. This result is consistent with my own event study; *see* **Appendix D.2**.

[293]  As noted above, Dr. Cain considers this and other NS earnings releases during the Proposed Class Period to be days on which: "new, value-relevant Company information" was made available to investors. Cain Report, ¶ 76 and Exhibit 6.

[294]  NS Q1 2022 Earnings Call, p. 3.

[295]  NS Q1 2022 Earnings Call, p. 9. *See also* NS Q1 2022 Earnings Call, p. 13 ("And Scott, with regard to the operating ratio, obviously, we've stuck to our guidance for the full year.").

[296]  Cowen, "Pricing Leading the Way for NSC in Q1," April 27, 2022.

- **Stephens, April 27, 2022**: "Overall, we view this quarter as relatively in line with expectations (that were lowered into the print), and view the reiteration of guidance as better than many investors feared given the delayed service recovery."[297]

- **Evercore, April 27, 2022**: "[I]nvestors feared a negative revision to full-year guidance [but] that revision did not come today. […] Not surprisingly, the stock is reverting some of its underperformance today."[298]

133. Further, as I show in **Section V.C.2,** analysts' reports did not discuss the April 27, 2022 Alleged Safety Misstatements.

134. To summarize, on all three Alleged Safety Misstatement Dates with statistically significant stock price increases, analysts' reports discussed unrelated NS-specific news. But analysts' reports did *not* mention or discuss any of the Alleged Safety Misstatements. This economic evidence is consistent with the view that the Alleged Safety Misstatements on these three Alleged Safety Misstatement Dates did not convey new and value-relevant information to the market and thus had no price impact.

D.    **NS and Other Class I Railroads Made Statements Similar (or Identical) to the Alleged Safety Misstatements Before, During, and After the Proposed Class Period**

135. Both NS and all other Class I railroads made statements identical or similar to the Alleged Safety Misstatements before, during, and after the Proposed Class Period. This economic evidence indicates that the Alleged Safety Misstatements did not change the mix of safety-related information about NS during the Proposed Class Period. Therefore, from an economic perspective, this evidence is not consistent with the view that the Alleged Safety Misstatements had any price impact.

---

[297]    Stephens, "First Look at 1Q22: Relatively In Line Results; 2022 Guidance Reiterated," April 27, 2022.

[298]    Evercore, "Still Set Up for Second Half Acceleration," April 27, 2022.

*1. NS Made Statements Identical or Similar to the Alleged Misstatements Before, During, and After the Proposed Class Period*

136. NS made statements identical or similar to 22 of the Alleged Safety Misstatements before, during, and after the Proposed Class Period (and sometimes exactly or almost verbatim).[299] This economic evidence supports the view that the Alleged Safety Misstatements did not convey new, value-relevant information—particularly when taken together with my qualitative analysis showing that analysts' reports did not mention the Alleged Safety Misstatements during the Proposed Class Period (*see* **Section V.C.2**).

137. Moreover, the economic logic of a securities fraud case is that investors who bought stock during the Proposed Class Period paid a price that was "inflated" by information in the Alleged Misstatements, but only *during* the Proposed Class Period—there is no "inflation" before or after (*see* **Section IV.A**). Thus, from an economic perspective, for Plaintiffs' allegations to be accurate, the fact that NS made these Alleged Safety Misstatements before and after the Proposed Class Period would have to mean that this information was *only* false or misleading during the Proposed Class Period. For example, NS said that safety was a: "core value" in every year from 2013 to 2025. But the Proposed Class Period lasts only from October 28, 2020 to March 3, 2023. Therefore, Plaintiffs' allegation implies that safety *was* an NS core value in 2019, then was *not* an NS core value in 2021, but then *was* an NS core value again in 2024. I have seen no economic evidence for this claim.

138. I now compare NS's statements before and after the Proposed Class Period to the Alleged Safety Misstatements:

    a.   Alleged Misstatements 4, 8, and 9 describe safety as a: "core value" or "core" to NS.[300] Alleged Misstatements 5 and 10 similarly describe safety as: "a way of life" or "a

---

[299]  Further, NS continued to make statements identical or similar to the other eight Alleged Safety Misstatements after the Proposed Class Period ended (*see* **Exhibit 3**). These eight Alleged Safety Misstatements were generally related to specific NS programs started *during* the Proposed Class Period, such as NS's TOP SPG operating plan (which NS began on June 27, 2022; *see* **Section III**).

[300]  *See*, *e.g.*, Complaint, ¶¶ 410, 414-415.

business imperative" at NS.[301] NS also described safety as a: "core value" in every proxy statement from 2018 to 2020 and every 10-K filing from 2024 to 2025:[302]

| NS Proxy Statements 2018–2020 | Alleged Safety Misstatements 2021–2022 | NS 10-K Filings 2024–2025 |
|---|---|---|
| "Safety is a Core Value and Pillar of Our Strategy." | "The Board is committed to safety as a core value of Norfolk Southern." | "Safety is a core value at Norfolk Southern." |

b.      Alleged Misstatement 11 states that: "virtually all of [NS's capital] investments directly or indirectly improve safety in some way."[303] Alleged Misstatements 20 and 21 similarly state that NS's capital spending programs are intended to: "provide safe, efficient, and reliable" service.[304] NS made the exact same statement in every one of its 10-K filings from 2013 to 2025:[305]

| NS 10-K Filings 2013–2020 | Alleged Safety Misstatements 2021–2022 | NS 10-K Filings 2024–2025 |
|---|---|---|
| "Our capital spending and replacement programs are and have been designed to assure the ability to provide safe, efficient, and reliable rail transportation services." | "Our capital spending and replacement programs are and have been designed to assure the ability to provide safe, efficient, and reliable rail transportation services." | "Our capital spending and replacement programs are and have been designed to assure the ability to provide safe, efficient, and reliable rail transportation services." |

c.      Alleged Misstatements 14, 15, and 17 describe NS's: "commitment to an injury-free workplace."[306] NS made similar commitments to workplace safety before and after the

---

[301]   *See*, *e.g.*, Complaint, ¶¶ 411, 416.

[302]   *See*, *e.g.*, Norfolk Southern, Schedule 14A, March 29, 2019, p. 16; Norfolk Southern, 2025 Form 10-K, February 9, 2026 ("NS 2025 10-K"), p. K8.

[303]   *See*, *e.g.*, Complaint, ¶ 417.

[304]   *See*, *e.g.*, Complaint, ¶ 433-434.

[305]   *See*, *e.g.*, Norfolk Southern, 2015 Form 10-K, February 8, 2016 ("NS 2015 10-K"), p. K7; Norfolk Southern, 2024 Form 10-K, February 10, 2025 ("NS 2024 10-K"), p. K6.

[306]   *See*, *e.g.*, Complaint, ¶¶ 422, 424, 427.

Proposed Class Period, including using the exact same phrase in every one of its annual reports and 10-K filings from 2020 to 2025:[307]

| NS Annual Report 2019 | Alleged Safety Misstatements 2021–2023 | NS 10-K Filings 2024–2025 |
|---|---|---|
| "Ensuring the safety of our workforce is an unwavering commitment." | "Our commitment to an injury-free workplace is illustrated by our 'I am Coming Home' safety message, which is featured prominently in our yards, shops, and facilities and further reinforces the importance of working safely." | "Our commitment to an injury-free workplace is outlined in our Risk Reduction Program, which focuses on safety policies and procedures, risk-based hazard management program, [and] safety outreach and communications." |

d.      Alleged Misstatements 1, 2, 6, and 7 present NS's operations as "safe," "reliable," and/or "efficient."[308] Alleged Misstatement 13 similarly states that: "Operating safely is the right thing."[309] NS used identical descriptions in investor calls and 10-K filings before and after the Proposed Class Period:[310]

| NS Earnings Call October 23, 2019 | Alleged Safety Misstatements 2020–2021 | NS 10-K Filing 2024 |
|---|---|---|
| "We are all working hard to operate as safely and efficiently as possible and deliver what we promise to our customers and shareholders." | "And I want to recognize these employees for their dedication to operating this railroad as efficiently and safely as possible over the unprecedented times in the past year, while at the same time, delivering for our customers and our country." | "[W]e executed on various initiatives to operate our network more safely and efficiently, better serve our customers, and increase productivity in order to deliver improved financial performance." |

e.      Alleged Misstatements 3 and 12 both credit NS's strong operational performance to its employees' "hard work" and "laser-focus" on working "safely."[311] NS similarly praised its employees before and after the Proposed Class Period:[312]

---

307    *See*, *e.g.*, Norfolk Southern, Annual Report, 2019, p. 4; NS 2025 10-K, p. K8.

308    *See*, *e.g.*, Complaint, ¶¶ 407-408, 412-413.

309    *See*, *e.g.*, Complaint, ¶ 419.

310    *See*, *e.g.*, NS Q3 2019 Earnings Call, p. 3; NS 2024 10-K, p. K25.

311    *See*, *e.g.*, Complaint, ¶¶ 409, 418. Note that this statement is not quoted in full in the Complaint.

312    *See*, *e.g.*, NS Q3 2019 Earnings Call, p. 4; Norfolk Southern, Annual Report, 2024 ("NS 2024 Annual Report"), p. 1.

| NS Earnings Call October 23, 2019 | Alleged Safety Misstatements 2021–2022 | NS Annual Report 2024 |
|---|---|---|
| "These overall results are due to relentless execution by our operations team and other employees supporting them. We want to thank our field employees for their unwavering focus on safety, service and efficiency." | "[A]ll of our employees, tenured and new alike are laser-focused on running a safe operation, providing a critical foundation for the future." | "We have momentum on all fronts — safety, operations, customer trust, and finances — and every Norfolk Southern employee worked hard to deliver these results." |

f.   Alleged Misstatement 16 discusses improvements in NS's: "FRA train accidents per ton miles moved as well as the FRA injury index year-over-year."[313] NS discussed its performance using the same FRA statistics before and after the Proposed Class Period:[314]

| NS Annual Report 2017 | Alleged Safety Misstatement 2022 | NS Annual Report 2024 |
|---|---|---|
| "In 2017, we experienced our lowest-ever train accident frequency, an essential safety measure. Our employee reportable and serious injury ratios remained stable. Our goal for safety is continuous improvement and, ultimately, zero accidents and injuries." | "We have seen improvement in both FRA train accidents per ton miles moved as well as the FRA injury index year-over-year. However, we will not be satisfied as long as there is a single injury or accident, which is why we continue our efforts to get better in this area every day." | "Safety is a core value. In 2024, we reduced our FRA-reportable mainline train accident rate by more than 40% to an industry-leading level. We also launched an ongoing series of safety leadership training events, equipping leaders across the company with skills and expertise to strengthen our safety culture." |

139.  **Exhibit 3** illustrates that NS made statements identical (or similar) to the Alleged Safety Misstatements before, during, and after the Proposed Class Period. This evidence supports the view that the Alleged Safety Misstatements did not convey new, value-relevant information and thus had no price impact.

2.  *Other Class I Railroads Made Safety-Related Statements Similar to the Alleged Safety Misstatements Before, During, and After the Proposed Class Period*

140.  Other Class I railroads also made statements similar to the Alleged Safety Misstatements before, during, and after the Proposed Class Period. This evidence indicates that public reaffirmations of safety were common across the industry and not unique to NS. This evidence therefore also supports the view that Alleged Safety Misstatements did not convey new, value-relevant information to the market. For example:

---

[313]   *See*, *e.g*., Complaint, ¶ 425.

[314]   *See*, *e.g*., Norfolk Southern, Annual Report, 2017, p. 4; NS 2024 Annual Report, p. 2.

- **UNP**:

  o   *Every one* of UNP's 10-K filings from 2022 to 2025 stated: "Safety is central to everything we do at Union Pacific. Together, we are committed to cultivating a safety-focused culture, so our employees return home safely every day."[315]

  o   *Every one* of UNP's 10-K filings from 2013 to 2024 stated: "Union Pacific provides value to its roughly 10,000 customers by delivering products in a safe, reliable, fuel-efficient and environmentally responsible manner."[316]

- **BNSF**: *Every one* of BNSF's 10-K filings from 2019 to 2025 stated: "Each year, BNSF develops a capital program intended to enable BNSF to increase capacity, enhance the safety or efficiency of operations, extend the useful life or increase the value of its assets, gain strategic benefit, or provide new service offerings to customers."[317]

- **CSX**: *Every one* of CSX's 10-K filings from 2013 to 2025 stated CSX's current rail network: "allows [CSX] to directly serve every major market in the eastern United States with safe, dependable, environmentally responsible and fuel efficient freight transportation and intermodal service."[318]

- **CP**:[319] *Every one* of CP's 40-F filings from 2013 to 2014 and 10-K filings from 2015 to 2021 stated: "Safety is a key priority and core strategy for [CP] management, employees and Board of Directors, " and: "Each year, [CP] safely moves millions of carloads of freight across North America while ensuring the safety of our people and the communities through which we operate. Safety is never to be compromised."[320]

- **CN**:

  o   *Every one* of CN's 40-F filings from 2016 to 2020 stated: "CN is committed to the safety of its employees, the communities in which it operates and the environment. Safety consciousness permeates every aspect of CN's operations."[321]

---

[315]   *See*, *e.g*., Union Pacific Corporation, 2022 Form 10-K, February 10, 2023, p. 8.

[316]   *See*, *e.g*., Union Pacific Corporation, 2013 Form 10-K, February 7, 2014, p. 5.

[317]   *See*, *e.g*., Burlington Northern Santa Fe, 2019 Form 10-K, February 21, 2020, p. 24.

[318]   CSX Corporation, 2021 Form 10-K, February 16, 2022, p. 5.

[319]   CP and KCS combined on April 14, 2023, to create CPKC. Thus, the individual public disclosures for the two independent companies ended in 2022. *See* "Canadian Pacific and Kansas City Southern combine to create CPKC," Canadian Pacific Kansas City, April 14, 2023, available at https://investor.cpkcr.com/news/press-release-details/2023/Canadian-Pacific-and-Kansas-City-Southern-combine-to-create-CPKC/default.aspx.

[320]   *See*, *e.g*., Canadian Pacific Railway Limited, 2019 Form 10-K, February 20, 2020, pp. 4, 36.

[321]   *See*, *e.g*., Canadian National Railway Company, 2016 Form 40-F, February 1, 2017, p. 3.

82

- o *Every one* of CN's 40-F filings from 2021 to 2024 stated: "Safety is a core value."[322]

- **KCS**: [323] *Every one* of KCS's 10-K filings from 2020 to 2022 stated: "KCS is committed to operating in a safe, secure and responsible manner for the benefit of its employees, customers and the communities KCS serves in the U.S. and Mexico," and: "Management strives to instill a culture of safety, providing on-the-job training and classroom instruction to employees."[324]

141. This economic evidence supports the view that the Alleged Safety Misstatements did not convey new, value-relevant information—particularly when taken together with my qualitative analysis showing that analysts' reports did not mention the Alleged Safety Misstatements during the Proposed Class Period (*see* **Section V.C.2**).

## VI.    TRAIN DERAILMENTS ARE COMMON AND THE EAST PALESTINE DERAILMENT WAS THE MATERIALIZATION OF A KNOWN RISK

142. In the previous section, I showed that the Alleged Misstatements had no "front-end" price impact. In this section and the next, I find there was also no "back-end" price impact following the Alleged Corrective Disclosures. First, in this section I show that the price declines on the Alleged Corrective Disclosure Dates reflect the materialization of a known and disclosed risk, not the correction of any Alleged Misstatements. In **Section VII**, I review each Alleged Corrective Disclosure.

143. The economic evidence indicates that the East Palestine Derailment (and the other derailments at issue in this matter) were materializations of a known risk. This means that any NS stock price declines after the East Palestine Derailment (or any other derailments) are not reliable measures of any price impact from the Alleged Safety Misstatements.

---

[322]  *See*, *e.g.*, Canadian National Railway Company, 2021 Form 40-F, February 1, 2022, p. 6.

[323]  CP and KCS combined on April 14, 2023, to create CPKC. Thus, the individual public disclosures for the two independent companies ended in 2022. *See* "Canadian Pacific and Kansas City Southern combine to create CPKC," Canadian Pacific Kansas City, April 14, 2023, available at https://investor.cpkcr.com/news/press-release-details/2023/Canadian-Pacific-and-Kansas-City-Southern-combine-to-create-CPKC/default.aspx.

[324]  *See*, *e.g.*, Kansas City Southern, 2020 Form 10-K, January 29, 2021, pp. 10-11.

144. NS's stock price already "bakes in" the market's expected likelihood and cost of accidents and derailments (the FRA defines a derailment as a type of accident).[325, 326] Derailments happen frequently, so they are a common risk which must be priced. Investors who buy NS stock are thus already compensated for the likelihood and expected cost of derailments. NS's stock price could still decline after an expensive derailment, but that decline would reflect the cost of a derailment changing from a probability to a certainty (and not concealed information).[327] Thus, from an economic perspective, observing an NS stock price decline after a derailment does not mean that the Alleged Safety Misstatements had any price impact. The key economic question is whether the stock price declined because of the bad outcome of a known risk, or because of the correction of the Alleged Safety Misstatements. The economic evidence is consistent with the view that NS's stock price declines following the East Palestine Derailment and several of the other Alleged Corrective Disclosures were associated with materializations of known risks, and not the correction of the Alleged Safety Misstatements.

145. In particular, the economic evidence indicates that investors had access to information about the frequency and risk of derailments throughout the Proposed Class Period. For example, the FRA published detailed statistics about all derailments and in-depth analyses about the safety of NS's and other railroads' operations (*see* **Section V.A**). NS itself also frequently warned investors about the risk of derailments, and contemporaneous analysts' commentary indicates that investors analyzed these risks (*see* **Section V.B**). In the rest of this section, I outline evidence that information about the frequency and risk of derailments was available to the market throughout the Proposed Class Period.

---

[325]  Specifically, NS's stock price reflects the market's expectations about its future cash flows (*see* **Section IV.B.1**), and these expectations include the risk of accidents and derailments.

[326]  Specifically, the FRA defines derailments as a subcategory of accident in which: "on-track equipment leaves the rail for a reason other than a collision, explosion, highway-rail grade crossing impact, etc." *See* "FRA Guide for Preparing Accident/Incident Reports," Federal Railroad Administration, May 23, 2011, available at https://railroads.dot.gov/sites/fra.dot.gov/files/fra_net/18233/FRAGuideforPreparingAccIncReportspubMay2011.pdf, p. 39.

[327]  I note that, while the economic evidence is consistent with the view that market participants knew the risks of NS derailments, they would not know that any given derailment would occur with certainty. Nor would market participants be aware with certainty of follow-on negative effects, such as the evacuation, clean-up costs, or government actions.

A.    **Economic Evidence Indicates that Derailments Were Common and Is Not Consistent with the View That Derailments Revealed New Information About NS's Operational Safety**

146.    The economic evidence indicates that derailments were a common and known risk that was priced into NS's stock price. Throughout the Proposed Class Period, the market had access to data on NS accidents and derailments. These data indicated that derailments were common at both NS and other Class I railroads, and there was no clear pattern of increased derailments after NS implemented PSR.

147.    The FRA published detailed data on every Class I railroad derailment (and every NS derailment) within months of each derailment during the Proposed Class Period (*see* **Section V.A.1**). These FRA data include granular information on the date and location of each derailment, the railroads involved, fatality and injury counts, equipment damage costs, and the count of cars containing hazardous materials.[328] The FRA also published detailed analyses of NS's operations and safety during the Proposed Class Period (*see* **Section V.B.2**).

148.    FRA data indicate that derailments are a common risk for NS and other Class I railroads. During the Proposed Class Period, NS had 92 derailments, 88 of which happened before the East Palestine Derailment.[329] NS had an average of 3.3 derailments per month during the Proposed Class Period, with at least one derailment in every month except April 2022.[330] NS's prior derailments also included derailments that involved hazmat cars and other expensive derailments. 22 of the 88 NS derailments that occurred during the Proposed Class Period and before the East Palestine Derailment involved trains with at least 20 hazmat

---

[328]    *See* "Rail Equipment Accident/Incident Data (Form 54)," Federal Railroad Administration, available at https://data.transportation.gov/Railroads/Rail-Equipment-Accident-Incident-Data-Form-54-/85tf-25kj/about_data.

[329]    One of the Alleged Corrective Disclosures is an NS derailment in Springfield, Ohio that occurred on March 4, 2023. *See* **Table 1**. Because this derailment occurred after the end of the Proposed Class Period on March 3, 2023, it is not included in the total count of NS derailments during the Proposed Class Period.

[330]    Calculation: 3.3 derailments per month = 92 derailments during the Proposed Class Period / 28 full months in the Proposed Class Period.

85

cars,[331] and another 22 NS derailments had a reported total cost of at least $1 million (*see* **Exhibit 4**).[332]

149. NS's derailment trends during the Proposed Class Period are also consistent with industry patterns and historical trends. Derailments were common at other Class I railroads during the Proposed Class Period, as I illustrate in **Table 4**.[333] With respect to historical trends, between 1997 and 2025, NS had an average of 3.1 derailments per month, in line with other Class I railroads—for example, CSX had an average of 4.5 derailments per month between 1997 and 2025.[334] I note that FRA data do not support the view that NS had a higher derailment or accident rate after implementing PSR. For example, **Figure 1** illustrates derailments per million track miles traveled for NS and other Class I railroads between 1997 and 2025. NS derailments generally increased between 2015 and 2021, then decreased thereafter. **Exhibit 6** illustrates that NS accidents per million train miles followed a similar trend.

---

[331] The NS train involved in the East Palestine Derailment had 20 hazmat cars. *See* **Exhibit 4**.

[332] The reported damage cost estimates in the FRA accident data cover "labor costs and all other costs to repair or replace in-kind, damaged on-track equipment, signals, track, track structures, or roadbed" and do: "not include the cost of clearing a wreck." FRA Incident Reporting Guide, p. 20. While these cost estimates may not have been known immediately (as they were not in the case of the East Palestine Derailment) and do not include all possible costs associated with a derailment, the reported total cost may be a proxy for the severity of the derailment.

[333] This calculation is limited to freight train derailments occurring on main tracks (*i.e.*, excluding siding, yard, and industry tracks), and to Class I railroads operating primarily in the United States. KCS was excluded due to its merger with CP. KCS first announced its intent to merge during the Proposed Class Period on March 21, 2021. *See* Kansas City Southern, Form 8-K, March 21, 2021, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000054480/000119312521088557/d114786d8k.htm.

[334] *See* **Exhibit 5**.

**Table 4: Class I Railroad Derailments During Proposed Class Period**[335]
*October 2020 to March 2023*

| | Total Derailments | Derailments Per Million Train Miles | Derailments / Month | Months with No Derailments |
|---|---|---|---|---|
| **NS** | 97 | 0.56 | 3.3 | 1 |
| **CSX** | 66 | 0.43 | 2.2 | 2 |
| **BNSF** | 112 | 0.29 | 3.7 | 0 |
| **UNP** | 178 | 0.63 | 5.9 | 0 |

**Figure 1: NS and Class I Railroad Derailments Per Million Train Miles**[336]
*1997 to 2025*



150. This economic evidence supports the view that derailments were a common and known risk throughout the Proposed Class Period.

---

[335] **Table 4** includes the first and last full months of the Proposed Class Period, because the FRA reports train mileage in monthly intervals. Note that the "Derailments / Month" value for NS shown in the table is calculated over the Proposed Class Period (*i.e.*, October 28, 2020 to March 3, 2023), and would be 3.2 derailments per month if it were calculated using the full months of October 2020 and March 2023 (*i.e.*, October 1, 2020 to March 31, 2023). *See* "FRA Rail Operational Data (Form 55)," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Form-55-Data-Downloads/vfi4-ceay/.

**B.    Public Information Available Before and During the Proposed Class Period Shows that Derailments Are Common**

151. As I discussed in **Section V**, news commentary and analysts' reports commented on derailments throughout the Proposed Class Period. Analysts' reports, news articles, and academic studies also discussed that derailments were common.[337] For example, an academic paper analyzing train derailment rates described derailments as: "the most common type of train accident in the United States."[338]

152. News coverage before and during the Proposed Class Period also commented on the prevalence of derailments and specifically referenced the FRA data. For example:

- *13WMAZ*, **January 31, 2020**: "**We've reviewed FRA data that shows train derailments are not uncommon** in Central Georgia. A railroad employee union spokesman told us these derailments are becoming more common nationwide, in part as a result of large railroad companies like NS reducing staff positions and increasing the average length of trains."[339]

- *Vice*, **March 22, 2021**: "[F]reight train derailments are surprisingly common. In 2019, railroads reported 341 derailments on main line track […] Even local news reports provide an alarming window into how frequent derailments are that people actually notice. **While reporting this article, freight trains derailed on February**

---

[336] 1997 is the first full year with available accident reporting data for all Class I railroads included in the chart. *See* "Rail Equipment Accident/Incident Data (Form 54)," Federal Railroad Administration, available at https://data.transportation.gov/Railroads/Rail-Equipment-Accident-Incident-Data-Form-54-/85tf-25kj/about_data; "FRA Rail Operational Data (Form 55)," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Form-55-Data-Downloads/vfi4-ceay/. This chart is limited to Class I railroads operating primarily in the United States. KCS was excluded due to its merger with CP. KCS first announced its intent to merge during the Proposed Class Period on March 21, 2021. *See* Kansas City Southern, Form 8-K, March 21, 2021, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0000054480/000119312521088557/d114786d8k.htm.

[337] *See*, *e.g.*, Liu, Xiang, *et al*., "Freight-train derailment rates for railroad safety and risk analysis," *Accident Analysis and Prevention*, 98(1), 2017, p. 1; Wang, Brandon Z., *et al*., "Quantitative Analysis of Changes in Freight Train Derailment Causes and Rates," *Journal of Transportation Engineering, Part A: Systems*, Vol. 146, No. 11, 2020. I have no opinion about the contents of these studies. I cite them here to show that this industry and associated safety data are heavily studied.

[338] Liu, Xiang, *et al*., "Freight-train derailment rates for railroad safety and risk analysis," *Accident Analysis and Prevention*, 98(1), 2017, p. 1.

[339] Merchant, Zach, "Houston County train wreck did $5 million-plus in damage, posed hazmat risk," *13WMAZ*, January 31, 2020, available at https://www.13wmaz.com/article/news/local/central-georgia-houston-county-norfolk-southern-train-wreck-derailment-crash-5-million-dollars-cleanup/93-5434e4d4-cb94-498d-b528-9b98a65eb087. Emphasis added.

**15 in Illinois, February 23 in Pennsylvania, March 3 in California, March 7 in Alabama, and March 11 in both Wisconsin and Minnesota.**"[340]

- *The Hill*, **June 28, 2022**: "While fatalities from train derailments are rare, **derailments themselves are actually quite common**."[341]

153. Analysts' reports during the Proposed Class Period also commented that derailments are common (*see also* **Section V.B.4**). For example, a J.P. Morgan analysts' report published in January 2021 stated: "**Derailments happen more than investors would commonly expect**, but the majority of them do not noticeably impact service. We do not have a comprehensive list of historical service disruptions, but it was hard not to notice the 15 NS events this quarter, which seems above average."[342]

154. This market commentary during the Proposed Class Period is consistent with the view that derailments are a known risk. Therefore, from an economic perspective, any NS stock price decline following a derailment is due to the materialization of a known risk (*i.e.*, the probability that a derailment happened increases to 100 percent) and not concealed information.

## VII.    NS' "BACK-END" STOCK PRICE MOVEMENTS FOLLOWING THE ALLEGED CORRECTIVE DISCLOSURES DO NOT RELIABLY MEASURE ANY INFLATION

155. The economic evidence is not consistent with Plaintiffs' claim that NS's stock price reaction following the Alleged Corrective Disclosures is a reliable measure of the price impact of the Alleged Misstatements. In this section, I apply the framework in **Section IV** to the Alleged Corrective Disclosures.

156. First, quantitative analysis indicates that NS's stock price reaction to the East Palestine Derailment is not statistically distinguishable from zero.

157. Second, even when NS's stock price did decline statistically significantly, qualitative analysis indicates that from an economic perspective, none of the Alleged Corrective

---

[340]    2021 Vice Article. Emphasis added.

[341]    Schelpp, Travis, "How often do trains derail? More than you think," *The Hill*, June 28, 2022, available at https://thehill.com/homenews/3539221-how-often-do-trains-derail-more-than-you-think/. Emphasis added.

[342]    J.P. Morgan, "Transportation & Logistics: 4Q20 Earnings Preview: Picks into the Print, Rail Service Is Negative for JBHT, Watch Out for UPS's Amazon Update," January 12, 2021. Emphasis added.

Disclosures "corrected" any information in the Alleged Safety Misstatements. As I discussed in **Section IV**, a piece of information "corrects" an Alleged Misstatement only if it provides new information that that misstatement was false or misleading when made. For example, news that NS may have to pay environmental clean-up costs does not provide any information about the Alleged Safety Misstatements. The economic evidence indicates that the East Palestine Derailment was the materialization of a known risk (*see* **Section VI**) and did not reveal any new specific information that NS's actual safety practices were inconsistent with the Alleged Safety Misstatements. In particular, *no* analysts' reports published after the East Palestine Derailment and within two weeks after the end of the Proposed Class Period (*i.e.*, February 3 to March 18, 2023) indicated that the derailment had caused them to reevaluate NS's operational safety practices. The economic evidence indicates that the other Alleged Corrective Disclosures either: (i) were follow-on negative effects of the East Palestine Derailment, so were further materializations of a known risk; (ii) included no new information at all; or (iii) included no information that corrects the Alleged Safety Misstatements. And, unsurprisingly, no analysts' commentary connected any Alleged Corrective Disclosure to any Alleged Safety Misstatement. Finally, as I describe in **Section VIII**, the Alleged Vent-and-Burn Misstatements were *never* corrected during the Proposed Class Period or on the date of any Alleged Corrective Disclosure.

158. Further, although Plaintiffs allege two-day stock price declines following three separate Alleged Corrective Disclosures, NS's stock price reaction is not statistically distinguishable from zero on the second day of any of these alleged two-day windows.[343]

159. **Table 5** summarizes the reasons why NS's stock price declines after each Alleged Corrective Disclosure are not evidence of any price impact attributable to the Alleged Misstatements.

---

[343] In an efficient market, stock prices respond quickly to value-relevant news. *See* **Section IV.B.1**. This means that, from an economic perspective, a financial economist cannot reliably infer the price impact of an alleged misstatement from a multi-day price decline following an alleged corrective disclosure. Consistent with this, the event study analysis conducted by Dr. Cain finds no statistically significant abnormal price movements on any of the second days of any of the alleged multi-day price reactions (*i.e.*, February 13–14, February 16–17, and March 6–7). *See* **Exhibit 7**.

**Table 5: Summary of Alleged Corrective Disclosures**

| | Alleged Mkt. Impact Date | Alleged Corrective Disclosure | No Stat. Sig. Decline[344] | Materialization of Known Risk | No New Info. | No Corrective Info. | Confounding News |
|---|---|---|---|---|---|---|---|
| [1] | Feb. 6, 2023 | East Palestine Derailment, Vent-and-Burn, evacuation | ✕ | ✕ | | ✕ | |
| [2] | Feb. 9, 2023 | News articles on East Palestine Derailment | | | ✕ | ✕ | |
| [3] | Feb. 13, 2023 | EPA Letter | | ✕ | | ✕ | |
| [4] | Feb. 14, 2023 | NPR article on EPA Letter | ✕ | | ✕ | ✕ | |
| [5] | Feb. 16, 2023 | • Politician and union statements<br>• Michigan Derailment | | ✕ | ✕ | ✕ | |
| [6] | Feb. 17, 2023 | • Cantwell Letter | ✕ | ✕ | ✕ | ✕ | |
| [7] | March 6, 2023 | • Springfield Derailment<br>• NS Six-Point Plan | | ✕ | | ✕ | |
| [8] | March 7, 2023 | *(N/A: Alleged 2-day decline)* | ✕ | | ✕ | ✕ | |
| [9] | Oct. 25, 2023 | NS Q3 2023 Earnings | | ✕ | | ✕ | ✕ |

160. Finally, from an economic perspective there is no "back-end" price impact from the Alleged Vent-and-Burn Misstatements because they were *never* corrected during the Proposed Class Period (or on the date of any Alleged Corrective Disclosure).

161. In the remainder of this section, I review each of the Alleged Corrective Disclosures in more detail.

A. **NS's Stock Price Change Following the East Palestine Derailment (February 3, 2023) is Not a Reliable Proxy for Any Price Inflation and Does Not Indicate Price Impact**

162. The East Palestine Derailment happened at approximately 9:00 p.m. ET on Friday, February 3, 2023. On Sunday, February 5, 2023, Ohio Governor Mike DeWine ordered an evacuation within one mile of the derailment (the "Evacuation Order;" *see* **Section III.A**). On the following Monday, February 6, 2023, NS conducted a vent-and-burn of the vinyl chloride

---

[344] The statistical significance results are based on the Cain Event Study. My event study comes to similar conclusions. *See* **Appendix D.3**.

91

from five of the derailed tank cars (the "Vent-and-Burn").[345] The first opportunity for the market to react to these events was Monday, February 6, 2023. Between the market close on February 3 and the market close on February 6, NS's stock price declined by $5.66, or 2.2 percent.[346] Plaintiffs allege that the East Palestine Derailment and related events partially corrected the Alleged Misstatements by: "partially reveal[ing] the risks and true conditions concealed by [NS's] material misstatements and omissions and fraudulent scheme."[347]

### 1. Quantitative Analysis: NS's Stock Price Did Not React to the East Palestine Derailment in a Statistically Significant Way

163. Quantitative economic evidence indicates that there was *no* price impact from the East Palestine Derailment (or associated follow-on events on February 4–5, 2023). There was *no* statistically significant NS stock price response on the first trading day following the East Palestine Derailment, using either the Cain Event Study or my own event study (*see* **Exhibit 7** and **Appendix D.3**). This means that NS's stock price reaction to the East Palestine Derailment is not statistically distinguishable from zero after accounting for market and industry movements (*see* **Section IV.B.1**). Although NS's stock price fell by 2.2 percent on February 6, 2023, Dr. Cain's peer index fell by 1 percent and the S&P 500 index fell by 0.6 percent.[348] Thus, according to the Cain Event Study, NS's stock price decline on February 6 was within the range of normal market variation.[349]

164. Moreover, from an economic perspective NS's (unadjusted) 2.2 percent stock price decline on February 6, 2023 is consistent with the materialization of a known risk rather than the "correction" of any Alleged Misstatement. The economic evidence indicates that market participants were aware of the risk of derailments: published FRA data included detailed statistics on derailments, and analysts' reports publicly discussed that derailments (including

---

[345] NTSB Summary.

[346] Complaint, ¶ 515. I note that the Cain Report uses adjusted NS closing prices, while the Complaint uses NS's unadjusted closing prices. *See* CAIN_0000789, Row 573. Calculation: -2.2 percent = ($246.46 - $252.12) / $252.12.

[347] Complaint, ¶ 511.

[348] *See* CAIN_0000789, Row 573.

[349] *See* CAIN_0000789, Row 573, column "stars." A blank entry in this column indicates that the Cain Event Study concludes that a stock return is not statistically significantly different from zero.

severe derailments) can and do occur (*see* **Section VI**). But NS's stock price would still be expected to decline when a costly derailment happens and turns expected derailment costs from a possibility to a certainty.

### 2. *Qualitative Analysis: There Is No Economic Evidence That the East Palestine Derailment Corrected Any Alleged Misstatement*

165.  I have not seen any economic evidence that the East Palestine Derailment "corrected" any Alleged Safety Misstatement.[350] As I discussed in **Section IV.B**, a specific alleged corrective disclosure may not correct a generic alleged misstatement.[351] That is the case here. The Alleged Safety Misstatements are broad, general statements about NS's safety practices and culture, while the East Palestine Derailment is a specific operational accident. The mere fact that this particular derailment occurred does not reveal any specific information demonstrating that NS's safety practices were inconsistent with its representations (for example, information that specific safety policies were not followed, or data showing that inspections were not performed).

166.  Analysts' commentary following the Preliminary NTSB Report on the East Palestine Derailment is consistent with the view that the East Palestine Derailment did not reveal any new information about NS's safety practices. The Preliminary NTSB Report was published on February 23, 2023, and found that: (i) NS's wayside sensors were operating as intended; and (ii) the train crew had followed NS's safety protocols (*see* **Section III**). Thus, the Preliminary NTSB Report is consistent with the view that the East Palestine Derailment was an accident and not an indication that the Alleged Safety Misstatements were false. Analysts' reports published after the Preliminary NTSB Report indicated that it supported NS's safety practices:

---

[350]  To the extent that Plaintiffs allege that the Vent-and-Burn and Evacuation Order are corrective disclosures, the information in both of these events also do not "correct" any Alleged Safety Misstatements. Both the Vent-and-Burn and Evacuation Order are specific operational facts that, from an economic perspective, do not "correct" and the broad and general Alleged Safety Misstatements. There is no economic evidence that either the Vent-and-Burn or Evacuation Order corrected any Alleged Misstatement.

[351]  Similarly, Dr. Cain testified that: "if the alleged misstatements are boilerplate generic risk factor disclosures," then it would be relevant to consider: "if there's a mismatch between those and the subsequent highly specific and detailed corrective disclosures." Cain Deposition, 89:15-19.

- **Citi, February 23, 2023**: "Collectively, our initial reading of the preliminary NTSB report is modestly positive."[352]

- **J.P. Morgan, February 24, 2023**: "A fairly short NTSB report was released earlier than expected and did not find any issues with the track, wayside detectors, or actions by the crew. **We view the initial report as supportive of Norfolk Southern's operations and practices**."[353]

167. Thus, from an economic perspective there is no inconsistency between an Alleged Safety Misstatement such as: "Safety is a way of life at Norfolk Southern," and the fact that the East Palestine Derailment occurred.

168. From an economic perspective, the East Palestine Derailment was instead the materialization of the known risk of railroad accidents.[354] Derailments occur frequently across Class I railroads, NS repeatedly disclosed the risk of derailments and hazardous material spills, and securities analysts discussed NS derailments and FRA data before the East Palestine Derailment (*see* **Sections V** and **VI**). During the Proposed Class Period, NS had 92 derailments and an average of 3.3 derailments per month (in line with the other Class I railroads).[355] Therefore, from an economic perspective there is no causal link between the fact that the East Palestine Derailment occurred and NS's operational safety practices. A railroad may be safe and still experience derailments.[356]

---

[352] Citi, "Thoughts on NTSB Report and Recent Meetings," February 23, 2023.

[353] J.P. Morgan, "Weekly Fast Track: Initial NTSB Report Neutral for NSC, Wayside Hotbox Detectors a New Focal Point," February 24, 2023. Emphasis added. This report also commented that: "The [NTSB] Chair's statement that the accident was '100% preventable' made headlines; however, in the Q&A with media, it was clear that the NTSB believes all accidents are preventable."

[354] To the extent that Plaintiffs allege that the Vent-and-Burn and Evacuation Order are corrective disclosures, these events are the follow-on consequences of the East Palestine Derailment, and thus from an economic perspective are also the materializations of known risks.

[355] *See* **Section VI.A**. During the Proposed Class Period, NS had an average of 0.56 derailments per million train miles. *See* **Table 4**.

[356] I note that railroad transportation was recognized as being the safest land-based method of moving hazardous materials both before and after the East Palestine Derailment. *See*, *e.g.*, "Freight Railroads Move Hazardous Materials Safely," Association of American Railroads, October 2020, available at https://cms5.revize.com/revize/treasurecoastcrp/Programs_Services/Emergency%20Preparedness/Hazardous%2 0Analysis%20Risk%20Compliance/AAR-Hazmat-Fact-Sheet.pdf ("More than 99.99% of rail hazmat shipments reach their destination without a release caused by a train accident."); "Testimony of Ian Jefferies, Hearing On Improving Rail Safety in Response to the East Palestine Derailment," United States Senate Committee on Commerce, Science, and Transportation, March 22, 2023, available at https://www.commerce.senate.gov/services/files/169E0B52-4291-47C5-AD07-FA235017C382 ("Railroads are

169. Contemporaneous analysts' commentary is consistent with the view that the East Palestine Derailment did not "correct" the Alleged Safety Misstatements and was instead the materialization of a known risk. *No* analysts' reports published during the Proposed Class Period indicated that analysts had reevaluated NS's operational safety because of the East Palestine Derailment or identified any previously unknown NS safety deficiencies it allegedly revealed. By contrast, analysts' commentary discussed the East Palestine Derailment as the materialization of a known risk: analysts discussed the derailment as an operational accident, analyzed its expected cost, and/or treated it as consistent with existing risk expectations.

(a)    *Contemporaneous Analysts' Commentary Indicates That the East Palestine Derailment Did Not Change the Market's Perception of NS's Safety Practices*

170. *No* analysts' reports published during the Proposed Class Period (and through March 18, 2023) indicated that the East Palestine Derailment had somehow revealed new information about NS's operational safety.[357] On the contrary, analysts' commentary supports the view that analysts saw the East Palestine Derailment as the materialization of a known risk, and contradicts the view that analysts saw the derailment as revealing new information about NS's safety risks.

171. Of the 31 analyst firms that issued any reports covering NS in Q1 2023, only *three analyst firms even published a report* in the week following the East Palestine Derailment (*see*

---

the safest mode for transporting hazardous materials. Rail hazmat accident rates — accidents that result in hazmat releases as a percentage of total hazmat carloads — fell 78 percent from 2000 to 2022."); "Hazardous Materials Transportation," Federal Railroad Administration, March 8, 2023, available at https://railroads.dot.gov/research-development/program-areas/hazmat-transportation/hazardous-materials-transportation ("Rail transportation of hazardous materials in the United States is recognized to be the safest land-based method of moving large quantities of chemicals over long distances. Recent statistics show that the rail industry's safety performance, as a whole, is improving.").

[357] I note that one J.P. Morgan analyst's report published on February 24, 2023 discusses that: "it is not surprising to see NS announce an immediate inspection of its nearly 1,000 wayside heat detectors on the network which are regularly inspected every 30 days." As I discuss in **Section VII.B.4**, none of the Alleged Safety Misstatements directly relate to NS's HBD sensors. Moreover, this J.P. Morgan analyst's report does not identify any concealed NS safety information and specifically discusses that: "in the U.S. there are no prescribed intervals for HBD placement." In fact, this report says: "The [NTSB] Chair's statement that the accident [*i.e.*, the East Palestine Derailment] was '100% preventable' made headlines; however, in the Q&A with media, it was clear that the NTSB believes all accidents are preventable." J.P. Morgan, "Weekly Fast Track: Initial NTSB Report Neutral for NSC, Wayside Hotbox Detectors a New Focal Point," February 24, 2023.

**Exhibit 8**).[358] Thus, over 90 percent of the analysts covering NS did not view the East Palestine Derailment as important enough to issue a report within a week. Further, of the four analysts' reports those three analyst firms published that week, only *one* report, by J.P. Morgan,[359] *mentioned the derailment at all*.[360]

172. Analysts' reports began to discuss the East Palestine Derailment more frequently after the EPA issued a letter stating that NS may be responsible for clean-up costs on February 10, 2023: 11 different firms published 13 analysts' reports in the second week after the East Palestine Derailment (*i.e.*, the week that includes the February 13 market impact date associated with the EPA Letter; *see* **Section V.B.2**), and eleven of these 13 analysts' reports mentioned the East Palestine Derailment. Thus, analysts generally did not discuss the East Palestine Derailment immediately after it occurred, but only a week later when the risk of clean-up costs began to materialize. This evidence contradicts the view that the East Palestine Derailment itself revealed new information that "corrected" the Alleged Safety

---

[358] To conduct "back-end" qualitative analysis in this section, I use the set of analysts' reports introduced in **Section IV.B.2**. This includes all NS analysts' reports in the set I considered published between February 3 and March 18, 2023, approximately six weeks after the East Palestine Derailment. Those working under my direction and I evaluated these reports in two ways: (i) reviewed each analysts' report; and (ii) as a check, conducted targeted keyword searches to verify the results of my manual review. The keywords used varied depending on the specific Alleged Corrective Disclosure and the type of commentary being assessed. For example, to evaluate whether the analysts' reports repeated the Alleged Safety Misstatements or reassessed NS's safety after the East Palestine Derailment, those working under my direction and I both reviewed all reports and used keywords such as "safe" or "injury index." To assess whether analysts' reports mentioned or discussed the Alleged Corrective Disclosures themselves, those working under my direction and I both reviewed all reports and used keywords such as "derailment." All references in this section to my review of analysts' reports, including any counts of analysts' commentary, are based on this process.

[359] J.P. Morgan, "Initial View and FAQs on Ohio Derailment," February 6, 2023. This report discussed the potential costs and liabilities of the accident, not any discussion of how the East Palestine Derailment revealed any allegedly undisclosed truth about NS. Calculation: 90.3 percent = (31 - 3) / 31.

[360] Moreover, the other three analysts' reports published in the week following the East Palestine Derailment appear to have been issued as part of the firms' regular update schedule, and not in response to the derailment. None of these three reports mentions the East Palestine Derailment. Specifically, CFRA published two reports and Zacks published one report in the week following the East Palestine Derailment. The Zacks report states: "This report and others like it are published regularly and not in response to episodic market activity or events affecting the securities industry." *See* Zacks, "Norfolk Southern (NSC)," February 8, 2023. Between January 2021 and December 2023, CFRA regularly published NS reports, with a median of seven days between reports. Consistent with this pattern, the February 4 CFRA report was issued seven days after CFRA's prior report on NS. The CFRA NS report published on February 7 appears to incorporate anticipated updates to the February 4 report that were unrelated to the East Palestine Derailment. Neither report contains any reference to the East Palestine Derailment or the safety of NS's operations. *See* CFRA, "Norfolk Southern Corporation," February 4, 2023; CFRA, "Norfolk Southern Corporation," February 7, 2023.

Misstatements, and is instead consistent with the view that the analysts saw the East Palestine Derailment as the materialization of a known risk.

173. Notably, as I show in **Exhibit 9**, *none* of the 17 analysts' reports published in the first two weeks after the East Palestine Derailment (*i.e.*, between February 3 and February 17, 2023) even included the words "safety" or "safe" when discussing NS *at all*, much less discussed the safety of NS's operations.[361]

174. Furthermore*, none* of the 31 analysts' reports published between the East Palestine Derailment and the end of the Proposed Class Period (*i.e.*, February 3 to March 3, 2023) mentioned any of the 30 Alleged Safety Misstatements. *None* of these analysts' reports stated that the East Palestine Derailment had revealed any new NS safety information. And *none* of these analysts' reports stated that the East Palestine Derailment had changed analysts' assessments of NS's operational safety. Thus, *none* of the analysts' reports published during the Proposed Class Period indicated that the derailment had somehow "corrected" any Alleged Safety Misstatement by revealing information about NS's operational safety.[362]

175. To the extent that Plaintiffs claim that the East Palestine Derailment caused the market to reevaluate its perception of the safety of NS's operations, this view is not supported by the evidence. As I discussed above, *no* analysts' report published during the Proposed Class Period reevaluated its views on NS's safety practices following the East Palestine Derailment. On the other hand, contemporaneous analysts' reports continued to state that derailments were common *after* the East Palestine Derailment (as I also discussed above). Moreover, contemporaneous analysts' reports did not identify safety as a new NS investment risk—or indeed substantively change the risks they identified *at all*. For example, Bank of America analysts identified the *same* risks on both January 25, 2023 and February 14, 2023, which did not include safety:

---

[361] Five analysts' reports included the term: "safe" (excluding mentions of the National Transportation <u>Safety</u> Board or Pipeline and Hazardous Materials <u>Safety</u> Administration). *None* of these five analysts' reports (or any other analysts' report published during this period) used the term "safe" in the context of NS's safety practices. Instead, these reports included statements like: "We hope the derailment is resolved quickly and safely," or discussed analyst-specific criteria such as a "margin of [financial] safety" for investors. *See* **Exhibit 9**.

[362] The same is true of the Vent-and-Burn and the Evacuation Order.

| Bank of America, January 25, 2023 | Bank of America, February 14, 2023 |
|---|---|
| "Risks to our price objective are the company's ability to derive continued operational benefits, a return to significant pricing competition among the eastern rails, slower than expected economic growth, a deterioration to service metrics, any work stoppage/slowdown from its unionized employee base, inability to exercise pricing power due to regulatory changes or legal challenges from customers, external factors (such as weather) impacting operations, and the STB installing mandatory reciprocal switching (or open access) to the rail network without proper pricing (or other pricing/return caps on returns)." | "Risks to our price objective are the company's ability to derive continued operational benefits, a return to significant pricing competition among the eastern rails, slower than expected economic growth, a deterioration to service metrics, any work stoppage/slowdown from its unionized employee base, inability to exercise pricing power due to regulatory changes or legal challenges from customers, external factors (such as weather) impacting operations, and the STB installing mandatory reciprocal switching (or open access) to the rail network without proper pricing (or other pricing/return caps on returns)." |

176.  **Exhibit 10** illustrates that *no* analysts' reports published in the two weeks after the East Palestine Derailment identified safety as a new NS investment risk, and instead six analysts' reports repeated the same (or almost the same) risks as in previous reports published before the East Palestine Derailment.[363]

177.  I also note that contemporaneous analysts' commentary indicates that analysts did not view the East Palestine Derailment as having a substantial long-term impact on NS's share price. Seven analysts' reports published in the two weeks after the East Palestine Derailment explicitly mentioned that analysts did not view the derailment as having a long-term impact on NS's share price.[364] This economic evidence directly contradicts Plaintiffs' claim that the Alleged Safety Misstatements had a price impact:

- **Wolfe Research, February 13, 2023**: "**[T]his sell-off seems overdone** in our view."[365]

- **J.P. Morgan, February 13, 2023**: "NSC has **underperformed more than expected after the derailment** and recent EPA news, implying a total derailment cost of ~$2.7B based on our estimates. **However, we believe NSC could remain**

---

[363]  These six reports were the only analysts' reports that explicitly discussed investment risks in the two weeks following the East Palestine Derailment and published a report before the East Palestine Derailment. All of these six analysts' reports repeated the exact same investment risks as before the East Palestine Derailment.

[364]  I did not identify any analysts' reports published during this period that explicitly mentioned that the East Palestine Derailment *would* have a long-term impact.

[365]  Wolfe Research, "NSC - Derailment Update," February 13, 2023. Emphasis added.

**susceptible to further headlines on the derailment until water quality tests come back within the next week**."[366]

- **Cowen, February 14, 2023**: "[T]he unfortunate event [*i.e.*, the East Palestine Derailment] **may not have much long-term impact on the rail carrier's [*i.e.*, NS] share** [price]. Hence, we would view any noteworthy pullback a buying opportunity. […] We see **any material sell-off** in NSC stock following negative derailment headlines as **a unique opportunity for investors to step into** the name [*i.e.*, buy NS stock]."[367]

- **Bank of America, February 14, 2023**: "Ohio derailment impact **likely minimal**."[368]

- **Deutsche Bank, February 14, 2023**: "While unfortunate, **we don't see meaningful implications for the shares**."[369]

- **Bank of America, February 16, 2023**: "**We see the correction as overdone** and remain positive on NS as its growth recovers on its improved service."[370]

- **J.P. Morgan, February 17, 2023**: "NSC might still underperform peers until the initial clean-up and remediation process is complete and the initial NTSB report is published near the end of the month."[371]

178. Analysts' quantitative recommendations also indicate that the market did not see the East Palestine Derailment as having a substantial long-term price impact. Of the 17 analysts' reports published in the two weeks following the East Palestine Derailment, 15 included some form of NS stock recommendation (*e.g.*, "Buy," "Sell," "Outperform," "Market

---

[366] J.P. Morgan, "Update on Ohio Derailment and Latest FAQs," February 13, 2023. Emphasis added.

[367] Cowen, "Potential Impacts from Derailment," February 14, 2023. Emphasis added.

[368] Bank of America, "East Palestine 50 car derailment, town evacuated; self insurance exposure ~1% EPS," February 14, 2023. Emphasis added.

[369] Deutsche Bank, "Early Morning Haul: CSX volumes offer some hope, Rail derailment," February 14, 2023. Emphasis added.

[370] Bank of America, "Transport Tracker Issue #1060, week ending Feb 15, 2023; NS' derailment already cost $4 bil in value," February 16, 2023. Emphasis added.

[371] J.P. Morgan, "Weekly Fast Track: Updated Thoughts on NS Derailment and Our Actual Estimated Cost," February 17, 2023.

Weight," *etc*.).[372] *All 15* of these reports maintained the same stock recommendations as before the East Palestine Derailment (*see* **Figure 2**).[373]

**Figure 2: Summary of Analysts' Reports Published within Two Weeks of the East Palestine Derailment**[374]
*February 3, 2023 to February 17, 2023*



    (b)   *Contemporaneous Analysts' Commentary Is Consistent with the View That the East Palestine Derailment Was the Materialization of a Known Risk*

179.    Contemporaneous analysts' commentary is consistent with the view that the East Palestine Derailment was the materialization of a known risk, not the correction of any Alleged

---

[372] I note that this two-week period includes several additional Alleged Corrective Disclosures beyond the East Palestine Derailment itself. If an analyst's report does not explicitly include an NS rating but the analyst firm typically lists such a rating, then I assume that the analyst firm's recommendation remains unchanged. For example, a Deutsche Bank industry report published on February 14, 2023 did not include a price target or recommendation mention for NS. *See* Deutsche Bank, "Early Morning Haul: CSX volumes offer some hope, Rail derailment," February 14, 2023.

[373] Zacks maintained its long-term recommendation rating as Neutral, but changed its short-term rank from Hold to Sell. *See* Zacks, "Norfolk Southern (NSC)," January 24, 2023; Zacks, "Norfolk Southern (NSC)," February 8, 2023. Nevertheless, the February 8, 2023 Zacks report does not mention the East Palestine Derailment. The "Reasons To Sell" section of the report instead discusses increases in fuel costs, lower cash and increased long-term debt, and supply-chain disruptions. Two of the 17 unique reports published from February 3 to February 17, 2023 are from contributors that do not typically provide ratings (Height Analytics and Stock Traders Daily). Stock Traders Daily includes near-, mid-, and long-term outlooks, but does not explicitly provide a recommendation rating. *See* Stock Traders Daily, "NSC Trading Report," February 15, 2023.

[374] The 17 analysts' reports published within two weeks of the East Palestine Derailment were issued by 11 different analyst firms. J.P. Morgan and CFRA each issued three reports during this period. Bank of America and

Misstatement. Contemporaneous analysts' reports published after the East Palestine Derailment reiterated that derailments are common, compared the East Palestine Derailment to known past derailments, and/or discussed the derailment's expected financial consequences (*e.g.*, clean-up costs or potential regulatory fines). A total of 17 analysts' reports were published in the two weeks after the East Palestine Derailment, and 5 of these reports did not mention the derailment at all. The 12 analysts' reports that did mention the East Palestine Derailment in this period discussed the expected cost of the derailment, and *none* of these 12 analysts' reports connected this discussion to NS's safety practices. I note that all but one of these 12 analysts' reports were published after the February 10, 2023 EPA Letter, and *not* immediately following the East Palestine Derailment itself. For example:

- **J.P. Morgan, February 6, 2023**: "We believe NSC is underperforming the U.S. rails (-160bps) on this news **given the uncertain outcome and high profile headlines**. Historically we do not typically see rail stocks underperform for a prolonged period after a derailment […] FAQ #2: **What is the operational impact** on the [NS] network? […] FAQ #3: **Is there a typical cost** for a derailment for Norfolk? […] FAQ #5: **What is the ultimate liability** for Norfolk?"[375] This is the only analysts' report that mentioned the East Palestine Derailment in the first week after it occurred (as discussed above).

- **J.P. Morgan, February 13, 2023**: "The situation remains fluid with important water tests expected within the week […] **We do not expect the Ohio derailment will generate significant pressure on regulators to change standards around hazmat transportation by freight rail**."[376]

- **Credit Suisse, February 13, 2023**: "**Derailments are fairly common, with the Federal Rail [*sic*] Administration (FRA) reporting over 1,000 incidents per year** since 2019. Nevertheless, the seriousness of this incident is high given the hazardous materials being transported […] NS may be responsible for clean-up costs […] perhaps the most similar incident occur[ed] in Paulsboro, NJ in 2012 involving a Conrail train similarly carrying vinyl chloride"[377]

- **Wolfe Research, February 13, 2023**: "For Some Perspective… the two highest profile rail derailments we can think of in the past ~20 years include the Lac-

---

Morningstar each issued two reports during the report. Of the 11 contributors, 8 explicitly provided recommendations in the two-week span following the derailment, and all 8 maintained the recommendation in their last report before the East Palestine Derailment.

[375] J.P. Morgan, "Initial View and FAQs on Ohio Derailment," February 6, 2023. Emphasis added.

[376] J.P. Morgan, "Update on Ohio Derailment and Latest FAQs," February 13, 2023. Emphasis added.

[377] Credit Suisse, "EPA sends Notice of Liability to NS linked to Ohio derailment; we offer a brief review of rail derailments and associated liability," February 13, 2023. Emphasis added.

101

Mégantic rail disaster in 2013 and a NSC hazmat derailment in Graniteville, SC in 2005. For some perspective, 47 people died and more than 30 buildings were destroyed in the Lac-Mégantic tragedy, while 9 people died following the Graniteville derailment. Fortunately, there were no fatalities last week following the NSC derailment in Ohio. So, this is very clearly not another Lac-Mégantic."[378]

- **Bank of America, February 14, 2023**: "Shares generally do not see material negative impact from freight rail accidents on a 3-month horizon."[379] I note that this analysts' report compares the East Palestine Derailment to six prior serious derailments.

180. From an economic perspective, this analysts' commentary is consistent with the view that the East Palestine Derailment was the materialization of a known risk: analysts assessed the expected cost of the accident and did not say that it revealed any new information about NS's operational safety.

181. **Table 6** summarizes my review of contemporaneous analysts' commentary following the East Palestine Derailment.

---

[378] Wolfe Research, "NSC - Derailment Update," February 13, 2023.

[379] Bank of America, "East Palestine 50 car derailment, town evacuated; self insurance exposure ~1% EPS," February 14, 2023.

**Table 6: Summary of Analysts' Reports in the Two Weeks Following the East Palestine Derailment**[380]

*February 3, 2023 to February 17, 2023*

| | Analysts' Reports That… | Number |
|---|---|---|
| [1] | (Total Number) | 17 |
| [2] | Mention East Palestine Derailment Within One Week | 1 *(of 4)* |
| [3] | Mention East Palestine Derailment Within Two Weeks | 12 |
| [4] | Discuss NS Safety | 0 |
| [5] | Identify New NS Safety Risks After East Palestine Derailment | 0 |
| [6] | Repeat Risks from Report Published Before East Palestine Derailment | 6 *(of 6)* |
| [7] | Discuss that East Palestine Derailment Not Expected to Have Long-Term Price Impact | 7 |
| [8] | Discuss Expected Costs of Derailment | 12 |

182.    To summarize, the economic evidence is *not* consistent with the view that the East Palestine Derailment changed the market's view of NS's operational safety or "corrected" any Alleged Safety Misstatement. Instead, quantitative evidence indicates that NS's stock price decline on February 6, 2023 was not statistically different from zero, and analysts' commentary indicates that the East Palestine Derailment was the materialization of a known risk. Therefore, NS's stock price decline on February 6, 2023 is not a reliable measure of any "inflation" or price impact associated with the Alleged Misstatements.

**B.     NS's Stock Price Changes Following the Other Alleged Corrective Disclosures Are Not Reliable Proxies for Any Price Inflation and Do Not Indicate Price Impact**

183.    Plaintiffs allege additional Alleged Corrective Disclosures with stock price impact dates of February 9, February 13–14, February 16–17, March 6–7, and October 25, 2023.[381] The

---

[380]    As I discussed in **Section IV.B.2**, the set of analysts' reports I considered excludes analysts' reports classified as "quantitative" by Standard and Poor's Capital IQ or LSEG Refinitiv. Such quantitative reports are generally algorithmically generated and do not provide economically meaningful qualitative commentary on the reasons for stock price movements.

[381]    I note that the Cain Report does not mention the Alleged Corrective Disclosures on March 6–7, 2023 or October 25, 2023. *See* Cain Report, ¶¶ 17-22.

103

economic evidence is not consistent with Plaintiffs' claim that NS's stock price reactions following these Alleged Corrective Disclosures are reliable measures of the price impact of the Alleged Misstatements.

### 1. *February 9, 2023: News Articles Discussing the East Palestine Derailment*

184. On Thursday, February 9, 2023 (six days after the East Palestine Derailment) *PBS* published a news article titled "Ohio derailment that released toxic chemicals raises railroad safety questions" (the "PBS Article") and *Yahoo Finance* published a news article titled "Norfolk Southern is giving $25,000 to an Ohio town where it caused a life-or-death evacuation" (the "Yahoo Finance Article").[382] Both articles reiterate factual details about the East Palestine Derailment and its aftermath. Between the market close on February 8 and the market close on February 9, NS's stock price declined by $7.64, or 3.1 percent.[383] Plaintiffs allege that the PBS Article and Yahoo Finance Article partially corrected the Alleged Misstatements because: "market commentators began to question whether Defendants' PSR strategy was to blame for the East Palestine Derailment."[384]

### (a) *Quantitative Analysis of Price Reaction*

185. The Cain Event Study indicates that there was a statistically significant NS stock price decline (adjusted for market and industry factors) of $4.21 on February 9, 2023.[385] Thus, unlike NS's stock price decline after the East Palestine Derailment, the NS price decline on February 9 was outside the range of normal market variation. But as I detail below, neither the PBS Article nor the Yahoo Finance Article included any new information. Therefore,

---

[382]  Funk, Josh, "Ohio derailment that released toxic chemicals raises railroad safety questions," *PBS*, February 9, 2023, available at https://www.pbs.org/newshour/nation/ohio-derailment-that-released-toxic-chemicals-raises-railroad-safety-questions; Malleck, Julia, "Norfolk Southern is giving $25,000 to an Ohio town where it caused a life-or-death evacuation," *Quartz*, February 9, 2023, available at https://qz.com/norfolk-southern-is-giving-25-000-to-an-ohio-town-wher-1850094599. Note that the Yahoo Finance Article was published by *Quartz* and subsequently republished by *Yahoo Finance*. Both articles were published during trading hours on February 9, 2023: The PBS Article was published at approximately 11:44 a.m. ET and the Yahoo Finance Article was published at approximately 3 p.m. ET.

[383]  Complaint, ¶ 521. I note that the Complaint appears to use an incorrect NS closing price of $244.98 on February 8, 2023. Calculation: -3.1 percent = ($238.98 - $246.62) / $246.62. *See* Standard and Poor's Capital IQ.

[384]  Complaint, ¶ 520.

[385]  *See* CAIN_0000789, Row 576. This result is consistent with my own event study (*see* **Appendix D.3**).

there is no economic basis to attribute NS's stock price decline on February 9 to the "correction" of any Alleged Safety Misstatement.

>  (b)   *Qualitative Analysis: The February 9 News Articles Included No New Information and Did Not Discuss NS Safety*

186. There is no new information in either the PBS Article or the Yahoo Finance Article. Instead, both articles repeat previously disclosed information about the East Palestine Derailment and its aftermath.[386] Dr. Cain opines that NS stock traded in an efficient market throughout the Proposed Class Period.[387] As such, it would only be expected to respond to *new* information. I note that Dr. Cain similarly testified that "a pure repetition of what was previously disclosed and priced in" would be: "unlikely […to] be impactful."[388] NS's stock price would already reflect ("price in") existing public information (*see* **Section IV.B.1**).[389] Because the PBS Article and the Yahoo Finance Article included no new information, they could not have "corrected" any of the Alleged Misstatements.

187. Plaintiffs identify five pieces of information that allegedly "corrected" the Alleged Safety Misstatements in the Yahoo Finance Article and PBS Article:[390]

- **Yahoo Finance Article, February 9, 2023**: "The derailment was reportedly due to a mechanical problem, but some are blaming the incident on weak safety regulations and the company's cost-cutting measures."[391]

- **Yahoo Finance Article, February 9, 2023**: "Safety concerns have also grown amid Norfolk Southern's implementation of 'precision scheduled railroading,' an operations policy criticized as a corporate money grab. To cut costs, the company

---

[386]  Consistent with my finding, *no* analysts' reports published in the two weeks after February 9, 2023 (*i.e.*, February 9 to February 23, 2023) reference either the Yahoo Finance Article or the PBS Article. Those working under my direction and I: (i) manually reviewed each analysts' report; and (ii) conducted keyword searches using the article titles and author names and found no references to either article.

[387]  *See* Cain Report, ¶ 115.

[388]  Cain Deposition, 226:6-13.

[389]  *See also* Cain Report, ¶ 63 ("Event studies are widely used by economists to measure the reaction of a security price to the disclosure of **new**, issuer-specific information, including in connection with assessments of market efficiency in securities litigation."). Emphasis added.

[390]  Complaint, ¶ 520.

[391]  Yahoo Finance Article.

has slashed jobs by more than a fifth since 2017, ignoring concerns that understaffing could impact railway safety."[392]

- **PBS Article, February 9, 2023**: The East Palestine Derailment: "has highlighted the potentially disastrous consequences of train accidents and raised questions about railroad safety."[393]

- **PBS Article, February 9, 2023**: "Rail unions believe the industry has gotten riskier in recent years after widespread job cuts left workers spread thin."[394]

- **PBS Article, February 9, 2023**: Greg Regan of the AFL-CIO union stated: "They're really just trying to squeeze as much productivity out of these workers as they can […] And when you're focused on timing and rushing, unfortunately sometimes things can fall through the cracks."[395]

188. None of this information identified by Plaintiffs was new. First, press releases from multiple organizations had already blamed the East Palestine Derailment on "safety regulations and the company's cost-cutting measures" and "raised questions about railroad safety" days earlier. These previous articles also discussed that the East Palestine Derailment was the materialization of a known risk:

   a. Five days earlier (on February 4, 2023), the advocacy group PennEnvironment released a statement blaming the East Palestine Derailment on safety regulations: "**An incident such as this is not surprising**. […] As PennEnvironment Research & Policy Center has stated for years, the potential for an explosion from a train carrying what the local fire chief called 'different quantities of products' puts millions of Pennsylvanians – and tens of millions of Americans – at risk. […] We're calling on state and federal officials to protect public health in our communities by subjecting freight companies such as Norfolk Southern to greater levels of inspections and oversight."[396]

---

[392]  Yahoo Finance Article.

[393]  PBS Article.

[394]  PBS Article.

[395]  PBS Article.

[396]  "STATEMENT on Pennsylvania-Ohio border train explosion," PennEnvironment, February 4, 2023, available at https://environmentamerica.org/pennsylvania/media-center/statement-on-pennsylvania-ohio-border-train-explosion/. Emphasis added.

b.    Two days earlier (on February 7, 2023), the Railroad Workers United union released a statement blaming the East Palestine Derailment on NS cost-cutting measures: "Railroad Workers United (RWU) condemns the dangerous and historically unsafe practices by Class 1 rail carriers that resulted in this catastrophe that will impact the community of East Palestine Ohio for many years […] hallmarks of modern day railroading include deep cuts both maintenance and operating employees, poor customer service, deferred maintenance to rolling stock and infrastructure, long working hours and chronic fatigue, limited on-the-job training and high employee turnover."[397]

189.    Second, other media coverage had already expressed "concerns" about "NS's implementation of [PSR]" and "widespread job cuts" months and even years earlier. In fact, the Yahoo Finance Article links to earlier articles with the same information:

a.    Two days earlier (on February 7, 2023), the Railroad Workers United union released a statement explicitly blaming PSR for the East Palestine Derailment: "Fiery Ohio Train Wreck the Result of 'PSR' […] The root causes of this wreck are the same ones that have been singled out repeatedly, associated with the hedge fund initiated operating model known as 'Precision Scheduled Railroading' (PSR)."[398]

b.    18 *months* earlier, a *Fortune* article published on July 21, 2021 stated that the chair of the House Transportation and Infrastructure Committee was: "concerned that precision scheduling puts the bottom line first, which he says will lead to more train accidents."[399] The Yahoo Finance Article itself references this earlier article to support the claim that PSR was: "criticized as a corporate money grab."

c.    20 *months* earlier, an *Associated Press* article published on May 16, 2021 stated that NS had reduced its headcount by more than a fifth since 2017, and that railroad unions

---

[397]    "Press Release from Railroad Workers United," Railroad Workers United, February 7, 2023 ("Railroad Workers United Statement"), available at https://myemail.constantcontact.com/Press-Release--Fiery-Ohio-Train-Wreck-the-Result-of--PSR-.html?soid=1116509035139&aid=RspHKqRlJkg.

[398]    Railroad Workers United Statement.

[399]    DeFazio, Peter, "Wall Street Is Boosting Profits In Railroads With New Technology. But It's Ignoring The Drawbacks," *Fortune*, July 21, 2021, available at https://fortune.com/2021/07/21/peter-defazio-precision-scheduled-railroading-problems/.

were concerned about the impact of PSR on safety: "the [railroad] companies have drastically reduced staffing levels, prompting unions to warn that moves meant to increase profits could endanger safety and even result in disasters. More than 22% of the jobs at railroads Union Pacific, CSX and Norfolk Southern have been eliminated since 2017."[400] The Yahoo Finance Article itself references this earlier article to support the statement that NS has: "slashed jobs by more than a fifth since 2017."[401]

    d.    More broadly, analysis of the potential impact of PSR on safety was publicly available before the Yahoo Finance Article was published. For example, the 2022 GAO Report: "examine[d] the effect of PSR on freight rail safety and service" and stated that: "rail safety inspectors and employee unions identified safety concerns related to reductions in staff and longer trains."[402] In addition, STB data on employment levels at Class I railroads were publicly available and regularly reported on and analyzed by securities analysts throughout the Proposed Class Period (*see* **Section V.A**).[403]

190.    Third, Mr. Regan had already expressed the views in the PBS Article (that NS was: "trying to squeeze as much productivity out of these workers as they can") over *nine months* earlier:

    a.    On April 26, 2022, Mr. Regan submitted a public written statement to the STB that stated: "At the core of the PSR ethos is deep cuts to its workforce […] These cuts have guaranteed that adequate crews will be unavailable, that equipment and infrastructure will not be adequately maintained, and that critical inspections will be deferred."[404,405]

---

[400]    Funk, Josh, "US rail industry defends safety record amid staffing cuts," *Associated Press*, May 16, 2021, available at https://apnews.com/article/business-aab7d3084a8d17d8d721d2cb750be323.

[401]    Yahoo Finance Article.

[402]    2022 GAO Report, p. 2.

[403]    For example, the securities analyst firm Stephens published weekly reports both before and after the East Palestine Derailment that provided data on "Active Train & Engine Employees" for each Class I railroad over the trailing six-month period. *See*, *e.g.*, Stephens, "The Weekly Rail Service Tracker: Monitoring Trends in the STB Data," December 12, 2022. NS's operating expenses were also disclosed in public filings and evaluated by equity analysts and other market participants throughout the Proposed Class Period. *See*, *e.g.*, 2022 GAO Report, p. 14.

[404]    Regan, Greg, "Written Statement Before the Surface Transportation Board on 'Urgent Issues in Freight Rail Service'," Transportation Trades Department, AFL-CIO, April 26, 2022, available at https://ttd.org/policy/hearing-testimony/ttd-president-greg-regan-testifies-in-stb-hearing-on-urgent-rail-service-issues/.

[405]    In addition, in a letter to the FRA dated December 21, 2022, Mr. Regan wrote that PSR "exists […] to squeeze every last nickel and dime out of the industry," that "[m]assive reductions in workforce are simply about cutting

191. In addition to these statements, I did not identify *any* new information in the rest of the Yahoo Finance Article or the PBS Article (including on NS's safety practices). **Appendix F** summarizes the information in the Yahoo Finance Article and PBS Article and compares it to previously disclosed information. Moreover, all three statements in the PBS Article referenced in Plaintiffs' Complaint refer to the freight railroad industry generally and are not specific to NS.

192. The Yahoo Finance Article and PBS Article did not provide any new information, did not correct any prior Alleged Misstatement, and thus NS's stock price decline on February 9, 2023 is not evidence of "back-end" price impact.

        (i)    *Both the Yahoo Finance Article and PBS Article Are Instead Consistent with the View That the East Palestine Derailment Was the Materialization of a Known Risk*

193. Both of the February 9 news articles identified by Plaintiffs are consistent with my view that the East Palestine Derailment was a materialization of a known operational risk.

194. The PBS Article explicitly states that railroad accidents are a known risk and analyzes FRA data.[406]

    a.    The PBS Article states: "'Railroads are a very safe form of transportation from a standpoint of statistics,' said professor David Clarke, who previously led the Center for Transportation Research at the University of Tennessee. **'That doesn't mean that you're never going to have an accident. That would be unrealistic for any type of transportation to have zero accidents**.'"[407]

---

costs […], even if those cuts result in the degradation of safety and service as the cuts certainly have," and that "asking [employees] to work longer, faster or perform multiple jobs, especially while sick, is a proven recipe for disaster." "Letter from Greg Regan to The Honorable Amitabha (Amit) Bose," Transportation Trades Department, AFL-CIO, December 21, 2022, available at https://ttd.org/wp-content/uploads/2022/12/TTD-Two-Person-Crew-Comments.pdf.

[406] The PBS Article also compares the East Palestine Derailment to previous (*i.e.*, known) severe derailments, consistent with the view that such severe derailments were a known risk: "Most of the worst derailments in recent years happened in rural areas, but in 2013 a derailment in Canada killed 47 people in the town of Lac Megantic and caused millions of dollars in damage. A 2005 derailment in Graniteville, South Carolina, killed nine people and injured more than 250 after toxic chlorine gases were released." PBS Article.

[407] PBS Article. Emphasis Added.

b.    The PBS Article analyzes FRA data: "**Federal Railroad Administration data showed** hazardous chemicals were released during 11 train accidents nationwide last year, out of roughly 535 million miles (861 million kilometers), with only two injuries reported. In the past decade, releases of hazardous materials peaked at 20 in both 2018 and 2020."[408]

195.    The Yahoo Finance Article compares the East Palestine Derailment to a previous (*i.e.*, known) severe derailment:

a.    The Yahoo Finance Article states: "In 2012, a train crashed in Paulsboro, spilling 23,000 gallons of vinyl chloride, the same chemical involved in the East Palestine spill. A 2014 study conducted by the New Jersey Department of Health found that half of local residents had health problems caused by the chemical spill."[409]

196.    To summarize, the economic evidence is *not* consistent with the view that either the Yahoo Finance Article or PBS Article changed the market's view of NS's operational safety or "corrected" any Alleged Safety Misstatement. Both articles included no new information at all (including about NS's safety practices). Therefore, NS's stock price decline on February 9, 2023 is not a reliable measure of any "inflation" or price impact associated with the Alleged Misstatements.

---

[408]    PBS Article. Emphasis added.

[409]    Yahoo Finance Article.

### 2. *February 10, 2023: EPA Letter*

197. After the market close on Friday, February 10, 2023, the EPA sent a letter to NS (the "EPA Letter") stating that NS: "may be responsible […] for cleanup of the [East Palestine] site or costs EPA has incurred in cleaning up the [s]ite."[410] Because the EPA Letter was published after the market closed on Friday, February 10, the first opportunity for the market to react was on the following Monday, February 13. Between the market close on February 10, 2023 and the market close on February 13, 2023, NS's stock price declined by $2.90, or 1.2 percent.[411]

198. After the market close on Monday, February 13, 2023, *NPR* published a news article that reported on the East Palestine Derailment and restated that the EPA had issued the EPA Letter (the "NPR Article").[412] Between the market close on February 13, 2023 and the market close on February 14, 2023, NS's stock price declined by $4.43, or 1.8 percent.[413] Plaintiffs appear to allege that the February 14 stock price decline is part of a two-day stock price decline associated with the EPA Letter.[414]

199. Plaintiffs claim that the EPA Letter and NPR Article were a: "partial corrective disclosure," and claim that NS's stock price took two days to react to the news of the EPA Letter: February 13 and February 14 (in economic terms, Plaintiffs claim a two-day "event window").[415]

---

[410]    EPA Letter

[411]    *See* Complaint, ¶ 525. Calculation: -1.2 percent = ($239.71 - $242.61) / $242.61. *See* Standard and Poor's Capital IQ.

[412]    Grant, Julie, "EPA lists chemicals released in East Palestine train derailment," *NPR (90.5 WESA Pittsburgh)*, February 13, 2023, available at https://www.wesa.fm/environment-energy/2023-02-13/epa-lists-additional-chemicals-released-in-east-palestine-train-derailment.

[413]    *See* Complaint, ¶ 525. Calculation: -1.8 percent = ($235.28 - $239.71) / $239.71. *See* Standard and Poor's Capital IQ.

[414]    Complaint, ¶ 525 ("As a result of this partial corrective disclosure and materialization of the risks concealed by Defendants' misstatements and omissions, the price of Norfolk Southern's common stock declined $7.33 per share, over 3%, from a closing price of $242.61 per share on **February 10, 2023**, to a closing price of $235.28 per share on **February 14, 2023**"). Emphasis added.

[415]    Complaint, ¶ 525.

(a) *Quantitative Analysis: NS's Stock Price Did Not React Statistically Significantly on February 14, 2023*

200. The Cain Event Study indicates that there was a statistically significant NS stock price decline of $3.67 on Monday, February 13, 2023 (adjusted for market and industry factors).[416] But according to the Cain Event Study, there was *no* statistically significant NS stock price response on Tuesday, February 14.[417] This result means that NS's stock price movement following the EPA Announcement is not statistically distinguishable from zero on the second day of Plaintiffs' alleged two-day event window (after accounting for market and industry movements; *see* **Section IV.B.1**).[418] This outcome is unsurprising as the second trading day of Plaintiffs' alleged window is actually *four* days after the February 10, 2023 EPA Letter.[419]

201. I also note that this result is consistent with fundamental principles of financial economics. In an efficient market, stock prices quickly and fully incorporate all new information (*see* **Section IV.B.1**). As I discuss below, the NPR Article included no new information about the EPA Letter or NS's safety practices. Therefore, there is no economic basis for Plaintiffs' claimed two-day event window.

202. Further, as I discuss below, the EPA Letter was follow-on negative effect of the East Palestine Derailment and was the materialization of a known risk. As I discussed in **Section IV.B.2**, NS's stock price would be expected to decline when the risk of an environmental enforcement action turns from a possibility to a near certainty even in the absence of any Alleged Misstatements. Therefore, there is no economic basis to attribute NS's stock price decline on February 13 to the "correction" of any Alleged Safety Misstatement.

---

[416] *See* CAIN_0000789, Row 578.

[417] *See* CAIN_0000789, Row 579. Both results are consistent with my own event study (*see* **Appendix D.3**). There was no statistically significant NS stock price decline on February 14 because on that day, NS's stock price declined by 1.8 percent while Dr. Cain's peer index declined by 0.7 percent and the S&P 500 was unchanged.

[418] I note that Dr. Cain testified that if there is a day with no statistically significant stock price movement and no company-specific disclosure, then the stock price movement: "is just indistinguishable from the normal market movement and volatility." Cain Deposition, 182:3-7.

[419] Consistent with my view, Dr. Cain testified that: "in my own experience on average the types of disclosures that people tend to study on average [*sic*] are frequently fully impounded [in stock prices] within one day." Cain Deposition, 222:23-223:3.

(b)    *Qualitative Analysis: There Is No Economic Evidence That the EPA Letter or NPR Article Corrected Any Alleged Misstatement*

203.    I have not seen any economic evidence that the EPA Letter or associated media commentary "corrected" any Alleged Safety Misstatement. From an economic perspective, the specific information in the EPA Letter does not "correct" any of the Alleged Safety Misstatements. The EPA Letter only describes the environmental costs that NS may need to pay and includes no information about NS's safety practices.[420] Therefore, the EPA Letter does not reveal any information about whether NS's Alleged Safety Misstatements were accurate. Instead, the EPA Letter was a follow-on negative effect of the East Palestine Derailment and the materialization of a known risk of environmental clean-up costs. The economic evidence indicates that environmental clean-up costs were a known risk before the East Palestine Derailment (*see* **Sections V.B.3** and **V.B.4**). For example:

a.    As I discussed in **Section V.B.3**, all NS 10-K and 10-Q filings during the Proposed Class Period warned that a "catastrophic rail accident" involving "release of hazardous materials" could: "result[] in a material adverse effect on our liquidity."[421]

b.    As I discussed in **Section V.B.4**, several analysts repeatedly discussed the risks of NS liability after hazmat derailments. For example, 20 Baird analysts' reports published between October 2020 and January 2023 stated: "As a regulated industry, Rail is forced rails [*sic*] to haul hazmat traffic, **which has potentially significant liability**."[422]

c.    An article published in *Vice* on March 22, 2021 stated that: everyone working on the railroads knows a catastrophic derailment is 'totally foreseeable'" and discussed a previous hazmat derailment.[423]

204.    News articles published after the East Palestine Derailment but before the EPA Letter had also disclosed the risk that NS would have to pay environmental clean-up costs. On February 7, 2023, the Wheeling *Intelligencer* reported that Ohio Governor DeWine: "fully expects the

---

[420]    *See* EPA Letter.

[421]    *See*, *e.g.*, NS 2020 10-K, p. K13. Similarly, both NS R-1s published during the Proposed Class Period warned of: "The risk of incurring environmental liability for acts and omissions, past, present, and future, is inherent in the railroad business." *See*, *e.g.*, NS 2020 R-1, p. 15E.

[422]    *See*, *e.g.*, Baird, "Q422 Review: 2023 Outlook Flattish, Focused on Service," January 25, 2023. Emphasis added.

[423]    2021 Vice Article.

Norfolk Southern Railway […] to pay the cost of the incident. 'They're the ones who created the problem,' he said Tuesday in an hour-plus interview. 'It's their liability. They're the ones who ought to pay for it.'[424] I note that this article is cited in the Complaint.[425]

205. Analysts' commentary after the February 10, 2023 Alleged Corrective Disclosure is consistent with the view that the EPA Letter was the materialization of a known risk. I reviewed 21 analysts' reports published within two weeks of the EPA Letter (*i.e.*, February 10 to February 24, 2023). *None* of these analysts' reports stated that the EPA Letter had identified any new NS safety information or had caused analysts to reevaluate their views on NS's operational safety. And *none* of these reports mentioned any of the Alleged Safety Misstatements.

206. Instead of discussing that the EPA Letter had revealed new information about NS's safety, analysts evaluated the potential magnitude of the clean-up costs. A number of analysts concluded that any clean-up costs were likely to be small. For example:

- **Wolfe Research, February 13, 2023**: "**EPA risk seems minimal**. The EPA sent a letter to NSC highlighting potential liability […] **selloff overdone**."[426]

- **J.P. Morgan, February 13, 2023**: This report explicitly notes that the EPA Letter was the materialization of known "concerns" (*i.e.*, risks): "NSC underperformed peers following the [East Palestine Derailment], which made national headlines **and triggered concerns** of environmental damage. The **environmental concern surfaced again on February 13** after the [*sic*] U.S. Environmental Protection Agency notified Norfolk in a letter dated February 10 that the railroad may be responsible." This report also noted: "We believe NSC lagged the group primarily on the negative headline of the EPA letter […] For additional context we pulled historical data for derailments involving hazardous materials which represents 224 incidents over a ten year period from 2013-2022. […] **We do not expect the Ohio derailment will generate significant pressure on regulators** to change standards around hazmat transportation by freight rail."[427] And this report also analyzed the

---

[424] Skolnick, David, "Gov. Mike DeWine fully expects Norfolk Southern to pay derailment costs," *The Intelligencer*, February 7, 2023, available at https://www.theintelligencer.net/news/top-headlines/2023/02/gov-mike-dewine-fully-expects-norfolk-southern-to-pay-derailment-costs/.

[425] Complaint, ¶ 518.

[426] Wolfe Research, "NSC – Derailment Update," February 13, 2023. Emphasis added.

[427] J.P. Morgan, "Update on Ohio Derailment and Latest FAQs," February 13, 2023. Emphasis added. This report is cited in the Complaint. *See* Complaint, ¶ 526.

potential amount of any clean-up costs by comparing the East Palestine Derailment to prior severe derailments.

- **Deutsche Bank, February 14, 2023**: "It was reported yesterday that NSC has been notified by the EPA that it may be liable for clean-up costs related to the derailment of a train carrying hazardous materials that resulted in a fire in East Palestine, Ohio, earlier this month. […] **While unfortunate, we don't see meaningful implications for the shares**."[428]

207. Thus, analysts assessed the expected clean-up cost and did not discuss that the EPA Letter revealed any new information about NS's operational safety. This contemporaneous analysts' commentary is consistent with the view that the EPA Letter was the materialization of a known risk and a negative follow-on from the East Palestine Derailment itself, not corrective of any Alleged Misstatement.

208. Finally, qualitative economic evidence indicates that NPR Article did not "correct" any Alleged Misstatement either. As I discussed above, the NPR Article included no new information about the EPA Letter.[429] The NPR Article also did not discuss NS's operational safety at all, much less provide any new evidence that the EPA Letter had revealed anything about NS's safety practices.[430] Consistent with this finding, *no* report I reviewed mentions the NPR Article.[431]

209. To summarize, the economic evidence is *not* consistent with the view that the EPA Letter or NPR Article changed the market's view of NS's operational safety or "corrected" any Alleged Misstatement. Instead, the evidence indicates that the EPA Letter was the materialization of a known risk. Therefore, NS's stock price declines on February 13 and 14, 2023 are not reliable measures of any "inflation" or price impact associated with the Alleged Misstatements.[432]

---

[428] Deutsche Bank, "Early Morning Haul: CSX volumes offer some hope, Rail derailment," February 14, 2023. Emphasis added.

[429] Moreover, as with the EPA Letter itself, the information in the NPR Article (which was not new in any case) was the materialization of a known risk.

[430] In fact, the NPR Article only includes the term "safe" in the statement: "the air and water [in East Palestine] were safe." NPR Article.

[431] Those working under my direction and I: (i) manually reviewed each analysts' report; and (ii) conducted a keyword search using the article title and author name and found no references to the NPR Article.

[432] Further, as mentioned, the stock price decline on February 14 was not statistically distinguishable from zero.

3. *February 15–17, 2023: Ohio AG News, Senators' NTSB Letter, Senators' Press Release, Michigan Derailment, EPA Notice of Accountability, White House Statement, SMART Statement, and Cantwell Letter*

210. Between February 15, 2023 and February 17, 2023, government officials and unions released seven statements about the East Palestine Derailment, and a separate NS train derailed in Michigan.[433] Specifically:

a. After the market close on February 15, 2023, Ohio *NBC* affiliate station *WKYC* reported that Ohio Attorney General Dave Yost: "says he is considering taking legal action against [NS] [for…] damage to natural resources and caused environmental harm"[434] (the "Yost Statement").

b. After the market close on February 15, 2023, four U.S. Senators (Sherrod Brown, J.D. Vance, Robert P. Casey, Jr., and John Fetterman) sent a letter to the NTSB that restated facts about the East Palestine Derailment, and stated: "we are deeply concerned about the release of hazardous materials into the air and groundwater in East Palestine," and noting "several factors and concerns that we have heard," including: "[i]nspections of railcars [and] [s]taffing practices."[435] (the "Senator NTSB Letter").

c. After the market close on February 15, 2023, Senators Marco Rubio and Vance sent a letter to the U.S. Secretary of Transportation that restated facts about the East Palestine Derailment, and stated: "Current and former rail workers, industry observers, and reform advocates have pointed to precision-scheduled railroading (PSR), by which rail companies such as Norfolk Southern increase efficiency and drive down costs by moving more freight with fewer workers, as a potential contributor to the accident"

---

[433]  *See* Complaint, ¶¶ 528-538.

[434]  DeNatale, Dave "Dino" and Emma Henderson, "Ohio Attorney General Dave Yost considers suing Norfolk Southern following train derailment," *WKYC Studios*, February 15, 2023, available at https://www.wkyc.com/article/news/special-reports/train-derailment/ohio-attorney-general-dave-yost-considers-suing-norfolk-southern-train-derailment/95-ca97f793-1e39-4859-ae3a-0ca17b112a59.

[435]  "Letter from Sherrod Brown, J.D. Vance, Robert P. Casey, Jr., and John Fetterman to The Honorable Jennifer L. Homendy, Chair, National Transportation Safety Board," Office of Senator Sherrod Brown, February 15, 2023, available                                                                                                                          at https://web.archive.org/web/20230502145756/https://www.brown.senate.gov/imo/media/doc/letter_to_ntsb_about_ns_derailment.pdf.

and asking four questions about PSR and the East Palestine Derailment (the "Senator DOT Letter").[436]

d.    On February 16, 2023, an NS train derailed in Van Buren Township, Michigan (the "Michigan Derailment"). The Michigan Derailment caused no injuries and spilled no hazardous materials.[437]

e.    During market hours on February 16, *CNN* published an article that restated facts about the East Palestine Derailment, and quoted the head of the EPA: "'We [*i.e.*, the EPA] issued a notice of accountability to the company, and they've signed that, indicating that they will be responsible for the cleanup"[438] (the "CNN Article"). This statement in the CNN Article refers to the EPA Letter which the EPA issued on February 10 and NS signed on February 11 (as I described above).[439]

f.    During market hours on February 16, the White House Press Secretary stated: "Multiple federal agencies have been on the ground working to get to the bottom of what caused the derailment, monitoring air quality, collecting soil samples, testing surface and ground water for any contaminants […] and we're going to try to figure

---

[436]  "Letter from Marco Rubio and J.D. Vance to The Honorable Pete Buttigieg, Chair, Secretary, U.S. Department of Transportation," Office of Senator Marco Rubio, February 15, 2023, available at https://web.archive.org/web/20230303061040/https://www.rubio.senate.gov/public/_cache/files/3861845c-081e-4409-bd4b-eb31c8c88ca6/82235D898F1306CAFB5E68ADE0EFF0E4.02.15.23-rubio-vance-letter-to-buttigieg-re-ohio-derailment.pdf.

[437]  *See* Hutchinson, Derick, "Officials investigate derailed train in Van Buren Township," *Detroit Local 4 News*, February 16, 2023, available at https://www.clickondetroit.com/news/local/2023/02/16/officials-investigate-derailed-train-in-van-buren-township/ ("No injuries were reported, and there's no evidence that hazardous materials were spilled during the crash, officials said.").

[438]  Beech, Samantha, *et al*., "EPA chief pledges to hold train company accountable over Ohio toxic train disaster as residents' frustrations grow," *CNN*, February 16, 2023, available at https://www.cnn.com/2023/02/16/us/ohio-train-derailment-east-palestine-thursday.

[439]  I note that the February 10 EPA Letter to NS included a "General Notice of Liability." EPA Letter. Analysts' commentary also discussed the EPA Letter as a "notice of liability." For example, a Credit Suisse analysts' report published on February 13 stated: "EPA sends Notice of Liability to NS linked to Ohio derailment." Credit Suisse, "EPA sends Notice of Liability to NS linked to Ohio derailment; we offer a brief review of rail derailments and associated liability," February 13, 2023. Further, the EPA's website indicates that it did not send any additional notice to NS until February 21, 2023, five days after the CNN Article. *See* "East Palestine, Ohio Train Derailment: Legal and other documents," Environmental Protection Agency, March 23, 2026, available at https://www.epa.gov/east-palestine-oh-train-derailment/legal-and-other-documents.

117

out an answer. We're going to hold Norfolk Southern accountable" (the "White House Statement").[440]

g.   During market hours on February 16, the SMART railroad union issued a statement titled: "SMART Union Renews Call for Rail Industry Changes After Ohio Derailment"[441] (the "SMART Statement"). The SMART statement restated facts about the East Palestine Derailment and asked the FRA and Department of Transportation to: "end[] PSR."[442]

h.   On February 17, 2023 U.S. Senator Maria Cantwell sent an identical letter to each of the CEOs of seven Class I railroads, including NS (the "Cantwell Letter").[443] The Cantwell Letter restated facts about the East Palestine Derailment and asked each of the seven railroad CEOs an identical set of fourteen questions about: "Railcar inspections[,] Track Side Defect Detectors[,] Emergency Preparedness and Response[, and] Train Characteristics."[444]

211.   I collectively term all eight of these events identified by Plaintiffs the "February 15–17 News."

212.   The first opportunity for the market to react to the February 15–17 News was February 16, 2023.[445] Between the market close on February 15, 2023 and the market close on February

---

[440]   *See* Chen, Shawna, "White House: Norfolk Southern will be held accountable for Ohio train derailment," *Axios*, February 16, 2023, available at https://www.axios.com/2023/02/16/ohio-train-derailment-white-house.

[441]   "SMART Union Renews Call for Rail Industry Changes After Ohio Derailment," SMART Union, February 16, 2023, available at https://www.smart-union.org/smart-union-renews-call-for-rail-industry-changes-after-ohio-derailment/.

[442]   SMART Statement.

[443]   "Letters from Maria Cantwell to Norfolk Southern, Burlington Northern Santa Fe (BNSF), Canadian National, Canadian Pacific, CSX, Kansas City Southern, and Union Pacific," United States Senate Committee on Commerce, Science, and Transportation, February 17, 2023, available at https://www.commerce.senate.gov/services/files/0C14FC1E-84CF-44FA-B291-3FBB6D8E7023.

[444]   Cantwell Letter.

[445]   Note that the market could not have responded to the Cantwell Letter on February 16, 2023, because the Cantwell Letter was not released until February 17.

118

16, 2023, NS's stock price declined by $8.27, or 3.5 percent.[446] On the next trading day (February 17, 2023), NS's stock price declined by $1.87, or 0.8 percent.[447]

213.  Plaintiffs appear to allege that each of these eight releases corrected the Alleged Misstatements, and that the February 17 stock price decline is part of a two-day stock price decline associated with the February 15–17 News.[448]

(a)  *Quantitative Analysis: NS's Stock Price Did Not React Statistically Significantly on February 17, 2023*

214.  The Cain Event Study indicates that there was a statistically significant NS stock price decline of $4.90 on February 16, 2023 (adjusted for market and industry factors).[449] But according to the Cain Event Study, there was *no* statistically significant NS stock price response on February 17, 2023.[450] This result means that NS's stock price movement (adjusted for market and industry movements) is not statistically distinguishable from zero on February 17, the second day of Plaintiffs' alleged two-day event window and the day of the Cantwell Letter (*see* **Section IV.B.1**). This outcome is consistent with the economic principle that stock prices in efficient markets quickly and fully incorporate new information (*see* **Section IV.B.1**). There is therefore no economic basis for Plaintiffs' claimed two-day event window.

215.  Moreover, as I discuss below, none of the eight events in the February 15–17 News revealed any new information about NS's safety practices, and each event is instead the materialization of a known risk. There is therefore no economic basis to attribute NS's stock

---

446  *See* Complaint, ¶ 538. Calculation: -3.5 percent = ($230.02 - $238.29) / $238.29. *See* Standard and Poor's Capital IQ.

447  *See* Complaint, ¶ 538. Calculation: -0.8 percent = ($228.15 - $230.02) / $230.02. *See* Standard and Poor's Capital IQ.

448  Complaint, ¶ 538 ("As a result of this partial corrective disclosure and materialization of the risks concealed by Defendants' misstatements and omissions, the price of Norfolk Southern's common stock declined $10.14 per share, over 4%, from a closing price of $238.29 per share on **February 15, 2023**, to a closing price of $228.15 per share on **February 17, 2023**"). Emphasis added.

449  *See* CAIN_0000789, Row 581.

450  *See* CAIN_0000789, Row 582. Both results are consistent with my own event study (*see* **Appendix D.3**). There was no statistically significant NS stock price decline on February 17 because on that day, NS's stock price declined by 0.8 percent while Dr. Cain's peer index declined by 0.2 percent and the S&P 500 declined by 0.3 percent.

price declines on February 16 or 17, 2023 to the "correction" of any Alleged Safety Misstatement.

(b)    *Qualitative Analysis: There Is No Economic Evidence That the February 15–17 News Corrected Any Alleged Misstatement*

216.  I have not seen any economic evidence that the February 15–17 News "corrected" any Alleged Misstatement. None of the February 15–17 News revealed any new information about NS's safety practices at all (and much less indicated that NS's safety representations had been false or misleading). Instead, all eight events in the February 15–17 News were materializations of the known risks of clean-up costs, government regulation, or derailments. And, as I discussed earlier, the Alleged Vent-and-Burn Misstatements were *never* corrected during the Proposed Class Period (or on the date of any Alleged Corrective Disclosure).

217.  The Yost Statement, CNN Article, and White House Statement were all general discussions of the potential risk of liability or environmental costs associated with the East Palestine Derailment. As I discussed in **Section VII.B.2**, the economic evidence that I have seen indicates that environmental clean-up costs were a known risk before the East Palestine Derailment and certainly were a known risk once that derailment happened.[451] Moreover, neither the Yost Statement,[452] CNN Article,[453] or White House Statement included any new information about NS's safety practices.

---

[451]  For example, as I discussed above, a J.P. Morgan analyst's report published on February 13, 2023 stated: "NSC underperformed peers following the [East Palestine Derailment], which made national headlines **and triggered concerns** of environmental damage. The **environmental concern surfaced <u>again</u> on February 13**." J.P. Morgan, "Update on Ohio Derailment and Latest FAQs," February 13, 2023. Emphasis added. I note that this report is cited in the Complaint. *See* Complaint, ¶ 526.

[452]  I also note that representatives of the state of Ohio had already threatened that Ohio would take legal action against NS before the Yost Statement. On February 7, 2023, Governor DeWine said that he: "fully expects the Norfolk Southern Railway […] to pay the cost of the incident. 'It's their liability.'." And in a press conference on February 14, 2023, Governor DeWine said that: "Norfolk Southern has committed to paying for the cleanup effort and suggested the state would file a lawsuit if it fails to do so." *See* Skolnick, David, "Gov. Mike DeWine fully expects Norfolk Southern to pay derailment costs," *The Intelligencer*, February 7, 2023, available at https://www.theintelligencer.net/news/top-headlines/2023/02/gov-mike-dewine-fully-expects-norfolk-southern-to-pay-derailment-costs/; Buchanan, Tyer, "Gov. DeWine: Rail company responsible for derailment cleanup," *Axios*, February 15, 2023, available at https://www.axios.com/local/columbus/2023/02/15/gov-dewine-norfolk-southern-responsible-cleanup.

[453]  I also note that before the CNN Article, the EPA had already issued a notice of accountability to NS on February 10 (*i.e.*, the EPA Letter), and NS signed the notice on February 11. *See* Credit Suisse, "EPA sends Notice of Liability to NS linked to Ohio derailment; we offer a brief review of rail derailments and associated liability," February 13, 2023.

218. The Senator NTSB Letter, Senator DOT Letter, SMART Statement, and Cantwell Letter were all general discussions or questions related to PSR or railroad safety. As I discussed in **Sections III**, **V** and **VII.B.1**, the economic evidence indicates that there was extensive discussion and analysis of PSR and railroad safety throughout the Proposed Class Period, including critiques of PSR by railroad unions and certain Congressional representatives. And neither the Senator NTSB Letter,[454] Senator DOT Letter,[455] SMART Statement,[456] nor Cantwell Letter included any new information about NS's safety practices.

219. Finally, the Michigan Derailment is the materialization of a known risk of railroad derailments. As I discussed in **Section VI**, derailments occur frequently: there were 92 NS derailments during the Proposed Class Period (including 88 before the East Palestine Derailment). Contemporaneous economic evidence also indicates that analysts and market participants analyzed the risk of derailments. The fact that this specific derailment occurred does not demonstrate that NS's safety practices were inconsistent with its representations.[457]

---

[454] I also note that the Senator NTSB Letter is not specific to NS, but asks the NTSB questions about industry-wide railroad practices and safety that do not convey any factual information about NS's operations or safety practices (for example: "Would additional safety inspections or maintenance requirements for railcars in trains that transport high-hazard materials prevent or mitigate similar derailments?"). To the extent that the Senator NTSB Letter references factual information (*e.g.*, "It is estimated that Class I railroads cut 30% of their workforce between 2015 and the end of 2021 following adoption of Precision Scheduled Railroading"), this information had already been discussed in the years leading up to the East Palestine Derailment, as I discuss in **Sections III** and **VII.B.1**. *See* Senator NTSB Letter.

[455] I also note that the Senator DOT Letter is not specific to NS, but asks the DOT questions about PSR in general (for example: "The Department of Transportation has offered criticism of precision-scheduled railroading in recent years. In the time since, what steps has the department taken to preempt or protect against some of the 'reduced performance and resilience' that have reportedly resulted from the practice?"). Senator DOT Letter. As I discussed in **Sections V** and **VII.B.1**, market commentary had discussed general safety questions about PSR for years before the East Palestine Derailment.

[456] I also note that the SMART Statement is not specific to NS, but criticizes PSR in general. As I discussed in **Sections III** and **VII.B.1**, SMART had criticized PSR for years. For example, on June 14, 2022, SMART President Jeremy Ferguson testified before the House Transportation and Infrastructure Committee that: "Precision Scheduled Railroading (PSR) [] has left the state of railroad safety today is in shambles [...] The significant reduction is [*sic*] the number of employees has greatly impacted safe operations, increased fatigue associated with the same demanding work with fewer employees, less training, less inspection of cars, deferred maintenance, improper train make up, and potential safety hazards being glossed over." "Testimony of Jeremy Ferguson, President SMART – Transportation Division Before the Railroads, Pipelines, and Hazardous Materials Subcommittee, House Transportation and Infrastructure Committee Hearing on Examining Freight Rail Safety," SMART Union, June 14, 2022, available at https://www.railwayage.com/wp-content/uploads/2022/06/Ferguson-Testimony-1.pdf.

[457] To the extent that Plaintiffs claim that the Michigan Derailment somehow revealed any additional information about the East Palestine Derailment, the evidence that I have seen indicates that the two derailments are

220. Contemporaneous analysts' commentary is consistent with the view that all of February 15–17 News was the materialization of a known risk. I reviewed 19 analysts' reports published within two weeks of the February 15–17 News (*i.e.*, February 15 to March 1, 2023). First, before the February 15–17 News, analysts' commentary had *already* discussed the risk of further "headlines:"

- **J.P. Morgan, February 13, 2023**: "[W]e believe NSC **could remain susceptible to further headlines** on the derailment."[458]

- **Credit Suisse, February 13, 2023**: "NS derailment in East Palestine, OH **introduces risk**."[459]

221. After the February 15–17 News, analysts' commentary is consistent with the view that this previously-known "headline risk" materialized. For example:

- **J.P. Morgan, February 16, 2023**: "The derailment in East Palestine, Ohio, continues to weigh on the NSC share price after an increasing amount of critical commentary from unions, elected officials, regulators, and the White House. […] **We previously noted that NSC would be susceptible to further headlines** on the derailment."[460]

- **Wolfe Research, February 20, 2023**: "**More near-term noise** and scrutiny following derailment […] this **sell-off seems overdone** […] while there's emerging regulatory risk for the rails, that's a U.S. rail issue and **not an NSC issue**."[461]

---

unrelated. For example, the local Detroit news outlet that reported on the Michigan Derailment and is cited in the Complaint does not mention the East Palestine Derailment at all. *See* Hutchinson, Derick, "Officials investigate derailed train in Van Buren Township," *Detroit Local 4 News*, February 16, 2023, available at https://www.clickondetroit.com/news/local/2023/ 02/16/officials-investigate-derailed-train-in-van-buren-township/. Additionally, unlike the East Palestine Derailment, a *CBS News* article reporting on the Michigan derailment stated that: "there is no evidence of exposed hazardous materials, and none of the train cars containing hazardous materials were compromised in the incident." *See* Powers, Sara, "Authorities investigate train derailment in Van Buren Township," *CBS News*, February 16, 2023, available at https://www.cbsnews.com /detroit/news/authorities-investigate-train-derailment-in-van-buren-township/.

[458] J.P. Morgan, "Update on Ohio Derailment and Latest FAQs," February 13, 2023. Emphasis added.

[459] Credit Suisse, "EPA sends Notice of Liability to NS linked to Ohio derailment; we offer a brief review of rail derailments and associated liability," February 13, 2023. Emphasis added.

[460] J.P. Morgan, "Weekly Fast Track: Updated Thoughts on NSC Derailment and Our Actual Estimated Cost," February 17, 2023. Emphasis added.

[461] Wolfe Research, "NSC - Back to Basics - Upgrading to Outperform," February 20, 2023. Emphasis added.

222. Of the 19 analysts' reports published between February 15 to March 1, 2023, only 4 reports mentioned any of the February 15–17 News.[462] *None* of these analysts' reports stated that any piece of the February 15–17 News had identified any new NS safety information, or had caused analysts to reevaluate their views on NS's operational safety. And *none* of these reports mentioned or discussed any of the Alleged Safety Misstatements.

223. Overall, the economic evidence indicates that the February 15–17 News was the materialization of a known risk and did *not* change the market's view of NS's operational safety or "correct" any Alleged Misstatement. Therefore, NS's stock price declines on February 16 and 17, 2023 are not reliable measures of any "inflation" or price impact associated with the Alleged Misstatements.[463]

### 4. *March 4–6, 2023: Springfield Derailment and NS Six-Point Plan*

224. On Saturday March 4, 2023, an NS train derailed around Springfield, Ohio (the "Springfield Derailment"). The Springfield Derailment caused no injuries and spilled no hazardous materials.[464] Before market opened on Monday, March 6, 2023, NS announced "a six-point plan to immediately enhance the safety of its operations" that was: "based on the preliminary findings of the National Transportation Safety Board (NTSB)" following the East Palestine Derailment (the "Six-Point Plan").[465] The Six-Point Plan included continuing to improve

---

[462] Specifically: (i) a Height Analytics report mentioned the Yost Statement; (ii) a Morgan Stanley report mentioned the Yost Statement; (iii) a J.P. Morgan report mentioned the Springfield Derailment and Senator DOT Letter; and (iv) a separate Height Analytics report mentioned the SMART statement. Height Analytics, "Norfolk Southern Could Be On the Hook for Cleanup," February 17, 2023 ("On February 15th Ohio Attorney General Dave Yost said he is considering taking legal action against the company."); Morgan Stanley, "Fast Lane: NSC Derailment Remains in Focus, Freight Conference Takeaways, WERN Mgmt. Transition, UNP Reaches Paid Sick Leave Agreement, TFI Acquires Axsun, & EXPD Model Update," February 27, 2023 ("[…] the Ohio state attorney general's office has indicated they may take legal action."); J.P. Morgan, "Weekly Fast Track: Updated Thoughts on NSC Derailment and Our Actual Estimated Cost," February 17, 2023 ("We continue to monitor Norfolk volume and operating trends as the company works through the East Palestine, OH derailment and the recently reported six car derailment near Detroit where there were no reported injuries and no hazardous materials exposure."); Height Analytics, "Norfolk Southern Hit With Superfund," February 22, 2023 ("Labor unions are now calling for an end to precision-scheduled railroading.").

[463] Further, as mentioned, the stock price decline on February 17 was not statistically distinguishable from zero.

[464] *See* Paris, Costas and Ginger Adams Otis, "Second Norfolk Southern Train Derailment in Ohio Prompts Investigations," *The Wall Street Journal*, March 6, 2023, available at https://www.wsj.com/articles/norfolk-southerns-second-ohio-derailment-is-under-investigation-d7a5b889 ("no hazardous materials were aboard […] About 20 of the train's 212 cars derailed near Springfield around 4:45 p.m. local time […] No injuries were reported.").

[465] 2023 NS Six-Point Plan Announcement.

NS's HBD sensor network and safety practices (*see* **Section III.A.4**). These Alleged Corrective Disclosures end the Proposed Class Period.[466]

225. The first opportunity for the market to react to both events was Monday, March 6, 2023. Plaintiffs claim that NS's stock price took two days to react to these events. Between the market close on March 3, 2023 and the market close on March 6, 2023 NS's stock price declined by $5.97, or 2.6 percent.[467] NS's stock price decline a further $7.24, or 3.3 percent, on March 7, 2023.[468]

> (a) *Quantitative Analysis: NS's Stock Price Did Not React Statistically Significantly on March 7, 2023*

226. The Cain Event Study indicates that there was a statistically significant NS stock price decline of $3.61 on March 6, 2023 (adjusted for market and industry factors).[469] But according to the Cain Event Study, there was *no* statistically significant NS stock price response on March 7, 2023.[470] As with the prior two Alleged Corrective Disclosures, this

---

[466] The Proposed Class Period ends on March 3, 2023 (*see* **Section III**). Plaintiffs allege another Alleged Corrective Disclosure over seven months *after* the end of the Proposed Class Period, on October 25, 2023. I discuss this additional disclosure below. The Complaint also discusses an NTSB "special investigation" after the market close on March 7, 2023, an NS press release about a separate accident after the market close on March 7, 2023, and a Department of Transportation announcement of an NS safety assessment on March 8, 2023. Complaint, ¶¶ 547-549. These additional events are not listed in Plaintiffs' Motion for Class Certification, so I did not analyze them as Alleged Corrective Disclosures. Should Plaintiffs amend their allegations, I may evaluate these additional events.

[467] *See* Complaint, ¶ 545. Calculation: -2.6 percent = ($222.42 - $228.39) / $228.39. *See* Standard and Poor's Capital IQ.

[468] Complaint, ¶ 545. ("As a result of this partial corrective disclosure and materialization of the risks concealed by Defendants' misstatements and omissions, the price of Norfolk Southern's common stock declined $13.21 per share, nearly 6%, from a closing price of $228.39 per share on Friday, March 3, 2023, to a closing price of $213.75 per share on Tuesday, March 7, 2023"). I note that the Complaint appears to use an incorrect NS closing price of $213.75 on March 7, 2023. Calculation: -3.3 percent = ($215.18 - $222.42) / $222.42. *See* Standard and Poor's Capital IQ.

[469] The backup materials to the Cain Report only report event study results up to March 3, 2023. I extended the Cain Event Study using Dr. Cain's code and methodology. *See* **Exhibit 7**. This result is consistent with my own event study (*see* **Appendix D.3**).

[470] As discussed above, I extended the Cain Event Study beyond the Proposed Class Period using Dr. Cain's production materials. There was no statistically significant NS stock price decline on March 7 because on that day, NS's stock price declined by 3.3 percent while Dr. Cain's peer index declined by 2.2 percent and the S&P 500 declined by 1.5 percent. My own event study indicates that the NS stock price decline on March 7, 2023 was statistically significant at the 10 percent level (*see* **Appendix D.3**). But there is still no economic basis to infer that the March 7, 2023 NS stock price decline proxies for price impact, because neither the Springfield Derailment nor the Six-Point Plan revealed any new information about NS's safety practices nor corrected any Alleged Misstatement (as I describe below).

means that NS's stock price movement following the Springfield Derailment is not statistically distinguishable from zero on the second day of Plaintiffs' alleged two-day event window (after accounting for market and industry movements; *see* **Section IV.B.1**). And also as with the prior two Alleged Corrective Disclosures, this result is consistent with the economic principle that stock prices in efficient markets quickly and fully incorporate new information.[471] There is therefore no economic basis for Plaintiffs' claimed two-day event window.

227. Moreover, as I discuss below, the Springfield Derailment and Six-Point Plan did not reveal any new information about NS's safety practices. There is therefore no economic basis to attribute NS's stock price decline on March 6, 2023 to the "correction" of any Alleged Safety Misstatement.

> (b) *Qualitative Analysis: There Is No Economic Evidence That the Springfield Derailment or Six-Point Plan Corrected Any Alleged Misstatement*

228. The economic evidence indicates that neither the Springfield Derailment nor the Six-Point Plan revealed any new information about NS's safety practices that corrected any Alleged Misstatement.

> (i) *The Springfield Derailment Was the Materialization of a Known Risk and Did Not Correct Any Alleged Misstatement*

229. The economic evidence indicates that the Springfield Derailment did not correct any of Plaintiffs' Alleged Misstatements. Derailments occur frequently (*see* **Section VI**), and the fact that this specific derailment occurred does not reveal any specific information demonstrating that NS's safety practices were inconsistent with its representations. Instead, the economic evidence is consistent with the view that the Springfield Derailment was the materialization of a known and disclosed risk (as with the East Palestine Derailment and the

---

[471] Plaintiffs have alleged no additional Alleged Corrective Disclosure on March 7, 2023. The Complaint discusses additional news after the market closed on March 7, 2023 (namely, an NTSB investigation and an NS press release about an unrelated accident). Complaint, ¶¶ 547-548. These additional events are not listed in Plaintiffs' Motion for Class Certification, so I did not analyze them as Alleged Corrective Disclosures. Should Plaintiffs amend their allegations, I may evaluate these additional events.

Michigan Derailment).[472] As I discussed in **Section VI**, there were 92 NS derailments during the Proposed Class Period (including 88 before the East Palestine Derailment), and contemporaneous economic evidence indicates that analysts and market participants analyzed the risk of derailments.

230. Both market and analysts' commentary is consistent with the view that the Springfield Derailment was the materialization of a common and known risk. Media commentary indicated that derailments are common and analyzed possible regulatory risks from the Springfield Derailment. For example:

- *The Wall Street Journal*, **March 6, 2023**: "An official from the Association of American Railroads, an industry trade group, said **derailments are a relatively common cause of train accidents** with around a dozen reported so far this year. The trade group said that for all railroads, the derailment rate is down 31% since 2000."[473]

- *Barron's*, **March 6, 2023**: "A Norfolk Southern train derailed in Ohio over the weekend, the second in two months, and **investors are waiting to see whether expensive safety regulations are coming for the train industry**."[474] I note that this article is cited in the Complaint.[475]

---

[472] To the extent that Plaintiffs claim that the Springfield Derailment somehow revealed any additional information about the East Palestine Derailment, the evidence that I have seen indicates that the two derailments are unrelated. For example, the *Barron's* article cited in Plaintiffs' Complaint notes that the Springfield Derailment is: "unlike the derailment back in early February [*i.e.*, the East Palestine Derailment]," and that: "There was no hazardous materials or release of any chemicals detected" following the Springfield Derailment. Palumbo, Angela, "Another Norfolk Train Derailed in Ohio. What the Stock Market Fears Happens Next.," *Barron's*, March 6, 2023. *See* Complaint, ¶ 546. Similarly, a *Wall Street Journal* article published before the market opened on March 6, 2023 stated: "A Norfolk Southern official said on Sunday that the two derailments in Ohio [*i.e.*, the East Palestine Derailment and Springfield Derailment] were unrelated." Paris, Costas and Ginger Adams Otis, "Second Norfolk Southern Train Derailment in Ohio Prompts Investigations," *The Wall Street Journal*, March 6, 2023, available at https://www.wsj.com/articles/norfolk-southerns-second-ohio-derailment-is-under-investigation-d7a5b889.

[473] Paris, Costas and Ginger Adams Otis, "Second Norfolk Southern Train Derailment in Ohio Prompts Investigations," *The Wall Street Journal*, March 6, 2023, available at https://www.wsj.com/articles/norfolk-southerns-second-ohio-derailment-is-under-investigation-d7a5b889. Emphasis added.

[474] Palumbo, Angela, "Another Norfolk Train Derailed in Ohio. What the Stock Market Fears Happens Next.," *Barron's*, March 6, 2023, available at https://www.barrons.com/articles/norfolk-ohio-train-derailment-4663905e.

[475] *See* Complaint, ¶ 546.

231. Neither of these news articles discuss that the Springfield Derailment revealed any previously concealed NS safety information.[476] Instead, these news articles discuss the known risk of additional regulation.

232. Analysts' commentary is also consistent with the view that the Springfield Derailment did not "correct" any Alleged Misstatement and was instead the materialization of a known risk. I reviewed 13 analysts' reports published in the two weeks following the Springfield Derailment (*i.e.*, March 4 to March 18, 2023). *None* of these analysts' reports mentioned any of the Alleged Safety Misstatements. And *none* of these analysts' reports indicated that the Springfield Derailment had revealed new information about NS's safety practices, or that analysts had reevaluated their views of NS safety after the Springfield Derailment. In fact, a J.P. Morgan analysts' report published on March 15, 2023 explicitly stated that NS's safety practices were adequate:

- **J.P. Morgan, March 15, 2023**: "[T]he **safety culture at Norfolk does not appear impaired**."[477]

233. Only two of the 13 analysts' reports published in the two weeks after the Springfield Derailment mentioned the Springfield Derailment at all. Specifically, a March 13, 2023 Morgan Stanley report that stated that the Springfield Derailment was related to an industry-wide manufacturing issue with the train's wheels, and a March 15, 2023 Argus report that discussed the known risk of additional regulation:

- **Morgan Stanley, March 13, 2023**: "Following a cleaning of a separate derailment in Springfield, OH, **NSC determined an urgent safety issue related to a specific model of rail cars. The specific model and series had loose wheels**, which could lead to derailments. NSC then issued orders to remove these cars from service until their wheelsets could be replaced and **notified the manufacturer to alert the rest of**

---

[476] The Complaint cites a *CNBC* article published on March 6, 2023 that states that: "Norfolk Southern was planning to reduce train length in an effort to prevent future incidents." LaRocco, Lori Ann, "Norfolk Southern makes broad safety adjustments after third train derailment," *CNBC*, March 6, 2023, available at https://www.cnbc.com/2023/03/06/norfolk-southern-adjusts-train-safety-after-third-derailment.html?stream=top&msockid=0b48bc429f676ffe3402ab5d9ef26ee4. From an economic perspective, this *CNBC* article indicates that NS was making efforts to improve further its safety practices. This does not mean (nor does the *CNBC* article claim) that NS's adjustments revealed and concealed information in the Alleged Misstatements. No analysts' report that I have reviewed discussed this *CNBC* article or the claimed: "safety adjustments" therein.

[477] J.P. Morgan, "J.P. Morgan Industrials Conference Takeaways," March 15, 2023. Emphasis added.

**the railroad industry**."[478] I note that this analysts' report does not discuss any concealed information about NS's PSR implementation, and that none of the Alleged Misstatements relate to the models of NS's railcars.

- **Argus Research, March 15, 2023**: "Norfolk Southern has come under the withering eye of regulators and the U.S. Senate in the wake of two of its trains derailing in Ohio in February, along with a fatal collision involving a Norfolk Southern train and a dump truck."[479]

234.   Therefore, news and analysts' commentary indicates that the Springfield Derailment was the materialization of a known risk and does *not* reflect any price impact from the "correction" of the Alleged Safety Misstatements.

      (ii)   *The Six-Point Plan Was a Follow-On Effect of the East Palestine Derailment and Did Not Correct Any Alleged Misstatement*

235.   The NS Six-Point Plan also did not reveal any new information about NS's safety practices during the Proposed Class Period or correct the Alleged Safety Misstatements. Instead, the Six-Point Plan was an effort to *improve further* NS's safety practices after the Preliminary NTSB Report on the East Palestine Derailment that had been issued on February 23, 2023. As an initial matter, contemporaneous analysts' commentary indicated that the Preliminary NTSB Report was *positive* for NS (*see* **Section VII.A**). With respect to the Six-Point Plan itself, from an economic perspective, the specific safety improvements in that plan do not demonstrate that the general Alleged Safety Misstatements were false.

    a.   As I discussed in **Section III.A**, four of the points in the Six-Point Plan involved improving NS's HBD sensor network.[480] None of the Alleged Safety Misstatements directly relate to NS's HBD sensors.

---

[478]   Morgan Stanley, "Fast Lane: NSC Senate Hearings & New Safety Plan, UBER Freight Potential Spinoff, ARCB Tonnage Update & CHRW CEO Speculation," March 13, 2023. Emphasis added.

[479]   Argus, "Norfolk Southern Corp," March 15, 2023. Given that the Springfield Derailment was in March, it is unclear whether this report is discussing the Springfield Derailment at all or if the mention of two derailments in February is a mistake. I have included it here for completeness.

[480]   The four points related to HBD sensors were: (i) "evaluating the distance between hot bearing detectors [*i.e.*, wheel temperature sensors or 'HBDs'] […and] develop[ing] a plan to deploy additional detectors where practical; (ii) "working with manufacturers" on "next-generation hot bearing detectors;" (iii) "[w]ork[ing] with industry on practices for hot bearing detectors;" and (iv) "[d]eploy[ing] more acoustic bearing detectors […in addition] to the five already in service." The two points related to building upon NS's existing safety programs were:

128

b.    The fifth point was: "Accelerat[ing] [NS's] Digital Train Inspection Program," which: "uses machine vision and algorithms powered by artificial intelligence to identify defects and needed repairs much more effectively than traditional human inspection."[481] None of the Alleged Safety Misstatements directly relate to automation of NS track-side train inspections, or even mention inspections.

c.    The sixth point was: "join[ing] the Federal Railroad Administration's Confidential Close Call Reporting System (C3RS)."[482] NS had already announced that it would join C3RS four days earlier, on March 2, 2023 (along with six other railroad companies).[483] Moreover, the FRA only received approval to: "expand C3RS nationwide" in October 2022, and the relevant FRA committee did not meet until March 14, 2023.[484] Therefore, the evidence indicates that NS could not have joined C3RS earlier in the Proposed Class Period.

236.  Analysts' commentary is consistent with the view that the Six-Point Plan did not reveal any additional information about NS's prior safety practices or "correct" any Alleged Safety Misstatement. I reviewed the thirteen analysts' reports published between March 4, 2023 and two weeks of the Six-Point Plan (*i.e.*, March 4, 2023 to March 18, 2023). *None* of these analysts' reports indicated that the Six-Point Plan had revealed new information about NS's prior safety practices, or that analysts had reevaluated their views of NS safety after the Six-Point Plan. And *none* of these analysts' reports mentioned any of the Alleged Safety Misstatements. In fact, only four of these 13 analysts' reports mentioned the Six-Point Plan

---

(i) "[a]ccelerat[ing] our Digital Train Inspection program;" and (ii) "building upon [NS's] own long-standing Close Call Experience Program." 2023 NS Six-Point Plan Announcement.

[481]  2023 NS Six-Point Plan Announcement.

[482]  2023 NS Six-Point Plan Announcement.

[483]  2023 NS Six-Point Plan Announcement.

[484]  *See* "Confidential Close Call Reporting System – C3RS: FAQs," Federal Railroad Administration, available at https://railroads.dot.gov/railroad-safety/partnerships-programs/faqs ("In late 2022, FRA proposed and received approval through the Railroad Safety Advisory Committee (RSAC) to expand C3RS nationwide"); "Railroad Safety Advisory Committee Task Statement: Confidential Close Call Reporting System," Federal Railroad Administration, October 17, 2022, available at https://rsac.fra.dot.gov/tasks.; "Minutes of 65th Meeting of the Railroad Safety Advisory Committee (RSAC)," Federal Railroad Administration, October 26, 2023, available at https://rsac.fra.dot.gov/radcms.rsac/File/DownloadFile?id=910. ("Update from the Confidential Close Call Reporting Systems (C3RS) Working Group [...] The Working Group had a kickoff meeting on March 14, 2023").

*at all*. One of these analysts merely repeated the news that NS had announced the Six-Point Plan,[485] while the other explicitly discussed that NS's "safety culture" was not "impaired":

- **J.P. Morgan, March 15, 2023**: "**While the safety culture at Norfolk does not appear impaired**, the recent derailment has placed more emphasis on safety, **which NS is addressing** with its new six-point plan."[486]

237. As I discussed above, neither these nor any other analysts' reports discussed that the Six-Point Plan had revealed any additional information about NS's safety.

238. To summarize, the economic evidence is *not* consistent with the view that the Springfield Derailment or Six-Point Plan changed the market's view of NS's operational safety or "corrected" any Alleged Misstatement. Instead, the evidence indicates that the Springfield Derailment was the materialization of a known risk of derailments, and the Six-Point Plan was a follow-on response to the East Palestine Derailment that did not reveal anything about NS's prior safety practices. Accordingly, NS's stock price declines on March 6 and 7, 2023 are not reliable measures of any "inflation" or price impact associated with the Alleged Misstatements.[487]

### 5. October 25, 2023: NS Q3 2023 Financial Results

239. Plaintiffs' Proposed Class Period ends on March 3, 2023.[488] However, the Complaint appears to allege October 25, 2023, more than seven months later, as an Alleged Corrective Disclosure.[489] On October 25, 2023, NS released its Q3 2023 financial results before the market opened (the "NS October Earnings Release").[490] This was the third NS earnings

---

[485] *See* Morgan Stanley, "Fast Lane: NSC Senate Hearings & New Safety Plan, UBER Freight Potential Spinoff, ARCB Tonnage Update & CHRW CEO Speculation," March 13, 2023 ("Beginning immediately, NSC will implement the following initiatives: 1) Enhance the hot bearing detector network; 2) Pilot next-generation hot bearing detectors; 3) Work with rail peers on practices for hot bearing detectors; 4) Deploy more acoustic bearing detectors; 5) Accelerate their Digital Train Inspection program; 6) Support a strong safety culture (by joining the Federal Railroad Administration's Confidential Close Call Reporting System[)]").

[486] J.P. Morgan, "J.P. Morgan Industrials Conference Takeaways," March 15, 2023. Emphasis added.

[487] Further, as I noted, the stock price decline on February 14 was not statistically distinguishable from zero.

[488] Complaint, p. 1.

[489] Complaint, ¶¶ 551-552. I note that Dr. Cain does not mention October 25, 2023 as an Alleged Corrective Disclosure in the Cain Report.

[490] *See* "Norfolk Southern to announce Q3 2023 earnings results on October 25, 2023," Norfolk Southern, September 29, 2023, available at https://www.norfolksouthern.com/en/newsroom/news-archive/2023/norfolk-

release after the East Palestine Derailment. NS's Q3 2023 financial results included an additional $163 million charge for the costs of the East Palestine Derailment (the "Q3 East Palestine Charge").[491] NS's Q3 2023 financial results also stated that NS's railway operating revenues had decreased by 11 percent year-on-year, and that income from railway operations had decreased by 28 percent year-on-year (after adjusting for the East Palestine Derailment charge).[492] Between the market close on October 24, 2023 and the market close on October 25, 2023, NS's stock price declined by $10.45, or 5.3 percent.[493] Plaintiffs claim that the NS October Earnings Release: "reveal[ed] that Defendants engaged in a fraudulent scheme and misrepresented and concealed material facts concerning the safety of Norfolk's operations."[494]

240.   The NS October Earnings Release was not the first time NS had disclosed a charge related to the East Palestine Derailment. In particular, NS released its Q1 2023 financial results on April 26, 2023, over 7 weeks after the end of the Proposed Class Period, which included an "initial" $387 million charge for the costs of the East Palestine Derailment (this is not an Alleged Corrective Disclosure).[495] Three months later on July 27, 2023, NS released its Q2 2023 financial results, which included an additional $416 million charge for the costs of the East Palestine Derailment (this is also not an Alleged Corrective Disclosure).[496] Both of

southern-to-announce-q3-2023-earnings-results-on-october-25-2023 ("Norfolk Southern Corporation (NYSE: NSC) will announce its third quarter financial results during a live conference call and internet webcast at 8:45 a.m. ET on Wednesday, October 25, 2023.").

[491]   *See* "Norfolk Southern reports third quarter 2023 results," Norfolk Southern, October 25, 2023, available at https://norfolksouthern.investorroom.com/2023-10-25-Norfolk-Southern-reports-third-quarter-2023-results ("These results include a $163 million charge associated with the incident in Eastern Ohio").

[492]   *See* "Norfolk Southern reports third quarter 2023 results," Norfolk Southern, October 25, 2023, available at https://norfolksouthern.investorroom.com/2023-10-25-Norfolk-Southern-reports-third-quarter-2023-results

[493]   *See* Complaint, ¶ 552. Calculation: -5.3 percent = ($185.79 - $196.24) / $196.24.

[494]   Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel and Supporting Memorandum of Law, *Bucks County Employees Retirement System v. Norfolk Southern Corporation, James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn*, Civil Action No. 1:23-cv-04175-SDG, United States District Court for the Northern District of Georgia, February 27, 2026 ("Plaintiffs' Motion for Class Certification"), p. 10.

[495]   *See* "Norfolk Southern reports first quarter 2023 results," Norfolk Southern, April 26, 2023, available at https://stage.investorroom.com/nscorp/2023-04-26-Norfolk-Southern-reports-first-quarter-2023-results ("These results include an initial $387 million charge associated with the incident in Eastern Ohio").

[496]   "Norfolk Southern reports second quarter 2023 results," Norfolk Southern, July 27, 2023, available at https://norfolksouthern.investorroom.com/2023-07-27-Norfolk-Southern-reports-second-quarter-2023-results

these amounts were more than double the charge announced as part of the NS October Earnings Release. It is unclear what in particular is alleged to be corrective about this particular disclosure that occurs so long after the end of the Proposed Class Period.[497]

(a)    *Quantitative Analysis of Price Reaction*

241.    The Cain Event Study indicates that there was a statistically significant NS stock price decline of $10.01 on October 25, 2023 (adjusted for market and industry factors).[498] But as I detail below, there is no economic basis to attribute NS's stock price decline on October 25, 2023 to the "correction" of any Alleged Safety Misstatement. Instead, contemporaneous market participants attributed this decline to other news.

(b)    *Qualitative Analysis: There Is No Economic Evidence That NS's Q3 2023 Financial Results Corrected Any Alleged Misstatement*

242.    I have not seen any economic evidence that the NS October Earnings Release "corrected" any Alleged Safety Misstatement. Contemporaneous analysts' reports and media commentary indicate that the $163 million Q3 East Palestine Charge was in line with expectations (and in fact viewed as a *positive*), and attribute NS's stock price decline on October 25, 2023 to higher NS operating costs unrelated to the East Palestine Derailment. In addition, the NS October Earnings Release included no new information about NS's safety practices.

(i)    *Contemporaneous Analysts' Commentary Indicates That the Q3 East Palestine Charge Was in Line with Market Expectations*

243.    From an economic perspective, the $163 million Q3 East Palestine Charge was the materialization of a known risk of environmental clean-up costs. Moreover, contemporaneous analysts' commentary indicates that the Q3 East Palestine Charge was

---

("These results include a $416 million charge associated with the ongoing response to the incident in Eastern Ohio").

[497]    I discuss in **Section IX.B** how atypical it is to have an alleged corrective disclosure so long after the Proposed Class Period.

[498]    The backup materials to the Cain Report only report event study results up to March 3, 2023. I extended the Cain Event Study using Dr. Cain's code and methodology. See **Exhibit 7**. This result is consistent with my own event study (see **Appendix D.3**).

132

consistent with prior expectations, and was in fact viewed as a modest *positive* (*i.e.*, lower than expected). *No* analysts' report published after October 25, 2023 stated that the Q3 East Palestine Charge had led them to reevaluate their views on NS's safety practices. Therefore, from an economic perspective I see no reason to attribute NS's stock price decline on October 25, 2023 to the "correction" of any Alleged Safety Misstatements.

244. First, the economic evidence is consistent with the view that the market expected additional East Palestine charges and costs *before* the NS October Earnings Release, such that the Q3 East Palestine Charge was the materialization of a known risk. For example, analysts' commentary after NS's Q1 and Q2 2023 earnings releases and *before* the NS October Earnings Release indicated that the mark*et al*ready expected additional East Palestine charges and costs:

- **J.P. Morgan, April 26, 2023**: "East Palestine unable to be ring fenced this early in the process […] **Norfolk will likely provide quarterly updates on further claims** and insurance recoveries."[499]

- **TD Securities, July 27, 2023**: "Derailment costs will continue to accrue over 2H."[500]

245. In addition, on NS's July 27, 2023 earnings call—*three months* before the NS October Earnings Release—NS management warned that East Palestine cleanup costs would last into Q3 2023:

- **NS Q2 2023 earnings call, July 27, 2023**: "Q. Now that you've had a little more time to digest the aftermath of the accident, do you have a better sense of when we might know the final kind of financial impact here? Kind of is that a 3Q event? […] A. Sure. I mean, this is going to take a little bit more time. The way to look at this, Ravi, is as we've entered Q2, we've got a lot more visibility now than we did in Q1. **And our current estimates assume that the cleanup activity continues into October** […] So that's going to take some time to play out. And we're probably talking quarters, not months."[501]

246. The economic evidence *after* the NS October Earnings Release is also consistent with the view that Q3 East Palestine Charge was the materialization of a known risk. In particular,

---

[499]  J.P. Morgan, "Highlights from Calls with Management, Case to Turn Constructive Starting to Take Shape," April 26, 2023.

[500]  TD Securities, "2H Hopes Pinned on Volume Improvement," July 27, 2023.

[501]  Norfolk Southern, Q2 2023 Earnings Call Transcript, July 27, 2023.

analysts' commentary after October 25, 2023 indicated that the Q3 East Palestine Charge was in line with expectations or even a modest *positive*:

- **J.P. Morgan, October 25, 2023**: "The slower pace of **East Palestine environment and legal expense accruals is a modest positive** […] We believe the focal point for the call today will be on the cadence of operating costs."[502]

- **Morningstar, October 25, 2023**: "Excluding East Palestine, or EP, environmental remediation costs/accruals, Norfolk's adjusted operating ratio (expenses/revenue) deteriorated to 69.1%, from 59.8% a year ago—worse than our forecast and worse than other rails […] Note that **company-estimated EP-derailment accruals for legal and environmental remediation aren't deviating materially from what we've already baked into our model** when assuming eventual insurance recoveries."[503]

- **Baird, October 25, 2023**: "Tougher quarter **as expected. […] Market expectations were lower** given the lingering impact from East Palestine costs."[504]

247. *No* report published after October 25, 2023 stated that the Q3 East Palestine Charge was larger than expected. Specifically, 44 analysts' reports were published in the two weeks after October 25, 2023 (*i.e.*, October 25 to November 8, 2023). 25 analysts' reports did not *even mention* the $163 million Q3 East Palestine Charge, 3 stated that the Q3 East Palestine Charge was either a positive outcome or in line with expectations,[505] and the rest simply restated the amount of the Q3 East Palestine Charge.

248. Moreover, *none* of the reports published in the two weeks after October 25, 2023 mentioned the Alleged Safety Misstatements. And *none* indicated that the Q3 East Palestine Charge had revealed new information about NS's prior safety practices, or that analysts had reevaluated their views of NS safety after the Q3 East Palestine Charge.

---

[502]  J.P. Morgan, "First Look at 3Q23 Earnings," October 25, 2023. Emphasis added.

[503]  Morningstar, "Norfolk Southern Earnings: Anemic Volumes and Cost Inefficiencies Persist, but Trends Likely Bottomed," October 25, 2023. Emphasis added.

[504]  Baird, "Q323 Initial Look: Tougher Quarter as Expected," October 25, 2023. Emphasis added.

[505]  Two analysts' reports stated that the Q3 East Palestine Charge was in line with expectations. *See*, *e.g.*, Morningstar, "Norfolk Southern Corp. NSC: Soft Intermodal, Derailment Outflows, and Wage Inflation Present Near-Term Challenges for Norfolk," November 1, 2023 ("Note that company-estimated derailment accruals for legal and environmental remediation aren't deviating materially from what we've already baked into our model."). A J.P. Morgan report characterized the "slower pace of East Palestine environmental and legal expense accruals" as a "modest positive." *See* J.P. Morgan, "First Look at 3Q23 Earnings," October 25, 2023. *None* of the 19 analysts' reports stated that the Q3 East Palestine Charge was larger than expected (*see* **Table 7**).

134

249. Therefore, qualitative economic evidence is not consistent with the view that the Q3 East Palestine Charge "corrected" any Alleged Misstatement. Instead, the evidence shows that the Q3 East Palestine Charge was consistent with prior expectations.

> (ii) *Contemporaneous Analysts' and Market Commentary Indicates That NS's Stock Price Decline on October 25, 2023 Was Due to Higher-Than-Expected Operating Costs Unrelated to the East Palestine Derailment*

250. Contemporaneous analysts' and market commentary instead attributed NS's stock price decline on October 25, 2023 to higher-than-expected operating costs unrelated to the East Palestine Derailment.[506] In particular, analysts' commentary attributed NS's poor performance to a higher operating ratio (a measure of railroad costs), higher operating costs, lower margins, and the risk of weaker freight demand. For example:

- **Goldman Sachs, October 25, 2023**: "[T]he shares are under pressure, likely due in-part to the **worse-than-expected OR [operating ratio] in addition to perhaps less/slower cost takeout than forecast** separate from a step-up in volumes."[507]

- **Wells Fargo, October 25, 2023**: "3Q23's results disappointed as the receding service costs will be replaced with **'resiliency' investments, which we view as increasing the latent capacity and elevating cost base**. The move doubles down on NS's decision to carrying additional capacity and its cost."[508] This analysts' report did not mention the $163 million East Palestine charge.

---

[506] Some of these costs were related to NS's "resilience" investments. I note that these investments had been announced before the Proposed Class Period started. On June 4, 2019, NS announced an operating plan and capital expenditure program (TOP21) that would: "make our railroad more resilient." On June 27, 2022, NS announced another operating plan and capital expenditure program (TOP SPG) that NS's CEO described as including: "resilience." *See* "Norfolk Southern prepares to roll out TOP21 precision scheduled railroading operating plan," Norfolk Southern, June 4, 2019, available at https://www.norfolksouthern.com/en/newsroom/news-archive/2019/norfolk-southern-prepares-to-roll-out-top21-precision-scheduled-railroading-operating-plan; "Launching our new customer-centric operating plan: TOP|SPG," Norfolk Southern, June 27, 2022, available at https://www.norfolksouthern.com/en/newsroom/story-yard/launching-our-new-customer-centric-operating-plan-top-spg; Luczak, Marybeth, "NS: 'A Franchise Built for Growth' Says Shaw," *Railway Age*, December 8, 2022, available at https://www.railwayage.com/freight/class-i/ns-a-franchise-built-for-growth-says-shaw/ ("[NS] is now taking the next step with its new TOP | SPG, PSR-based operating plan, which [NS CEO] Shaw said 'balances service, productivity and growth.' […] How will that be achieved? Shaw said NS will 'deliver a reliable and resilient service product that allows us to pursue smart and sustainable growth.'").

[507] Goldman Sachs, "Norfolk Southern Corp. (NSC): 3Q23 Adj EPS Falls Short; Tough Quarter For Margin," October 25, 2023. Emphasis added.

[508] Wells Fargo, "NSC: Service Weighs on Results; Drives 3Q Miss," October 25, 2023. Emphasis added.

- **TD Securities, October 25, 2023**: "**Costs were front and center on the call today as NSC's OR [operating ratio] recovery pathway remains top of mind**. NSC believes 3Q OR is a trough as service-related costs from the two recent tech system outages (unrelated and not cyberattacks per mgmt.) should begin to moderate going forward."[509]

- **Loop Capital, October 25, 2023**: "The company, at its December 2022 Investor Day, finally declared ENOUGH IS ENOUGH on inconsistent service and has a reconstituted operating team and new strategies to make itself a dependable and resilient conveyor belt across the eastern United States. **What Wall Street doesn't want to face is the fact that it's probably a five-year project** to get the resources aligned."[510]

251.  Of the 44 analysts' reports published in the two weeks after October 25, 2023, 41 mentioned increases in NS's operating ratio (a measure of railroad operating costs), increases in NS's costs or lower margins, or weaker freight demand.[511] Similarly, I note that the *Wall Street Journal* article discussed in the Complaint attributes NS's stock price decline on October 25, 2023 to higher-than-expected operating costs:

- ***The Wall Street Journal*, October 25, 2023**: "Shares of Norfolk Southern are down more than 4% Wednesday **after its third-quarter earnings showed that the railroad operator is still incurring higher costs than its peers amid an industry-wide freight slowdown** […] Even after stripping off the one-off costs, analysts noted that Norfolk Southern's profit margins still lagged its peers by around 500 to 600 basis points."[512] I note that the Complaint cites this article.[513]

252.  **Table 7** summarizes my review of contemporaneous analysts' commentary following the NS October Earnings Release.

---

[509]  TD Securities, "Cost Challenges Persist at NSC," October 25, 2023. Emphasis added.

[510]  Loop Capital, "Norfolk Southern Q3 Results," October 25, 2023. Emphasis added.

[511]  *See*, *e.g.*, RBC, "Service costs and resiliency investments to weigh on margins and sentiment," October 25, 2023 ("Q3 volumes were down -2% y/y reflecting lower Intermodal carloads driven by weak consumer demand and loose truck capacity as well as lower Coal volumes due to weak utility demand."). The three analysts' reports published during this period that do not explicitly reference increasing costs, lower margins, or weakening demand were issued by Stock Traders Daily. These three Stock Traders Daily analysts' reports only provide an NS stock rating and do not contain any commentary. *See*, *e.g.*, Stock Traders Daily, "NSC Trading Report," October 25, 2023.

[512]  Fung, Esther, "Norfolk Southern Stock Falls as Operations Issues Weigh on Business," *The Wall Street Journal*, October 25, 2023, available at https://www.wsj.com/livecoverage/stock-market-today-dow-jones-10-25-2023/card/norfolk-southern-stock-falls-as-operations-issues-weigh-on-business-B9IUh04NPWGXgQ38ZBg5. Emphasis added.

[513]  Complaint, ¶ 552.

253. To summarize, I have not seen any economic evidence that the NS October Earnings Release "corrected" any Alleged Safety Misstatement. The economic evidence instead indicates that NS's stock price decline on October 25, 2023 was due to other news. Therefore, NS's stock price decline on October 25, 2023 is not a reliable measure of any "inflation" or price impact associated with the Alleged Misstatements.

**Table 7: Summary of Analyst Discussion in the Two Weeks Following the
NS October Earnings Release**
*October 25, 2023 to November 8, 2023*

|  | Analysts' Reports That… | Number |
|---|---|---|
| [1] | (Total Number) | 44 |
| [2] | Mention NS Operating Ratio (OR), NS Costs/Margins, or Weak Freight Demand | 41 |
| [3] | Mention $163m East Palestine Charge *at all* | 19 |
| [4] | Discuss that $163m East Palestine Charge Revealed Safety Information | 0 |

## VIII.    THERE WAS NO PRICE DECLINE (OR CORRECTION) ASSOCIATED WITH THE ALLEGED VENT-AND-BURN MISSTATEMENTS

254. I understand that Plaintiffs claim that after the East Palestine Derailment: "the price of Norfolk Southern stock remained inflated, including because Defendants continued to mislead the market by falsely claiming that the vent-and-burn had been necessary to 'prevent' the VCM rail cars' explosion."[514] There is no economic basis for claiming any price inflation or price impact from the Alleged Vent-and-Burn Misstatements.

255. The Alleged Vent-and-Burn Misstatements were made on Sunday, February 5 and Monday, February 6, 2023 (*see* **Section III**). I have already shown above that there was no statistically significant stock price reaction on February 6 or February 7, 2023 (*see* **Table 3**). However, to fully assess whether there was any price impact associated with Alleged Vent-and-Burn Misstatements, one must assess back-end price impact when those Alleged Misstatements were allegedly corrected.

---

[514]    Complaint, ¶ 517.

137

256. But I have seen no evidence that the Alleged Vent-and-Burn Misstatements were *ever* corrected during the Proposed Class Period or on the date of any Alleged Corrective Disclosure. None of Plaintiffs' Alleged Corrective Disclosures indicated that the Vent-and-Burn might not have been necessary. Nor did any analysts' report that I have seen published during the Proposed Class Period suggest that the Vent-and-Burn may not have been necessary.

257. Consistent with this finding, I note that the Complaint itself does not identify any alleged "correction" of the Alleged Vent-and-Burn Misstatements during the Proposed Class Period. The Complaint identifies certain events on March 6 and 7, 2024—over *one year after* the end of the Proposed Class Period—on which individuals offered opinions suggesting (with the benefit of hindsight) that the Vent-and-Burn may not have been necessary.[515] I note that subsequent news commentary in June 2024 indicated that NS continued to maintain that the Vent-and-Burn was appropriate. For example, according to a June 25, 2024 *New York Times* article, an NS spokesperson stated that: "the decision to vent and burn was not based solely on the belief that the dangerous chemical reaction might be occurring, noting that the tank cars were damaged and that gauges on the cars seemed to show that pressure was increasing. 'The vent and burn effectively avoided a potential uncontrolled explosion.'"[516]

258. From an economic perspective, the starting point for evaluating the price impact of any alleged misstatement is the stock price decline following an appropriate alleged corrective disclosure. Because none of the Alleged Corrective Disclosures corrected the Alleged Vent-and-Burn Misstatements, there is no accompanying stock price decline to evaluate. Therefore, there is no economic basis for evaluating or claiming any price inflation or price impact from the Alleged Vent-and-Burn Misstatements.

---

[515] *See* Complaint, ¶¶ 366-367.

[516] Eavis, Peter, *et al*., "Safety Agency Faults Norfolk Southern for 'Vent and Burn' After 2023 Derailment," *The New York Times*, June 25, 2024, available at https://www.nytimes.com/2024/06/25/us/politics/norfolk-southern-ntsb-vent-and-burn.html.

IX.    THE PROPOSED CLASS PERIOD IS ARBITRARY AND FAILS TO DEFINE A CLASS COMPOSED OF SIMILARLY SITUATED MEMBERS

A.    The End of the Proposed Class Period is Arbitrary

259.    NS's abnormal stock price decline on February 6, 2023, following the East Palestine Derailment, was not statistically different from zero, and the economic evidence indicates that the East Palestine Derailment did not "correct" any Alleged Misstatement (*see* **Section VII.A**). Nonetheless, even if the East Palestine Derailment had revealed something new to investors about the Alleged Safety Misstatements, there is no economic evidence that would support extending the Proposed Class Period past February 3. In particular, from an economic perspective: (i) Proposed Class Members who bought NS stock following the East Palestine Derailment relied on a different set of information than those who bought beforehand; (ii) the final Alleged Corrective Disclosure does not correct any Alleged Misstatement or provide any new information about the East Palestine Derailment; and (iii) the other Alleged Corrective Disclosures following the East Palestine Derailment also do not correct any Alleged Misstatement.

*1.    Proposed Class Members Who Bought NS Stock After the East Palestine Derailment Are Differently Situated Than Those Who Bought Beforehand*

260.    As I discussed above, there was extensive information available about NS's safety practices, and the economic evidence does not support Plaintiffs' claim that any of the Alleged Corrective Disclosures "corrected" any of the Alleged Misstatements. However, even if the East Palestine Derailment revealed some incremental information about safety that corrected any Alleged Misstatement, Proposed Class Members who bought NS stock before and after the East Palestine Derailment relied on different sets of information.

261.    Proposed Class Members who bought NS stock *before* the East Palestine Derailment were allegedly misled about the safety of NS's operations by the Alleged Safety Misstatements. NS made the last Alleged Safety Misstatement on February 3, 2023 (though as I discussed in **Section V.D**, NS later repeated almost the exact same statement in 2024 and 2025).

262.    By contrast, after February 3, 2023, the East Palestine Derailment had already happened. Even if investors did somehow misperceive Norfolk Southern's safety practices before the East Palestine Derailment, despite all of the earlier derailments and all of the other available

139

safety information (*see* **Section V**), there is no economic evidence that there was anything left to correct about the Alleged Safety Misstatements that was ultimately fully corrected by the later Alleged Corrective Disclosures. Therefore, even if the East Palestine Derailment corrected a misstatement and had price impact,[517] Proposed Class Members who bought NS stock *after* the East Palestine Derailment had a different set of information with which to price in the follow-on consequences to the derailment (*e.g.*, the EPA letter and politicians' statements) and were thus differently situated.

263.  Contemporaneous analysts' commentary indicates that the market did price in these risks. For example, a J.P. Morgan analysts' report published on February 6, 2023 (immediately after the East Palestine Derailment) stated: "We believe NSC is underperforming the U.S. rails (-160bps) on this news given the uncertain outcome and high profile headlines."[518] Therefore, even if (as Plaintiffs allege) the East Palestine Derailment revealed that NS's safety practices were deficient,[519] Proposed Class Members who bought NS stock *after* the East Palestine Derailment were differently situated to price this risk from Proposed Class Members who bought NS stock *beforehand*.

264.  The Alleged Vent-and-Burn Misstatements also illustrate the fundamental differences between Proposed Class Members who bought NS stock before and after the East Palestine Derailment. Plaintiffs allege that the Alleged Vent-and-Burn Misstatements maintained inflation following the East Palestine Derailment.[520] But the Alleged Vent-and-Burn Misstatements relate only to NS's handling of the specific East Palestine Derailment, and NS could not have disclosed anything about the "vent-and-burn" before it happened. Therefore, from an economic perspective, it would have been impossible for the Alleged Vent-and-Burn Misstatements to have been corrected (or even to have been made) before

---

[517]  As I discussed throughout my report, the economic evidence does not support a finding of price impact.

[518]  J.P. Morgan, "Norfolk Southern: Initial View and FAQs on Ohio Derailment," February 6, 2023. I note that the Complaint also references this analysts' report.

[519]  *See*, *e.g.*, Complaint, ¶ 517 (describing the East Palestine Derailment: "partially revealed Norfolk Southern's prioritization of efficiency and profits to the detriment of safety.").

[520]  *See* Cain Report, ¶¶ 19 ("The Complaint alleges that Defendants made additional false or misleading statements or omissions relating to the February 6, 2023 vent and burn."), 517 ("the price of Norfolk Southern stock remained inflated, including because Defendants continued to mislead the market by falsely claiming that the vent and burn had been necessary to 'prevent' the VCM rail cars' explosion.").

February 6, 2023. Thus, Proposed Class Members who bought NS stock *before* the East Palestine Derailment could not have been misled by the Alleged Vent-and-Burn Misstatements.

265. To summarize, from an economic perspective, Proposed Class Members who bought NS stock *before* and *after* the East Palestine derailment relied on different sets of information. Even accepting Plaintiffs' theory, those who bought *after* had a different set of information with which to price in follow-on effects and/or NS safety risks.

### 2. The Alleged Corrective Disclosure Which Ends the Proposed Class Period Is Arbitrary and Does Not "Correct" Any Alleged Misstatement

266. In a typical securities class action matter, the class period ends once the alleged truth is fully revealed, such that security prices during the class period were artificially inflated and prices after the class period were not (*see* **Section IV.A**). As such, investors that purchase the security during the class period are alleged to have purchased at an artificially inflated price. And investors who hold the security through the alleged revelation of the truth, when some or all of the inflation is removed from the price, are alleged to have been damaged. On the other hand, those that purchase after the class period, when the alleged truth is known, do not purchase at an inflated price and are undamaged.

267. The Proposed Class Period in this matter ends on March 3, 2023, the trading day before the Springfield Derailment and the announcement of the Six-Point Plan. Plaintiffs have not explained how these disclosures fully revealed any alleged truth.[521]

268. As I discussed in **Section VII.B.4**, these disclosures did not "correct" any Alleged Misstatement or reveal any new information about the East Palestine Derailment. Moreover, in light of the fact that derailments were a common and known risk throughout the Proposed Class Period, the choice of the Springfield Derailment to end the Proposed Class Period is arbitrary. As I discussed in **Section VI**, there were 88 NS derailments during the Proposed Class Period *before* the East Palestine Derailment (including 22 NS derailments with at least 20 hazmat cars and 22 NS derailments with a reported total cost of at least $1 million). There

---

[521] Oddly, even Plaintiffs do not seem to believe this point, as they allege another corrective disclosure on October 25, 2023, over seven months after the end of the Proposed Class Period. I discuss this anomaly below.

were then three *other* NS derailments between the East Palestine Derailment and the Springfield Derailment. And there were nine *additional* NS derailments after the Springfield Derailment and before October 25, 2023 (the date of the final Alleged Corrective Disclosure; *see* **Exhibit 4**). I see no economic reason why the Springfield Derailment, and not any of these other NS derailments earlier in the Proposed Class Period, would somehow "correct" the Alleged Safety Misstatements.

### 3. None of the Other Alleged Corrective Disclosures Following the East Palestine Derailment "Correct" Any Alleged Misstatement

269. The Alleged Corrective Disclosures after the East Palestine Derailment but before the March 2023 disclosures discussed above also do not "correct" any of Plaintiffs' Alleged Misstatements. As I discussed in **Section VII**, these other Alleged Corrective Disclosures did not include any specific new information about NS's safety practices. Furthermore, as discussed in **Section VIII**, none of the Alleged Corrective Disclosures corrected the Alleged Vent-and-Burn Misstatements either. To the extent there was any new information in the Alleged Corrective Disclosures at all, they were materializations of known risks and did not correct the Alleged Safety Misstatements.[522] Therefore, even if the East Palestine Derailment itself somehow "corrected" the Alleged Safety Misstatements, there is no economic evidence that the Proposed Class Period should continue past February 3, 2023.

### B. The October 25, 2023 Alleged Corrective Disclosure Is Not Consistent with the Proposed Class Period Ending on March 3, 2023

270. As I discussed in **Section VII.B.5**, the economic evidence indicates that NS's stock price decline after the last Alleged Corrective Disclosure on October 25, 2023 (the "October Disclosure") is not a reliable measure of any price impact from the Alleged Misstatements. Nonetheless, even if NS's abnormal stock price decline on October 25 is a measure of the price impact of the Alleged Misstatements, including this decline as "inflation" during the Proposed Class Period is not consistent with fundamental economics. This is because the

---

[522] Even if the Alleged Safety Misstatements somehow misled investors about the potential risk of a derailment, by the time these additional Alleged Corrective Disclosures occurred, the East Palestine Derailment had already happened. Therefore, from an economic perspective, the market knew the risk by the time of these other Alleged Corrective Disclosures.

October Disclosure is over *seven months after* the end of the Proposed Class Period on March 3, 2023.

271. The economic logic of a securities fraud case is that investors who bought stock during the class period paid a price that was "inflated" by information in the alleged misstatements, and that the alleged corrective disclosures corrected this information (*see* **Section IV.A**). Any investor who bought after the end of the class period is not part of the class, since all of the information in the alleged misstatements was already corrected.

272. Plaintiffs' Proposed Class Period is not consistent with this economic logic. The Proposed Class Period simultaneously assumes that: (i) all information in the Alleged Misstatements was corrected by March 3, 2023; yet (ii) the market learned additional corrective information seven months later. Under Plaintiffs' theory, investors who bought NS stock in April 2023 would not be damaged *at all*, since those purchases were after the end of the Proposed Class Period on March 3, 2023, even if they held through the October 2023 price decline. On the other hand, investors who bought NS stock in February 2023 and held until October 2023 *would* be damaged by the price decline in October 2023. In addition, under Plaintiffs' theory, an investor who purchased with a given amount of inflation and sold NS stock between March 4, 2023 (*i.e.*, the first day after the Proposed Class Period) and October 25, 2023 would have *lower* damages than an investor who purchased with the same amount of inflation and waited to sell until after October 25, 2023, even though both investors sold after the end of the Proposed Class Period. This result is economically nonsensical and further illustrates the arbitrariness of the Proposed Class Period.

Glenn Hubbard

## Exhibit 1: Summary of Alleged Misstatements

| | Event Date | Group | Plaintiff Category[A] | Alleged Misstatement[1] | Cain Est. Abnormal Return($)[B] | p-value[B][2] | Statistically Significant Increase?[3] | Complaint Citation[C] |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alleged Safety Misstatements** | | | | |
| [1] | 10/28/2020 | General | Norfolk Southern's Safe Implementation of PSR Principles | Recognizing Norfolk Southern employees' "dedication to operating this railroad as *efficiently and safely* as possible while continuing to deliver for our customers during these unprecedented times." | $0.48 | 0.77 | No | ¶ 407 |
| [2] | 1/27/2021 | General | Norfolk Southern's Safe Implementation of PSR Principles | "During a year of unprecedented market disruption and uncertainty, *the Norfolk Southern team delivered record productivity levels while providing safe and reliable freight solutions* for our customers[.]" | $7.48 | 0.00*** | Yes | ¶ 408 |
| [3] | 1/27/2021 | Program-Related | Norfolk Southern's Safe Implementation of PSR Principles | "During the fourth quarter, we saw volumes continue their climb from pandemic induced lows earlier in the year. So the mission of the operating team was handling more business while reducing resources and improving productivity. Our push for efficiency led to record train weight and record train length in the quarter. These larger trains, combined with our strategy of better matching train size and locomotive horsepower, drove us to record fuel efficiency and enabled us to get the job done with a smaller workforce and a record low count of locomotives. I also have to thank the people that make up our operations team and all crafts. We achieved these records due to their hard work and *most importantly, we did so safely*." | $7.48 | 0.00*** | Yes | ¶ 409 |
| [4] | 3/31/2021 | General | Norfolk Southern's Safe Implementation of PSR Principles | "The Board is committed to *safety as a core value of Norfolk Southern, and we review safety topics regularly*. To allow us to delve into the topic on a deeper level and enhance our oversight of the *Corporation's commitment to safety*, we formed a standing Safety Committee in 2020 to review, monitor, and evaluate the Corporation's compliance with safety programs and practices." | -$3.69 | 0.07* | No | ¶ 410 |
| [5] | 3/31/2021 | General | Norfolk Southern's Safe Implementation of PSR Principles | "*Safety is a way of life at Norfolk Southern, extending beyond our rail operations and into the communities where we live and work*. This commitment is reflected by the Board establishing a Safety Committee." | -$3.69 | 0.07* | No | ¶ 411 |

## Exhibit 1: Summary of Alleged Misstatements

| | Event Date | Group | Plaintiff Category[A] | Alleged Misstatement[1] | Cain Est. Abnormal Return($)[B] | p-value[B][2] | Statistically Significant Increase?[3] | Complaint Citation[C] |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alleged Safety Misstatements** | | | | |
| [6] | 5/13/2021 | General | Norfolk Southern's Safe Implementation of PSR Principles | "Thanks to the tireless efforts of [Norfolk Southern's] field employees and the dedication of our entire NS team *we have continued operating safely and reliably throughout the COVID-19 pandemic*. Despite inherent challenges, we've advanced our long-term strategic goals to build a faster, more efficient and technologically innovative railroad. We've reduced our company's resource needs, exercise[d] strong financial discipline and achieved consistent operating ratio improvement. We're now accelerating our implementation of precision scheduled railroading principles to drive the productivity and efficiency of our organization even further, helping us better serve customers, support growth and drive long-term value." | $0.96 | 0.58 | No | ¶ 412 |
| [7] | 5/13/2021 | General | Norfolk Southern's Safe Implementation of PSR Principles | "And I want to recognize these employees for their dedication to operating this railroad *as efficiently and safely as possible* over the unprecedented times in the past year, while at the same time, delivering for our customers and our country."[4] | $0.96 | 0.58 | No | ¶ 413 |
| [8] | 3/31/2022 | General | Norfolk Southern's Safe Implementation of PSR Principles | "*The Board is committed to safety as a core value of Norfolk Southern*, and we continue to use our Safety Committee to consider safety topics regularly." | -$4.07 | 0.06* | No | ¶ 414 |
| [9] | 3/31/2022 | General | Norfolk Southern's Safe Implementation of PSR Principles | "*Safety is part of who we are. Safety is core to our business* and essential to achieving operational excellence. From our Board of Directors' Safety Committee to our local safety and service committees, *safety is top down-bottom up*." | -$4.07 | 0.06* | No | ¶ 415 |
| [10] | 6/14/2022 | General | Norfolk Southern's Safe Implementation of PSR Principles | "Sanborn began her prepared testimony by describing Norfolk Southern and the other U.S. freight railroads as providing 'the *world's safest*, most productive and lowest-cost freight rail service.' Sanborn further stated: 'The men and women of Norfolk Southern put their boots on every day and work hard to provide a safe, efficient, and reliable service product for our customers. [...] For Norfolk Southern – and I'm sure I can speak for all railroads here too – *pursuing safe operations is not optional; it's a business imperative*. We have an obligation to operate safely for the benefit of our employees, our customers, and the communities where we operate.'" | -$0.47 | 0.77 | No | ¶ 416 |

**Exhibit 1: Summary of Alleged Misstatements**

| | Event Date | Group | Plaintiff Category[A] | Alleged Misstatement[1] | Cain Est. Abnormal Return($)[B] | p-value[B][2] | Statistically Significant Increase?[3] | Complaint Citation[C] |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alleged Safety Misstatements** | | | | |
| [11] | 6/14/2022 | Program-Related | Norfolk Southern's Safe Implementation of PSR Principles | "At a fundamental level, precision scheduled railroading is about using assets in the most efficient manner possible *without sacrificing safety*."<br><br>"*None of the three elements listed – safety, customer service, or returning value to shareholders – has to come at the expense of the others*."<br><br>"*Safety is paramount*. As I noted in my testimony, *for Norfolk Southern, pursuing safe operations is not optional, it's an imperative. We know we have an obligation to operate safely* for the benefit of our employees, our customers, and the communities where we operate. *That means that if an operating practice is unsafe, we will change it. If an employee acts in an unsafe manner, that will be addressed. If we are bringing on new employees, we will not rush the process such that they are not properly trained to be able to safely do the work we need them to do. We work very hard to instill in our employees a high level of safety awareness in everything they do*. We also spend enormous amounts of capital to expand and enhance the capacity and capability of our network; virtually all of those investments directly or indirectly improve safety in some way." | -$0.47 | 0.77 | **No** | ¶ 417 |
| [12] | 7/27/2022 | General | Norfolk Southern's Safe Implementation of PSR Principles | "I am very happy with the progress we've made on our safety initiatives and translating that to fewer injuries and train accidents. Especially with large numbers of new employees starting out in the field, this reinforces that *all of our employees, tenured and new alike are laser-focused on running a safe operation*, providing a critical foundation for the future."[4] | -$8.31 | 0.00*** | **No** | ¶ 418 |
| [13] | 1/25/2023 | General | Norfolk Southern's Safe Implementation of PSR Principles | "Every conversation will begin with safety in 2023 and beyond. Operating safely is the right thing for our employees, customers, shareholders and the communities that we serve. This is an area where we have made great strides, but even one serious incident is too many." | -$4.87 | 0.01*** | **No** | ¶ 419 |

**Exhibit 1: Summary of Alleged Misstatements**

| | Event Date | Group | Plaintiff Category[A] | Alleged Misstatement[1] | Cain Est. Abnormal Return($)[B] | $p$-value[B][2] | Statistically Significant Increase?[3] | Complaint Citation[C] |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alleged Safety Misstatements** | | | | |
| [14] | 2/4/2021 | General | Employee Safety and Reportable Accidents | "*Safety* – We are dedicated to providing employees with a safe workplace and the knowledge and tools they need to work safely and return home safely every day. Our *commitment to an injury-free workplace* is illustrated by our 'I am Coming Home' safety message, which is featured prominently in our yards, shops, and facilities and *further reinforces the importance of working safely*." | $0.69 | 0.70 | No | ¶ 422 |
| [15] | 2/4/2022 | General | Employee Safety and Reportable Accidents | "*Safety* – We are dedicated to providing employees with a safe workplace and the knowledge and tools they need to work safely and return home safely every day. Our *commitment to an injury-free workplace* is illustrated by our 'I am Coming Home' safety message, which is featured prominently in our yards, shops, and facilities and *further reinforces the importance of working safely*." | -$3.72 | 0.07* | No | ¶ 424 |
| [16] | 4/27/2022 | Program-Related | Employee Safety and Reportable Accidents | "*We have seen improvement in both FRA train accidents per ton miles moved as well as the FRA injury index year-over-year*. However, we will not be satisfied as long as there is a single injury or accident, which is why we continue our efforts to get better in this area every day." | $6.40 | 0.00*** | Yes | ¶ 425 |
| [17] | 2/3/2023 | General | Employee Safety and Reportable Accidents | "*Safety* – We are dedicated to providing employees with a safe workplace and the knowledge and tools they need to work safely and return home safely every day. *Our commitment to an injury-free workplace* is outlined in our Foundation of Safety policy which focuses on rules compliance, responsibility, relationships, and responsiveness. *Our safety programs, practices, and messaging further reinforces the importance of working safely*." | -$1.06 | 0.57 | No | ¶ 427 |
| [18] | 6/14/2022 | Program-Related | Norfolk Southern's Handling of Hazardous Materials | "*Safety extends to hazardous materials too*; well over 99.99% of rail hazmat shipments reach their destination without a release caused by a train accident."[4] | -$0.47 | 0.77 | No | ¶ 429 |

**Exhibit 1: Summary of Alleged Misstatements**

| | Event Date | Group | Plaintiff Category[A] | Alleged Misstatement[1] | Cain Est. Abnormal Return($)[B] | p-value[B][2] | Statistically Significant Increase?[3] | Complaint Citation[C] |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alleged Safety Misstatements** | | | | |
| [19] | 4/27/2022 | Program-Related | Expanded Lengths of Norfolk Southern's Trains | "Ravi, thanks. I think *train length really helps us right now* . It improves our lessons or labor intensity. Now, there's a point to which if you're unable to meet trains at multiple locations on a particular district, it could work against you, to your point. But I think where we are finding opportunities to move more traffic with one crew, that is really to our advantage."<br><br>"*So I don't see it working against us both near term, nor do I see it working against us long term.* We want to be able to match our train size to our locomotive pulling capability. And as we invest in locomotives, and you've heard me talk about that in our prepared remarks, with DC to AC conversions, it's very helpful to us to improve train length."<br><br>"From the standpoint of what the STB might do, I don't know. I know that it is a topic that even FRA brings up from time to time. *But I truly believe that the technology that's brought to us with distributed power capability, makes it a very safe and effective operation* ."<br><br>"*I don't see a reason that we should expect or want or think necessary, any restrictions on train length, as long as we're continuing to move fluidly and not getting longer than the district that we need to run on.* " | $6.40 | 0.00*** | Yes | ¶ 431 |
| [20] | 2/4/2021 | Program-Related | Norfolk Southern's Safety-Related Capital Expenditures | "*Our capital spending and replacement programs are and have been designed to assure the ability to provide safe, efficient, and reliable rail transportation services* ." | $0.69 | 0.70 | No | ¶ 433 |
| [21] | 2/4/2022 | Program-Related | Norfolk Southern's Safety-Related Capital Expenditures | "*Our capital spending and replacement programs are and have been designed to assure the ability to provide safe, efficient, and reliable rail transportation services* ." | -$3.72 | 0.07* | No | ¶ 434 |
| [22] | 4/28/2021 | Program-Related | The Quality of Norfolk Southern's Training Programs | "*[T]here's still going to be a very safe employee, but we are able to condense the amount of sort of speed -- I guess, improve the speed to market, if you will* ." | $2.53 | 0.18 | No | ¶ 437 |
| [23] | 10/27/2021 | Program-Related | The Quality of Norfolk Southern's Training Programs | "We have streamlined our process of hiring and also our training process, taking advantage of technology to do so. *Obviously, we're not going to compromise safety in anything . . . we do with that regard* ." | $0.58 | 0.76 | No | ¶ 438 |

**Exhibit 1: Summary of Alleged Misstatements**

| | Event Date | Group | Plaintiff Category[A] | Alleged Misstatement[1] | Cain Est. Abnormal Return($)[B] | p-value[B][2] | Statistically Significant Increase?[3] | Complaint Citation[C] |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alleged Safety Misstatements** | | | | |
| [24] | 12/1/2021 | Program-Related | The Quality of Norfolk Southern's Training Programs | "Right now, it takes us about 10 weeks to get people through a training class. That's been compressed. It was a little bit longer, but we've done a good job compressing that."[4] | $5.88 | 0.00*** | Yes | ¶ 439 |
| [25] | 2/22/2022 | Program-Related | The Quality of Norfolk Southern's Training Programs | *"We streamlined the hiring process, still very focused on safety."* | -$7.25 | 0.00*** | No | ¶ 439 |
| [26] | 5/17/2022 | Program-Related | The Quality of Norfolk Southern's Training Programs | *"[I]t's going to take us 3 to 4 months to train crews because we're not going to cut corners on safety. That's really important for us. And we got to make sure that our conductors are well trained as they go out into the field."* | -$0.14 | 0.94 | No | ¶ 440 |
| [27] | 5/24/2022 | Program-Related | The Quality of Norfolk Southern's Training Programs | "I think in terms of it taking about 4 months to get a conductor trainee out on the ground, *safely qualified to be productive and operate.*"[4] | $2.14 | 0.23 | No | ¶ 440 |
| [28] | 6/14/2022 | General | The Quality of Norfolk Southern's Training Programs | "[T]he most important factor in achieving continuous safety improvement is the creation of a company culture that promotes safety through continuous education and reinforcement of safe behaviors. This is why railroads work very hard to train their employees and instill in them a high level of safety awareness in everything they do."[4] | -$0.47 | 0.77 | No | ¶ 441 |
| [29] | 7/27/2022 | Program-Related | The Quality of Norfolk Southern's Training Programs | "We remain steadfast in our commitment to service recovery. In the quarter, we made considerable progress on staffing, and launched our TOP|SPG operating model, both of which are foundational to achieving our targeted service levels and long-term growth strategy. *Already we are seeing visible upticks in qualified employees* and train speeds as a result of these initiatives, and we expect to see further progress on service recovery in the months ahead." | -$8.31 | 0.00*** | No | ¶ 442 |
| [30] | 8/17/2022 | Program-Related | The Quality of Norfolk Southern's Training Programs | "We've got well over 800 in our training class now, again, it will take 4 or 5 months for those folks to *become qualified to work productively and safely.*" | $0.24 | 0.89 | No | ¶ 443 |

**Exhibit 1: Summary of Alleged Misstatements**

| | Event Date | Group | Plaintiff Category[A] | Alleged Misstatement[1] | Cain Est. Abnormal Return($)[B] | p-value[B][2] | Statistically Significant Increase?[3] | Complaint Citation[C] |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alleged Vent-and-Burn Misstatements** | | | | |
| [31] | 2/5/2023 | Vent and Burn | Statements Related to the February 6, 2023 "Vent and Burn" | "Following an evening briefing regarding the train derailment in East Palestine, Governor DeWine and Columbiana County officials are issuing an urgent warning to those living within a mile of the derailment. Within the last two hours, a *drastic temperature* change has taken place in a rail car, and there is now the potential of catastrophic tanker failure which could cause an explosion with the potential of deadly shrapnel traveling up to a mile." | -$3.00 | 0.11 | **No** | ¶ 446 – 447 |
| [32] | 2/6/2023 | Vent and Burn | Statements Related to the February 6, 2023 "Vent and Burn" | Q: "Let me now ask Scott Deutsch to come up from the Norfolk Southern Railroad. He's going to talk a little bit about what this controlled release actually consists of."<br><br>A: "Thank you, Governor. The process that we're going to do today, we're going to place a small-shaped charge. It's going to create a hole about two and a half to three inches in *the tank car*. This will allow the material to come out of *the tank car*. It'll go into a pit and trench that we have dug and set up for this operation. Inside that trench will be flares aligning that trench that then will light off the material. We're doing this so that we control *this tank car* that we have concerns with, *these tank cars.* This allows us to control that operation and not have *the car react* and do it itself. So that's what we're going to be doing later on today."[4] | -$3.00 | 0.11 | **No** | ¶ 449 |
| [33] | 2/6/2023 | Vent and Burn | Statements Related to the February 6, 2023 "Vent and Burn" | Q: "And can you also talk about the imperative of doing this during the day? . . . Because that was part of the rationale, the decision."<br><br>A: "Yeah. Part of the decision-making process that we followed was if *the* car started to *react <u>again</u>* – the cars, I keep saying *car*. If *they* started to *react on their own <u>again</u>*, we can't control that time of day when that would occur. That would, in turn – we would have to worry about an inversion and other things weather-related. Okay. So we want to do it in the daylight, you know, close to – you know, prior to sunset as possible. That's – that's our plan right now."[4] | -$3.00 | 0.11 | **No** | ¶ 450 |

**Exhibit 1: Summary of Alleged Misstatements**

| | Event Date | Group | Plaintiff Category[A] | Alleged Misstatement[1] | Cain Est. Abnormal Return($)[B] | p-value[B][2] | Statistically Significant Increase?[3] | Complaint Citation[C] |
|---|---|---|---|---|---|---|---|---|
| | | | | **Alleged Vent-and-Burn Misstatements** | | | | |
| [34] | 2/6/2023 | Vent and Burn | Statements Related to the February 6, 2023 "Vent and Burn" | Q: "Do you want to talk for a moment in regard to if there is an explosion, if the release is not done and if there's -- actually turns out to be an explosion, what that would consist of?"<br><br>A: "Okay. So our controlled explosion, as I was telling you, we'll put a two and a half, three-inch hole in the car. If we don't do that, *the* car could *continue to polymerize* and *the* entire car *will break apart*. We can't control where that goes. So *that's the reason* for doing this, get moving on this, so we don't have to run into that, letting the car do it itself. We want to be able to control that situation. That's *the safest way* is to control the situation, and that's with this operation we're going to take this afternoon."[4] | -$3.00 | 0.11 | No | ¶ 451 |
| [35] | 2/6/2023 | Vent and Burn | Statements Related to the February 6, 2023 "Vent and Burn" | "The controlled breach of several rail cars has been *completed successfully under the supervision of experts* and first responders. Some of the material is now burning off consistent with expectations from the earlier models, and is expected to drain for a short number of hours. We have been, and will continue, monitoring air quality with the Ohio EPA. Remediation work at the site can *now safely continue*." | $0.88 | 0.63 | No | ¶ 453 |

**Notes:**

[1] Emphasis comes from the Complaint.

[2] Abnormal returns with a p-value below 0.1 are denoted with one asterisk (*), those with a p-value below 0.05 with two asterisks (**), and those with a p-value below 0.01 with three asterisks (***).

[3] The "Statistically Significant Increase?" column indicates whether events are associated with statistically significant positive abnormal returns at the 95 percent confidence level, according to the Cain Event Study.

[4] These statements are not quoted in full in the Complaint.

[5] Abnormal returns shown are on the stock impact date of each Alleged Misstatement.

**Sources:**

[A] Cain Report, ¶¶ 16, 19, fns. 7-2, 17.

[B] CAIN_0000789.

[C] Complaint, ¶¶ 406-453.



**Exhibit 2: NS Stock Price History**
*September 1, 2020 to December 31, 2023*

*Proposed Class Period: October 28, 2020 to March 3, 2023*

**After market close on 2/3/2023**: NS train derails in East Palestine, OH.

**3/4/2023**: NS train derails near Springfield, OH.
**3/6/2023**: NS announces "six-point plan" based on NTSB findings.

**10/25/2023**: NS 3Q 2023 earnings.

**2/9/2023**: *Yahoo! Finance* and *PBS* publish articles discussing East Palestine Derailment.

**After market close on 2/10/2023**: EPA sends General Letter of Potential Liability to NS.
**After market close on 2/13/2023**: NPR article on EPA letter.

**2/17/2023**: U.S. Senator Cantwell sends letters to seven Class I railroads.

**After market close on 2/15/2023**:
• Ohio AG says he is considering legal action against NS.
• U.S. Senators send letter to NTSB.
• U.S. Senators send letter to DOT.
**2/16/2023**:
• NS train details in Van Buren Township, MI.
• CNN reports that NS signed EPA notice of accountability.
• White House Press Secretary states: "We're going to hold Norfolk Southern accountable."
• SMART union issues statement calling for an end to PSR.

● Alleged Misstatements
● Alleged Corrective Disclosures

**Sources:** Standard and Poor's Capital IQ, Complaint.

**Exhibit 3: Summary of NS Disclosures Similar to Alleged Safety Misstatements Before and After the Proposed Class Period**

| | | Alleged Misstatement | NS Disclosure Before Proposed Class Period | | | NS Disclosure After Proposed Class Period | | |
|---|---|---|---|---|---|---|---|---|
| | **Date** | **Quote[1]** | **Quote[2]** | **Source** | **Date** | **Quote[2]** | **Source** | **Date** |
| **[1]** | 10/28/2020 | Recognizing Norfolk Southern employees' "dedication to operating this railroad as *efficiently and safely* as possible while continuing to deliver for our customers during these unprecedented times." | "Earlier this year, we outlined a dynamic flexible new operating plan, **TOP21**, capable of creating value in all market conditions. [...] We are all **working hard to operate as safely and efficiently as possible** and deliver what we promise to our customers and shareholders. The results so far this year: improved service levels for our customers, a lower operating ratio and bottom line growth and the return of the yearly $2.3 billion to shareholders." | NS Q3 2019 Earnings Call | 10/23/2019 | "In 2024, we executed on various initiatives to **operate our network more safely and efficiently**, better serve our customers, and increase productivity in order to deliver improved financial performance." | NS 2024 Annual Report | 2/10/2025 |
| **[2]** | 1/27/2021 | "During a year of unprecedented market disruption and uncertainty, *the Norfolk Southern team delivered record productivity levels while providing safe and reliable freight solutions* for our customers." | "We substantially improved train speed and terminal dwell compared to the last year and delivered record quarterly performance. These achievements support our strategy to meet our customers' expectations while eliminating cost and prudently managing our assets. [...] **These overall results are due to relentless execution by our operations team and other employees supporting them. We want to thank our field employees for their unwavering focus on safety, service and efficiency.**" | NS Q3 2019 Earnings Call | 10/23/2019 | "In 2024, we executed on various initiatives to **operate our network more safely and efficiently**, better serve our customers, and **increase productivity** in order to deliver improved financial performance." | NS 2024 Annual Report | 2/10/2025 |
| **[3]** | 1/27/2021 | "During the fourth quarter, we saw volumes continue their climb from pandemic induced lows earlier in the year. So the mission of the operating team was handling more business while reducing resources and improving productivity. Our push for efficiency led to record train weight and record train length in the quarter. These larger trains, combined with our strategy of better matching train size and locomotive horsepower, drove us to record fuel efficiency and enabled us to get the job done with a smaller workforce and a record low count of locomotives. I also have to thank the people that make up our operations team and all crafts. We achieved these records due to their hard work and *most importantly, we did so safely*." | "**Efficiency and safety improved in a variety of ways** in 2017. Productivity metrics like **train length, locomotive utilization, and fuel efficiency reached new levels**. We maintained adequate staffing to meet demand, and we expect to hold employment levels relatively flat in 2018. In 2017, we experienced our lowest ever train accident frequency, an essential safety measure. Our employee reportable and serious injury ratios remained stable. Our **goal for safety is continuous improvement** and, ultimately, zero accidents and injuries." | NS 2017 Annual Report | 2/5/2018 | "We've got line of sight on some improvements we can make there, not only through further iterations of the plan. We've also got some investments planned this year in some of our major merch channels that are going to drive productivity and train length." <br><br> "**We enhanced safety, we improved service, we attracted new business, we overcame challenges**. As we look into '24, it's really a focus on productivity." | NS Q4 2023 Earnings Call | 1/26/2024 |
| **[4]** | 3/31/2021 | "The Board is committed to *safety as a core value of Norfolk Southern, and we review safety topics regularly*. To allow us to delve into the topic on a deeper level and enhance our oversight of the *Corporation's commitment to safety*, we formed a standing Safety Committee in 2020 to review, monitor, and evaluate the Corporation's compliance with safety programs and practices." | "**Safety is a Core Value** and Pillar of Our Strategy." | NS 2019 Proxy Statement | 3/29/2019 | "**Safety is a core value**. In 2024, we reduced our FRA-reportable mainline train accident rate by more than 40% to an industry-leading level. We also launched an ongoing series of safety leadership training events, equipping leaders across the company with skills and expertise to strengthen our safety culture." | NS 2024 Annual Report | 2/10/2025 |

**Exhibit 3: Summary of NS Disclosures Similar to Alleged Safety Misstatements Before and After the Proposed Class Period**

| | | Alleged Misstatement | NS Disclosure Before Proposed Class Period | | | NS Disclosure After Proposed Class Period | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Quote[1] | Quote[2] | Source | Date | Quote[2] | Source | Date |
| [5] | 3/31/2021 | *"Safety is a way of life at Norfolk Southern, extending beyond our rail operations and into the communities where we live and work*. This commitment is reflected by the Board establishing a Safety Committee." | "**Safety is a Core Value** and Pillar of Our Strategy." | NS 2019 Proxy Statement | 3/29/2019 | "**Safety is a core value**. In 2024, we reduced our FRA-reportable mainline train accident rate by more than 40% to an industry-leading level. We also launched an ongoing series of safety leadership training events, equipping leaders across the company with skills and expertise to strengthen our safety culture." | NS 2024 Annual Report | 2/10/2025 |
| [6] | 5/13/2021 | "Thanks to the tireless efforts of [Norfolk Southern's] field employees and the dedication of our entire NS team we **have continued operating safely and reliably throughout the COVID-19 pandemic**. Despite inherent challenges, we've advanced our long-term strategic goals to build a faster, more efficient and technologically innovative railroad. We've reduced our company's resource needs, exercise[d] strong financial discipline and achieved consistent operating ratio improvement. We're now accelerating our implementation of precision scheduled railroading principles to drive the productivity and efficiency of our organization even further, helping us better serve customers, support growth and drive long-term value." | "Our first responsibility is to protect our people. We acted quickly based on CDC guidelines and took extensive measures to keep employees safe. We transitioned most of our office employees to remote work in a matter of days. For employees whose jobs require them to work on-site, we implemented social distancing and established rigorous cleaning protocols for their work environments. Our preventive measures, combined with the diligence of our employees, have kept the number of confirmed COVID-19 cases at Norfolk Southern low. I'm also pleased to report that **our employees are working safely through the many potential distractions**. Our thoughts are with all those whose lives have been impacted by the virus." | NS Q1 2020 Earnings Call | 4/29/2020 | "We are dedicated to providing employees with a safe workplace and the knowledge and tools they need to work safely and return home safely every day. Our commitment to an injury-free workplace is outlined in our Risk Reduction Program, which focuses on safety policies and procedures, risk-based hazard management program, safety outreach and communications, technology analysis and implementation, and collaboration with craft employees. **Our safety programs, practices, and messaging further reinforce the importance of working safely** including the imperative to speak up with ideas and concerns as well as reinforce the universal authority to stop work if ever unsure or detect a risk that is not adequately safeguarded. [...] **We also focus on driving employee engagement, which is key to increasing employee productivity, retention, and safety**. We take a data-centric approach, including the use of periodic surveys among employees, to identify new initiatives that will help boost engagement and drive business results." | NS 2024 Annual Report | 2/10/2025 |
| [7] | 5/13/2021 | "And I want to recognize these employees for their dedication to operating this railroad *as efficiently and safely as possible* over the unprecedented times in the past year, while at the same time, delivering for our customers and our country."[3] | "Earlier this year, we outlined a dynamic flexible new operating plan, **TOP21**, capable of creating value in all market conditions. [...] We are all **working hard to operate as safely and efficiently as possible** and deliver what we promise to our customers and shareholders. The results so far this year: improved service levels for our customers, a lower operating ratio and bottom line growth and the return of the yearly $2.3 billion to shareholders." | NS Q3 2019 Earnings Call | 10/23/2019 | "Our network is fluid, our terminals are operating efficiently, and service levels are at all-time highs. Our customers are noticing and rewarding us with more business. **We have momentum on all fronts — safety, operations, customer trust, and finances** — and every Norfolk Southern employee worked hard to deliver these results. It's energizing to see what we're achieving together with an aligned leadership team and engaged employees at every level." | NS 2024 Annual Report | 2/10/2025 |

**Exhibit 3: Summary of NS Disclosures Similar to Alleged Safety Misstatements Before and After the Proposed Class Period**

| | Alleged Misstatement | | NS Disclosure Before Proposed Class Period | | | NS Disclosure After Proposed Class Period | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Quote[1] | Quote[2] | Source | Date | Quote[2] | Source | Date |
| [8] | 3/31/2022 | "*The Board is committed to safety as a core value of Norfolk Southern*, and we continue to use our Safety Committee to consider safety topics regularly." | "**Safety is a Core Value** and Pillar of Our Strategy." | NS 2019 Proxy Statement | 3/29/2019 | "**Safety is a core value**. In 2024, we reduced our FRA-reportable mainline train accident rate by more than 40% to an industry-leading level. We also launched an ongoing series of safety leadership training events, equipping leaders across the company with skills and expertise to strengthen our safety culture." | NS 2024 Annual Report | 2/10/2025 |
| [9] | 3/31/2022 | "*Safety is part of who we are. Safety is core to our business* and essential to achieving operational excellence. From our Board of Directors' Safety Committee to our local safety and service committees, *safety is top down-bottom up*." | "**Safety is a Core Value and Pillar of Our Strategy**." | NS 2019 Proxy Statement | 3/29/2019 | "**Safety is a core value**. In 2024, we reduced our FRA-reportable mainline train accident rate by more than 40% to an industry-leading level. We also launched an ongoing series of safety leadership training events, equipping leaders across the company with skills and expertise to **strengthen our safety culture**." | NS 2024 Annual Report | 2/10/2025 |
| [10] | 6/14/2022 | "Sanborn began her prepared testimony by describing Norfolk Southern and the other U.S. freight railroads as providing 'the *world's safest,* most productive and lowest-cost freight rail service.'"<br><br>"Sanborn further stated: 'The men and women of Norfolk Southern put their boots on every day and work hard to provide a safe, efficient, and reliable service product for our customers. [...] For Norfolk Southern – and I'm sure I can speak for all railroads here too – *pursuing safe operations is not optional; it's a business imperative*. We have an obligation to operate safely for the benefit of our employees, our customers, and the communities where we operate.'" | "The Board is **committed to safety as a core value of Norfolk Southern**, and we review safety topics regularly. To allow us to delve into the topic on a deeper level and enhance our oversight of **the Corporation's commitment to safety**, we formed a standing Safety Committee in 2020 to review, monitor, and evaluate the Corporation's compliance with safety programs and practices." | NS 2021 Proxy Statement | 3/31/2021 | "**Operational excellence with a strong safety foundation isn't just a goal; it's our commitment** to our stakeholders and a launch point for growth." | NS 2024 Annual Report | 2/10/2025 |

**Exhibit 3: Summary of NS Disclosures Similar to Alleged Safety Misstatements Before and After the Proposed Class Period**

| | | Alleged Misstatement | NS Disclosure Before Proposed Class Period | | | NS Disclosure After Proposed Class Period | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Quote[1] | Quote[2] | Source | Date | Quote[2] | Source | Date |
| [11] | 6/14/2022 | "At a fundamental level, precision scheduled railroading is about using assets in the most efficient manner possible *without sacrificing safety*." <br><br> "*None of the three elements listed – safety, customer service, or returning value to shareholders – has to come at the expense of the others.*" <br><br> "*Safety is paramount*. As I noted in my testimony, *for Norfolk Southern, pursuing safe operations is not optional, it's an imperative. We know we have an obligation to operate safely* for the benefit of our employees, our customers, and the communities where we operate. *That means that if an operating practice is unsafe, we will change it. If an employee acts in an unsafe manner, that will be addressed. If we are bringing on new employees, we will not rush the process such that they are not properly trained to be able to safely do the work we need them to do. We work very hard to instill in our employees a high level of safety awareness in everything they do.* We also spend enormous amounts of capital to expand and enhance the capacity and capability of our network; virtually all of those investments directly or indirectly improve safety in some way." | "'Our strategic plan capitalizes on the strength of our exceptional franchise to lower costs, operate more efficiently, and deliver stronger margins,' said Chairman, President and CEO James A. Squires. '**As we implement precision scheduled railroading, our initiatives are focused on five key principles**: serving our customers, managing our assets, controlling our costs, **working safely**, and developing our people. The success of our customers, our employees, and our company will ensure the success of our shareholders.'" | NS 8-K | 2/11/2019 | "We are creating a **safer, more profitable railroad with long-term upside for shareholders**. [...] Our balanced strategy is **grounded in a Precision Scheduled Railroading (PSR) operating plan** that ensures our network is: Flexible across market environments[;] Disciplined in operational execution[;] Supported by the right resources." | NS Schedule 14A Proxy Statement | 5/1/2024 |
| | | | "**Safety is a way of life at Norfolk Southern**, extending beyond our rail operations and into the communities where we live and work. **This commitment** is reflected by the Board of Directors establishing a Safety Committee." | NS 2021 Proxy Statement | 3/31/2021 | "Operational excellence with **a strong safety foundation isn't just a goal; it's our commitment** to our stakeholders and a launch point for growth." | NS 2024 Annual Report | 2/10/2025 |
| | | | "**Our capital spending and replacement programs are and have been designed to assure the ability to provide safe, efficient, and reliable rail transportation services.**" | NS 2019 10-K | 2/6/2020 | "**Our capital spending and replacement programs are and have been designed to support our ability to provide safe, efficient, and reliable rail transportation services.**" | NS 2024 Annual Report | 2/10/2025 |
| [12] | 7/27/2022 | "I am very happy with the progress we've made on our safety initiatives and translating that to fewer injuries and train accidents. Especially with large numbers of new employees starting out in the field, this reinforces that *all of our employees, tenured and new alike are laser-focused on running a safe operation*, providing a critical foundation for the future."[3] | "These overall results are due to relentless execution by our operations team and other employees supporting them. We want to **thank our field employees for their unwavering focus on safety, service and efficiency**." | NS Q3 2019 Earnings Call | 10/23/2019 | "**We have momentum on all fronts — safety, operations, customer trust, and finances — and every Norfolk Southern employee worked hard to deliver these results.** It's energizing to see what we're achieving together with an aligned leadership team and engaged employees at every level." | NS 2024 Annual Report | 2/10/2025 |
| [13] | 1/25/2023 | "Every conversation will begin with safety in 2023 and beyond. Operating safely is the right thing for our employees, customers, shareholders and the communities that we serve. This is an area where we have made great strides, but even one serious incident is too many." | "Our **goal for safety is continuous improvement** and, ultimately, **zero accidents and injuries**." | NS 2017 Annual Report | 2/5/2018 | "**Operational excellence with a strong safety foundation isn't just a goal; it's our commitment to our stakeholders** and a launch point for growth." | NS 2024 Annual Report | 2/10/2025 |

**Exhibit 3: Summary of NS Disclosures Similar to Alleged Safety Misstatements Before and After the Proposed Class Period**

| | | Alleged Misstatement | NS Disclosure Before Proposed Class Period | | | NS Disclosure After Proposed Class Period | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Quote[1] | Quote[2] | Source | Date | Quote[2] | Source | Date |
| [14] | 2/4/2021 | "*Safety* – We are dedicated to providing employees with a safe workplace and the knowledge and tools they need to work safely and return home safely every day. Our *commitment to an injury-free workplace* is illustrated by our 'I am Coming Home' safety message, which is featured prominently in our yards, shops, and facilities and *further reinforces the importance of working safely*." | "**Ensuring the safety of our workforce is an unwavering commitment**." | NS 2019 Annual Report | 2/6/2020 | "**Safety – Safety is a core value** at Norfolk Southern. We are **dedicated to providing employees with a safe workplace and the knowledge and tools they need to work safely** and return home safely every day. **Our commitment to an injury-free workplace** is outlined in our Risk Reduction Program, which focuses on safety policies and procedures, risk-based hazard management program, safety outreach and communications, technology analysis and implementation, and collaboration with craft employees." | NS 2024 Annual Report | 2/10/2025 |
| [15] | 2/4/2022 | "*Safety* – We are dedicated to providing employees with a safe workplace and the knowledge and tools they need to work safely and return home safely every day. Our *commitment to an injury-free workplace* is illustrated by our 'I am Coming Home' safety message, which is featured prominently in our yards, shops, and facilities and *further reinforces the importance of working safely*." | "Our **goal for safety is continuous improvement** and, ultimately, **zero accidents and injuries**." | NS 2017 Annual Report | 2/5/2018 | "**Safety – Safety is a core value** at Norfolk Southern. We are **dedicated to providing employees with a safe workplace and the knowledge and tools they need to work safely** and return home safely every day. **Our commitment to an injury-free workplace** is outlined in our Risk Reduction Program, which focuses on safety policies and procedures, risk-based hazard management program, safety outreach and communications, technology analysis and implementation, and collaboration with craft employees." | NS 2024 Annual Report | 2/10/2025 |
| [16] | 4/27/2022 | "*We have seen improvement in both FRA train accidents per ton miles moved as well as the FRA injury index year-over-year*. However, we will not be satisfied as long as there is a single injury or accident, which is why we continue our efforts to get better in this area every day." | "In 2017, we experienced our **lowest ever train accident frequency**, an essential safety measure. Our **employee reportable and serious injury ratios remained stable**. Our goal for safety is continuous improvement and, ultimately, zero accidents and injuries." | NS 2017 Annual Report | 2/5/2018 | "Safety is a core value. **In 2024, we reduced our FRA-reportable mainline train accident rate by more than 40% to an industry-leading level**. We also launched an ongoing series of safety leadership training events, equipping leaders across the company with skills and expertise to strengthen our safety culture." | NS 2024 Annual Report | 2/10/2025 |
| [17] | 2/3/2023 | "*Safety* – We are dedicated to providing employees with a safe workplace and the knowledge and tools they need to work safely and return home safely every day. *Our commitment to an injury-free workplace* is outlined in our Foundation of Safety policy which focuses on rules compliance, responsibility, relationships, and responsiveness. *Our safety programs, practices, and messaging further reinforces the importance of working safely*." | "**Our goal for safety is continuous improvement** and, ultimately, **zero accidents and injuries**." | NS 2017 Annual Report | 2/5/2018 | "**Safety – Safety is a core value** at Norfolk Southern. We are **dedicated to providing employees with a safe workplace and the knowledge and tools they need to work safely** and return home safely every day. **Our commitment to an injury-free workplace** is outlined in our Risk Reduction Program, which focuses on safety policies and procedures, risk-based hazard management program, safety outreach and communications, technology analysis and implementation, and collaboration with craft employees." | NS 2024 Annual Report | 2/10/2025 |

**Exhibit 3: Summary of NS Disclosures Similar to Alleged Safety Misstatements Before and After the Proposed Class Period**

| | | Alleged Misstatement | NS Disclosure Before Proposed Class Period | | | NS Disclosure After Proposed Class Period | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Quote[1] | Quote[2] | Source | Date | Quote[2] | Source | Date |
| [18] | 6/14/2022 | "*Safety extends to hazardous materials too* ; well over 99.99% of rail hazmat shipments reach their destination without a release caused by a train accident."[3] | "As part of the plan, **security awareness training is given to all railroad employees who directly affect hazardous material transportation safety, and is integrated into hazardous material training programs**." | NS 2015 Annual Report | 2/8/2016 | "**Our commitment to an injury-free workplace** is outlined in our Risk Reduction Program, which focuses on **safety policies and procedures, risk-based hazard management program**, safety outreach and communications, technology analysis and implementation, and collaboration with craft employees." | NS 2024 Annual Report | 2/10/2025 |
| [19] | 4/27/2022 | "Ravi, thanks. I think *train length really helps us right now*. It improves our lessons or labor intensity. Now, there's a point to which if you're unable to meet trains at multiple locations on a particular district, it could work against you, to your point. But I think where we are finding opportunities to move more traffic with one crew, that is really to our advantage."<br><br>"*So I don't see it working against us both near term, nor do I see it working against us long term*. We want to be able to match our train size to our locomotive pulling capability. And as we invest in locomotives, and you've heard me talk about that in our prepared remarks, with DC to AC conversions, it's very helpful to us to improve train length."<br><br>"From the standpoint of what the STB might do, I don't know. I know that it is a topic that even FRA brings up from time to time. *But I truly believe that the technology that's brought to us with distributed power capability, makes it a very safe and effective operation.*"<br><br>"*I don't see a reason that we should expect or want or think necessary, any restrictions on train length, as long as we're continuing to move fluidly and not getting longer than the district that we need to run on*." | "**Efficiency and safety improved in a variety of ways in 2017. Productivity metrics like train length, locomotive utilization, and fuel efficiency reached new levels.** We maintained adequate staffing to meet demand, and we expect to hold employment levels relatively flat in 2018. In 2017, **we experienced our lowest ever train accident frequency, an essential safety measure**. Our employee reportable and serious injury ratios remained stable. Our goal for safety is continuous improvement and, ultimately, zero accidents and injuries." | NS 2017 Annual Report | 2/5/2018 | "We've got line of sight on some improvements we can make there, not only through further iterations of the plan. We've also got some **investments planned this year in some of our major merch channels that are going to drive productivity and train length**. [...][T]he **enhancements that we've made to safety**, the **enhancements that we've made to service**, the ability to attract business in the fourth quarter in automotive and intermodal, which are our most service-sensitive markets, right, **give us a pathway to success going forward and allow us to unlock our full potential**."<br><br>"[W]e're using this as an opportunity to **significantly increase our use of distributed power**, which will frankly ultimately **enhance our productivity and our train length**. So I feel **very confident that we did the right thing** at that time, and it's going to generate long-term benefit for NS and our customers and our shareholders, and that's kind of what our strategic vision is all about." | NS Q4 2023 Earnings Call<br><br>NS Q1 2024 Earnings Call | 1/26/2024<br><br>4/26/2023 |
| [20] | 2/4/2021 | "*Our capital spending and replacement programs are and have been designed to assure the ability to provide safe, efficient, and reliable rail transportation services*." | "**Our capital spending and replacement programs are and have been designed to assure the ability to provide safe, efficient, and reliable rail transportation services.**" | NS 2015 Annual Report | 2/8/2016 | "**Our capital spending and replacement programs are and have been designed to support our ability to provide safe, efficient, and reliable rail transportation services.**" | NS 2024 Annual Report | 2/10/2025 |
| [21] | 2/4/2022 | "*Our capital spending and replacement programs are and have been designed to assure the ability to provide safe, efficient, and reliable rail transportation services*." | "**Our capital spending and replacement programs are and have been designed to assure the ability to provide safe, efficient, and reliable rail transportation services.**" | NS 2019 Annual Report | 2/6/2020 | "**Our capital spending and replacement programs are and have been designed to support our ability to provide safe, efficient, and reliable rail transportation services.**" | NS 2024 Annual Report | 2/10/2025 |

**Exhibit 3: Summary of NS Disclosures Similar to Alleged Safety Misstatements Before and After the Proposed Class Period**

| | Alleged Misstatement | | NS Disclosure Before Proposed Class Period | | | NS Disclosure After Proposed Class Period | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Quote[1] | Quote[2] | Source | Date | Quote[2] | Source | Date |
| **[22]** | 4/28/2021 | *"[T]here's still going to be a very safe employee, but we are able to condense the amount of sort of speed -- I guess, improve the speed to market, if you will*." | | | | "But I'll tell you, as we reduce over time that allows me to be more constructive in how we build work/life balance and schedule. So, as we think through a new service design, we have more ability to think about how does that fit into worker schedules. **We can look at how do we accelerate some of the training and create more locomotive engineers today so that we're ready to go once the business comes and do the training ahead**." | NS Schedule 14A Proxy Statement | 4/29/2024 |
| **[23]** | 10/27/2021 | "We have streamlined our process of hiring and also our training process, taking advantage of technology to do so. *Obviously, we're not going to compromise safety in anything . . . we do with that regard*." | | | | "I want to invest in people. I want to double down on my commitment to people. And as we get the rightsized service, we're reducing a lot of those costs that really create some of the drags on retention. People working too many hours, they can't have the right schedules. **I want to be able to attract and retain people at the right time because retaining people gets us out of that cycle of always training. It allows us to be more productive and it allows us to be safer** because of that experiences that's generated over the years. And you create a lot of discretionary effort that I've seen firsthand." | NS Schedule 14A Proxy Statement | 4/29/2024 |
| **[24]** | 12/1/2021 | "Right now, it takes us about 10 weeks to get people through a training class. That's been compressed. It was a little bit longer, but we've done a good job compressing that."[3] | | | | "But I'll tell you, as we reduce over time that allows me to be more constructive in how we build work/life balance and schedule. So, as we think through a new service design, we have more ability to think about how does that fit into worker schedules. **We can look at how do we accelerate some of the training and create more locomotive engineers today so that we're ready to go once the business comes and do the training ahead**." | NS Schedule 14A Proxy Statement | 4/29/2024 |
| **[25]** | 2/22/2022 | *"We streamlined the hiring process, still very focused on safety*." | | | | "But I'll tell you, as we reduce over time that allows me to be more constructive in how we build work/life balance and schedule. So, as we think through a new service design, we have more ability to think about how does that fit into worker schedules. **We can look at how do we accelerate some of the training and create more locomotive engineers today so that we're ready to go once the business comes and do the training ahead**." | NS Schedule 14A Proxy Statement | 4/29/2024 |

**Exhibit 3: Summary of NS Disclosures Similar to Alleged Safety Misstatements Before and After the Proposed Class Period**

| | | Alleged Misstatement | NS Disclosure Before Proposed Class Period | | | NS Disclosure After Proposed Class Period | | |
|---|---|---|---|---|---|---|---|---|
| | **Date** | **Quote**[1] | **Quote**[2] | **Source** | **Date** | **Quote**[2] | **Source** | **Date** |
| [26] | 5/17/2022 | "*[I]t's going to take us 3 to 4 months to train crews because we're not going to cut corners on safety. That's really important for us. And we got to make sure that our conductors are well trained as they go out into the field*." | | | | "I want to invest in people. I want to double down on my commitment to people. And as we get the rightsized service, we're reducing a lot of those costs that really create some of the drags on retention. People working too many hours, they can't have the right schedules. **I want to be able to attract and retain people at the right time because retaining people gets us out of that cycle of always training. It allows us to be more productive and it allows us to be safer** because of that experiences that's generated over the years. And you create a lot of discretionary effort that I've seen firsthand." | NS Schedule 14A Proxy Statement | 4/29/2024 |
| [27] | 5/24/2022 | "I think in terms of it taking about 4 months to get a conductor trainee out on the ground, *safely qualified to be productive and operate*."[3] | | | | "I want to invest in people. I want to double down on my commitment to people. And as we get the rightsized service, we're reducing a lot of those costs that really create some of the drags on retention. People working too many hours, they can't have the right schedules. **I want to be able to attract and retain people at the right time because retaining people gets us out of that cycle of always training. It allows us to be more productive and it allows us to be safer** because of that experiences that's generated over the years. And you create a lot of discretionary effort that I've seen firsthand." | NS Schedule 14A Proxy Statement | 4/29/2024 |
| [28] | 6/14/2022 | "[T]he most important factor in achieving continuous safety improvement is the creation of a company culture that promotes safety through continuous education and reinforcement of safe behaviors. This is why railroads work very hard to train their employees and instill in them a high level of safety awareness in everything they do."[3] | "**Our safety culture defines our company**. We are successful because **everyone at Norfolk Southern plays a role and is involved in making NS safer**. It is our **first priority every day from top to bottom**." | NS July-August 2009 Business Newsletter | 7/1/2009[4] | "Safety is a team effort that starts on day one. On the first day a craft employee shows up at our McDonough, Georgia, training center, safety practices and protocols are drilled into everything they learn. It takes each member of the team looking out for themselves and each other to reach our ultimate goal of zero accidents or injuries. It takes attention to detail and a culture of doing the little things right every day. A culture of safety starts and ends with our people. Senior operations and safety leaders regularly meet with our Local Safety Service Committees (LSSC), made up of frontline railroaders, to improve communication from top to bottom, identify hazards, and mitigate safety conditions to support safe operations." | NS Website | 9/29/2023[5] |

**Exhibit 3: Summary of NS Disclosures Similar to Alleged Safety Misstatements Before and After the Proposed Class Period**

| | | Alleged Misstatement | NS Disclosure Before Proposed Class Period | | | NS Disclosure After Proposed Class Period | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Quote[1] | Quote[2] | Source | Date | Quote[2] | Source | Date |
| [29] | 7/27/2022 | "We remain steadfast in our commitment to service recovery. In the quarter, we made considerable progress on staffing, and launched our TOP|SPG operating model, both of which are foundational to achieving our targeted service levels and long-term growth strategy. *Already we are seeing visible upticks in qualified employees* and train speeds as a result of these initiatives, and we expect to see further progress on service recovery in the months ahead." | | | | "Firstly, there are **investments in the continuation of our hiring in locomotives in order to support both future growth and faster recoveries**. Second, are the investments in our craft workforce, including the quality of life enhancements like paid sick leave. **These investments overall should allow for the accommodation of higher volumes that will help cover these costs, along with more productivity**." | NS Q3 2023 Earnings Call | 10/25/2023 |
| [30] | 8/17/2022 | "We've got well over 800 in our training class now, again, it will take 4 or 5 months for those folks to *become qualified to work productively and safely*." | | | | "I want to invest in people. I want to double down on my commitment to people. And as we get the rightsized service, we're reducing a lot of those costs that really create some of the drags on retention. People working too many hours, they can't have the right schedules. **I want to be able to attract and retain people at the right time because retaining people gets us out of that cycle of always training. It allows us to be more productive and it allows us to be safer** because of that experiences that's generated over the years. And you create a lot of discretionary effort that I've seen firsthand." | NS Schedule 14A Proxy Statement | 4/29/2024 |

**Notes:**

[1] Emphasis comes from the Complaint.

[2] Emphasis added to prior and subsequent NS public disclosures to highlight statements similar or identical to the Alleged Safety Misstatements.

[3] These statements are not quoted in full in the Complaint.

[4] The exact publication date of the source is unavailable.

[5] "Building a Culture of Safety," Norfolk Southern, Wayback Machine archived version dated September 29, 2023, available at https://web.archive.org/web/20230929045711/https://www.norfolksouthern.com/en/commitments/safety.

**Exhibit 4: Summary of NS Derailments**

*October 28, 2020 to October 25, 2023*

| | Location[1][2] | Accident Date[3] | Accident Time[3] | Hazmat Cars[4] | Deaths | Injuries | Total Cost ($)[5] |
|---|---|---|---|---|---|---|---|
| [1] | Roanoke, Virginia | 10/30/2020 | 10:15 PM | 0 | 0 | 0 | 3,263,663 |
| [2] | Orleans, Louisiana | 11/1/2020 | 1:38 AM | 0 | 0 | 0 | 20,250 |
| [3] | Mercer, West Virginia | 11/1/2020 | 9:16 PM | 0 | 0 | 0 | 275,616 |
| [4] | Mercer, West Virginia | 11/8/2020 | 3:50 AM | 78 | 0 | 0 | 1,006,402 |
| [5] | Bond, Illinois | 11/8/2020 | 6:55 AM | 0 | 0 | 0 | 995,681 |
| [6] | Jones, Mississippi | 12/2/2020 | 5:15 AM | 22 | 0 | 0 | 2,245,364 |
| [7] | Cumberland, Pennsylvania | 12/12/2020 | 6:10 PM | 10 | 0 | 0 | 69,195 |
| [8] | Roanoke, Virginia | 12/16/2020 | 2:16 AM | 52 | 0 | 0 | 562,667 |
| [9] | Porter, Indiana | 12/23/2020 | 11:44 AM | 34 | 0 | 0 | 2,925,460 |
| [10] | Jefferson, West Virginia | 1/25/2021 | 9:38 PM | 6 | 0 | 0 | 1,138,159 |
| [11] | Harrison, Kentucky | 1/27/2021 | 6:55 PM | 0 | 0 | 0 | 221,617 |
| [12] | Kosciusko, Indiana | 1/31/2021 | 12:30 AM | 0 | 0 | 0 | 52,355 |
| [13] | Cook, Illinois | 2/10/2021 | 6:25 AM | 0 | 0 | 0 | 582,926 |
| [14] | Lancaster, Pennsylvania | 2/20/2021 | 2:15 AM | 1 | 0 | 0 | 6,000 |
| [15] | Perry, Pennsylvania | 2/22/2021 | 6:30 PM | 6 | 0 | 0 | 2,005,576 |
| [16] | Warren, Virginia | 3/4/2021 | 1:00 PM | 8 | 0 | 0 | 1,187,237 |
| [17] | Martinsville, Virginia | 3/11/2021 | 6:30 AM | 0 | 0 | 0 | 196,406 |
| [18] | Catawba, North Carolina | 3/18/2021 | 10:00 PM | 0 | 0 | 0 | 15,186 |
| [19] | Floyd, Indiana | 4/4/2021 | 7:25 PM | 0 | 0 | 0 | 419,689 |
| [20] | Knox, Tennessee | 4/9/2021 | 9:15 PM | 0 | 0 | 0 | 151,041 |
| [21] | Dade, Georgia | 4/13/2021 | 11:49 AM | 5 | 0 | 0 | 19,000 |
| [22] | Lucas, Ohio | 4/23/2021 | 9:37 PM | 0 | 0 | 0 | 37,112 |
| [23] | Grant, Kentucky | 4/26/2021 | 5:30 AM | 32 | 0 | 0 | 35,768 |
| [24] | St Louis, Missouri | 5/7/2021 | 7:45 AM | 16 | 0 | 0 | 18,182 |
| [25] | Huntingdon, Pennsylvania | 5/13/2021 | 7:00 PM | 0 | 0 | 0 | 15,935 |
| [26] | Blair, Pennsylvania | 6/7/2021 | 3:45 PM | 14 | 0 | 0 | 416,301 |
| [27] | Pickens, South Carolina | 6/23/2021 | 1:30 PM | 4 | 0 | 0 | 1,213,993 |
| [28] | Monroe, Missouri | 6/24/2021 | 12:22 PM | 4 | 0 | 0 | 561,249 |
| [29] | Cook, Illinois | 6/27/2021 | 6:00 PM | 0 | 0 | 0 | 23,288 |
| [30] | York, Pennsylvania | 6/28/2021 | 2:36 PM | 38 | 0 | 0 | 2,785,668 |
| [31] | Mercer, Kentucky | 7/22/2021 | 5:05 PM | 30 | 0 | 0 | 256,652 |
| [32] | Allen, Indiana | 7/29/2021 | 5:15 AM | 1 | 0 | 0 | 23,365 |
| [33] | Ralls, Missouri | 8/2/2021 | 12:23 PM | 6 | 0 | 0 | 4,249,084 |
| [34] | Augusta, Virginia | 8/15/2021 | 6:40 PM | 0 | 0 | 0 | 327,494 |

**Exhibit 4: Summary of NS Derailments**
*October 28, 2020 to October 25, 2023*

| | Location[1][2] | Accident Date[3] | Accident Time[3] | Hazmat Cars[4] | Deaths | Injuries | Total Cost ($)[5] |
|---|---|---|---|---|---|---|---|
| [35] | Washington, Georgia | 8/16/2021 | 12:45 AM | 49 | 0 | 0 | 1,735,963 |
| [36] | Wells, Indiana | 8/16/2021 | 7:16 PM | 0 | 0 | 0 | 54,625 |
| [37] | Lauderdale, Mississippi | 8/18/2021 | 10:58 AM | 4 | 0 | 0 | 984,142 |
| [38] | Orleans, Louisiana | 8/22/2021 | 2:55 AM | 22 | 0 | 0 | 60,595 |
| [39] | York, Pennsylvania | 9/1/2021 | 3:00 AM | 0 | 0 | 0 | 30,658 |
| [40] | Calhoun, Alabama | 9/9/2021 | 2:15 PM | 0 | 0 | 0 | 12,829 |
| [41] | Essex, New Jersey | 9/20/2021 | 9:45 PM | 0 | 0 | 0 | 70,092 |
| [42] | Clarke, Alabama | 10/3/2021 | 7:50 AM | 2 | 0 | 0 | 2,043,947 |
| [43] | York, Pennsylvania | 10/28/2021 | 10:10 PM | 0 | 0 | 0 | 1,838,774 |
| [44] | Roanoke City, Virginia | 11/5/2021 | 10:55 PM | 0 | 0 | 0 | 51,393 |
| [45] | Knox, Tennessee | 11/8/2021 | 7:25 PM | 25 | 0 | 0 | 164,987 |
| [46] | Cambria, Pennsylvania | 11/12/2021 | 7:45 AM | 27 | 0 | 0 | 210,817 |
| [47] | Paulding, Georgia | 11/27/2021 | 10:35 PM | 8 | 0 | 1 | 1,216,647 |
| [48] | Mobile, Alabama | 12/2/2021 | 10:25 AM | 3 | 0 | 0 | 32,077 |
| [49] | Greene, Pennsylvania | 12/9/2021 | 1:28 AM | 0 | 0 | 0 | 694,784 |
| [50] | Turner, Georgia | 12/17/2021 | 7:30 AM | 0 | 0 | 0 | 1,524,165 |
| [51] | Berks, Pennsylvania | 1/12/2022 | 10:44 PM | 9 | 0 | 0 | 17,747 |
| [52] | Allen, Indiana | 1/19/2022 | 3:30 AM | 67 | 0 | 0 | 21,106 |
| [53] | Sangamon, Illinois | 1/21/2022 | 9:00 AM | 0 | 0 | 0 | 872,485 |
| [54] | Cambria, Pennsylvania | 1/30/2022 | 12:46 AM | 80 | 0 | 0 | 15,108 |
| [55] | Tazewell, Virginia | 1/31/2022 | 1:37 AM | 1 | 0 | 0 | 364,467 |
| [56] | Mcminn, Tennessee | 2/2/2022 | 6:04 AM | 0 | 0 | 0 | 59,166 |
| [57] | Greene, Pennsylvania | 2/14/2022 | 3:43 AM | 0 | 0 | 0 | 455,982 |
| [58] | Morgan, Tennessee | 2/19/2022 | 6:07 PM | 25 | 0 | 0 | 64,848 |
| [59] | Beaver, Pennsylvania | 2/23/2022 | 9:35 PM | 5 | 0 | 0 | 332,381 |
| [60] | Chautauqua, New York | 3/3/2022 | 8:50 AM | 13 | 0 | 0 | 25,000 |
| [61] | Harford, Maryland | 3/5/2022 | 2:45 AM | 0 | 0 | 0 | 2,665,230 |
| [62] | Knox, Tennessee | 3/12/2022 | 6:05 AM | 35 | 0 | 0 | 640,663 |
| [63] | Roanoke City, Virginia | 5/9/2022 | 4:05 PM | 0 | 0 | 0 | 24,144 |
| [64] | Clark, Ohio | 5/12/2022 | 6:00 PM | 2 | 0 | 0 | 1,937,415 |
| [65] | Dade, Georgia | 6/17/2022 | 5:25 AM | 9 | 0 | 0 | 12,308 |
| [66] | Wabash, Illinois | 6/26/2022 | 10:50 AM | 0 | 0 | 0 | 82,963 |

**Exhibit 4: Summary of NS Derailments**
*October 28, 2020 to October 25, 2023*

| | Location[1][2] | Accident Date[3] | Accident Time[3] | Hazmat Cars[4] | Deaths | Injuries | Total Cost ($)[5] |
|---|---|---|---|---|---|---|---|
| [67] | Mccreary, Kentucky | 7/10/2022 | 8:15 AM | 30 | 0 | 0 | 353,801 |
| [68] | Houston, Georgia | 7/12/2022 | 5:15 PM | 17 | 0 | 0 | 801,605 |
| [69] | Jefferson, Kentucky | 8/8/2022 | 7:28 AM | 18 | 0 | 0 | 157,410 |
| [70] | St Joseph, Indiana | 8/14/2022 | 8:40 AM | 13 | 0 | 0 | 13,175 |
| [71] | Hamilton, Tennessee | 8/20/2022 | 1:30 AM | 20 | 0 | 0 | 63,830 |
| [72] | Burke, Georgia | 8/29/2022 | 12:45 AM | 0 | 0 | 0 | 2,851,302 |
| [73] | Mifflin, Pennsylvania | 8/31/2022 | 12:01 AM | 14 | 0 | 0 | 59,062 |
| [74] | Floyd, Georgia | 9/10/2022 | 4:05 AM | 0 | 0 | 2 | 284,928 |
| [75] | Clinton, Illinois | 9/19/2022 | 11:21 AM | 21 | 0 | 0 | 2,342,446 |
| [76] | Clark, Ohio | 9/20/2022 | 9:00 AM | 15 | 0 | 0 | 88,670 |
| [77] | Jackson, Michigan | 9/21/2022 | 9:11 PM | 0 | 0 | 0 | 403,680 |
| [78] | Northampton, Pennsylvania | 9/27/2022 | 7:26 PM | 39 | 0 | 0 | 14,178 |
| [79] | Winston, Alabama | 10/2/2022 | 4:10 AM | 0 | 0 | 0 | 67,637 |
| [80] | Franklin, Ohio | 10/14/2022 | 2:41 PM | 12 | 0 | 0 | 178,710 |
| [81] | Stark, Ohio | 10/16/2022 | 4:40 PM | 19 | 0 | 0 | 16,136 |
| [82] | Portage, Ohio | 11/1/2022 | 7:04 PM | 63 | 0 | 0 | 1,076,060 |
| [83] | Erie, Ohio | 11/21/2022 | 2:45 AM | 0 | 0 | 0 | 15,666 |
| [84] | Wyoming, West Virginia | 12/2/2022 | 3:35 AM | 0 | 0 | 0 | 876,409 |
| [85] | Clark, Ohio | 12/8/2022 | 2:30 PM | 21 | 0 | 0 | 23,524 |
| [86] | Cambria, Pennsylvania | 1/11/2023 | 2:33 AM | 18 | 0 | 0 | 28,473 |
| [87] | Washington, Maryland | 1/11/2023 | 8:50 PM | 0 | 0 | 0 | 1,231,940 |
| [88] | Delaware, Ohio | 1/27/2023 | 10:52 AM | 21 | 0 | 0 | 1,285,314 |
| [89] | **Columbiana, Ohio (East Palestine)** | **2/3/2023** | **8:54 PM** | **20** | **0** | **18** | **6,234,120** |
| [90] | Fulton, Georgia | 2/16/2023 | 5:00 PM | 0 | 0 | 0 | 20,000 |
| [91] | **Wayne, Michigan** | **2/16/2023** | **8:35 AM** | **1** | **0** | **0** | **311,051** |
| [92] | Davidson, North Carolina | 2/25/2023 | 10:56 AM | 0 | 0 | 0 | 112,184 |
| [93] | **Clark, Ohio** | **3/4/2023** | **5:15 PM** | **31** | **0** | **0** | **2,402,098** |
| [94] | Calhoun, Alabama | 3/9/2023 | 6:26 AM | 6 | 0 | 0 | 2,581,366 |
| [95] | Jefferson, Alabama | 4/5/2023 | 4:25 PM | 0 | 0 | 0 | 20,700 |
| [96] | Walker, Alabama | 4/8/2023 | 10:15 PM | 5 | 0 | 2 | 813,638 |
| [97] | Allegheny, Pennsylvania | 4/8/2023 | 9:30 AM | 22 | 0 | 0 | 190,247 |
| [98] | Madison, Indiana | 4/28/2023 | 12:15 PM | 0 | 0 | 0 | 15,941 |

## Exhibit 4: Summary of NS Derailments

*October 28, 2020 to October 25, 2023*

| Location[1][2] | Accident Date[3] | Accident Time[3] | Hazmat Cars[4] | Deaths | Injuries | Total Cost ($)[5] |
|---|---|---|---|---|---|---|
| **[99]** Lawrence, Pennsylvania | 5/10/2023 | 11:10 PM | 12 | 0 | 0 | 836,803 |
| **[100]** Montgomery, Virginia | 7/6/2023 | 7:43 PM | 0 | 0 | 0 | 331,013 |
| **[101]** Allegheny, Pennsylvania | 8/12/2023 | 3:20 AM | 0 | 0 | 0 | 351,900 |
| **[102]** Jefferson, Tennessee | 9/12/2023 | 10:50 PM | 14 | 0 | 0 | 24,985 |

| | Total |
|---|---|
| Total derailments | **102** |
| Derailments during Proposed Class Period | **92** |
| Derailments before East Palestine | **88** |
| ...with at least 20 Hazmat Cars | **22** |
| …with Total Cost of at least $1m | **22** |
| …with at least 20 Hazmat Cars <u>and</u> Total Cost of at least $1m | **8** |

**Source:** "FRA Rail Equipment Accident/Incident Data (Form 54)," Federal Railroad Administration, available at https://data.transportation.gov/Railroads/Rail-Equipment-Accident-Incident-Data-Form-54-/85tf-25kj/about_data.

**Notes:**

[1] Includes derailments on main line track, involving freight equipment, with derailment identified as the primary cause. The FRA defines derailments as a subcategory of accidents, in which "on-track equipment leaves the rail for a reason other than a collision, explosion, highway-rail grade crossing impact, etc." *See* "FRA Guide for Preparing Accident/Incident Reports," Federal Railroad Administration, available at https://railroads.dot.gov/sites/fra.dot.gov/files/fra_net/18233/FRAGuideforPreparingAccIncReportspubMay2011.pdf.

[2] The derailments that are Alleged Corrective Disclosures are bolded.

[3] The time and date of the accident is reported in local time by the FRA.

[4] "Hazmat Cars" refers to the number of hazmat cars involved in the incident, as reported by the FRA. It does not specify how many of the involved cars derailed.

[5] "Total Cost" refers to the total cost of the accident, as reported by the FRA.

**Exhibit 5: Class I Railroad Derailments**
*January 1997 to December 2025*

| | Total Derailments | Derailments Per Million Train Miles | Average Derailments / Month | Months with No Derailments |
|---|---|---|---|---|
| NS | 1,091 | 0.43 | 3.1 | 22 |
| CSX | 1,556 | 0.60 | 4.5 | 14 |
| BNSF | 2,562 | 0.51 | 7.4 | 1 |
| UNP | 2,976 | 0.65 | 8.6 | 0 |

**Sources:** "FRA Rail Equipment Accident/Incident Data (Form 54)," Federal Railroad Administration, available at https://data.transportation.gov/Railroads/Rail-Equipment-Accident-Incident-Data-Form-54-/85tf-25kj/about_data; "FRA Rail Operational Data (Form 55)," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Form-55-Data-Downloads/vfi4-ceay/.

**Notes:**

[1] Accidents used in the calculations above were accidents on main line track, involved freight equipment, and with derailment identified as the primary cause. The FRA defines derailments as a subcategory of accidents, in which "on-track equipment leaves the rail for a reason other than a collision, explosion, highway-rail grade crossing impact, etc." *See* "FRA Guide for Preparing Accident/Incident Reports," Federal Railroad Administration, May 23, 2011, available at https://railroads.dot.gov/sites/fra.dot.gov/files/fra_net/18233/FRAGuideforPreparingAccIncReportspubMay2011.pdf.

[2] 1997 is the first full year with available accident reporting data for all Class I railroads included above.



**Exhibit 6: Annual Train Accidents Per Million Train Miles**
**U.S. Class I Railroads**
*1997 to 2025*

**Source:** "FRA Rail Equipment Accident/Incident Data (Form 54)," Federal Railroad Administration, available at https://data.transportation.gov/Railroads/Rail-Equipment-Accident-Incident-Data-Form-54-/85tf-25kj/about_data.

**Note:**

[1] Each entry in the FRA Rail Equipment Accident/Incident Data (Form 54) is an accident that exceeded the accident reporting cost threshold for the respective year of the accident. The thresholds for 2020, 2021, 2022, and 2023 were $10,700, $11,200, $11,300, and $11,500 respectively. *See* "Monetary Threshold Notice," Federal Railroad Administration, December 30, 2025, available at https://railroads.dot.gov/safety-data/forms-guides-publications/guides/monetary-threshold-notice.

**Exhibit 7: Norfolk Southern Abnormal Returns on Corrective Disclosure Days**
**Cain Event Study**
*October 28, 2020 to October 25, 2023*

| | Stock Impact[1] Date | NS Raw Return ($) | NS Raw Return (%) | Cain Estimated[2] Abnormal Return ($) | Cain Estimated[2] Abnormal Return (%) | Cain Market Index Return (%) | Cain Peer Index Return (%) | p-value[3] | Statistically[4] Significant? |
|---|---|---|---|---|---|---|---|---|---|
| [1] | Feb. 6, 2023 | -$5.31 | -2.24% | -$3.00 | -1.27% | -0.61% | -1.01% | 0.11 | No |
| [2] | Feb. 9, 2023 | -$7.17 | -3.10% | -$4.21 | -1.82% | -0.87% | -1.33% | 0.02 ** | Yes |
| [3] | Feb. 13, 2023 | -$2.72 | -1.20% | -$3.67 | -1.61% | 1.16% | 0.36% | 0.04 ** | Yes |
| [4] | Feb. 14, 2023 | -$4.16 | -1.85% | -$2.72 | -1.21% | -0.02% | -0.69% | 0.12 | No |
| [5] | Feb. 16, 2023 | -$7.76 | -3.47% | -$4.90 | -2.19% | -1.37% | -1.30% | 0.01 *** | Yes |
| [6] | Feb. 17, 2023 | -$1.76 | -0.81% | -$1.46 | -0.68% | -0.26% | -0.17% | 0.39 | No |
| [7] | Mar. 6, 2023 | -$5.58 | -2.61% | -$3.61 | -1.69% | 0.07% | -1.14% | 0.05 ** | Yes |
| [8] | Mar. 7, 2023 | -$6.77 | -3.26% | -$2.60 | -1.25% | -1.53% | -2.17% | 0.14 | No |
| [9] | Oct. 25, 2023 | -$9.89 | -5.33% | -$10.01 | -5.39% | -1.43% | 0.15% | 0.00 *** | Yes |

**Sources:** Cain Backup Materials; Complaint; Standard and Poor's Capital IQ.

**Notes:**

[1] Exhibit shows Cain Event Study abnormal returns for the alleged market impact dates of each Alleged Corrective Disclosure specifically identified in the Complaint.

[2] Abnormal returns and associated levels of statistical significance prior to March 3, 2023 are sourced from the Cain Event Study. Abnormal returns and associated levels of statistical significance after March 3, 2023 are sourced from extending the Cain Event Study using data downloaded from Standard and Poor's Capital IQ.

[3] Abnormal returns with a p-value below 0.1 are denoted with one asterisk (*), those with a p-value below 0.05 with two asterisks (**), and those with a p-value below 0.01 with three asterisks (***).

[4] Abnormal returns with a p-value below 0.05 according to the Cain Event Study have a "Yes" under the "Statistically Significant?" column.

## Exhibit 8: Summary of Norfolk Southern Analysts' Reports

*January 1, 2023 to March 31, 2023*

| Contributor | Q1 2023 | One Week After the East Palestine Derailment | Two Weeks After the East Palestine Derailment |
|---|:---:|:---:|:---:|
| **[1]** Argus | ✕ | | |
| **[2]** Atlantic Equities | ✕ | | |
| **[3]** Baird | ✕ | | |
| **[4]** Baptista | ✕ | | |
| **[5]** Barclays | ✕ | | |
| **[6]** Benchmark | ✕ | | |
| **[7]** Bernstein | ✕ | | |
| **[8]** BMO | ✕ | | |
| **[9]** BofA | ✕ | | ✕ |
| **[10]** CFRA | ✕ | ✕ | ✕ |
| **[11]** Citi | ✕ | | |
| **[12]** Cowen | ✕ | | ✕ |
| **[13]** Credit Suisse | ✕ | | ✕ |
| **[14]** Deutsche | ✕ | | ✕ |
| **[15]** Evercore | ✕ | | |
| **[16]** Height Analytics | ✕ | | ✕ |
| **[17]** J.P. Morgan | ✕ | ✕ | ✕ |
| **[18]** Moody's | ✕ | | |
| **[19]** Morgan Stanley | ✕ | | |
| **[20]** Morningstar | ✕ | | ✕ |
| **[21]** Raymond James | ✕ | | |
| **[22]** RBC | ✕ | | |

**Exhibit 8: Summary of Norfolk Southern Analysts' Reports**

*January 1, 2023 to March 31, 2023*

| | | Published NS Report(s) | |
| --- | --- | --- | --- |
| **Contributor** | **Q1 2023** | **One Week After the East Palestine Derailment** | **Two Weeks After the East Palestine Derailment** |
| **[23]** Stephens | ✕ | | |
| **[24]** Stifel Nicolaus | ✕ | | |
| **[25]** Stock Traders Daily | ✕ | | ✕ |
| **[26]** Susquehanna | ✕ | | |
| **[27]** TD Securities | ✕ | | |
| **[28]** UBS | ✕ | | |
| **[29]** Wells Fargo | ✕ | | |
| **[30]** Wolfe | ✕ | | ✕ |
| **[31]** Zacks | ✕ | ✕ | ✕ |
| **Total** | **31** | **3** | **11** |

**Sources:** Standard and Poor's Capital IQ, LSEG Refinitiv, Alacra Premium, Analysts' reports from counsel.

**Notes:**

[1] One week following the East Palestine Derailment is February 3, 2023 through February 10, 2023.

[2] Two weeks following the East Palestine Derailment is February 3, 2023 through February 17, 2023.

**Exhibit 9: Summary of Analysts' Reports That Include the Term "Safe" or "Safety"**
**In The Two Weeks Following the East Palestine Derailment**
*February 3, 2023 to February 17, 2023*

| | Analyst | Date | Relevant Quotes |
|---|---|---|---|
| [1] | J.P. Morgan | 2/6/2023 | "We hope the derailment is resolved quickly and **safely**." |
| [2] | Cowen | 2/14/2023 | "For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & **Safety** category, the Employee Health & **Safety** Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score." |
| [3] | Height Analytics | 2/17/2023 | "We note that there has been discussion about creating new regulations for hazardous trains. As of now, current transportation **safety** rules have limited regulations on transporting hazardous compounds. This has allowed for many trains carrying hazardous compounds to be exempt from the highhazard classification. After the crash this month, there has been conversation about changing this and potentially creating a new classification for hazardous trains." |
| [4] | Morningstar Analysts' Report | 2/17/2023 | "The good news is that there were no reported fatalities or injuries, and as of Feb. 16, the firm noted that testing by Norfolk and government agencies suggests the town's outdoor and indoor air quality, along with drinking water, are **safe**." <br><br> "Margin of **Safety** [...] This rating is used to assign the margin of **safety** required before investing, which in turn explicitly drives our stock star rating system. [...] Our recommended margin of **safety**—the discount to fair value demanded before we'd recommend buying or selling the stock—widens as our uncertainty of the estimated value of the equity increases." |
| [5] | Morningstar Analysts' Note | 2/17/2023 | "The good news is that there were no reported fatalities or injuries, and as of Feb. 16, the firm noted that testing by Norfolk and government agencies suggests the town's outdoor and indoor air quality, along with drinking water, are **safe**." <br><br> "Margin of **Safety** [...] This rating is used to assign the margin of **safety** required before investing, which in turn explicitly drives our stock star rating system. [...] Our recommended margin of **safety**—the discount to fair value demanded before we'd recommend buying or selling the stock—widens as our uncertainty of the estimated value of the equity increases." |

**Exhibit 9: Summary of Analysts' Reports That Include the Term "Safe" or "Safety"**
**In The Two Weeks Following the East Palestine Derailment**
*February 3, 2023 to February 17, 2023*

**Notes:**

[1]  The February 17 Morningstar Analysts' Report includes the following statement: "Norfolk Southern is a disciplined Class-I railroad, as evidenced by its healthy operating ratio (expenses/ revenue), historically solid core rate gains, and strong safety record." This statement was originally made in a Morningstar report published on January 26, 2023 and is reproduced in February 17 report. I have therefore not considered this statement, or others made prior to February 17, as part of the analysts' commentary published in the two weeks following the East Palestine Derailment.

[2]  The term "safe" in the provided analysts' report excerpts has been emphasized for ease of reference.

[3]  On February 17, 2023, Morningstar published two reports with reiterative information. The first one is labeled as "Morningstar Analysts' Report" and the second one is labeled as "Morningstar Analysts' Note."

**Sources:**

[A]  J.P. Morgan, "Initial View and FAQs on Ohio Derailment," February 6, 2023.

[B]  Cowen, "Potential Impacts from Derailment," February 14, 2023.

[C]  Height Analytics, "Norfolk Southern Could Be On the Hook for Cleanup," February 17, 2023.

[D]  Morningstar, "Norfolk Southern Grappling With East Palestine Derailment; No Change to Fair Value Estimate," February 17, 2023.

[E]  Morningstar, "Norfolk Southern Grappling With East Palestine Derailment; No Change to Fair Value Estimate V2," February 17, 2023.

**Exhibit 10: Summary of Changes In Analysts' Identified Risks In the Two Weeks Following the East Palestine Derailment**

*February 3, 2023 to February 17, 2023*

| | Analyst | Risks Identified Before East Palestine Derailment | Risks Identified After East Palestine Derailment | Changes Identified |
|---|---|---|---|---|
| [1] | CFRA | **Jan. 28, 2023**<br>Analyst's Risk Assessment: MEDIUM<br>Freight demand is closely linked to industrial and consumer activity, and can quickly fall during recessions, resulting in sharp drops in rail volumes. High utilization rates for expensive equipment also typically require capex in excess of depreciation costs, often just to maintain volume year-to-year. These risks are mitigated by high barriers to entry, in our view, as major rail networks are nearly impossible to replicate given difficulty in gaining right-of-ways in densely populated areas. Further, rail freight is essential to the economy, allowing NSC to avoid losses for at least 30 straight years through all recessions. | **Feb. 4, 2023**<br>Analyst's Risk Assessment: MEDIUM<br>Freight demand is closely linked to industrial and consumer activity, and can quickly fall during recessions, resulting in sharp drops in rail volumes. High utilization rates for expensive equipment also typically require capex in excess of depreciation costs, often just to maintain volume year-to-year. These risks are mitigated by high barriers to entry, in our view, as major rail networks are nearly impossible to replicate given difficulty in gaining right-of-ways in densely populated areas. Further, rail freight is essential to the economy, allowing NSC to avoid losses for at least 30 straight years through all recessions. | No change |
| [2] | Wolfe Research | **Jan. 26, 2023**<br>Norfolk Southern Corp.<br>Upside Risks: Continued strong export coal pricing and volumes; The most room for margin improvement among the rails; Improving service levels lead to increased volumes.<br>Downside Risks: Weak near-term volumes, Eventual normalization of coal volumes and yields; Intermodal mix headwinds; Lingering regulatory risk. | **Feb. 13, 2023**<br>Norfolk Southern Corp.<br>Upside Risks: Continued strong export coal pricing and volumes; The most room for margin improvement among the rails; Improving service levels lead to increased volumes.<br>Downside Risks: Weak near-term volumes, Eventual normalization of coal volumes and yields; Intermodal mix headwinds; Lingering regulatory risk. | No change |
| [3] | Credit Suisse | **Jan. 25, 2023**<br>Valuation Methodology and Risks: (12 months) for Norfolk Southern (NSC.N)<br>Method: Our $275 target price is based on a 19.5x target multiple on our 2023 EPS estimate, at the upper-end of its long-term forward P/E range of 13.5x to 19.5x forward earnings. We believe our Outperform rating and target multiple are supported by NSC's margin improvement potential and volume growth opportunities, particularly given the strength of its intermodal franchise.<br>Risk: The biggest risk we see to our $275 price target and Outperform rating for NS is a regression to challenges in its service performance, as this could hinder both its ability to cut costs and its ability to grow volumes, while also subjecting the company to greater scrutiny from the STB. We look for continued evidence of improvement in its network fluidity, with the company noting that its hiring pipeline is now at its highest level in 4 years, despite the tight labor market. NS also has higher consumer exposure than its eastern peer CSX given its larger intermodal franchise, potentially leaving the company vulnerable to near-term recession risk from a pull-back in spending. NS has also developed partnerships with Kansas City Southern for intermodal traffic in the Southeast, and we see this as potentially at risk from the pending CP-KCS merger. | **Feb. 13, 2023**<br>Valuation Methodology and Risks: (12 months) for Norfolk Southern (NSC.N)<br>Method: Our $275 target price is based on a 19.5x target multiple on our 2023 EPS estimate, at the upper-end of its long-term forward P/E range of 13.5x to 19.5x forward earnings. We believe our Outperform rating and target multiple are supported by NSC's margin improvement potential and volume growth opportunities, particularly given the strength of its intermodal franchise.<br>Risk: The biggest risk we see to our $275 price target and Outperform rating for NS is a regression to challenges in its service performance, as this could hinder both its ability to cut costs and its ability to grow volumes, while also subjecting the company to greater scrutiny from the STB. We look for continued evidence of improvement in its network fluidity, with the company noting that its hiring pipeline is now at its highest level in 4 years, despite the tight labor market. NS also has higher consumer exposure than its eastern peer CSX given its larger intermodal franchise, potentially leaving the company vulnerable to near-term recession risk from a pull-back in spending. NS has also developed partnerships with Kansas City Southern for intermodal traffic in the Southeast, and we see this as potentially at risk from the pending CP-KCS merger. | No change |

**Exhibit 10: Summary of Changes In Analysts' Identified Risks In the Two Weeks Following the East Palestine Derailment**

*February 3, 2023 to February 17, 2023*

| Analyst | Risks Identified Before East Palestine Derailment | Risks Identified After East Palestine Derailment | Changes Identified |
|---|---|---|---|
| [4] Cowen | **Jan. 25, 2023**<br>Primary Rail Investment Risks -<br>Risk of economic downturns and their impact on rail traffic and pricing. Regulatory risk posing a threat to the railroads' ability to achieve sufficient returns on their investments. The possibility of high-speed passenger rail encroachment. Litigation risk stemming from accidents and fatalities. Competitive threat posed by other modes of freight transportation such as trucking. High capital spending required to build and maintain railroad networks and to replace cars and locomotives. Risk of severe weather disrupting railroad networks. Rising fuel costs and the lag effect of fuel surcharge recovery. | **Feb. 14, 2023**<br>Primary Rail Investment Risks -<br>Risk of economic downturns and their impact on rail traffic and pricing. Regulatory risk posing a threat to the railroads' ability to achieve sufficient returns on their investments. The possibility of high-speed passenger rail encroachment. Litigation risk stemming from accidents and fatalities. Competitive threat posed by other modes of freight transportation such as trucking. High capital spending required to build and maintain railroad networks and to replace cars and locomotives. Risk of severe weather disrupting railroad networks. Rising fuel costs and the lag effect of fuel surcharge recovery. | No change |
| [5] Bank of America | **Jan. 25, 2023**<br>Risks to our price objective are the company's ability to derive continued operational benefits, a return to significant pricing competition among the eastern rails, slower than expected economic growth, a deterioration to service metrics, any work stoppage/slowdown from its unionized employee base, inability to exercise pricing power due to regulatory changes or legal challenges from customers, external factors (such as weather) impacting operations, and the STB (Surface Transportation Board) installing mandatory reciprocal switching (or open access) to the rail network without proper pricing (or other pricing/return caps on returns). | **Feb. 14, 2023**<br>Risks to our price objective are the company's ability to derive continued operational benefits, a return to significant pricing competition among the eastern rails, slower than expected economic growth, a deterioration to service metrics, any work stoppage/slowdown from its unionized employee base, inability to exercise pricing power due to regulatory changes or legal challenges from customers, external factors (such as weather) impacting operations, and the STB (Surface Transportation Board) installing mandatory reciprocal switching (or open access) to the rail network without proper pricing (or other pricing/return caps on returns). | No change |

**Exhibit 10: Summary of Changes In Analysts' Identified Risks In the Two Weeks Following the East Palestine Derailment**

*February 3, 2023 to February 17, 2023*

| | Analyst | Risks Identified Before East Palestine Derailment | Risks Identified After East Palestine Derailment | Changes Identified |
|---|---|---|---|---|
| [6] | Morningstar | **Jan. 26, 2023** Our uncertainty rating for Norfolk Southern is medium. Railroads are exposed to the health of the U.S. economy, especially in terms of the industrial sector for bulk carloads and retail end markets for intermodal. Additionally, intensifying EPA regulations have put a material portion of the domestic utility coal franchise at risk of disappearing over the long run. On the other hand, if coal must be hauled, rail is the fuel-efficient lower-emission option compared with trucking. Of note, export coal volumes and pricing can see variability linked to changes in demand for met coal used in steelmaking overseas. In terms of ESG-related risks, because Norfolk carries freight for chemical end-market shippers, it is subject to the liabilities associated with hazardous material spills. Furthermore, the U.S. Surface Transportation Board oversees railroads' pricing, thus there will always be underlying risk of reregulation. On the positive side, the STB's long-standing market-based approach has provided a balanced regulatory framework yielding a relatively small number of annual rate cases and reasonable outcomes that are often settled. We note that the STB has taken on a more active stance lately under chairman Martin Oberman (appointed by President Joe Biden) and due to shipper complaints over rail service shortfalls throughout 2022. Along those lines, the STB has discussed potential new regulation, including reciprocal (forced) switching. Unfavorable rule changes are not a foregone conclusion, but these factors will be important to monitor in 2023. The rails' have long faced the risk of more stringent safety regulation (from the Federal Railroad Administration) that could temper economic profit. The prime example is the Rail Safety Improvement Act of 2008, which required railroads to purchase and install positive train control, or PTC,—a vast and costly IT network designed to automatically stop a locomotive in advance of a dangerous situation, thus mitigating human error. | **Feb. 17, 2023** Our uncertainty rating for Norfolk Southern is medium. Railroads are exposed to the health of the U.S. economy, especially in terms of the industrial sector for bulk carloads and retail end markets for intermodal. Additionally, intensifying EPA regulations have put a material portion of the domestic utility coal franchise at risk of disappearing over the long run. On the other hand, if coal must be hauled, rail is the fuel-efficient lower-emission option compared with trucking. Of note, export coal volumes and pricing can see variability linked to changes in demand for met coal used in steelmaking overseas. In terms of ESG-related risks, because Norfolk carries freight for chemical end-market shippers, it is subject to the liabilities associated with hazardous material spills. Furthermore, the U.S. Surface Transportation Board oversees railroads' pricing, thus there will always be underlying risk of reregulation. On the positive side, the STB's long-standing market-based approach has provided a balanced regulatory framework yielding a relatively small number of annual rate cases and reasonable outcomes that are often settled. We note that the STB has taken on a more active stance lately under chairman Martin Oberman (appointed by President Joe Biden) and due to shipper complaints over rail service shortfalls throughout 2022. Along those lines, the STB has discussed potential new regulation, including reciprocal (forced) switching. Unfavorable rule changes are not a foregone conclusion, but these factors will be important to monitor in 2023. The rails' have long faced the risk of more stringent safety regulation (from the Federal Railroad Administration) that could temper economic profit. The prime example is the Rail Safety Improvement Act of 2008, which required railroads to purchase and install positive train control, or PTC,—a vast and costly IT network designed to automatically stop a locomotive in advance of a dangerous situation, thus mitigating human error. | No change |

**Notes:**

[1]  The "Risks Identified Before East Palestine Derailment" column identifies the latest analysts' report published by each contributor before February 3, 2023.

[2]  The "Risks Identified After East Palestine Derailment" column identifies the earliest analysts' report published by each contributor after February 3, 2023.

[3]  Morningstar published two reports on February 17, 2023 with identical risk disclosures.

**Exhibit 10: Summary of Changes In Analysts' Identified Risks In the Two Weeks Following the East Palestine Derailment**

*February 3, 2023 to February 17, 2023*

**Sources:**

[A]  CFRA, "Norfolk Southern Corporation," January 28, 2023; CFRA, "Norfolk Southern Corporation," February 4, 2023.

[B]  Wolfe Research, "NSC - Some Headwinds, but Some Volume Momentum," January 26, 2023; Wolfe Research, "NSC - Derailment Update," February 13, 2023.

[C]  Credit Suisse, "Service at best levels in more than two years but not enough to dispel macro concerns, RPU headwinds as NS leads rails lower," January 25, 2023; Credit Suisse, "EPA sends Notice of Liability to NS linked to Ohio derailment; we offer a brief review of rail derailments and associated liability," February 13, 2023.

[D]  Cowen, "2023 Growth Slips Through NSC'S Fingers," January 25, 2023; Cowen, "Potential Impacts from Derailment," February 14, 2023.

[E]  Bank of America, "Norfolk Southern sees flattish '23 revenue & EBIT; service gains offset by macro & fuel; PO to $272," January 25, 2023; Bank of America, "East Palestine 50 car derailment, town evacuated; self insurance exposure~1%EPS," February 14, 2023.

[F]  Morningstar, "Norfolk Southern Corp," January 26, 2023; Morningstar, "Norfolk Southern Grappling With East Palestine Derailment; No Change To Fair Value Estimate," February 17, 2023; Morningstar, "Norfolk Southern Grappling With East Palestine Derailment; No Change To Fair Value Estimate V2," February 17, 2023.

# Appendix A

**ROBERT GLENN HUBBARD**

Graduate School of Business
Columbia University
572 Kravis Hall
665 West 130th Street
New York, NY 10027

Phone:  212.854.2888
Fax:  212.864.6184
Email: rgh1@gsb.columbia.edu
Web: www.glennhubbard.net

*Curriculum Vitae*

PERSONAL DATA

   Born:               In Orlando, Florida.
   Marital Status:    Married, two children.

FIELDS OF SPECIALIZATION

   Public Economics, Corporate Finance and Financial Institutions, Macroeconomics, Industrial Organization, Natural Resource Economics, Public Policy.

EDUCATION

   Ph.D., Economics, Harvard University, May 1983.
   Dissertation: *Three Essays on Government Debt and Asset Markets*, supervised by Benjamin M. Friedman, Jerry A. Hausman, and Martin S. Feldstein.

   A.M., Economics, Harvard University, May 1981.

   B.A., B.S., Economics, University of Central Florida, June 1979, *summa cum laude*.

HONORS AND AWARDS

   Singhvi Prize for Scholarship in the Classroom, Columbia Business School, May 2023.

   Legendary Knight Lifetime Achievement Award, University of Central Florida, April 2023.

   Distinguished Service Award, Tax Foundation, 2022.

   Doctorate, *Honoris Causa*, Niagara University, 2022.

   John H. Makin Fellowship, American Enterprise Institute, 2019-2020.

   NACD Directorship 100, 2019.

   Distinguished Eagle Scout Award, National Boy Scouts of America, November 2017.

   Visionary Award, Council for Economic Education, 2016.

   Silver Beaver Award, Boy Scouts of America, 2014.

   Medal of Honor, Foreign Policy Association, 2014.

   Homer Jones Lecture, Federal Reserve Bank of St. Louis, 2013.

   Fiftieth Anniversary Award of Scholarship, University of Central Florida, 2013.

   Franklin Delano Roosevelt Distinguished Service Award, Greater New York Council, Boy Scouts of America, 2012.

   Bloomberg Markets, 50 Most Influential Members of the Global Financial Community, 2012.

   National Association of Corporate Directors, Directorship 100: People to Watch, 2011.

   Joint American Economic Association/American Finance Association Distinguished Speaker, 2008.

   Cairncross Lecture, University of Oxford, 2007.

   Fellow of the National Association of Business Economists, 2005.

   William F. Butler Memorial Award, New York Association of Business Economists Award, 2005.

**Robert Glenn Hubbard**                                                                    **April 2026**

Exceptional Service Award, The White House, 2002**.**

Michelle Akers Award for Distinguished Service, University of Central Florida, 2001.

Alumni Hall of Fame, University of Central Florida, 2000.

Best Paper Award for Corporate Finance, Western Finance Association, 1998.

Exceptional Service Award, U.S. Department of the Treasury, 1992.

Distinguished Alumnus Award, University of Central Florida, 1991.

John M. Olin Fellowship, National Bureau of Economic Research, 1987-1988.

Teaching Commendations, Graduate School of Business, Columbia University.

Northwestern University Associated Student Government Teaching Awards, announced in 1985, 1986, and 1987.

Graduate Distinctions: National Science Foundation Fellowship, Alfred P. Sloan Foundation Fellowship.

Undergraduate Distinctions: National Merit Scholarship, National Society of Professional Engineers Award, Florida Society of Professional Engineers Award, National Council of Teachers of English Award, Omicron Delta Kappa, Financial Management Association Honor Society.

POSITIONS HELD

| | |
|---|---|
| 2019-present | Dean Emeritus, Graduate School of Business, Columbia University |
| 2004-2019 | Dean, Graduate School of Business, Columbia University |
| 2019-present | Academic Director, Chazen Institute for Global Business, Graduate School of Business, Columbia University |
| 1994-present | Russell L. Carson Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1997-present | Professor of Economics, Faculty of Arts and Sciences, Columbia University |
| 2019-2022 | Co-Director, Richman Center for Law, Business, and Public Policy |
| 2025-present | Panel of Economic Advisors, Congressional Budget Office |
| 2017-present | Member, Aspen Institute Economic Strategy Group |
| 2019-2025 | Governor, Grants Advisory Council, Smith Richardson Foundation |
| 2019-2022 | Co-Chair, Task Force on Financial Stability, Brookings Institution |
| 2017-2020 | Co-Chair, Aspen Institute Future of Work Initiative National Advisory Council |
| 2007-2017 | Panel of Economic Advisors, Federal Reserve Bank of New York (also 1993-2001) |
| 2003-2012 | Featured commentator, *Nightly Business Report* |
| 2003-2010 | Featured commentator, *Marketplace* |
| 2003-present | Visiting Scholar American Enterprise Institute (also 1995-2001) |
| 1999-2004 | Co-Director, Columbia Business School Entrepreneurship Program |
| 2004-2005 | Viewpoint Columnist, *Business Week* |
| 2004-2006 | Member, Panel of Economic Advisors, Congressional Budget Office |
| 2001-2003 | Chairman, President's Council of Economic Advisers |

**Robert Glenn Hubbard**                                                                  **April 2026**

| 2001-2003 | Chairman, Economic Policy Committee, Organization for Economic Cooperation and Development |
| 2001-2003 | Member, White House National Economic Council and National Security Council |
| 2001-2003 | Member, President's Council on Science and Technology |
| 1997-1998 | Visiting Professor of Business Administration, Harvard Business School |
| 1995-2001 | Visiting Scholar and Director of Tax Policy Program, American Enterprise Institute |
| 1994-1997 | Senior Vice Dean, Graduate School of Business, Columbia University |
| 1994 | MCI Fellow, American Council for Capital Formation |
| 1994 | John M. Olin Visiting Professor, Center for the Study of Economy and the State, University of Chicago |
| 1991-1993 | Deputy Assistant Secretary (Tax Analysis), U.S. Department of the Treasury |
| 1988-present | Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1987-1988 | John M. Olin Fellow in residence at the National Bureau of Economic Research |
| 1983-1988 | Assistant Professor of Economics, Northwestern University, with half-time research appointment in the Center for Urban Affairs and Policy Research |
| 1985 | Visiting Scholar, Center for Business and Government, John F. Kennedy School of Government, Harvard University |
| 1981-1983 | Teaching Fellow (Department of Economics) and Resident Tutor in Economics (Dunster House), Harvard University |

## DIRECTORSHIPS

| 2021-present | TotalEnergies SE |
| 2019-present | MetLife (Chairman of the Board) |
| 2007-present | MetLife (Independent director) |
| 2022-present | BlackRock Fixed Income Funds (Chairman of the Board) |
| 2004-present | BlackRock Fixed Income Funds |
| 2004-2020 | ADP, Inc. |
| 2004-2014 | KKR Financial Corporation (Lead independent director) |
| 2004-2008 | Duke Realty Corporation |
| 2006-2008 | Capmark Financial Corporation; Information Services Group |
| 2004-2006 | Dex Media/R.H. Donnelley |
| 2003-2005 | ITU Ventures |
| 2000-2001 | Angel Society, LLC; Information Technology University, LLC |

## CONSULTING OR ADVISORY RELATIONSHIPS

| 2023-present | TIFIN |
| 2019-present | Growth Catalyst Partners |
| 2016-2020 | 55 Capital |
| 2014-2023 | Fiscal Note |

A-3

**Robert Glenn Hubbard**                                                                                   **April 2026**

| | |
|---|---|
| 2007-present | Consulting or Speaking Engagements at Some Point: U.S. Department of Justice, Internal Revenue Service, 1-800-Flowers, Abbott, Access Midstream, Advance Auto Parts, Advent, A IMCO, Airgas, Alibaba, AlixPartners, Alternative Investment Group, Amazon, American Axle, American Century, America's Health Insurance Plans, Amgen, AMVAC, ApexBrasil, Republic of Argentina, Association for Corporate Growth, Atlantic Point, AXA, Banco Bradesco, Bank of America, Bank of New York Mellon, Barclays Services Corporation, BBVA Compass, BGC, Biogen, BNP Paribas, Brevan Howard, Calamos, Capital Research, Carlyle Group, Christofferson Robb, CIBC, Citigroup, Commonfund, Compagnie Financiere Tradition, ComScore, Coty, Credit Suisse, Dell, Deutsche Bank, Eaton, FactSet, Donald Fewer, Fidelity, Flutter, Franklin Resources, Freddie Mac, Gartner, Goldman Sachs, Good, Government of Greece, Great-West, Sue Ann Hamm, Hanson, The Hartford, HFF, HSBC, Huntsman Corp., Insurance Information Institute, Intel, Investcorp, Jarden, JP Morgan Chase, Key Bank, Kosmos, Lincoln National, Lloyds/HBOS, Loews, Lotte, LVMH, Macquarie, Maersk, Mastercard, Mattel, Medtronic, Microsoft, Morgan Stanley, Mylan, NAI, NAREIT, NASCAR, National Rural Utilities Cooperative Finance Corporation, Nationwide, Adam Neumann, New York Bankers Association, NextEra, NMS Group, Norinchukin, Nuveen, Nvidia, Ocwen, Oracle, Pandora, Panera, Patriarch, PayPal, Pension Real Estate Association, Pershing Square, PNC, Portigon/West LB, Principal Management Corporation, Prium, Promontory, Rabobank, Real Estate Roundtable, Related Properties, Reynolds American, Rio Tinto, Royal Bank of Canada, Royal Bank of Scotland, Robinhood, Rural/Metro, Samsung, Sarshar, SCE&G, Steven Scott, Schwab, Sears, SIG, Sinclair, Society Generale, Solera, Streck, SunTrust, Telia Sonera, Tesco, Trust Company of the West, Tullett Prebon, UBS, Vale S.A., Visa, Votorantim, Walter Energy, William Walters, Wells Fargo, Wilmington Trust, Zillow |
| 2005-2009 | Arcapita |
| 2005-2010 | Nomura Holdings America |
| 2008 | Laurus Funds |
| 2005-2008 | Chart Venture Partners |
| 2003-2009 | Ripplewood Holdings |

POSTS IN NON-PROFIT ORGANIZATIONS

| | |
|---|---|
| 2024-present | Director, National Bureau of Economic Research |
| 2020-present | Member, Board of Directors, Resources for the Future |
| 2019-present | Member, Grant Advisory Committee, Smith Richardson Foundation |
| 2019-present | Member, Task Force on Inclusive Capitalism |
| 2006-present | Co-Chair, Committee on Capital Markets Regulation |
| 2003-present | Member, Manhattan District Council Board, Boy Scouts of America |
| 2012-present | Trustee, Committee for Economic Development |
| 2021-2024 | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2019-2024 | Co-Chair, Financial Stability Task Force |
| 2004-2019 | Member, Advisory Board, National Center on Addiction and Substance Abuse |
| 2017-2020 | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2012-2015 | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2010-2011 | Co-Chair, The Study Group on Corporate Boards |
| 2008-2011 | Elder, Fifth Avenue Presbyterian Church |
| 2008-2010 | Chairman, Economic Club of New York |
| 2006-2008 | Member, Board of Directors, Resources for the Future |
| 2003-2008 | Trustee, Tax Foundation |
| 2004-2010 | Trustee, Economic Club of New York |
| 2004-2007 | Trustee, Fifth Avenue Presbyterian Church, New York |

**PROFESSIONAL ACTIVITIES**

| | |
|---|---|
| 1987-present | Research Associate, National Bureau of Economic Research (Monetary Economics, Corporate Finance, Public Economics, Economic Fluctuations, Industrial Organization) |

A-4

| | |
|---|---|
| 2007-present | Life Member, Council on Foreign Relations |
| 2024-2025 | President, Eastern Economics Association |
| 2017-2018 | Member, U.S.-China Economic and Security Review Commission |
| 2003 | Member, Committee of Visitors, National Science Foundation |
| 2000 | Panelist, Graduate Fellowship Selection Committee, National Science Foundation |
| 1999-2001 | Director, Project on Nonprofit Organizations, National Bureau of Economic Research |
| 1997-2001 | Member, COSSA-Liaison Committee, American Economic Association |
| 1993-2001 | Board of Advisors, Institutional Investor Project, School of Law, Columbia University |
| 1995-1999 | Member, Board of Academic Consultants, American Law Institute |
| 1997 | Member, Grants Panel for Integrative Graduate Education and Research Training Program, National Science Foundation |
| 1994-1996 | Member, Economics Grants Panel, National Science Foundation |
| 1993-1996 | Member, Federal Taxation and Finance Committee, National Tax Association |
| 1990-1995 | Co-organized research program on International Aspects of Taxation at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1995 | Member, Program Committee, American Economic Association Meeting |
| 1983-1987 | Faculty Research Fellow, National Bureau of Economic Research |
| 1983-1986 | Adjunct Faculty Research Fellow, Energy and Environmental Policy Center, John F. Kennedy School of Government, Harvard University, Cambridge, Massachusetts |
| 1986, 1988, 1994, 2020, 2024 | Member of the Brookings Panel on Economic Activity |
| 1985, 1987 | Special guest of the Brookings Panel on Economic Activity |
| 1990-1991 | Organized research program on Environmental Economics and Public Policy at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988-1990 | Co-organized research program on Dynamic Models of Firms and Industries at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1985-1989 | Organized research program and workshops on contracting in financial markets at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988 | Organized Economic Fluctuations program on Industrial Economics and Macroeconomics, National Bureau of Economic Research, Stanford, California |
| 1986-1988 | Organized research program and workshop on links between macroeconomics and industrial organization at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1991 | Member, Program Committee, Econometric Society Winter Meetings |
| 1982-1983 | Member, Energy Modeling Forum VII Study Group, Stanford University, Stanford, California |

A-5

**Robert Glenn Hubbard**                                                                                    **April 2026**

| | |
|---|---|
| 1981-present | Consultant on research projects with private corporations and government and international agencies, including the Internal Revenue Service, Social Security Administration, U.S. Department of Energy, U.S. Department of State, U.S. Department of Treasury, and U.S. International Trade Commission; National Science Foundation; The World Bank; Board of Governors of the Federal Reserve System; Federal Reserve Bank of New York; Congressional Budget Office |
| Member: | American Economic Association, American Finance Association, Association for Public Policy and Management, Econometric Society, International Association of Energy Economists, National Tax Association, the Royal Economic Society, and the Institute for Management Science |
| Referee: | *American Economic Review; Canadian Journal of Economics; Columbia Journal of World Business; Econometrica; Economic Journal; Energy Economics; Energy Journal; International Finance; International Tax and Public Finance; Journal of Business; Journal of Business and Economic Statistics; Journal of Economic History; Journal of Economic Literature; Journal of Finance; Journal of Financial Economics; Journal of Financial Intermediation; Journal of Financial and Quantitative Analysis, Journal of Financial Services Research; Journal of Industrial Economics; Journal of International Money and Finance; Journal of Law and Economics; Journal of Macroeconomics; Journal of Money, Credit, and Banking; Journal of Monetary Economics; Journal of Political Economy; Journal of Public Economics; Journal of Regulatory Economics; Journal of Small Business Finance; Management Science; National Tax Journal; Quarterly Journal of Economics; Quarterly Review of Economics and Finance; RAND Journal of Economics; Review of Economic Dynamics; Review of Economic Studies; Review of Economics and Statistics; Review of Financial Economics; Scandinavian Journal of Economics; Southern Economic Journal; National Science Foundation*; C.V. Starr Center for Applied Economics (New York University); Addison-Wesley Publishing Company; Ballinger Press; Cambridge University Press; Harvard Business School Press; MIT Press; W.W. Norton; Oxford University Press |
| Associate Editor: | *Journal of Applied Corporate Finance* |
| Former Associate Editor: | *Federal Reserve Bank of New York Economic Policy Review; International Finance*; *International Tax and Public Finance; Journal of Industrial Economics; Journal of Macroeconomics; Journal of Small Business Finance; National Tax Journal* |

PUBLICATIONS AND PAPERS

**Edited Volumes**

*Transition Costs of Fundamental Tax Reform* (with K.A. Hassett), Washington, D.C.: AEI Press, 2001.

*Inequality and Tax Policy* (with K.A. Hassett), Washington, D.C.: AEI Press, 2001.

*Effects of Taxation on Multinational Corporations* (with M. Feldstein and J.R. Hines), Chicago: University of Chicago Press, 1995.

*Taxing Multinational Corporations* (with M. Feldstein and J. R. Hines), Chicago: University of Chicago Press, 1995.

*Studies in International Taxation* (with A. Giovannini and J. B. Slemrod), Chicago: University of Chicago Press, 1993.

*Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

*Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

**Books**

*The Wall and the Bridge,* New Haven, CT: Yale University Press, 2022.

*Balance* (with T. Kane), Simon and Schuster, 2013.

*Healthy, Wealthy, and Wise* (with J.F. Cogan and D.P. Kessler), Hoover Institution Press and AEI Press, 1st ed., 2005; 2nd ed., 2011.

*Seeds of Destruction* (with P. Navarro), FT Publishing, 2010.

*The Mutual Fund Industry: Competition and Investor Welfare* (with M.F. Koehn, S.I. Ornstein, M. Van Audenrode, and J. Royer), New York: Columbia Business School Publishing, 2010.

**Robert Glenn Hubbard**                                                                       **April 2026**

*The Aid Trap: Hard Truths About Ending Poverty* (with W. Duggan), Columbia Business School Publishing, 2009.


**Textbooks**

*Principles of Economics* (with A.P. O'Brien), Pearson Prentice Hall, 1st ed., 2006; 2nd ed., 2008; 3rd ed., 2010; 4th ed., 2013; 5th ed., 2015; 6th ed., 2017; 7th ed., 2019; 8th ed., 2021; 9th ed., 2024; 10th ed., 2027. (forthcoming)

*Money, Banking, and the Financial System* (with A.P. O'Brien), Pearson Prentice Hall, 1st ed., 2012; 2nd ed., 2013; 3rd ed., 2016; 4th ed., 2021; 5th ed., 2026.

*Macroeconomics* (with A.P. O'Brien and M. Rafferty), Pearson Prentice Hall, 1st ed., 2012; 2nd ed., 2014; 3rd ed., 2018.

*Money, the Financial System, and the Economy,* Reading: Addison-Wesley Publishing Company, 1st ed., 1994; 2nd ed., 1997; 3rd ed., 2000; 4th ed., 2002; 5th ed., 2004; 6th ed., 2007.


**Publications**

Articles

"Policies to Reduce Federal Budget Deficits by Increasing Economic Growth" (with D. Elmendorf and Z. Liscow), in B. Jones and J. Lerner, eds. *Entrepreneurship, Innovation, Policy, and the Economy*, National Bureau of Economic Research, 5 (2026): 41-76.

"Dynamic Scoring: A Progress Report on Why, When, and How" (with D. Elmendorf and H. Williams), *Brookings Papers on Economic Activity,* Forthcoming.

"Did Pandemic Unemployment Benefits Reduce Employment?: Evidence from Early State-level Expirations in June 2021" (with H. J. Holzer and M. R. Strain), *Economic Inquiry* (September 2023).

"Stakeholders, Shareholders, and the Purpose of the Corporation" (with S. Bhagat), *Journal of Law, Economics and Policy* 17 (October 2022).

"The Elasticity of Taxable Income in the Presence of Intertemporal Income Shifting" (with A. Gorry and A. Mathur), *National Tax Journal* 74 (March 2021): 45-73.

"Has the Paycheck Protection Program Succeeded?" (with M. Strain), *Brookings Papers on Economic Activity* (Fall 2020): 335-390.

"Establishing Credible Rules for Fed Emergency Lending" (with C. Calomiris, D. Holtz-Eakin, A.H. Meltzer, and H.S. Scott), *Journal of Financial Economic Policy* 8 (2017): 260-267.

"The Response of Deferred Executive Compensation to Changes in Tax Rates" (with A. Gorry, K.A. Hassett, and A. Mathur), *Journal of Public Economics* 151 (2017): 28-40.

"Country Characteristics and the Incidence of Capital Income Taxation on Wages:  An Empirical Assessment" (with C. Azemar), *Canadian Journal of Economics* 48 (2015): 1762-1802.

"Taxing Capital's Gains: Capital's Ideas and Tax Policy in the Twenty-First Century", *National Tax Journal*, 68 (2015): 409-424.

Reforming the Tax Preference for Employer Health Insurance" (with J. Bankman, J.F. Cogan, and D.P. Kessler), *Tax Policy and the Economy*, volume 26, Cambridge, University of Chicago Press, 2012.

"The Effect of Tax Preferences on Health Spending" (with J.F. Cogan and D.P. Kessler), *National Tax Journal*, 64 (2011): 795-816.

"The Effect of Medicare Coverage for the Disabled on the Market for Private Insurance" (with J.F. Cogan and D.P. Kessler), *Journal of Health Economics* 29 (2010): 418-428.

"The Effect of Massachusetts' Health Reform on Employer-Sponsored Insurance Premiums" (with J.F. Cogan and D.P. Kessler), *Forum for Health Economics and Policy*, 2010.

A-7

**Robert Glenn Hubbard**                                                                              **April 2026**

"The Mortgage Market Meltdown and House Prices" (with C. Mayer), *The B.E. Journal of Economic Analysis & Policy* 9: Issue 3 (Symposium), Article 8 (2009).

"Competition in the Mutual Fund Industry: Evidence and Implications for Policy" (with J. Coates), *Journal of Corporation Law*, 33 (Fall 2007).

"Evaluating Effects of Tax Preferences on Health Care Spending and Federal Revenues" (with J.F. Cogan and D.P. Kessler), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 21, Cambridge: MIT Press, 2007.

"To Bundle or Not to Bundle: Firms' Choices Under Pure Building" (with A. Saha and J. Lee), *International Journal of the Economics of Business* 14 (2007): 59-83.

"The Economic Effects of Federal Participation in Terrorism Risk" (with B. Deal and P. Hess), Risk Management and Insurance Review 8 (2005): 177-209.

"The Effects of Progressive Income Taxation on Job Turnover" (with W.M. Gentry), *Journal of Public Economics* 88 (September 2004): 2301-2322.

"Business, Knowledge, and Global Growth", *Capitalism and Society*, 1 (2006).

"Precautionary Savings and the Governance of Nonprofit Organizations" (with R. Fisman), *Journal of Public Economics*, 2005.

"Government Debt and Interest Rates" (with E. Engen), in M. Gertler and K. Rogoff, *NBER Macroeconomics Annual 2004*, Cambridge: MIT Press, 2005.

"Entrepreneurship and Household Saving" (with W.M. Gentry), *Advances in Economic Analysis and Policy*, 4 (2004).

"Taxing Multinationals" (with M. Devereux), *International Taxation and Public Finance* 10(2003):469-487.

"The Effect of the Tax Reform Act of 1986 on the Location of Assets in Financial Services Firms" (with R. Altshuler), *Journal of Public Economics* 87 (January 2003):109-127.

"The Role of Nonprofit Endowments" (with R. Fisman), in E. Glaeser, ed., *The Governance of Not-For-Profit Organizations*, Chicago: University of Chicago Press, 2003.

"Are There Bank Effects in Borrowers' Costs of Funds?: Evidence from a Matched Sample of Borrowers and Banks" (with K.N. Kuttner and D.N. Palia), *Journal of Business* 75 (October 2002): 559-581.

"The Share Price Effects of Dividend Taxes and Tax Imputation Credits" (with T.S. Harris and D. Kemsley), *Journal of Public Economics* 79 (March 2001): 569-596.

"Tax Policy and Entrepreneurial Entry" (with W.M. Gentry), *American Economic Review* 90 (May 2000).: 283-287.

"Understanding the Determinants of Managerial Ownership and the Link Between Ownership and Performance" (with C.P. Himmelberg and D. Palia), *Journal of Financial Economics* 53 (1999): 353-384.

"A Reexamination of the Conglomerate Merger Wave in the 1960s" (with D. Palia), *Journal of Finance* 54 (June 1999): 1131-1152.

"Inflation and the User Cost of Capital: Does Inflation Still Matter?" (with D. Cohen and K.A. Hassett), in M. Feldstein, ed., *The Costs and Benefits of Achieving Price Stability*, Chicago: University of Chicago Press, 1999.

"Are Investment Incentives Blunted by Changes in Prices of Capital Goods?: International Evidence" (with K.A. Hassett), *International Finance* 1 (October 1998): 103-125.

"Capital-Market Imperfections and Investment," *Journal of Economic Literature* 36 (March 1998): 193-225.

"Fundamental Tax Reform and Corporate Financial Policy" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 12, Cambridge: MIT Press, 1998.

"Distributional Implications of Introducing a Broad-Based Consumption Tax" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 11, Cambridge: MIT Press, 1997.

"How Different Are Income and Consumption Taxes?," *American Economic Review* 87 (May 1997): 138-142.

**Robert Glenn Hubbard**                                                    **April 2026**

"Tax Policy and Investment," (with K.A. Hassett), in A.J. Auerbach, ed., *Fiscal Policy: Lessons from Economic Research*, Cambridge: MIT Press, 1997.

"Assessing the Effectiveness of Saving Incentives" (with J. Skinner), *Journal of Economic Perspectives* 10 (Fall 1996): 73-90.

"The Political Economy of Branching Restrictions and Deposit Insurance: A Model of Monopolistic Competition Among Small and Large Banks" (with N. Economides and D. Palia), *Journal of Law and Economics* 39 (October 1996): 667-704.

"Tax Reforms and Investment: A Cross-Country Comparison" (with J.G. Cummins and K.A. Hassett), *Journal of Public Economics* 62 (1996): 237-273.

"Benefits of Control, Managerial Ownership, and the Stock Returns of Acquiring Firms" (with D. Palia), *RAND Journal of Economics* 26 (Winter 1995): 782-792.

"Executive Pay and Performance: Evidence from the U.S. Banking Industry" (with D. Palia), *Journal of Financial Economics* 39 (1995): 105-130.

"Tax Policy, Internal Finance, and Investment: Evidence from the Undistributed Profits Tax of 1936-1937" (with C. Calomiris), *Journal of Business* 68 (October 1995): 443-482.

"A Reconsideration of Investment Behavior Using Tax Reforms as Natural Experiments" (with J.G. Cummins and K.A. Hassett), *Brookings Papers on Economic Activity* (1994:2): 1-59.

"Precautionary Saving and Social Insurance" (with J. Skinner and S. Zeldes), *Journal of Political Economy* 105 (April 1995): 360-399.

"Expanding the Life-Cycle Model: Precautionary Saving and Public Policy" (with J. Skinner and S. Zeldes), *American Economic Review* 84 (May 1994): 174-179.

"The Tax Sensitivity of Foreign Direct Investment: Evidence from Firm-Level Panel Data" (with J. Cummins), in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"International Adjustment Under the Classical Gold Standard: Evidence for the U.S. and Britain, 1879- 1914" (with C. Calomiris), in T. Bauoumi, B. Eichengreen, and M. Taylor, eds., *Modern Perspectives on the Gold Standard*, Cambridge: Cambridge University Press, 1995.

"Internal Finance and Firm-Level Investment" (with A. Kashyap and T. Whited), *Journal of Money, Credit, and Banking* 27 (August 1995): 683-701.

"Do Tax Reforms Affect Investment?" (with J.G. Cummins and K.A. Hassett), in J.M. Poterba, ed., *Tax Policy and the Economy*, vol. 9, Cambridge: MIT Press, 1995.

"The Importance of Precautionary Motives for Explaining Individual and Aggregate Saving" (with J. Skinner and S. Zeldes), *Carnegie-Rochester Conference Series on Public Policy* 40 (June 1994): 59-126.

"Corporate Financial Policy, Taxation, and Macroeconomic Risk" (with M. Gertler), *RAND Journal of Economics* 24 (Summer 1993): 286-303.

"Internal Net Worth and the Investment Process: An Application to U.S. Agriculture" (with A. Kashyap), *Journal of Political Economy* 100 (June 1992): 506-534.

"Long-Term Contracting and Multiple-Price Systems" (with R. Weiner), *Journal of Business* 65 (April 1992): 177-198.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Industry" (with R. Weiner), *Journal of Law and Economics* 34 (April 1991): 25-67.

"Interest Rate Differentials, Credit Constraints, and Investment Fluctuations" (with M. Gertler and A. Kashyap), in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Taxation, Corporate Capital Structure, and Financial Distress" (with M. Gertler), in L.H. Summers, ed., *Tax Policy and the Economy*, volume 4, Cambridge: MIT Press, 1990.

"Firm Heterogeneity, Internal Finance, and Credit Rationing" (with C. Calomiris), *Economic Journal* 100 (March 1990): 90-104.

"Coming Home to America: Dividend Repatriations in U.S. Multinationals" (with J. Hines), in A. Razin and J.B. Slemrod, eds., *Taxation in the Global Economy*, Chicago: University of Chicago Press, 1990.

"Price Flexibility, Credit Availability, and Economic Fluctuations: Evidence from the U.S., 1894-1909" (with C. Calomiris), *Quarterly Journal of Economics* 104 (August 1989): 429-452.

"Financial Factors in Business Fluctuations" (with M. Gertler), in Federal Reserve Bank of Kansas City, *Financial Market Volatility--Causes, Consequences, and Policy Responses*, 1989.

"Contracting and Price Adjustment in Commodity Markets: Evidence from Copper and Oil" (with R. Weiner), *Review of Economics and Statistics* 71 (February 1989): 80-89.

"Financing Constraints and Corporate Investment" (with S. Fazzari and B.C. Petersen), *Brookings Papers on Economic Activity*, 1988:1: 141-195; Reprinted in Z.J. Acs, ed., *Small Firms and Economic Growth*, Cheltenham, U.K.: Edward Elgar Publishing Ltd., 1995.

"Investment, Financing Decisions, and Tax Policy" (with S. Fazzari and B.C. Petersen), *American Economic Review* 78 (May 1988): 200-205.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics* 70 (February 1988): 55-66.

"Capital Market Imperfections and Tax Policy Analysis in the Life-Cycle Model" (with K. Judd), Annales d' *Economie et de Statistique* 9 (January-March 1988): 111-139.

"Social Security and Individual Welfare: Precautionary Saving, Borrowing Constraints, and the Payroll Tax" (with K. Judd), *American Economic Review* 77 (September 1987): 630-646.

"Oligopoly Supergames: Some Empirical Evidence on Prices and Margins" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 36 (June 1987): 379-398.

"Uncertain Lifetimes, Pensions, and Individual Saving," in Zvi Bodie, John B. Shoven, and David A. Wise (eds.), *Issues in Pension Economics,* Chicago: University of Chicago Press, 1987, pp. 175-205.

"The Farm Debt Crisis and Public Policy" (with C. Calomiris and J. Stock), *Brookings Papers on Economic Activity*, 1986:2: 441-479.

"Liquidity Constraints, Fiscal Policy, and Consumption" (with K. Judd), *Brookings Papers on Economic Activity*, 1986:1: 1-50.

"The Intertemporal Stability of the Concentration-Margins Relationship" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 35 (September 1986): 13-34.

"Pension Wealth and Individual Saving: Some New Evidence," *Journal of Money, Credit, and Banking* 18 (May 1986): 167-178.

"Supply Shocks and Price Adjustment in the World Oil Market," *Quarterly Journal of Economics* 101 (February 1986): 85-102.

"Regulation and Long-Term Contracts in U.S. Natural Gas Markets" (with R. Weiner), *Journal of Industrial Economics* 35 (September 1986): 51-71.

"Business Cycles and the Relationship Between Concentration and Price-Cost Margins" (with I. Domowitz and B.C. Petersen), *RAND Journal of Economics* 17 (Spring 1986): 1-17.

"Inventory Optimization in the U.S. Petroleum Industry: Empirical Analysis and Implications for Energy Emergency Policy" (with R. Weiner), *Management Science 32* (July 1986): 773-790.

"Social Security, Liquidity Constraints, and Pre-Retirement Consumption," *Southern Economic Journal* 51 (October 1985): 471-484.

"Personal Taxation, Pension Wealth, and Portfolio Composition," *Review of Economics and Statistics* 67 (February 1985): 53-60.

"Industry Margins and the Business Cycle: Some New Microeconomic Evidence" (with I. Domowitz and B.C. Petersen), *Economics Letters* 19 (1985): 73-77.

A-10

"Oil Supply Shocks and International Policy Coordination" (with R. Weiner), *European Economic Review* 30 (February 1986): 91-106.

"Do IRAs and Keoghs Increase Saving?," *National Tax Journal* 37 (March 1984): 43-54.

*The Financial Impacts of Social Security: A Study of Effects on Household Wealth Accumulation and Allocation, in Monograph Series in Finance and Economics*, New York University, 1983.

Writings on Public Policy

"Markets for the People," *National Affairs* (Summer 2024).

*Report of the Task Force on Financial Stability* (with Donald Kohn, *et al.*), Brookings Institution, 2021.

"Rule of Law and Purpose of the Corporation" (with S. Bhagat), *Corporate Governance* (April 16, 2021).

"The Wall and the Bridge," *National Affairs* (Fall 2020).

"What Can Be Done at the National Level  to Boost the Economic Well-Being of Middle- and Lower-Income Americans,"  in E. Ludwig, ed., *The Vanishing American Dream*, New York: Disruption Books, 2020.

"Should the Modern Corporation Maximize Shareholder Value?" (with S. Bhagat), *AEI Economic Perspectives,* September 2020.

"The $64,000 Question: Living in the Age of Technological Possibility or Showing Possibility's Age?," in J. Diamond and G. Zodrow, eds., *Prospects for Economic Growth*, Cambridge: Cambridge University Press, forthcoming.

"Promoting Economic Recovery After COVID-19" (with J. Furman, T. Geithner, and M. Kearney), Aspen Economic Study Group, 2020.

"A Business Fiscal Response to a COVID-19 Recession" (with M. Strain), *AEI Ideas,* 2020.

"How Treasury Should Implement Loans to Large Businesses" (with M. Strain), *AEI Ideas,* 2020.

"If Congress Must Have Revenue Tests, Make Them Backward-Looking" (with M. Strain), *AEI Ideas,* 2020.

"Building the Car While Driving It: Suggestions for Reforming the Paycheck Protection Program" (with M. Strain), *AEI Ideas,* 2020.

"If 'It' Happened Again: A Roadmap for Regulatory Reform," in Sharyn O'Halloran and Thomas Groll, eds., *After the Crash: Financial Crises and Regulatory Responses,* New York: Columbia University Press, 2019.

"A Policy Agenda to Develop Human Capital for the Modern Economy" (with A. Goolsbee and A. Ganz), in Melissa S. Kearney and Amy Ganz, eds*., Expanding Economic Opportunity for More Americans*, Washington, D.C.: Aspen Institute, 2019.

 "Supporting Work, Inclusion, and Mass Prosperity," in M. Strain ed., *The U.S. Labor Market: Questions and Challenges for Public Policy.*  Washington, D.C.: AEI Press, 2016.

"Financial Regulatory Reform: A Progress Report," Federal Reserve Bank of St. Louis *Review* (May/June 2013): 181-197

"Consequences of Government Deficits and Debt," *International Journal of Central Banking* (January 2012).

"Putting Economic Ideas Back into Innovation Policy," in J. Lerner and S. Stern, eds., *The Rate and Direction of Inventive Activity Revisited*.  Chicago: University of Chicago Press, 2012.

"Back to the Future: The Marshall Plan" (with W. Duggan), in C. Schramm, ed.
Entrepreneurship and Expeditionary Economics, Kansas City: Kauffman Foundation (2011): 8-19.

"The Morning After: A Road Map for Financial Regulatory Reform," in R. B. Porter, R. R. Glauber, and J.J. Healey, eds., *New Directions in Financial Services Regulation*, Cambridge: MIT Press (2011): 77-98.

"The Best Business Education Ever," *BizEd* 6:5 (2007).

"An Action Plan for US Capital Markets," *International Finance* 10:1 (2007): 91-99.

"Nondestructive Creation," *strategy+business* 27 (Summer 2007): 30-35.

**Robert Glenn Hubbard**                                                                                                    **April 2026**

"The Productivity Riddle," *strategy+business* 45 (Winter 2006): 28-33.

"Overview of the Japanese Deficit Question," *(with T. Ito), in "Tackling Japan's Fiscal Challenges: Strategies to Cope with High Public Debt and Population Aging, Palgrave*, Macmillan (October 31, 2006).

"The U.S. Current Account Deficit and Public Policy," *Journal of Policy Modeling* 28 (2006): 665-671.

"Making Markets Work," (with J.F. Cogan and D.P. Kessler), *Health Affairs* 24 (November/December 2005): 1447-1457.

*How Capital Markets Enhance Economic Performance and Facilitate Job Creation* (with W.C. Dudley), New York: Goldman Sachs Markets Institute, 2004.

"Would a Consumption Tax Favor the Rich?," In A.J. Auerbach and K.A. Hassett, eds., *Toward Fundamental Tax Reform.* Washington, D.C.: AEI Press, 2005.

"The Economist as Public Intellectual," *Journal of Economic Education* 35 (Fall 2004): 391-394.

"Success Taxes, Entrepreneurship, and Innovation," (with W.M. Gentry), in *Innovation and the Economy*, volume 5, forthcoming.

"Tax Policy and International Competitiveness," *Taxes-The Tax Magazine* (March 2004): 233-241.

"Capital-Market Imperfections, Investment, and the Monetary Transmission Mechanism," in Heinz Hermann, ed., *Investing for the Future*. Frankfurt: Deutsche Bundesbank, 2001.

"The Growth of Institutional Stock Ownership: A Promise Unfulfilled," (with F.R. Edwards), *Journal of Applied Corporate Finance* 13 (Fall 2000): 92-104.

"Telecommunications, the Internet, and the Cost of Capital," in Ingo Vogelsang and Benjamin Compaine, eds., *The Internet Upheaval*, Cambridge: MIT Press, 2000.

"Federal Deposit Insurance: Economic Efficiency or Politics?" (with N. Economides and D. Palia), *Regulation* 22 (1999): 15-17.

*Institutional Investors and Corporate Behavior* (with G. R. Downes, Jr. and E. Houminer), Washington, D.C., American Enterprise Institute, 1999.

*The Magic Mountain: Is There a Budget Surplus?* (with K.A. Hassett), Washington, D.C.: American Enterprise Institute, 1999.

*Medical School Financing and Research: Problems and Policy Options*, Washington, D.C.: American Enterprise Institute, 1999.

"The Golden Goose: Understanding (and Taxing) the Saving of Entrepreneurs," in Gary D. Libecap, ed., *Advances in the Study of Entrepreneurship, Innovation, and Growth*, volume 10, Greenwich: JAI Press, 1998.

"U.S. Tax Policy and Multinational Corporations: Incentives, Problems, and Directions for Reform," in Dale W. Jorgenson and James M. Poterba, eds., *Borderline Case: International Tax Policy, Corporate Research and Development, and Investment*, Washington, D.C.: National Research Council, 1998.

"Distributional Tables and Tax Policy," in David F. Bradford, ed., *Distributional Analysis of Tax Policy*, Washington, D.C.: AEI Press, 1995.

"Is There a 'Credit Channel' for Monetary Policy?," *Federal Reserve Bank of St. Louis Review* 77 (May/June 1995): 63-77.

"U.S. Tax Policy and Foreign Direct Investment: Incentives, Problems, and Reform," *Tax Policy and Economic Growth,* Washington, D.C.: American Council for Capital Formation, 1995.

"The Use of 'Distribution Tables' in the Tax Policy Process," *National Tax Journal* 46 (December 1993): 527-537.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," *Tax Notes* (November 22, 1993): 985-1000.

"Corporate Tax Integration: A View from the Treasury Department," *Journal of Economic Perspectives* (Winter 1993): 115-132; reprinted in P. Roberti, ed., *Financial Markets and Capital Income Taxation in a Global Economy*, Amsterdam: North-Holland, 1998.

"The President's 1992 Health Care White Paper: An Economic Perspective," *National Tax Journal* 45 (September 1992): 347-356.

"Household Income Changes Over Time: Some Basic Questions and Facts," *Tax Notes* (August 24, 1992).

"Household Income Mobility During the 1980s: A Statistical Assessment Based on Tax Return Data" (with J. Nunns and W. Randolph), *Tax Notes* (June 1, 1992).

"Debt Renegotiation," *Institutional Investor* 24 (June 1990).

"Petroleum Regulation and Public Policy" (with R. Weiner), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened,* Boston: Little, Brown, and Company, 1986.

"Natural Gas: The Regulatory Transition" (with R. Braeutigam), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened*, Boston: Little, Brown, and Company, 1986.

"Natural Gas Contracting in Practice: Evidence from the United States" (with R. Weiner), in Michael Hoel and Bruce Wolman (eds.), *Natural Gas Markets and Contracts, Contributions to Economic Analysis Series*, North-Holland, 1986.

"Contracting and Regulation Under Uncertainty: The Natural Gas Market" (with R. Weiner), in John P. Weyant and Dorothy B. Sheffield (eds.), *The Energy Industries in Transition: 1985-2000*, Boulder: Westview Press, 1985.

"Oil and OECD Economies: Measuring Stockpile Coordination Benefits" (with J. Marquez and R. Weiner), in Mark Baier (ed.), *Energy and Economy: Global Interdependencies*, Bonn: Gesellschaft für Energiewissenschaft und Energiepolitik, 1985.

"Managing the Strategic Petroleum Reserve: Energy Policy in a Market Setting" (with R. Weiner), *Annual Review of Energy* 10 (1985): 339-359.

"Modeling Oil Price Fluctuations and International Stockpile Coordination" (with R. Weiner), *Journal of Policy Modeling* 7 (Summer 1985): 339-359.

"Crude Oil Trading and Price Stability" (with R. Weiner), in William F. Thompson and David J. De Angelo (eds.), *World Energy Markets: Stability or Cyclical Change*, Boulder: Westview Press, 1985.

"Energy Price Shocks, Inflation, and Economic Activity: Simulation Results of the Hubbard-Fry Model", in Bert Hickman and Hillard Huntington (eds.), *Macroeconomic Impact of Oil Supply Shocks: Report of the Energy Modeling Forum VII Project*, 1985.

"Drawing Down the Strategic Petroleum Reserve: The case for Selling Futures Contracts" (with S. Devarajan), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Government Stockpiles in a Multi-Country World: Coordination versus Competition" (with R. Weiner), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"The 'Sub-Trigger' Crisis: An Economic Analysis of Flexible Stock Policies" (with R. Weiner), *Energy Economics* 5 (July 1983): 178-189.

"Temporary Tax Reductions as Responses to Oil Shocks," in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Policy Analysis with Your Hands Tied: The Case of Disruption Tariff Under Oil Price Controls," in Fred S. Roberts (ed.), *Energy Modeling IV: Planning for Energy Disruptions*, Institute of Gas Technology, 1982.

Comments, Notes, and Reviews

"Comment" on D. Elmendorf, "'Dynamic Scoring': Why and How to Include Macroeconomic Effects in Budget Estimates for Legislative Proposals," *Brookings Papers on Economic Activity* (Fall 2015): 134-138.

"Comment" on A.J. Auerbach, "The Choice Between Income and Consumption Tax: A Primer," in A.J. Auerbach and D. Shaviro, eds., *Key Issues in Public Finance: Essays In Honor of David Bradford,* forthcoming.

"Pay Without Performance: A Market Equilibrium Critique," *Journal of Corporation Law* 30 (Summer 2005): 717-720.

"Financing Constraints and Corporate Investment: Response to Kaplan and Zingales," *Quarterly Journal of Economics* 115 (May 2000): 695-705.

"Comment" on Charles Handlock, Joel Houston, and Michael Ryngaert, "The Role of Managerial Incentives in Bank Acquisitions," *Journal of Banking and Finance* 23 (1999): 250-254.

"Comment" on D.H. Moss, "Courting Disaster?: The Transformation of Federal Disaster Policy Since 1903," in K.A. Froot, ed., *The Financing of Catastrophic Risk*, Chicago: University of Chicago Press, 1999.

"Market for Corporate Control" (with D. Palia), in P. Newman, ed., *The New Palgrave Dictionary of Economics and the Law*, London: Macmillan, 1998.

"Comment" on Joseph Peek and Eric Rosengren, "Do Monetary Policy and Regulatory Policy Affect Bank Loans?" in *Is Bank Lending Important for the Transmission of Monetary Policy?* Federal Reserve Bank of Boston, Conference Series (Proceedings) 39 (1995): 47-79.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Taxing Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Investment Under Uncertainty: Keeping One's Options Open," *Journal of Economic Literature* 32 (December 1994): 1794-1807.

"Introduction," in A. Giovannini, R.G. Hubbard, and J. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Comment" on G. Peter Wilson, "The Role of Taxes in Location and Source Decisions," in A. Giovannini, R.G. Hubbard, and J.B. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing: Reply" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics*, 1993.

"Introduction," in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Introduction," in R.G. Hubbard, ed., *Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

"Comment" on Alberto Giovannini and James R. Hines, Jr., "Capital Flight and Tax Competition: Are There Viable Solutions to Both Problems?," in A. Giovannini and C. Mayer, eds., *European Financial Integration*, London: Centre for Economic Policy Research, 1990.

"Comment" on Roger H. Gordon and Jeffrey K. MacKie-Mason, "Effects of the Tax Reform Act of 1986 on Corporate Financial Policy and Organizational Form," in J.B. Slemrod, ed., *Do Taxes Matter?: Economic Impacts of the Tax Reform Act of 1986*, Cambridge: MIT Press, 1990.

"Comment" on James M. Poterba, "Tax Policy and Corporate Saving," *Brookings Papers on Economic Activity*, 1987:2.

"Comment" on Robert E. Hall, "Market Structure and Macro Fluctuations," *Brookings Papers on Economic Activity, 1986*:2.

"Comment" on Alan S. Blinder and Angus Deaton, "The Time-Series Consumption Function Revisited," *Brookings Papers on Economic Activity*, 1985:2.

"Comment" on Benjamin S. Friedman and Mark Warshawsky, "The Cost of Annuities: Implications for Saving Behavior and Bequests," in Zvi Bodie, John Shoven, and David Wise (eds.), *Pensions in the U.S. Economy*, Chicago: University of Chicago Press, 1987.

"Energy Security: Book Reviews," *Energy Journal* 4 (April 1983).

"When the Oil Spigot is Suddenly Turned Off: Some Further Thoughts" (with R. Weiner), *Journal of Policy Analysis and Management* 2 (Winter 1983).

Submitted Papers and Working Papers

A-14

**Robert Glenn Hubbard**                                                          **April 2026**

"Tax Policy and Wage Growth" (with W. M. Gentry), Working Paper, Columbia University, 2001.

"Investor Protection, Ownership, and Investment" (with C.P. Himmelberg and I. Love), Working Paper, Columbia University, 2000.

"Incentive Pay and the Market for CEOs: An Analysis of Pay-for-Performance Sensitivity" (with C.P. Himmelberg), Working Paper, Columbia University, 2001.

"Noncontractible Quality and Organizational Form in the U.S. Hospital Industry," (with K.A. Hassett), Working Paper, Columbia University, 1999.

"Corporate Payouts and the Tax Price of Corporate Retentions: Evidence from the Undistributed Profits Tax of 1936-37" (with P. Reiss), Working Paper No. 3111, National Bureau of Economic Research, September 1989.

"Market Structure, Durable Goods, and Cyclical Fluctuations in Markups" (with I. Domowitz and B. Petersen), Working Paper, Northwestern University, 1987.

"Finite Lifetimes, Borrowing Constraints, and Short-Run Fiscal Policy" (with K. Judd), Working Paper No. 2158, National Bureau of Economic Research, 1987.

GRANTS RECEIVED

"Corporate Board Study Group," Rockefeller Foundation, 2009.

"Institutional Investors, Boards of Directors, and Corporate Governance," Korn/Ferry, 1997.

"An Economic Analysis of Saving Incentives," Securities Industry Association, 1994, with Jonathan Skinner.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," Catalyst Institute, 1993.

"Precautionary Saving in the U.S. Economy," Bradley Foundation, 1989-1990, with Jonathan Skinner and Stephen Zeldes.

"Taxation, Corporate Leverage, and Financial Distress," Garn Institute for Finance, 1989-1990.

"Precautionary Saving in a Dynamic Model of Consumption and Labor Supply," National Science Foundation (Economics Group SES-8707997), 1987-1989, with Jonathan Skinner and Stephen Zeldes.

"Industrial Behavior and the Business Cycle: A Panel Data Study of U.S. Manufacturing," National Science Foundation (Economics Group SES-8420152), 1985-1987, with Ian Domowitz and Bruce Petersen.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Market," Transportation Center, Northwestern University, Summer 1985.

"Constructing a Panel Data Base for Studies of U.S. Manufacturing," University Research Grants Committee, Northwestern University, 1985-1986.

"Economic Analysis of Multiple-Price Systems: Theory and Application, "National Science Foundation (Regulatory Analysis and Policy Group, SES-8408805), 1984-1985.

"Contracting and Price Adjustment in Product Markets," University Research Grants Committee, Northwestern University, 1983-1984.


**PAPERS PRESENTED**

University Seminars

Bard College, University of Bergamo, Butler Community College, University of California (Berkeley), University of California (Los Angeles), University of California (San Diego), Carleton, University of Chicago, Columbia Business School (Economics, Law School, Medical School and School of International and Public Affairs), University of Dubuque, Emory, University of Florida, University of Central Florida, Florida Atlantic University, George Washington, Georgetown, Georgia Southern University, Harvard, Hendrix College, University of Illinois, Indiana University, Iowa State University. Johns Hopkins, Laval, Lehigh, University College (London), University of Kentucky, London School of Economics, MIT, University of Maryland, University of Miami, Miami University, University of Michigan, University of Minnesota, National Defense University, New York University, Northwestern, Oxford, University of Notre Dame, University of Pennsylvania, Princeton, Ramapo College, Rice, University of Rochester, Stanford, Syracuse, University of Miami, University of Texas, Texas Tech University, Tufts, University of Virginia, University of Wisconsin (Madison), University of Wisconsin (Milwaukee), Virginia Tech, and Yale.


Conference Papers Presented

American Council for Capital Formation, Washington, D.C., June 1994.

American Economic Association, San Antonio, 2024; New Orleans, 2023; Boston, 2022; San Diego, 2020; Atlanta, 2019; Philadelphia, 2018; Chicago, 2017; San Francisco, 2016; Boston, 2015; Philadelphia, 2014; San Diego, 2013; Chicago, 2012; New Orleans, 2008; Chicago, 2007; Boston, 2006; Philadelphia, 2005; San Diego, January 2004; Atlanta, January 2002; New Orleans, January 2001; Boston, January 2000; New York, January 1999; New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; Boston, January 1994; Anaheim, January 1993; Washington, D.C., December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1985; Dallas, December 1984.

American Enterprise Institute, Conference on Economic Policy, 2019; Conference on Corporate Taxation, 2016; Conference on Private Equity, 2007; Conference on Corporate Taxation, 2006; Conference on Multinational Corporations, 2004, 2003; Conference on Multinational Corporations, February 1999; Conference on Income Inequality, January 1999; Conference on Transition Costs of Fundamental Tax Reform, November 1998; Conference Series on Social Insurance Reform, 1997-1998; Conference Series on Fundamental Tax Reform, 1995-1998; Conference on Distributional Analysis of Tax Policies, Washington, D.C., December 1993.

American Finance Association, New Orleans, January 2008; San Diego, January 2004; Boston, January 2000; New York, January 1999; New Orleans, January 1997.

Association of Environmental and Resource Economists, Dallas, December 1984; San Francisco, December 1983.

Association of Public Policy Analysis and Management, New Orleans, October 1984; Philadelphia, October 1983.

Bipartisan Commission on Entitlement and Tax Reform, Washington, D.C., June 1994.

Brookings Panel on Economic Activity, September 2020, September 2015, September 1994, April 1988, September 1987, September 1986, April 1986, September 1985.

Centre for Economic Policy Research Conference on Capital Taxation and European Integration, London, September 1989.

Conference on International Perspectives on the Macroeconomic and Microeconomic Implications of Financing Constraints, Centre for Economic Policy Research, Bergamo, Italy, October 1994.

Congressional Research Service Conference for New Members of Congress, Williamsburg, January 1999.

Congressional Research Service Conference for Members of the Ways and Means Committee, Baltimore, October 2001.

Deutsche Bundesbank Conference on Investing for the Future, Frankfurt, Germany, May 2000.

Eastern Economic Association, Boston, March 1988; Boston, February 1983.

Econometric Society, New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; New Orleans, January 1992; Washington, December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1986; New York, December 1985; Boston, August 1985; Madrid, September 1984; San Francisco, December 1983; Pisa, August 1983.

Energy Modeling Forum, Stanford University, August 1983; February 1983; August 1982.

European Commission, Conference on Taxation of Financial Instruments, Milan, June 1998.

A-16

European Institute for Japanese Studies, Tokyo, September 2002; March 2002.

Federal Reserve Bank of Boston, Annual Economic Conference, North Falmouth, Massachusetts, June 1995.

Federal Reserve Bank of Kansas City Symposium on "Financial Market Volatility – Causes, Consequences, and Policy Responses," Jackson Hole, Wyoming, August 1988; Comment on Rogoff, August 2004.

Federal Reserve Bank of New York, Conference on Consolidation of the Financial Services Industry, New York, March 1998.

Federal Reserve Bank of Philadelphia Conference on Economic Policy, Philadelphia, November 2007; November 2001.

Federal Reserve Bank of St. Louis, Conference on Economic Policy, St. Louis, October 1994.

Harvard Law School U. S.-Japan Symposium, Tokyo, December 2003; Washington, D. C., September 2002; Tokyo, December 2001.

Hoover Institution, Conference on Fundamental Tax Reform, December 1995.

The Institute of Gas Technology, Washington, D.C., May 1982.

The Institute of Management Science/Operations Research Society of America, Orlando, November 1983; Chicago, April 1983.

International Association of Energy Economists, Boston, November 1986; Philadelphia, December 1985; Bonn, June 1985; San Francisco, November 1984; Washington, D.C., June 1983; Denver, November 1982; Cambridge (England), June 1982; Houston, November 1981.

International Conference on the Life Cycle Model, Paris, June 1986.

International Institute of Public Finance, Innsbruck, August 1984.

International Seminar on Public Economics, Amsterdam, April 1997.

National Academy of Sciences, February 1997.

National Association of Business Economists, Washington, March 2015; Orlando, September 2003; Washington, September 2002; New York, September 2001; Boston, September 1996; Dallas, September 1992; New Orleans, October 1987.

National Bureau of Economic Research - IMEMO Conference on the American Economy, Moscow, August 1989.

National Bureau of Economic Research Summer Institute, July 2025, August 2014; August 2012; August 2009; August 2006; August 2005; July-August 2003; July-August 2000; July-August 1999; July-August 1998; August 1997; July 1995; July 1994; July 1993; August 1992; July-August 1991; July-August 1990; July-August 1989; July-August 1988; July-August 1987; July-August 1986; July 1985; July 1984; July 1983.

National Bureau of Economic Research Conference on Asymmetric Information, Corporate Finance, and Investment, Cambridge, May 1989.

National Bureau of Economic Research Conference on Chinese Economic Reform, Shanghai, China, July 2000.

National Bureau of Economic Research Conference on Financial Crises, Key Biscayne, March 1990.

National Bureau of Economic Research Conference on Government Expenditure Programs, Cambridge, November 1986.

National Bureau of Economic Research Conference on Indian Economic Reform, Rajasthan, India, December 1999.

National Bureau of Economic Research Conference on Innovation Policy, Washington, D.C., April 2004, April 2003.

National Bureau of Economic Research Conference on International Taxation, Washington, D.C., April 1994; Cambridge, January 1994; New York, September 1991; Nassau, Bahamas, February 1989.

National Bureau of Economic Research, Macroeconomic Annual Conference, Cambridge, MA, April 2004.

A-17

National Bureau of Economic Research Conference on Macroeconomics and Industrial Organization, Cambridge, July 1988; Cambridge, July 1987; Cambridge, July 1986; Chicago, November 1985.

National Bureau of Economic Research Conference on Nonprofit Organizations, Cheeca Lodge, January 2002; Cambridge, October 2001.

National Bureau of Economic Research Conference on Pensions, Baltimore, March 1985; San Diego, April 1984.

National Bureau of Economic Research Conference on Productivity, March 1988; March 1987.

National Bureau of Economic Research Conference on Public Economics, Cambridge, April 1999, April 1994, April 1993, November 1991, April 1991, March 1988, November 1987, March 1987.

National Bureau of Economic Research Conference on Tax Policy and the Economy, Washington, D.C., October 2001, November 1998, November 1996, November 1994, November 1991, November 1989.

National Bureau of Economic Research Trans-Atlantic Public Economics Seminar, London, May 2002; Gerzensee, May 2000; Turin, May 1994.

Organization for Economic Cooperation and Development, Economic Policy Committee Meeting, Paris, November 2002, April 2002, November 2001, April 2001.

National Tax Association/Tax Institute of America, Washington, D.C., June 2000; Atlanta, October 1999; Arlington, May 1992; Seattle, October 1983.

Organization for Economic Cooperation and Development, Ministerial Meeting, Paris, May 2002, May 2001.

Princeton Center for Economic Policy Conference, October 2000, October 1995.

Sveriges Riksbank/Stockholm School of Economics Conference on Asset Markets and Monetary Policy, Stockholm, Sweden, June 2000.

U.S. House of Representatives, Budget Committee, June 2001.

U.S. House of Representatives, Committee on Ways and Means, Washington, D.C., June 2006; June 2005; June 1999; April 1997, June 1996, July 1992.

U.S. Joint Economic Committee, Washington, D.C., February 2003, October 2002, October 2001, May 2001.

U.S. Senate Committee on Banking, Housing, and Urban Affairs, Washington, D.C., October 2001, May 2001.

U.S. Senate Committee on Budget, February 2003, September 2001.

U.S. Senate Committee on Commerce, Science, and Technology, July 2002.

U.S. Senate Committee on Finance, Washington, D.C., February 2003, February 2002, February 1997, January 1995, January 1992, December 1981.

**Appendix B**

**ROBERT GLENN HUBBARD**

***Testimony as an expert witness 2016 – 2026***

*SVB Financial Trust v. Federal Deposit Insurance Corporation, in its corporate capacity,* Case No. 5:23-cv-06543-BLF, In the United States District Court, Northern District of California*; SVB Financial Trust. v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,* Case No. 5:24-cv-01321-BLF, In the United States District Court, Northern District of California. Provided deposition testimony 2026.

*Daniel Borteanu, et al. v. Nikola Corporation, et al.,* Case No. CV-20-01797-PHX-SPL, United States District Court, District of Arizona. Provided deposition testimony 2025.

*Nadia Shash and Amjad Khan, Individually and On Behalf of All Others Similarly Situated v. Biogen Inc., Michel Vounatsos, Alfred W. Sandrock, Jr., and Samantha Budd-Haeberlein,* Case No.: 1:21-cv-10479-IT, United States District Court, District of Massachusetts. Provided deposition testimony 2025.

*In Re: Orbit/FR Inc. Stockholders Litigation,* C.A. No. 2018-0340-JTL, In the Court of the Chancery of the State of Delaware. Provided deposition testimony 2025.

*National ATM Council, Inc., et al. v. Visa Inc., et al.,* Case No. 1:11-cv-01803 in the United States District Court, District of Columbia. Provided deposition testimony 2020 and 2025.

*Richard F. Burkhart, et al. v. Genworth Financial, Inc., et al.* C.A. No. 2018-0691, In the Court of the Chancery of the State of Delaware. Provided deposition testimony 2025.

*Target Corporation, et al. v. Visa, Inc., et al.,* No. 13 Civ. 3477 (AKH), United States District Court Southern District of New York; *7-Eleven, Inc., et al. v. Visa, Inc., et al.,* No. 13 Civ. 4442 (AKH), United States District Court Southern District of New York. Provided supplemental deposition testimony in 2024.

*In re: LIBOR-Based Financial Instruments Antitrust Litigation,* MDL No. 2262, Master File No. 1:11-md-02262 (No. 13-cv-03952; No. 14-cv-01757; No. 13-cv-07720; No. 13-cv-06013; No. 13-cv-06014), United States District Court Southern District of New York. Provided deposition testimony in 2024.

*Amgen Inc. & Subsidiaries v. Commissioner of Internal Revenue.* Docket Nos. 16017-21 and 15631-22, United States Tax Court. Provided deposition testimony in 2024. Provided trial testimony 2025.

*Novolex Holdings, LLC v. Illinois Union Insurance Company Lloyd's Syndicate 4000, Barbican Transaction Liability Consortium 9804, and Arch Reinsurance (Bermuda) Ltd.,* Index No.

655514/2019, In the Supreme Court of the State of New York, County of New York.  Provided deposition testimony in 2024.

*In re: Alibaba Group Holding Ltd. Securities Litigation*, No. 1:20-CV-09568-GBD-JW, In the United States District Court for the Southern District of New York.  Provided deposition testimony in 2024.

*Sjunde AP-Fonden individually and on behalf of all others similarly situated, Plaintiff, v. The Goldman Sachs Group, Inc., et al., Defendants,* Case No. 18-cv-12084 (VSB) (KHP), In the United States District Court, Southern District of New York.  Provided deposition testimony 2024.

*In Re: Vale S.A. Securities, Litigation,* Case No. 19-cv-526-RJD-SJB, In the United States District Court, Eastern District of New York.  Provided deposition testimony 2023.  Provided hearing testimony 2024.

*Richard J. Tornetta v. Gregory B. Maffei, et al.,* C.A. No. 2019-0649, In the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2023.  Provided trial testimony 2023.

*The City of Philadelphia, et al., v. Bank of America Corporation, et al.,* Case No.: 19-cv-1608, In the United States District Court, Southern District of New York.  Provided deposition testimony 2023.

*Aurelius Capital Master, LTD., et al. v. The Republic of Argentina,* No. 19 Civ. 351, In the United States District Court, Southern District of New York.  Provided deposition testimony 2023.

*Palladian Partners, L.P. and others v. The Republic of Argentina and another*, Case Number FL-2019-000010, in the Commercial Court, Queen's Bench Division of the High Court of Justice of England and Wales.  Provided trial testimony 2022.

*The Successor Agency to the Former Emeryville Redevelopment Agency and the City of Emeryville v. Swagelok Company, et al.*, Case No. 17-cv-00308-WHO, In the United States District Court, Northern District of California.  Provided deposition testimony 2022.  Provided trial testimony in 2023.

*In Re Dell Technologies Inc. Class V Stockholders Litigation,* Consol. C.A. No. 2018-0816-JTL, In the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2022.

*In the Matter of: Certain Laptops, Desktops, Servers, Mobile Phones, Tablets, and Components Thereof*, Investigation No. 337-TA-1280, United States International Trade Commission, Washington, D.C.  Provided deposition testimony 2022.

*Rebecca J. Scott, et al. v. Steven R. Scott, et al., American Arbitration Association Case No. 01-20-0000-1588.* Provided arbitration testimony 2022.

B-2

*Preston Hollow Capital LLC v. Nuveen LLC, et al,* C.A. No. N19C-10-107-MMJ-CCLD, in the Superior Court of the State of Delaware.  Provided deposition testimony 2022.

*Novolex Holdings, LLC v. Newell Brands Inc.,* C.A. No. N19C-10-223-PRW-CCLD, in the Superior Court of the State of Delaware.  Provided deposition testimony 2021.

*In the Matter of the Otto Bremer Trust,* Court File No. 62-C9-61-315222, in the State of Minnesota District Court, County of Ramsey, Second Judicial District.  Provided trial testimony 2021.

*Rebecca J. Scott, et al. v. Carl S. Rosen, Esq., et al.,* Case No. 20-000868 CACE, in the District Court of the 17th Judicial Circuit of Florida in and for Broward County.  Provided deposition testimony 2021.

*Medtronic, Inc. & Consolidated Subsidiaries v. Commissioner of Internal Revenue,* Docket No. 6944-11, in the United States Tax Court.  Provided trial testimony 2021.

*Huntsman International, LLC v. Albemarle Corporation, et al.,* American Arbitration Association, AAA Case No. 01-17-001-4588.  Provided deposition testimony 2021.  Provided trial testimony 2021.

*In Re: WeWork Litigation,* C.A. No. 2020-0258, in the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2021.

*In Re: BGC Partners, Inc. Derivative Litigation,* C.A. No. 2018-0722-AGB, in the Court of Chancery of the State of Delaware.  Provided deposition testimony 2021.  Provided trial testimony 2021.

*BCIM Strategic Value Master Fund, LP v. HFF, Inc., a Delaware Corporation,* C.A. No. 2019-0558-JTL, in the Court of Chancery of the State of Delaware.  Provided deposition testimony 2021.  Provided trial testimony 2021.

*Bandera Master Fund LP, et al. v. Boardwalk Pipeline Partners, LP, et al.,* C.A. No. 2018-0372-JTL, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2020.  Provided trial testimony 2021.

*In Re:  Advance Auto Parts, Inc. Securities Litigation,* Civil Action No. 1:18-cv-00212-RGA, In the United States District Court, District of Delaware.  Provided deposition testimony 2020 and 2021.

*National ATM Council, Inc., et al. v. Visa Inc., et al.,* Case No. 1:11-cv-01803 in the United States District Court, District of Columbia.  Provided deposition testimony 2020.

*Lynne Bartron, et al. v. Visa Inc., et al.,* Case No. 1:11-cv-1831, Case No. 1:11-cv-1882 in the United States District Court, District of Columbia.  Provided deposition testimony 2020.

B-3

*Peter Burke, et al. v. Visa Inc., et al.,* Case No. 1:11-cv-1882 in the United States District Court, District of Columbia.  Provided deposition testimony 2020.

*Securities and Exchange Commission v. Rio Tinto PLC,* Case No. 1:17-cv-07994 in the United States District Court, Southern District of New York.  Provided deposition testimony 2020.

*Forescout Technologies, Inc. v. Ferrari Group Holdings, L.P. and Ferrari Merger Sub, Inc.,* Case No. 2020-0385-SG, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2020.

*Medtronic, Inc. & Consolidated Subsidiaries v. Commissioner of Internal Revenue,* Docket No. 6944-11, in the United States Tax Court.  Provided deposition testimony 2020.

*Brach Family Foundation Inc. v. AXA Equitable Life Insurance Company,* Case no. 16-CV-740 (JMF), in the United States District Court, Southern District of New York.  Provided deposition testimony 2019.

*In Re:  Appraisal of Capital Bank Financial Corp.,* C.A. No. 2018-0226-TMR, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2019.

*In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 05-md-1720, in the United States District Court, Eastern District of New York.  Provided deposition testimony 2019.

*Jeffrey Laydon, on behalf of himself and all others similarly situated v. The Bank of Tokyo-Mitsubishi UFJ, Ltd., et al.,* Case No. 12-cv-3419, in the United States District Court, for the Southern District of New York.  Provided deposition testimony 2019.

*Oaktree Principal Fund V, LP, et al. v. Warburg Pincus LLC; et al.,* Case No. 2:15-cv-08574-PSG-MRW, in the United States District Court, Central District of California, Western Division. Provided deposition testimony 2019.

*In re: Appraisal of Panera Bread Company,* Case No. 2017-0593-MTZ, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2019.  Provided trial testimony 2019.

*City of Pontiac General Employees' Retirement System v. Dell, et al.,* Case No. 1:15-c-00374-LY, in the United States District Court, Western District of Texas, Austin Division.  Provided deposition testimony 2018.

*Loreley Financing (Jersey) No 28, Limited v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.,* Index No. 652732/2011, in the Superior Court of the State of New York, County of New York, Commercial Division.  Provided deposition testimony 2018.

*South Carolina Electric & Gas Company v. Swain E. Whitfield, et al.,* Case No. 3:18-cv-01795-JMC, In the United States District Court for the District of South Carolina, Columbia Division. Provided testimony 2018.

*In re: Friends of the Earth and Sierra Club v. South Carolina Electric & Gas Company (SCE&G); In re: Request of the Office of Regulatory Staff for Rate Relief to SCE&G's Rates; In re: Joint Application and Petition of SCE&G and Dominion Energy, Inc.,* Docket Nos. 2017-207-E, 2017-305-E, and 2017-370-E, Before the Public Service Commission of South Carolina. Provided testimony in 2018.

*American Vanguard Corporation v. United States of America*, Civil Action No.: 16-694 C, in the United States Court of Federal Claims. Provided deposition testimony 2018.

*Joan Obeslo, et al. v. Great-West Capital Management, LLC, et al.,* Civil Action No. 16-cv-230-CMA-MJW consolidated with No. 16-cv-01215 and No. 16-cv-03162, in the United States District Court, District of Colorado. Provided deposition testimony 2018. Provided trial testimony 2020.

*In re: Appraisal of Jarden Corporation,* Case No. 12456-VCS, In the Court of Chancery of the State of Delaware. Provided deposition testimony 2018. Provided trial testimony 2018.

*Kortright Capital Partners LP, et al. v. Investcorp Investment Advisors Limited,* Case No. 16cv7619, United States District Court, Southern District of New York. Provided deposition testimony 2018. Provided trial testimony 2019.

*Syncora Guarantee Inc. v. Alinda Capital Partners LLC, American Roads LLC, Macquarie Securities (USA) Inc., and John S. Laxmi,* Index No. 651258/2012, In the Supreme Court of the State of New York. Provided deposition testimony 2018.

*Saul Chill and Sylvia Chill, for the use and benefit of the Calamos Growth Fund v. Calamos Advisors LLC and Calamos Financial Services LLC,* Case No. 15 Civ: 1014 (ER), United States District Court, Southern District of New York. Provided deposition testimony 2017. Provided trial testimony 2018.

*Broadway Gate Master Fund, Ltd., Pennant Master Fund LP, and Pennant Windward Master Fund, LP v. Ocwen Financial Corporation, et al.,* Civil Case 9:16-cv-80056, United States District Court, Southern District of Florida. Provided deposition testimony 2017.

*In re: Allergan, Inc. Proxy Violation Securities Litigation,* Case No. 8:14-cv-2004-DOC (KES), United States District Court, Central District of California, Southern District - Santa Ana. Provided deposition testimony 2017.

*In the Matter of: Certain Integrated Circuits with Voltage Regulators and Products Containing Same,* Investigation No. 337-TA-1024, United States International Trade Commission, Washington, D.C. Provided deposition testimony 2017.

*In re: Appraisal of Solera Holdings, Inc.,* Case No. 12080-CB, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2017.  Provided trial testimony 2017.

*In re: Good Technology Corporation Stockholder Litigation,* C.A. No. 11580-VCL, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2017.

*Mylan Inc. & Subsidiaries, et al. v. Commissioner of Internal Revenue,* Docket No. 16145-14, 27086-14, United States Tax Court, Washington, D.C.  Provided deposition testimony 2017.

*Abbott Laboratories v. Alere, Inc.,* C.A. No. 12963-VCG, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2017.

*In re: LIBOR-Based Financial Instruments Antitrust Litigation,* MDL No. 2262, 11 Civ. 2613, United States District Court Southern District of New York.  Provided deposition testimony 2017.

*In the Matter of:  Determination of Rates and Terms for Making and Distributing Phonorecords (Phonorecords III),* Docket No. 16-CRB-0003-PR (2018-2022), Before the Copyright Royalty Board Library of Congress, Washington, D.C.  Provided deposition testimony 2017.  Provided trial testimony 2017.

*Motors Liquidation Company Avoidance Action Trust v. JPMorgan Chase Bank, N.A., et al.,* Case No. 09-00504, United States Bankruptcy Court, Southern District of New York.  Provided deposition testimony 2017.  Provided trial testimony 2017.

*Great Hill Equity Partners IV, LLP, et al. v. SIG Growth Equity Fund I, LLP, et al,* Civil Action No. 7906, In the Court of Chancery for the State of Delaware.  Provided deposition testimony 2016.  Provided trial testimony 2017.

*Jennifer L. Kasilag, et al. v. Hartford Investment Financial Services, LLC,* Civil No. 1:2011cv01083, In the United States District Court, District of New Jersey, Camden Vicinage.  Provided trial testimony 2016.

*In re: Ocwen Financial Corporation Securities Litigation*, Case No. 14-81057 CIV-WPD, United Stated District Court, Southern District of Florida.  Provided deposition testimony 2016.  Provided deposition testimony 2017.

*In the Matter of Lynn Tilton; Patriarch Partners, LLC, et al.* Administrative Proceeding No. 3-16462, United States of America before the Securities and Exchange Commission.  Provided testimony 2016.

*Carlyle Capital Corporation Limited, Alan John Roberts, Neil Mather, Christopher Morris, Adrian John, Denis Rabet, solely in their capacity as Joint Liquidators of Carlyle Capital Corporation Limited (In Liquidation) v. William Elias Conway, Jr., James H. Hance, Jr., et al,* Court File No. 1510, In the Royal Court of Guernsey, Ordinary Court.  Provided testimony 2016.

B-6

*Illinois Tool Works, Inc. & Subsidiaries v. Commissioner of Internal Revenue,* United States Tax Court, Docket No. 10418-14.  Provided trial testimony 2016.

*General Electric Company v. United States of America,* Case No. 3:14-cv-190-JAM, United States District Court, District of Connecticut.  Provided deposition testimony in 2016.

B-7

**Appendix C**
**Materials Considered**

**Legal Documents**

[1] Consolidated Complaint for Violations of the Federal Securities Laws, *Bucks County Employees Retirement System v. Norfolk Southern Corporation, James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn*, Civil Action No. 1:23-cv-04175-SDG, United States District Court for the Northern District of Georgia, April 25, 2024.

[2] Deposition of Matthew D. Cain, April 2, 2026.

[3] Expert Report of Matthew D. Cain, Ph.D., February 27, 2026 (and associated backup materials).

[4] Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel and Supporting Memorandum of Law, *Bucks County Employees Retirement System v. Norfolk Southern Corporation, James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn*, Civil Action No. 1:23-cv-04175-SDG, United States District Court for the Northern District of Georgia, February 27, 2026.

[5] Opinion and Order on Defendants' Motion to Dismiss, *Bucks County Employees Retirement System v. Norfolk Southern Corporation, James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn*, Civil Action No. 1:23-cv-04175-SDG, United States District Court for the Northern District of Georgia, March 24, 2025.

**Academic Literature and Textbooks**

[1] Adam, Klaus and Stefan Nagel, "Expectations Data in Asset Pricing," Chapter 16 in *Handbook of Economic Expectations,* (2023), Academic Press.

[2] Allen, Mark A., *et al*., "Reference Guide on Estimation of Economic Damages," in *Reference Manual on Scientific Evidence*, 4th Ed. (2025), National Academies Press.

[3] Berk, Jonathan and Peter DeMarzo, *Corporate Finance*, 5th Ed. (2020), Pearson Education.

[4] Brealey, Richard A., et al., *Principles of Corporate Finance*, 14th Ed. (2023), McGraw Hill.

[5] Brown, Stephen V. and Jennifer Wu Tucker, "Large-Sample Evidence on Firms' Year-over-Year MD&A Modifications," *Journal of Accounting Research*, 49(2), 2011.

[6] Busse, Jeffrey A. and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics*, 65(3), 2002.

[7] Esmaeeli, Nafiseh, et al., "Critical Analysis of Train Derailments in Canada Through Process Safety Techniques and Insights into Enhanced Safety Management Systems," *Transportation Research Record*, 2676(4), 2022.

[8] Fama, Eugene F., "Efficient Capital Markets: Reply," *The Journal of Finance*, 31(1), 1976.

[9] Gold, Kevin L., et al., "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 in *Litigation Services Handbook: The Role of the Financial Expert*, 6th Ed. (2017), John Wiley & Sons.

[10] Hope, Ole-Kristian, et al., "The Benefits of Specific Risk-Factor Disclosures," *Review of Accounting Studies*, 21(4), 2016.

[11] Kaye, David H. and Hal S. Stern, "Reference Guide on Statistics and Research Methods," in *Reference Manual on Scientific Evidence*, 4th Ed. (2025), National Academies Press.

[12] Kothari, S.P. and Jerold B. Warner, "Econometrics of Event Studies," Chapter 1 in *Handbook of Empirical Corporate Finance*, (2007), Elsevier.

**Appendix C**
**Materials Considered**

| | |
|---|---|
| **[13]** | Lin, Chen-Yu, et al., "General Model of the Effect of Hazardous Materials Car Placement in Trains and Their Probability of Derailment," *Transportation Research Record* , 2676(10), 2022. |
| **[14]** | Liu, Xiang, et al., "Freight-Train Derailment Rates for Railroad Safety and Risk Analysis," *Accident Analysis and Prevention* , 98(1), 2017. |
| **[15]** | Rubinfeld, Daniel L. and David Card, "Reference Guide on Multiple Regression and Advanced Statistical Models," in *Reference Manual on Scientific Evidence* , 4th Ed. (2025), National Academies Press. |
| **[16]** | Schafer, Darwin H. and Christopher P.L. Barkan, "Relationship Between Train Length and Accident Causes and Rates," *Transportation Research Record* , 2043(1), 2008. |
| **[17]** | Stock, James H. and Mark W. Watson, *Introduction to Econometrics* , 3rd Ed. (2011), Pearson Education. |
| **[18]** | Tang, Chuan, et al., "Rail Accidents and Property Values in the Era of Unconventional Energy Production," *Journal of Urban Economics* , 120, 2020. |
| **[19]** | Walker, Thomas J., et al., "On the Stock Market's Reaction to Major Railroad Accidents," *Journal of the Transportation Research Forum* , 45(1), 2006. |
| **[20]** | Wang, Brandon Z., et al., "Quantitative Analysis of Changes in Freight Train Derailment Causes and Rates," *Journal of Transportation Engineering, Part A: Systems* , 146(11), 2020. |
| **[21]** | Wooldridge, Jeffrey M., *Introductory Econometrics: A Modern Approach* , 6th Ed. (2016), Cengage Learning. |

**Analysts' Reports**

| | |
|---|---|
| **[1]** | Argus, "Norfolk Southern Corp," October 29, 2020. |
| **[2]** | Argus, "Norfolk Southern Corp," February 1, 2021. |
| **[3]** | Argus, "Norfolk Southern Corp," May 4, 2021. |
| **[4]** | Argus, "Norfolk Southern Corp," August 3, 2021. |
| **[5]** | Argus, "Norfolk Southern Corp," October 28, 2021. |
| **[6]** | Argus, "Norfolk Southern Corp," February 7, 2022. |
| **[7]** | Argus, "Norfolk Southern Corp," April 28, 2022. |
| **[8]** | Argus, "Norfolk Southern Corp," August 4, 2022. |
| **[9]** | Argus, "Norfolk Southern Corp," October 28, 2022. |
| **[10]** | Argus, "Norfolk Southern Corp," January 27, 2023. |
| **[11]** | Argus, "Norfolk Southern Corp," March 15, 2023. |
| **[12]** | Atlantic Equities, "Eps Beat On Below The Line Items," October 29, 2020. |
| **[13]** | Atlantic Equities, "Redburn Daily Charts," November , 2020. |
| **[14]** | Atlantic Equities, "Modest Underlying Q2 Performance," July 29, 2021. |
| **[15]** | Atlantic Equities, "Model Update," August 5, 2021. |
| **[16]** | Atlantic Equities, "Investor Day: Execution Remains The Key Risk," December 7, 2022. |
| **[17]** | Atlantic Equities, "Is It Only Norfolk Southern?," February 27, 2023. |
| **[18]** | Baird, "3Q20 Review: More Confidence In Achieving 60% Or In 2021," October 29, 2020. |
| **[19]** | Baird, "Q420 Initial Look: Core Eps Largely In Line, Initial 2021 Outlook Solid," January 27, 2021. |
| **[20]** | Baird, "Q420 Review: Revenue Outlook Encouraging, Further Or Improvement On Tap," January 28, 2021. |

## Appendix C
## Materials Considered

| | |
|---|---|
| **[21]** | Baird, "Q121 Initial Look: Solid Expense Leverage On Display," April 28, 2021. |
| **[22]** | Baird, "Q121 Review: Efficiency Improvement And Growth On Track," April 28, 2021. |
| **[23]** | Baird, "Q221 Initial Look: Revenue Outlook Solid, Core Or Near Expectations," July 28, 2021. |
| **[24]** | Baird, "Q221 Review: Volume Growth Solid, Improving Or Trajectory Intact," July 28, 2021. |
| **[25]** | Baird, "Freight Flows - Q3 Wrap: Supply Chains Getting Worse Before Better," October 1, 2021. |
| **[26]** | Baird, "Q321 Initial Look: Solid Results In A Challenging Environment," October 27, 2021. |
| **[27]** | Baird, "Q321 Review: Navigating Challenging Environment Well," October 27, 2021. |
| **[28]** | Baird, "Q421 Initial Look: Results And Outlook Solid In A Challenging Environment," January 26, 2022. |
| **[29]** | Baird, "Q421 Review: Stronger Growth And Profitability In Process," January 26, 2022. |
| **[30]** | Baird, "Q122 Initial Look: Results Near Expectations, Outlook Intact," April 27, 2022. |
| **[31]** | Baird, "Q122 Review: Service Performance Set To Improve, Outlook Intact," April 27, 2022. |
| **[32]** | Baird, "Q222 Initial Look: Core Eps Solid, Or Outlook Adjusted Higher," July 27, 2022. |
| **[33]** | Baird, "Q222 Review: Adjusted Outlook Near Expectations, Service Should Improve," July 27, 2022. |
| **[34]** | Baird, "Q322 Initial Look: Core Eps Better, Implied Q4 Outlook Slightly Weaker," October 26, 2022. |
| **[35]** | Baird, "Q322 Review: Or And Volume Outlook Slightly Weaker," October 26, 2022. |
| **[36]** | Baird, "Investor Day Highlights: Committed To Delivering Resilient Performance," December 6, 2022. |
| **[37]** | Baird, "Q422 Initial Look: Core Results And Recovering Performance Encouraging," January 25, 2023. |
| **[38]** | Baird, "Q422 Review: 2023 Outlook Flattish, Focused On Service," January 25, 2023. |
| **[39]** | Baird, "Q323 Initial Look: Tougher Quarter As Expected," October 25, 2023. |
| **[40]** | Baird, "Q323 Review: Building Resiliency," October 25, 2023. |
| **[41]** | Bank of America, "Norfolk Southern Solid 3Q, With Upbeat Tone On '21; Strong Incrementals Push Our Ests Higher," October 28, 2020. |
| **[42]** | Bank of America, "Continues Paced Psr Gains; Aims To Exit 2021 At 60% Run Rate; Po To $257," January 27, 2021. |
| **[43]** | Bank of America, "Sequential Improvement In Volatile 1Q Shows Psr Gains; Po To $303," April 28, 2021. |
| **[44]** | Bank of America, "Strong '21 Topline Outlook (+12%), But Sequential Trends Flattish; Po $283," July 28, 2021. |
| **[45]** | Bank of America, "Norfolk Southern Rating Up On Yield Up (Upgrade To Buy)– Op & Yield Focus Drive Sustainable Margin," October 28, 2021. |
| **[46]** | Bank of America, "Next Phase Of Norfolk's Psr Evolution: Balance Service, Productivity & Growth," January 26, 2022. |
| **[47]** | Bank of America, "Focused On Adding Resources (Crews) To Get Service Ramping Faster; Po To $300," April 27, 2022. |
| **[48]** | Bank of America, "Norfolk Southern Brings Back Hump Yards, Service/Staffing Is Focus; Lowers '22 Margin Target; Po $267," July 27, 2022. |
| **[49]** | Bank of America, "Better Service & Vol Growth; Raise Cni, Cp, Unp To Buy (Negots Could Give Oppty)," September 12, 2022. |
| **[50]** | Bank of America, "Raise Labor Cost, Refine '23 Vols Down, Tgt Coal Yields To Fall; Svc Improving, Po $241," October 13, 2022. |

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [51] | Bank of America, "Levers To Drive Service, Productivity, And Capacity As Macro Dims; Po To $248," October 26, 2022. |
| [52] | Bank of America, "Aims To Acq Cincinnati Southern For $1.6B; Operated Network, To Gain Underlying Land," November 22, 2022. |
| [53] | Bank of America, "Norfolk Southern Targets 'Smart Growth' Over Long-Term At 2022 Analyst Day; Po $263," December 7, 2022. |
| [54] | Bank of America, "Norfolk Southern Sees Flattish '23 Revenue & Ebit; Service Gains Offset By Macro & Fuel; Po To $272," January 25, 2023. |
| [55] | Bank of America, "East Palestine 50 Car Derailment, Town Evacuated; Self Insurance Exposure~1%Eps," February 14, 2023. |
| [56] | Bank of America, "Transport Tracker Issue #1060, Week Ending Feb 15, 2023; Ns' Derailment Already Cost $4 Bil In Value," February 16, 2023. |
| [57] | Bank of America, "Recovery Costs And Tech Outages Lead Overhang (69% Operating Ratio); Po To$204," October 25, 2023. |
| [58] | Baptista, "Norfolk Southern Corporation (NSC)," January 1, 2023. |
| [59] | Baptista, "Norfolk Southern Corporation (NSC) V2," January 1, 2023. |
| [60] | Baptista, "Norfolk Southern Corporation (NSC)," November 4, 2023. |
| [61] | Barclays, "Norfolk Southern Corp. 3Q20, Review," October 28, 2020. |
| [62] | Barclays, "Norfolk Southern Corp. 4Q20, Review," January 27, 2021. |
| [63] | Barclays, "Norfolk Southern Corp. First Thoughts 1Q21," April 28, 2021. |
| [64] | Barclays, "Norfolk Southern Corp. 1Q21, Review," April 29, 2021. |
| [65] | Barclays, "3Q21, Review," October 27, 2021. |
| [66] | Barclays, "Norfolk Southern Corporation 4Q21, Review," January 26, 2022. |
| [67] | Barclays, "1Q22, Review," April 27, 2022. |
| [68] | Barclays, "Norfolk Southern Corp. Bull & Bear - Debating Freight 2022 Margin Opportunity Remains, But New Data Sheds Light On Material Service Deficiency And A Potentially Difficult Path To Recovery," June 14, 2022. |
| [69] | Barclays, "2Q22, Review," July 27, 2022. |
| [70] | Barclays, "Norfolk Southern Corp. 3Q22, Review & Correction From Earnings Call," October 26, 2022. |
| [71] | Barclays, "Norfolk Southern Corp. Investor Day Package," December 5, 2022. |
| [72] | Barclays, "Norfolk Southern Corp. Investor Day Preview," December 5, 2022. |
| [73] | Barclays, "Barclays Mix Monitor: Rail Revenue Through Week 50," December 20, 2022. |
| [74] | Barclays, "Nearing The Bottom In Rail Sentiment Following Norfolk And Canadian National Results," January 25, 2023. |
| [75] | Barclays, "Norfolk Southern Corp. 3Q23 Review," October 25, 2023. |
| [76] | Benchmark, "Operational Improvement Continues; Maintain Buy," October 29, 2020. |
| [77] | Benchmark, "The Benchmark Rail Monthly Volumes Tracking Above Consensus For Most; Prefer Unp, NSC, And CSX," November 19, 2020. |

C-4

## Appendix C
## Materials Considered

| | |
|---|---|
| [78] | Benchmark, "The Benchmark Rail Monthly Volumes Tracking Above Consensus For Most; Prefer Unp, NSC, And CSX V2," November 19, 2020. |
| [79] | Benchmark, "Mark-To-Marketing 4Q Estimate; Raising Pt To $260," December 17, 2020. |
| [80] | Benchmark, "Transitioning Coverage; Maintain Buy & $260 Price Target," January 5, 2021. |
| [81] | Benchmark, "On The Cusp Of Significant Psr-Fueled Or Improvement," January 27, 2021. |
| [82] | Benchmark, "Trimming 1Q Eps On Higher Costs; Maintain Buy; Pt $295," March 31, 2021. |
| [83] | Benchmark, "Norfolk Southern Corporation (NSC) 1Q Beat; Full-Year Guidance Reaffirmed; Increasing Pt To $315," April 29, 2021. |
| [84] | Benchmark, "Raising 2Q Estimate On Better Volume/Mix; Reiterate Buy," July 8, 2021. |
| [85] | Benchmark, "Beat & Raise; Still Like Long-Term Or Improvement Potential," July 29, 2021. |
| [86] | Benchmark, "Trimming 3Q Estimates On Weaker Volumes; Pt To $300," October 4, 2021. |
| [87] | Benchmark, "Record 3Q Rpu, Or, Eps; Productivity Improvements Continue; Pt $316," October 28, 2021. |
| [88] | Benchmark, "Mark-To-Marketing 4Q Estimate; Maintain Buy," January 11, 2022. |
| [89] | Benchmark, "Another Quarterly Beat; Guidance Largely In Line; Maintain Buy," January 27, 2022. |
| [90] | Benchmark, "1Q Estimate Moves Lower On Volume & Fuel; Maintain Buy And Pt," April 12, 2022. |
| [91] | Benchmark, "Record Rpu Drives Beat; Guidance Reiterated; Focused On Service," April 28, 2022. |
| [92] | Benchmark, "Raising 2Q On Higher Pricing/Fuel Surcharge Revenue; Pt To $292," July 11, 2022. |
| [93] | Benchmark, "Improving Service Expected To Drive 2H Volume Growth," July 28, 2022. |
| [94] | Benchmark, "Progress On The Service Side Should Unlock Volume Opportunities," October 27, 2022. |
| [95] | Benchmark, "Slight 4Q Miss; Revenue Guidance In Line With Consensus," January 26, 2023. |
| [96] | Benchmark, "Costs Drive 3Q Miss, But Management Believes The Or Has Troughed," October 26, 2023. |
| [97] | Bernstein, "NSC 4Q:20: Messy Beat With An - Line - And Aggressive - Guide," January 28, 2021. |
| [98] | Bernstein, "NSC: Expect An In Line 1Q, With Full Year Expectations Running Hot," April 6, 2021. |
| [99] | Bernstein, "NSC 2Q:21 - Chipping Away At A Better Or, Making Us A Little More Constructive On The Outlook," July 29, 2021. |
| [100] | Bernstein, "NSC 3Q:21 - Stepping On The Commercial Gas," October 28, 2021. |
| [101] | Bernstein, "North American Transportation," January 27, 2022. |
| [102] | Bernstein, "North American Transportation," March 22, 2022. |
| [103] | Bernstein, "NSC 1Q:22 - Not As Bad As Feared...Now If Only We Can Restore Service," April 28, 2022. |
| [104] | Bernstein, "NSC 2Q:22 - Slight Miss, Expect Cost Of Adding Resource To An Uncertain Volume Outlook To Weigh On The Outlook," July 28, 2022. |
| [105] | Bernstein, "Quick Take: NSC 3Q:22 - Solid Quarter, Decelerating Pricing And Lots O' Help On Fuel," October 26, 2022. |
| [106] | Bernstein, "Quick Take: NSC Investor Day Takeaways - High On Growth, Long On Operational Runway, And More On 2023…In January," December 7, 2022. |
| [107] | Bernstein, "Quick Take: NSC 4Q22 — Weaker Guide As Cost Pressures Accelerate Into Lower Average Rpu," January 26, 2023. |
| [108] | Bernstein, "NSC 3Q:23 — Modest Operating Miss, Constructive 4Q Revenue Guide But Cost Build Limits The Drop Through," October 25, 2023. |

## Appendix C
## Materials Considered

| | |
|---|---|
| [109] | BMO, "Higher Visibility Into 60% Or Given Productivity Trends And Improving Demand," October 28, 2020. |
| [110] | BMO, "Improving Yield/Mix, Demand Tailwinds Support Continued Or Improvements," January 27, 2021. |
| [111] | BMO, "CSX Versus NSC: A Comparative Analysis Of The U.S. Eastern Railroads," March 14, 2021. |
| [112] | BMO, "Lowering Estimates, But Near-Term Challenges Only Transitory," March 24, 2021. |
| [113] | BMO, "Cyclical Tailwinds, Intermodal Underpin Solid Q1/21 And Positive Outlook," April 28, 2021. |
| [114] | BMO, "Rails — Outlook Positive, Eps Revised Modestly Higher & Risk Remains To Upside," May 31, 2021. |
| [115] | BMO, "Tweaking Estimates & Price Targets Higher; Demand Momentum To Extend Into 2022," July 7, 2021. |
| [116] | BMO, "Productivity Gains And Improving Pricing Support Positive Outlook," July 28, 2021. |
| [117] | BMO, "Rails - Reduced Freight Demand Momentum Only A Speedbump In The Recovery," September 12, 2021. |
| [118] | BMO, "Pricing Drives Q3/21 Beat; Positive Momentum Expected To Continue Into 2022," October 27, 2021. |
| [119] | BMO, "Picking Up Steam In H2/22; Investor Day To Unveil New Strategic Plan," January 26, 2022. |
| [120] | BMO, "Q1/22 In Line; Service Recovery Weighted To H2/22," April 27, 2022. |
| [121] | BMO, "Q2/22 Beat Modestly; H2/22 Slightly Worse As Service Challenges Persist," July 27, 2022. |
| [122] | BMO, "Q3/22 Beat; Management To Outline Path Forward At December 6 Investor Day," October 26, 2022. |
| [123] | BMO, "2022 Investor Day: Pivoting To Growth," December 7, 2022. |
| [124] | BMO, "Risk/Reward Balanced; Maintain Market Perform," January 25, 2023. |
| [125] | BMO, "Rails: Pursuing Volume As Headcount & Service Turn A Corner," February 1, 2023. |
| [126] | BMO, "Q3/23 Miss As Cost Performance Weighs On Results," October 25, 2023. |
| [127] | Business Research, "Norfolk Southern Corporation (Norfolk Southern) Company Briefing (Covid 19 Update)," July 1, 2021. |
| [128] | Business Research, "Norfolk Southern Corporation (Norfolk Southern) Company Briefing," September 1, 2022. |
| [129] | CFRA, "CFRA Keeps Hold Opinion On Shares Of Norfolk Southern Corporation," October 28, 2020. |
| [130] | CFRA, "Norfolk Southern Corporation," October 28, 2020. |
| [131] | CFRA, "Norfolk Southern Corporation," November 16, 2020. |
| [132] | CFRA, "Norfolk Southern Corporation," November 21, 2020. |
| [133] | CFRA, "Stock Report," November 28, 2020. |
| [134] | CFRA, "Norfolk Southern Corporation," December 5, 2020. |
| [135] | CFRA, "Norfolk Southern Corporation," December 12, 2020. |
| [136] | CFRA, "Norfolk Southern Corporation," December 19, 2020. |
| [137] | CFRA, "Stock Report," December 26, 2020. |
| [138] | CFRA, "Norfolk Southern Corporation," January 2, 2021. |
| [139] | CFRA, "Norfolk Southern Corporation," January 9, 2021. |
| [140] | CFRA, "Norfolk Southern Corporation," January 16, 2021. |
| [141] | CFRA, "Norfolk Southern Corporation," January 23, 2021. |
| [142] | CFRA, "CFRA Keeps Hold Opinion On Shares Of Norfolk Southern Corporation," January 27, 2021. |
| [143] | CFRA, "Norfolk Southern Corporation," January 27, 2021. |
| [144] | CFRA, "Stock Report," January 30, 2021. |

**Appendix C**
**Materials Considered**

| | |
|---|---|
| **[145]** | CFRA, "Stock Report," February 6, 2021. |
| **[146]** | CFRA, "Norfolk Southern Corporation," February 13, 2021. |
| **[147]** | CFRA, "Norfolk Southern Corporation," February 20, 2021. |
| **[148]** | CFRA, "Norfolk Southern Corporation," February 27, 2021. |
| **[149]** | CFRA, "Stock Report," March 1, 2021. |
| **[150]** | CFRA, "Stock Report," March 6, 2021. |
| **[151]** | CFRA, "Stock Report," March 13, 2021. |
| **[152]** | CFRA, "Norfolk Southern Corporation," March 20, 2021. |
| **[153]** | CFRA, "Stock Report," March 27, 2021. |
| **[154]** | CFRA, "Stock Report," April 3, 2021. |
| **[155]** | CFRA, "Norfolk Southern Corporation," April 6, 2021. |
| **[156]** | CFRA, "Norfolk Southern Corporation," April 10, 2021. |
| **[157]** | CFRA, "Norfolk Southern Corporation," April 17, 2021. |
| **[158]** | CFRA, "Norfolk Southern Corporation," April 24, 2021. |
| **[159]** | CFRA, "CFRA Lowers Opinion On Shares Of Norfolk Southern Corporation To Sell From Hold," April 29, 2021. |
| **[160]** | CFRA, "Norfolk Southern Corporation," April 29, 2021. |
| **[161]** | CFRA, "Norfolk Southern Corporation," May 1, 2021. |
| **[162]** | CFRA, "Norfolk Southern Corporation," May 8, 2021. |
| **[163]** | CFRA, "Norfolk Southern Corporation," May 12, 2021. |
| **[164]** | CFRA, "Norfolk Southern Corporation," May 15, 2021. |
| **[165]** | CFRA, "Norfolk Southern Corporation," May 22, 2021. |
| **[166]** | CFRA, "Norfolk Southern Corporation," May 29, 2021. |
| **[167]** | CFRA, "Norfolk Southern Corporation," June 5, 2021. |
| **[168]** | CFRA, "Norfolk Southern Corporation," June 12, 2021. |
| **[169]** | CFRA, "Norfolk Southern Corporation," June 19, 2021. |
| **[170]** | CFRA, "Norfolk Southern Corporation," June 26, 2021. |
| **[171]** | CFRA, "Norfolk Southern Corporation," July 3, 2021. |
| **[172]** | CFRA, "Norfolk Southern Corporation," July 10, 2021. |
| **[173]** | CFRA, "Norfolk Southern Corporation," July 17, 2021. |
| **[174]** | CFRA, "Stock Report," July 24, 2021. |
| **[175]** | CFRA, "CFRA Maintains Sell Opinion On Shares Of Norfolk Southern Corporation," July 29, 2021. |
| **[176]** | CFRA, "CFRA Maintains Sell Opinion On Shares Of Norfolk Southern Corporation V2," July 29, 2021. |
| **[177]** | CFRA, "Norfolk Southern Corporation," July 31, 2021. |
| **[178]** | CFRA, "Norfolk Southern Corporation," August 7, 2021. |
| **[179]** | CFRA, "Norfolk Southern Corporation," August 10, 2021. |
| **[180]** | CFRA, "Norfolk Southern Corporation," August 14, 2021. |
| **[181]** | CFRA, "Norfolk Southern Corporation," August 21, 2021. |
| **[182]** | CFRA, "Stock Report," August 28, 2021. |

**Appendix C**
**Materials Considered**

[183]  CFRA, "Norfolk Southern Corporation," September 4, 2021.
[184]  CFRA, "Norfolk Southern Corporation," September 11, 2021.
[185]  CFRA, "Norfolk Southern Corporation," September 18, 2021.
[186]  CFRA, "Stock Report," September 25, 2021.
[187]  CFRA, "Stock Report," October 2, 2021.
[188]  CFRA, "Norfolk Southern Corporation," October 9, 2021.
[189]  CFRA, "Norfolk Southern Corporation," October 16, 2021.
[190]  CFRA, "Stock Report," October 23, 2021.
[191]  CFRA, "CFRA Maintains Sell Opinion On Shares Of Norfolk Southern Corporation," October 28, 2021.
[192]  CFRA, "Stock Report," October 28, 2021.
[193]  CFRA, "Stock Report," October 30, 2021.
[194]  CFRA, "Norfolk Southern Corporation," November 6, 2021.
[195]  CFRA, "Norfolk Southern Corporation," November 8, 2021.
[196]  CFRA, "Norfolk Southern Corporation," November 13, 2021.
[197]  CFRA, "Norfolk Southern Corporation," November 20, 2021.
[198]  CFRA, "Norfolk Southern Corporation," November 27, 2021.
[199]  CFRA, "Stock Report," December 4, 2021.
[200]  CFRA, "Norfolk Southern Corporation," December 11, 2021.
[201]  CFRA, "Norfolk Southern Corporation," December 18, 2021.
[202]  CFRA, "Norfolk Southern Corporation," December 25, 2021.
[203]  CFRA, "Stock Report," January 1, 2022.
[204]  CFRA, "Norfolk Southern Corporation," January 8, 2022.
[205]  CFRA, "Norfolk Southern Corporation," January 15, 2022.
[206]  CFRA, "Stock Report," January 22, 2022.
[207]  CFRA, "CFRA Maintains Sell Opinion On Shares Of Norfolk Southern Corporation," January 26, 2022.
[208]  CFRA, "CFRA Maintains Sell Opinion On Shares Of Norfolk Southern Corporation V2," January 26, 2022.
[209]  CFRA, "Stock Report," January 29, 2022.
[210]  CFRA, "Norfolk Southern Corporation," February 3, 2022.
[211]  CFRA, "Norfolk Southern Corporation," February 5, 2022.
[212]  CFRA, "Norfolk Southern Corporation," February 12, 2022.
[213]  CFRA, "Stock Report," February 19, 2022.
[214]  CFRA, "Norfolk Southern Corporation," February 26, 2022.
[215]  CFRA, "Norfolk Southern Corporation," March 1, 2022.
[216]  CFRA, "Norfolk Southern Corporation," March 5, 2022.
[217]  CFRA, "Norfolk Southern Corporation," March 12, 2022.
[218]  CFRA, "Norfolk Southern Corporation," March 19, 2022.
[219]  CFRA, "Stock Report," March 26, 2022.
[220]  CFRA, "Norfolk Southern Corporation," April 2, 2022.
[221]  CFRA, "Norfolk Southern Corporation," April 9, 2022.

**Appendix C**
**Materials Considered**

[222]   CFRA, "Stock Report," April 16, 2022.

[223]   CFRA, "CFRA Lowers Opinion On Industrials To Underweight From Marketweight," April 22, 2022.

[224]   CFRA, "Norfolk Southern Corporation," April 22, 2022.

[225]   CFRA, "Norfolk Southern Corporation," April 23, 2022.

[226]   CFRA, "CFRA Maintains Sell Opinion Of Shares Of Norfolk Southern Corporation," April 27, 2022.

[227]   CFRA, "Norfolk Southern Corporation," April 27, 2022.

[228]   CFRA, "Norfolk Southern Corporation," April 30, 2022.

[229]   CFRA, "Norfolk Southern Corporation," May 7, 2022.

[230]   CFRA, "Norfolk Southern Corporation," May 9, 2022.

[231]   CFRA, "Norfolk Southern Corporation," May 14, 2022.

[232]   CFRA, "Norfolk Southern Corporation," May 21, 2022.

[233]   CFRA, "Norfolk Southern Corporation," May 28, 2022.

[234]   CFRA, "Norfolk Southern Corporation," June 4, 2022.

[235]   CFRA, "Norfolk Southern Corporation," June 11, 2022.

[236]   CFRA, "Norfolk Southern Corporation," June 18, 2022.

[237]   CFRA, "Norfolk Southern Corporation," June 25, 2022.

[238]   CFRA, "Norfolk Southern Corporation," July 2, 2022.

[239]   CFRA, "Stock Report," July 9, 2022.

[240]   CFRA, "CFRA Lifts Opinion On Shares Of Norfolk Southern Corporation To Hold From Sell," July 11, 2022.

[241]   CFRA, "Norfolk Southern Corporation," July 11, 2022.

[242]   CFRA, "Norfolk Southern Corporation," July 12, 2022.

[243]   CFRA, "Norfolk Southern Corporation," July 16, 2022.

[244]   CFRA, "Norfolk Southern Corporation," July 23, 2022.

[245]   CFRA, "CFRA Maintains Hold Opinion On Shares Of Norfolk Southern Corporation," July 27, 2022.

[246]   CFRA, "Norfolk Southern Corporation," July 27, 2022.

[247]   CFRA, "Norfolk Southern Corporation," July 30, 2022.

[248]   CFRA, "Norfolk Southern Corporation," August 6, 2022.

[249]   CFRA, "Norfolk Southern Corporation," August 11, 2022.

[250]   CFRA, "Stock Report," August 13, 2022.

[251]   CFRA, "Norfolk Southern Corporation," August 20, 2022.

[252]   CFRA, "Norfolk Southern Corporation," August 27, 2022.

[253]   CFRA, "Norfolk Southern Corporation," September 3, 2022.

[254]   CFRA, "Stock Report," September 10, 2022.

[255]   CFRA, "Norfolk Southern Corporation," September 17, 2022.

[256]   CFRA, "Stock Report," September 24, 2022.

[257]   CFRA, "Norfolk Southern Corporation," October 1, 2022.

[258]   CFRA, "Stock Report," October 8, 2022.

[259]   CFRA, "Norfolk Southern Corporation," October 15, 2022.

[260]   CFRA, "Norfolk Southern Corporation," October 22, 2022.

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [261] | CFRA, "CFRA Maintains Hold Opinion On Shares Of Norfolk Southern Corporation," October 26, 2022. |
| [262] | CFRA, "Norfolk Southern Corporation," October 26, 2022. |
| [263] | CFRA, "Norfolk Southern Corporation," October 29, 2022. |
| [264] | CFRA, "Norfolk Southern Corporation," November 5, 2022. |
| [265] | CFRA, "Stock Report," November 10, 2022. |
| [266] | CFRA, "Norfolk Southern Corporation," November 12, 2022. |
| [267] | CFRA, "Stock Report," November 19, 2022. |
| [268] | CFRA, "Stock Report," November 26, 2022. |
| [269] | CFRA, "Stock Report," December 3, 2022. |
| [270] | CFRA, "Norfolk Southern Corporation," December 10, 2022. |
| [271] | CFRA, "Norfolk Southern Corporation," December 17, 2022. |
| [272] | CFRA, "Norfolk Southern Corporation," December 24, 2022. |
| [273] | CFRA, "Norfolk Southern Corporation," December 31, 2022. |
| [274] | CFRA, "Norfolk Southern Corporation," January 7, 2023. |
| [275] | CFRA, "Norfolk Southern Corporation," January 14, 2023. |
| [276] | CFRA, "Norfolk Southern Corporation," January 21, 2023. |
| [277] | CFRA, "CFRA Lowers Opinion On Shares Of Norfolk Southern Corporation To Sell From Hold," January 26, 2023. |
| [278] | CFRA, "Norfolk Southern Corporation," January 26, 2023. |
| [279] | CFRA, "Norfolk Southern Corporation," January 28, 2023. |
| [280] | CFRA, "Norfolk Southern Corporation," February 4, 2023. |
| [281] | CFRA, "Norfolk Southern Corporation," February 7, 2023. |
| [282] | CFRA, "Norfolk Southern Corporation," February 11, 2023. |
| [283] | CFRA, "Norfolk Southern Corporation," February 18, 2023. |
| [284] | CFRA, "Norfolk Southern Corporation," February 25, 2023. |
| [285] | CFRA, "Stock Report," March 4, 2023. |
| [286] | CFRA, "Norfolk Southern Corporation," March 11, 2023. |
| [287] | CFRA, "Norfolk Southern Corporation," March 18, 2023. |
| [288] | CFRA, "CFRA Upgrades Rating On Norfolk Southern Corp. To Buy From Hold," October 25, 2023. |
| [289] | CFRA, "Norfolk Southern Corporation," October 25, 2023. |
| [290] | CFRA, "Norfolk Southern Corporation," October 28, 2023. |
| [291] | CFRA, "Stock Report | November 03, 2023 | Nyse Symbol: NSC | NSC Is In The S&P 500," November 3, 2023. |
| [292] | CFRA, "Norfolk Southern Corporation," November 4, 2023. |
| [293] | Citi, "Results: 3Q20 Quick Read – In Line With Pre-Ann., But Still Strong," October 28, 2020. |
| [294] | Citi, "The Value Rail," October 28, 2020. |
| [295] | Citi, "Operating Momentum Should Take '21 Estimates Higher," January 27, 2021. |
| [296] | Citi, "Results: 4Q20 Quick Read – Solid Beat & In Line Guide," January 27, 2021. |
| [297] | Citi, "Alert: 2021 Citi Industrial Conference Takeaways," February 16, 2021. |

**Appendix C**
**Materials Considered**

[298]  Citi, "Wetherbee's Weekly Freight Line," February 19, 2021.

[299]  Citi, "The Next Good-To-Great Rail Story," March 25, 2021.

[300]  Citi, "1Q21 Quick Read – Last But Not Least; Solid Beat," April 28, 2021.

[301]  Citi, "Estimates Still Rising As Psr Is Running Ahead Of Schedule," April 28, 2021.

[302]  Citi, "Citi Transports – Wetherbee's Weekly Thoughts: Back To Basics," June 25, 2021.

[303]  Citi, "2Q21 Quick Read – Solid Core Beat With Strong Yields," July 28, 2021.

[304]  Citi, "Good Results, But Some Deceleration Expected In 2H," July 28, 2021.

[305]  Citi, "Estimates Aren't Far Off, But Sentiment Is; Meeting Takeaways," September 15, 2021.

[306]  Citi, "Norfolk Southern Corp. (NSC.N) Model Update," September 23, 2021.

[307]  Citi, "Hits The Trifecta, Plus One," October 27, 2021.

[308]  Citi, "Results: 3Q21 Quick Read – Beats On Yields & Raises Rev. Guide," October 27, 2021.

[309]  Citi, "Thoughts On Ceo Transition," December 2, 2021.

[310]  Citi, "Is Or Conservative?  Maybe, But Estimates Are Moving Up," January 26, 2022.

[311]  Citi, "Results: 4Q21 Quick Read – Beat And Guide Moves Ests Up In '22," January 26, 2022.

[312]  Citi, "2022 Citi Industrial Conference Takeaways," February 22, 2022.

[313]  Citi, "Answers To The Or Questions?," April 27, 2022.

[314]  Citi, "Results: 1Q22 Quick Read –Better Core Results, Guide Reit.," April 27, 2022.

[315]  Citi, "Results: 2Q22 Quick Read – Core Beat; Guide As Expected," July 27, 2022.

[316]  Citi, "Thoughts Post Our Call Back," July 27, 2022.

[317]  Citi, "Results: 3Q22 Quick Read – Beat On Yields, Guide In Line," October 26, 2022.

[318]  Citi, "Thoughts Post Our Call Back," October 26, 2022.

[319]  Citi, "Thoughts On Cincinnati Southern Railway Acquisition," November 21, 2022.

[320]  Citi, "Evolution Or Revolution Of Psr? Thoughts Ahead Of Investor Day," November 29, 2022.

[321]  Citi, "Expiring Downside 90-Day Catalyst Watch," December 5, 2022.

[322]  Citi, "A Glimpse Into The Future; Investor Day Takeaways," December 7, 2022.

[323]  Citi, "Results: 4Q22 Quick Read – Core Likely Beat; Outlook Vague," January 25, 2023.

[324]  Citi, "Thoughts Post Our Call Back," January 25, 2023.

[325]  Citi, "Thoughts On Ntsb Report And Recent Meetings," February 23, 2023.

[326]  Citi, "Results: 3Q23 Quick Read – Miss On Intermodal And Costs," October 25, 2023.

[327]  Citi, "Thoughts Post Our Call Back," October 25, 2023.

[328]  Cowen, "Intermodal And Psr Key Drivers Going Forward," October 28, 2020.

[329]  Cowen, "Line Of Sight For More Or Improvement," January 28, 2021.

[330]  Cowen, "NSC On A Roll," April 28, 2021.

[331]  Cowen, "Reasonable Back Half Expectations After Solid 2Q," July 28, 2021.

[332]  Cowen, "NSC Rides Smoothly Through 3Q Despite Supply Chain Congestion Issues," October 27, 2021.

[333]  Cowen, "Pricing Leads The Way Yet Again," January 26, 2022.

[334]  Cowen, "Pricing Leading The Way For NSC In Q1," April 27, 2022.

[335]  Cowen, "2Q Shows Operational Improvement, But Not Enough To Beat Expectations," July 27, 2022.

[336]  Cowen, "Network Fluidity Improving But Not There Yet," October 26, 2022.

## Appendix C
## Materials Considered

[337]   Cowen, "Takeaways From NSC Investor Day," December 7, 2022.

[338]   Cowen, "Track Work Weekly," January 6, 2023.

[339]   Cowen, "2023 Growth Slips Through NSC's Fingers," January 25, 2023.

[340]   Cowen, "Potential Impacts From Derailment," February 14, 2023.

[341]   Credit Suisse, "Committed To Closing The O.R. Gap," October 28, 2020.

[342]   Credit Suisse, "Executing. 'Nuff Said.," October 28, 2020.

[343]   Credit Suisse, "Norfolk Southern (NSC.N) Cs Conference Highlights," December 1, 2020.

[344]   Credit Suisse, "Week 3: Eastern Volumes Step Up, Helped By Strong Intermodal Carloads," January 25, 2021.

[345]   Credit Suisse, "Setting The Bar Just High Enough," January 27, 2021.

[346]   Credit Suisse, "Still Waiting On That Sub-60 O.R., But Path Now Clearer," January 27, 2021.

[347]   Credit Suisse, "Norfolk Southern One Step Closer To Closing The O.R. Gap," April 28, 2021.

[348]   Credit Suisse, "Record Efficiency Across A Number Of Op Metrics Contribute To Decent Beat," April 28, 2021.

[349]   Credit Suisse, "Rail Q2 Preview & Other Thoughts," June 30, 2021.

[350]   Credit Suisse, "Fy Top Line And O.R. Improvement Guidance Upped; Strong Q2 Helped By Gain On Sale," July 28, 2021.

[351]   Credit Suisse, "Headwinds To Mute 2H Incrementals; But Plenty Of Runway To Close O.R. Gap Lt," July 28, 2021.

[352]   Credit Suisse, "Or Target Revised Negative As Ns Positions For Growth, But Likely Matters Less Than Fixing Service Issues To Set Up Positive 2023," July 27, 2022.

[353]   Credit Suisse, "Transports: 3Q22 Preview," October 10, 2022.

[354]   Credit Suisse, "Ns Demonstrating Steady Performance Improvement, But Facing Softening Housing Market And Elevated Business Inventories," October 26, 2022.

[355]   Credit Suisse, "Ns Land Deal Shifts Asset Ownership, But Limited Impact On Core Ops; Trim Estimates On Yield Headwinds But Still View Street As Conservative," November 21, 2022.

[356]   Credit Suisse, "Ns Sets Sights On More Resilient Network As Management Looks To Shift Narrative, But Investor Day A Bit Light On Specific Targets," December 7, 2022.

[357]   Credit Suisse, "Transports: 4Q22 Preview & 2023 Outlook Potential Inflection In Conditions Boosts Case For Cautious Optimism In 2023; Fdx Top Pick," January 11, 2023.

[358]   Credit Suisse, "Service At Best Levels In More Than Two Years But Not Enough To Dispel Macro Concerns, Rpu Headwinds As Ns Leads Rails Lower," January 25, 2023.

[359]   Credit Suisse, "EPA Sends Notice Of Liability To Ns Linked To Ohio Derailment; We Offer A Brief Review Of Rail Derailments And Associated Liability," February 13, 2023.

[360]   Deutsche Bank, "Exactly In Line With Preannouncement," October 28, 2020.

[361]   Deutsche Bank, "Catalyst Call: Closing Our Buy Idea," October 29, 2020.

[362]   Deutsche Bank, "Early Morning Haul," October 29, 2020.

[363]   Deutsche Bank, "NSC Congestion, Mexico Protest, CSX 4Q Preview, & Much More," December 15, 2020.

[364]   Deutsche Bank, "Raising 4Q Ests. Modestly Above Consensus," December 21, 2020.

[365]   Deutsche Bank, "First Look; Good Results And Encouraging Guide," January 27, 2021.

**Appendix C**
**Materials Considered**

| | |
|---|---|
| **[366]** | Deutsche Bank, "Early Morning Haul," January 28, 2021. |
| **[367]** | Deutsche Bank, "Early Morning Haul," April 8, 2021. |
| **[368]** | Deutsche Bank, "A Bit Better Than Expected," April 28, 2021. |
| **[369]** | Deutsche Bank, "Earnings Edition (NSC, Saia, Wern & Chrw) & Rail Volumes," April 29, 2021. |
| **[370]** | Deutsche Bank, "NSC Chassis Shortage, Amazon Prime Day & Truck/Rail Data," June 22, 2021. |
| **[371]** | Deutsche Bank, "NSC Intermodal, Truck & Rail Data," June 29, 2021. |
| **[372]** | Deutsche Bank, "Clean Eps In Line," July 28, 2021. |
| **[373]** | Deutsche Bank, "Early Morning Haul," July 29, 2021. |
| **[374]** | Deutsche Bank, "NSC Incentive Program, Ism Pmi, Arcb & Truck/Rail Data," August 3, 2021. |
| **[375]** | Deutsche Bank, "Stb-NSC Lovefest, Port Congestion, & More," October 1, 2021. |
| **[376]** | Deutsche Bank, "Catalyst Call: Buy Idea," October 3, 2021. |
| **[377]** | Deutsche Bank, "Relief Rally?; +Why NSC Is A Buy Into Results," October 3, 2021. |
| **[378]** | Deutsche Bank, "NSC Catalyst Call Buy; + Rail 3Q Preview," October 4, 2021. |
| **[379]** | Deutsche Bank, "NSC Reopens Terminal, Capacity Crunch & Oil," October 6, 2021. |
| **[380]** | Deutsche Bank, "Catalyst Call: Closing Our Buy Idea," October 27, 2021. |
| **[381]** | Deutsche Bank, "Wishing For More Op Lev On +14% Yield," October 27, 2021. |
| **[382]** | Deutsche Bank, "Early Morning Haul," October 28, 2021. |
| **[383]** | Deutsche Bank, "Gxo Earnings, NSC, 60.5 Ism & Truck/ Rail Data," November 2, 2021. |
| **[384]** | Deutsche Bank, "Saia Mid-Q Update, More Ltl Trends & NSC Mgmt. Change," December 3, 2021. |
| **[385]** | Deutsche Bank, "Guidance = Low Bar Or Cost Creep?," January 26, 2022. |
| **[386]** | Deutsche Bank, "Early Morning Haul," January 27, 2022. |
| **[387]** | Deutsche Bank, "Covering Our Tracks," February 22, 2022. |
| **[388]** | Deutsche Bank, "In Line With Lowered Expectations," April 27, 2022. |
| **[389]** | Deutsche Bank, "NSC Service Is Improving, Jbht Vol. Green Shoots," July 20, 2022. |
| **[390]** | Deutsche Bank, "Good Results; Waiting On Service/Vol," July 27, 2022. |
| **[391]** | Deutsche Bank, "Will Cp Take A Breather? Go, NSC, Go," August 29, 2022. |
| **[392]** | Deutsche Bank, "Demystifying 4Q Guide; +Model Revisions," October 26, 2022. |
| **[393]** | Deutsche Bank, "Noisy, But Solid Underlying," October 26, 2022. |
| **[394]** | Deutsche Bank, "NSC Investor Day Expectations," December 5, 2022. |
| **[395]** | Deutsche Bank, "What's Topical In Transports (NSC, Odfl & Shipping)," December 8, 2022. |
| **[396]** | Deutsche Bank, "NSC Encouraging Volumes + Saia Takeaways," December 13, 2022. |
| **[397]** | Deutsche Bank, "First Look; Slight Beat," January 25, 2023. |
| **[398]** | Deutsche Bank, "Early Morning Haul: CSX Volumes Offer Some Hope, Rail Derailment," February 14, 2023. |
| **[399]** | Deutsche Bank, "3Q Miss, Even Inc. Big Coal Yield Benefit," October 25, 2023. |
| **[400]** | Evercore, "Positive Efficiency Strides Getting Longer (Along With Its Trains)," October 28, 2020. |
| **[401]** | Evercore, "The Rail Review: A Favorable End To A Volatile Year," January 4, 2021. |
| **[402]** | Evercore, "Continuing On The Margin Improvement Track," January 27, 2021. |
| **[403]** | Evercore, "As Execution Unfolds, More Upside Becomes Apparent," April 28, 2021. |
| **[404]** | Evercore, "Capacity, And Ability To Price It, A True Differentiator," July 28, 2021. |

## Appendix C
## Materials Considered

| | |
|---|---|
| [405] | Evercore, "Really Good, But Apparently Not Good Enough," July 28, 2021. |
| [406] | Evercore, "A Beat-And-Raise Treat, While You're Spooked About Volumes," October 27, 2021. |
| [407] | Evercore, "Playing The Long (Train) Game," January 26, 2022. |
| [408] | Evercore, "Still Set Up For Second Half Acceleration," April 27, 2022. |
| [409] | Evercore, "Prove It Or Lose It Time," July 27, 2022. |
| [410] | Evercore, "Pricing Saves The Day (Again); Can Volumes Finally Lend A Hand?," October 27, 2022. |
| [411] | Evercore, "Gsr (Growth, Service, Resilience) Is The Future (And, Apparently, So Is The Time For Guidance)," December 7, 2022. |
| [412] | Evercore, "Rails: Top 10 Thoughts Into '23; New Pts & Est. For '24; U/G Unp To Op; D/G NSC To Il," December 20, 2022. |
| [413] | Evercore, "4Q22 First Look: An Apparent Adjusted Beat, But Opaque Guidance To Be Focus Of The Call," January 25, 2023. |
| [414] | Evercore, "Nobody Is Bigger Than The Macro," January 25, 2023. |
| [415] | Evercore, "3Q23 First Look: Better Than Our "Worst Case", But Still A Profit/Margin Miss," October 25, 2023. |
| [416] | Evercore, "Plenty Of Wood Left To Chop," October 26, 2023. |
| [417] | Goldman Sachs, "Norfolk Southern Corp. (NSC): 3Q Eps Ahead Of Estimates; Quarter In Line Operationally," October 28, 2020. |
| [418] | Goldman Sachs, "Norfolk Southern Corp. (NSC): 4Q Eps Beat: Solid Outlook Ahead," January 27, 2021. |
| [419] | Goldman Sachs, "Norfolk Southern Corp. (NSC): First Take: Better Than Forecast 4Q; Outlook Appears Solid," January 27, 2021. |
| [420] | Goldman Sachs, "Norfolk Southern Corp. (NSC): 1Q Eps Beat: Strong Or And Yield Performance," April 28, 2021. |
| [421] | Goldman Sachs, "Norfolk Southern Corp. (NSC): 2Q Eps Beat: Outlook For Margin Improvement Intact," July 28, 2021. |
| [422] | Goldman Sachs, "Norfolk Southern Corp. (NSC): 3Q Eps Beat: Raising Estimates On Back Of Operating Leverage And Yield," October 27, 2021. |
| [423] | Goldman Sachs, "Norfolk Southern Corp. (NSC): 4Q Eps Beat; Yield Strength And Productivity Boost Performance," January 26, 2022. |
| [424] | Goldman Sachs, "Norfolk Southern Corp. (NSC): 1Q22 Eps Essentially Inline: Yields Good, But Higher Costs Drag Or," April 27, 2022. |
| [425] | Goldman Sachs, "Norfolk Southern Corp. (NSC): 3Q22 Eps: Strong Yields Drove Beat, Service/Volumes Still In Recovery Mode," October 26, 2022. |
| [426] | Goldman Sachs, "Investor Day Takeaway: Tone Upbeat; Focus On Long-Term Resilience, Less On Near-Term Specifics; Remain Buy (On Cl)," December 6, 2022. |
| [427] | Goldman Sachs, "Norfolk Southern Corp. (NSC): 3Q23 Adj Eps Falls Short; Tough Quarter For Margin," October 25, 2023. |
| [428] | Height Analytics, "Norfolk Southern Could Be On The Hook For Cleanup," February 17, 2023. |
| [429] | Height Analytics, "Norfolk Southern Hit With Superfund," February 22, 2023. |

## Appendix C
## Materials Considered

[430]  J.P. Morgan, "Not Every Victory Shows Up On The Scoreboard," October 28, 2020.

[431]  J.P. Morgan, "3Q20 Credit Review," October 29, 2020.

[432]  J.P. Morgan, "Transportation & Logistics: 4Q20 Earnings Preview: Picks Into The Print, Rail Service Is Negative For Jbht, Watch Out For Ups's Amazon Update," January 12, 2021.

[433]  J.P. Morgan, "First Look At 4Q20 Earnings," January 27, 2021.

[434]  J.P. Morgan, "Highlights From Calls With Management, Operating Model And Leverage Positioned For A Recovery," January 27, 2021.

[435]  J.P. Morgan, "4Q20 Credit Review," January 31, 2021.

[436]  J.P. Morgan, "J.P. Morgan Industrials Conference Takeaways," March 16, 2021.

[437]  J.P. Morgan, "Takeaways From The 2021 Global Esg Conference With Norfolk Southern And Canadian National In Focus," March 25, 2021.

[438]  J.P. Morgan, "First Look At 1Q21 Earnings," April 28, 2021.

[439]  J.P. Morgan, "Highlights From Calls With Management, Solid Start In 1Q21 With Upside To 2021 Guidance," April 28, 2021.

[440]  J.P. Morgan, "1Q21 Credit Review," April 30, 2021.

[441]  J.P. Morgan, "2Q21 Credit Review," July 28, 2021.

[442]  J.P. Morgan, "First Look At 2Q21 Earnings," July 28, 2021.

[443]  J.P. Morgan, "Highlights From Calls With The Management Team," July 28, 2021.

[444]  J.P. Morgan, "3Q21 Credit Review; Upgrading Credit Opinion From Neutral To Overweight," October 27, 2021.

[445]  J.P. Morgan, "First Look At 3Q21 Earnings," October 27, 2021.

[446]  J.P. Morgan, "Highlights From Calls With The Management Team, Additional Context On The Vaccine Executive Order," October 27, 2021.

[447]  J.P. Morgan, "Initial Thoughts On The Ceo Transition," December 2, 2021.

[448]  J.P. Morgan, "First Look At 4Q21 Earnings," January 26, 2022.

[449]  J.P. Morgan, "Highlights From Calls With Management," January 26, 2022.

[450]  J.P. Morgan, "4Q21 Credit Review," January 31, 2022.

[451]  J.P. Morgan, "J.P. Morgan Industrials Conference Takeaways," March 16, 2022.

[452]  J.P. Morgan, "First Look At 1Q22 Earnings," April 27, 2022.

[453]  J.P. Morgan, "Highlights From Calls With Management," April 27, 2022.

[454]  J.P. Morgan, "2Q22 Earnings Preview: Risks To Estimates Rising For U.S. Rails, Downgrade Unp And NSC To Neutral," July 12, 2022.

[455]  J.P. Morgan, "2Q22 Credit Update," July 27, 2022.

[456]  J.P. Morgan, "First Look At 2Q22 Earnings," July 27, 2022.

[457]  J.P. Morgan, "Management Call Highlights, Initial View On Proposed Two-Person Crew Rule From Fra," July 27, 2022.

[458]  J.P. Morgan, "First Look At 3Q22 Earnings," October 26, 2022.

[459]  J.P. Morgan, "Highlights From Calls With Management, More Clarity On Implied 4Q Guide," October 26, 2022.

## Appendix C
## Materials Considered

[460] J.P. Morgan, "Rail Credit Sector Downgrade & Rel Val Re-Rack Downgrading Rail Credit From Ow To N; Bnsf Ow To N; Cnrcn Uw To N; NSC N To Ow, Cp N To Uw," October 28, 2022.

[461] J.P. Morgan, "Long Term View On Leases And Rail Lines," November 21, 2022.

[462] J.P. Morgan, "2022 Investor Day Takeaways - Still Playing The Long Game," December 7, 2022.

[463] J.P. Morgan, "Highlights From Calls With Management, Volume In The Driver's Seat," January 25, 2023.

[464] J.P. Morgan, "Norfolk Southern First Look At 4Q22 Earnings," January 25, 2023.

[465] J.P. Morgan, "Rail 4Q22 Credit Updates Cp-Ksu Update (Stay Uw Cp), 4Q22 Credit Updates On NSC (Downgrading From Ow To N), Cnrcn (N), Unp (Uw), CSX (N)," January 30, 2023.

[466] J.P. Morgan, "Initial View And Faqs On Ohio Derailment," February 6, 2023.

[467] J.P. Morgan, "Update On Ohio Derailment And Latest Faqs," February 13, 2023.

[468] J.P. Morgan, "Weekly Fast Track: Updated Thoughts On NSC Derailment And Our Actual Estimated Cost," February 17, 2023.

[469] J.P. Morgan, "Weekly Fast Track: Initial Ntsb Report Neutral For NSC, Wayside Hotbox Detectors A New Focal Point," February 24, 2023.

[470] J.P. Morgan, "J.P. Morgan Industrials Conference Takeaways," March 15, 2023.

[471] J.P. Morgan, "Highlights From Calls With Management, Case To Turn Constructive Starting To Take Shape," April 26, 2023.

[472] J.P. Morgan, "First Look At 3Q23 Earnings," October 25, 2023.

[473] J.P. Morgan, "Highlights From Calls With Management, Model Bent But Will Take Time To Prove It·S Not Broken," October 25, 2023.

[474] Loop Capital, "Updating Estimates For Atsg, Hubg, NSC," November 1, 2020.

[475] Loop Capital, "Estimate Changes Updating Estimates For NSC, Cnr, Cp, Knx, Chrw, And Xpo," January 28, 2021.

[476] Loop Capital, "Updating Estimates For NSC, Cnr, Chrw After Q1 Results," April 28, 2021.

[477] Loop Capital, "Updating Rail Estimates; Upgrading Union Pacific To Buy," July 6, 2021.

[478] Loop Capital, "Updating Rail And Ups Estimates," October 13, 2021.

[479] Loop Capital, "Q3 Beat; Crewing Issues…Apparently," October 28, 2021.

[480] Loop Capital, "The State Of The Rails – The Wheels Come Off At Norfolk Southern," November 12, 2021.

[481] Loop Capital, "The State Of The Rails – The Path Forward For Norfolk Southern," November 18, 2021.

[482] Loop Capital, "Norfolk Southern, Canadian National And Knight-Swift Q4 2021 Results," January 26, 2022.

[483] Loop Capital, "Industry Update Upgrading Ups To Buy And Refreshing Estimates Across The Transport Group," April 14, 2022.

[484] Loop Capital, "Estimate Changes Air Transport Services Group Q1 2022 Results," May 8, 2022.

[485] Loop Capital, "The State Of The Rails – CSX Continued To Slow Into Memorial Day," June 3, 2022.

[486] Loop Capital, "The State Of The Rails – CSX Meltdown Resumes," June 24, 2022.

[487] Loop Capital, "Estimate Changes Updating Estimates," August 9, 2022.

[488] Loop Capital, "Updating Estimates For NSC, Cnr, Cp, And Hubg," October 31, 2022.

[489] Loop Capital, "The State Of The Rails - Norfolk Southern's New Strategy Meets The Moment," December 9, 2022.

## Appendix C
## Materials Considered

[490]  Loop Capital, "Norfolk Southern Q3 Results," October 25, 2023.

[491]  Moody's, "Peer Snapshot: Norfolk Southern Corporation - September 2020 (Ltm)," November 23, 2020.

[492]  Moody's, "Rating Action: Moody's Affirms Norfolk Southern's Ratings, Senior Unsecured At Baa1; Outlook Stable," December 14, 2020.

[493]  Moody's, "Norfolk Southern Corporation: Update To Credit Analysis Following Affirmation Of Ratings," December 15, 2020.

[494]  Moody's, "Peer Snapshot: Norfolk Southern Corporation - December 2020 (Ltm)," February 23, 2021.

[495]  Moody's, "Peer Snapshot: Norfolk Southern Corporation - March 2021 (Ltm)," June 17, 2021.

[496]  Moody's, "Peer Snapshot: Norfolk Southern Corporation - June 2021 (Ltm)," August 25, 2021.

[497]  Moody's, "Peer Snapshot: Norfolk Southern Corporation - September 2021 (Ltm)," November 18, 2021.

[498]  Moody's, "Norfolk Southern Corporation: Update To Credit Analysis," January 19, 2022.

[499]  Moody's, "Peer Snapshot: Norfolk Southern Corporation - December 2021 (Ltm)," March 8, 2022.

[500]  Moody's, "Peer Snapshot: Norfolk Southern Corporation - March 2022 (Ltm)," May 25, 2022.

[501]  Moody's, "Peer Snapshot: Norfolk Southern Corporation - June 2022 (Ltm)," August 24, 2022.

[502]  Moody's, "Peer Snapshot: Norfolk Southern Corporation - September 2022 (Ltm)," November 22, 2022.

[503]  Moody's, "Norfolk Southern Corporation: Update To Credit Analysis," January 24, 2023.

[504]  Moody's, "Peer Snapshot: Norfolk Southern Corporation - December 2022 (Ltm)," March 3, 2023.

[505]  Moody's, "Norfolk Southern Corporation: Litigation, Ongoing Scrutiny Following Ohio Derailment Are Credit Negative For Railroad," March 17, 2023.

[506]  Morgan Stanley, "4Q Model Update: Incremental Margins In Focus," February 8, 2021.

[507]  Morgan Stanley, "Fast Lane: Tsp Delivers Another Autonomous Benchmark, Us Government Launches Investigation Into Psr, Power-Only Survey Takeaways, And NSC Model Update," May 24, 2021.

[508]  Morgan Stanley, "On The Path To Earnings Normalization," July 29, 2021.

[509]  Morgan Stanley, "Fast Lane: NSC Announces Ceo Transition, Wern And Tfii Make Acquisitions, Usx Variant Update, & Ltl Tonnage," December 6, 2021.

[510]  Morgan Stanley, ""A Very Different Formula"," January 27, 2022.

[511]  Morgan Stanley, "Fast Lane: NSC Announces $10 Bn Stock Repurchase Program, Aur Releases Aurora Driver 2.0 Beta & Wern Receives Regulatory Exemption For New Drivers," April 4, 2022.

[512]  Morgan Stanley, "1Q In-Line; Ramping Service Back Up But At What Cost?," April 28, 2022.

[513]  Morgan Stanley, "Fast Lane: Ca Ab 5 Ruling Could Tip Trucking Market Into Chaos, Fdx Model Update & Launch Of NSC's Top Spg Operating Plan," July 5, 2022.

[514]  Morgan Stanley, "Noisy Quarter And Noisy Outlook," July 28, 2022.

[515]  Morgan Stanley, "Focus Turns To December Analyst Day To Determine True Earnings Power," October 27, 2022.

[516]  Morgan Stanley, "Fast Lane: Railroad Service Disruptions, Hubg/NSC Mgmt. Changes, Fdx Freight Furloughs Workers, & Third Rail Union Rejects Tentative Agreement," November 21, 2022.

[517]  Morgan Stanley, "Fast Lane: Another Rail Union Rejects Deal, NSC Acquires Cincinnati Southern Railway, & Southern California Port Container Ship Backup Reaches Zero," November 28, 2022.

**Appendix C**
**Materials Considered**

[518] Morgan Stanley, "Fast Lane: Rail Labor Agreement Approved, Tesla Semi Makes 1St Delivery, Cn Announces Mgmt. Changes, Xpo Postpones European Divestment, NSC Analyst Day Dec 6 & Saia Tonnage Updates," December 5, 2022.

[519] Morgan Stanley, "Investor Day 2022: Previewing The Coming Balancing Act," December 7, 2022.

[520] Morgan Stanley, "4Q Miss And Opaque Fy23 Guide Reinforce Rail Challenges," January 26, 2023.

[521] Morgan Stanley, "Fast Lane: NSC Derailment Remains In Focus, Freight Conference Takeaways, Wern Mgmt. Transition, Unp Reaches Paid Sick Leave Agreement, Tfi Acquires Axsun, & Expd Model Update," February 27, 2023.

[522] Morgan Stanley, "Fast Lane: NSC Senate Hearings & New Safety Plan, Uber Freight Potential Spinoff, Arcb Tonnage Update & Chrw Ceo Speculation," March 13, 2023.

[523] Morgan Stanley, "Getting Past The Bottom But The Market Needs To Believe," October 26, 2023.

[524] Morningstar, "Volume Headwinds Abound In 2020 But Norfolk Southerns Psr Efforts Should Limit Margin Pressure," July 10, 2020.

[525] Morningstar, "Norfolk Southern's Q3 Volume Rebounds Off Pandemic Lows While Margins Gains Impress," October 29, 2020.

[526] Morningstar, "Norfolk Southern's Q3 Volume Rebounds Off Pandemic Lows While Margins Gains Impress V2," October 29, 2020.

[527] Morningstar, "Morningstar Equity Analyst Report," January 7, 2021.

[528] Morningstar, "Norfolk Southern Corp NSC," January 27, 2021.

[529] Morningstar, "Norfolk Southern's Carload Volumes Rebound; Psr Driving Solid Margin Gains," January 27, 2021.

[530] Morningstar, "Norfolk Southern's Q4 Carloads Continue Rebound; Like Peers, Or Prospects Good, But Valuation Lofty," January 28, 2021.

[531] Morningstar, "Norfolk Southern's Q4 Carloads Continue Rebound; Like Peers, Or Prospects Good, But Valuation Lofty V2," January 28, 2021.

[532] Morningstar, "Norfolk Southern's Volumes Are Recovering And Or On Track For Strong Gains In 2021," January 28, 2021.

[533] Morningstar, "Norfolk Southern's Carloads Poised For Solid Gains In 2021; On Track For Sub-60 Or By 2022," April 21, 2021.

[534] Morningstar, "Norfolk Southern's Carloads Poised For Solid Gains In 2021; On Track For Sub-60 Or By 2022 V2," April 21, 2021.

[535] Morningstar, "Norfolk Southern's Merchandise Carloads Sluggish, But Volume Rebounding And Intermodal Strong," April 28, 2021.

[536] Morningstar, "Norfolk Southern's Merchandise Carloads Sluggish, But Volume Rebounding And Intermodal Strong V2," April 28, 2021.

[537] Morningstar, "Norfolk Southern's Q1 Merchandise Carloads Sluggish, But Volume Recovering And Intermodal Strong," April 28, 2021.

[538] Morningstar, "Rail Reregulation In The Spotlight On Potential Biden Administration Order," July 9, 2021.

[539] Morningstar, "Rail Reregulation In The Spotlight On Potential Biden Administration Order V2," July 9, 2021.

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [540] | Morningstar, "Morningstar Equity Analyst Report," July 28, 2021. |
| [541] | Morningstar, "Norfolk Southern's Q2 Carloads See Strong Rebound; Or Progress Solid And Guidance Favorable.," July 28, 2021. |
| [542] | Morningstar, "Norfolk Southern's Carloads Seeing Strong Rebound With Solid Or Progress," July 29, 2021. |
| [543] | Morningstar, "Norfolk Southern's Carloads Seeing Strong Rebound With Solid Or Progress V2," July 29, 2021. |
| [544] | Morningstar, "Norfolk Southern's Carloads Hit By Soft Auto Activity And Intermodal Congestion, But Margins Solid.," October 27, 2021. |
| [545] | Morningstar, "Norfolk Southern's Carloads Hit By Soft Auto Activity And Intermodal Congestion, But Margins Solid. V2," October 27, 2021. |
| [546] | Morningstar, "Norfolk Southern Announces 2022 Ceo Transition; We Don't Anticipate Any Disruption From The Shift," December 2, 2021. |
| [547] | Morningstar, "Norfolk Southern Announces 2022 Ceo Transition; We Don't Anticipate Any Disruption From The Shift V2," December 2, 2021. |
| [548] | Morningstar, "Carloads Hit By Labor Constraints In Norfolk Southern's Q4, But Rates Strong And Outlook Favorable," January 26, 2022. |
| [549] | Morningstar, "Carloads Hit By Labor Constraints In Norfolk Southern's Q4, But Rates Strong And Outlook Favorable," January 26, 2022. |
| [550] | Morningstar, "Norfolk Southern's Carloads Hit By Labor Constraints, But Rates Strong And 2022 Outlook Favorable," January 31, 2022. |
| [551] | Morningstar, "Norfolk Southern's Carloads Hit By Labor Constraints, But Rates Strong And 2022 Outlook Favorable," March 3, 2022. |
| [552] | Morningstar, "Norfolk Southern's Carloads Hit By Labor Constraints, But Rates Strong And 2022 Outlook Favorable," March 4, 2022. |
| [553] | Morningstar, "Norfolk Southern's Carloads Hit By Labor Constraints, But Rates Strong And 2022 Outlook Favorable," March 15, 2022. |
| [554] | Morningstar, "Norfolk Southern's Carloads Hit By Labor Constraints, But Rates Strong And 2022 Outlook Favorable," April 6, 2022. |
| [555] | Morningstar, "Norfolk Southern's Carloads Hit By Labor Constraints, But Rates Strong And 2022 Outlook Favorable," April 6, 2022. |
| [556] | Morningstar, "Labor Constraints Derail Norfolk Southern's Q1 Carload Volumes, But 2022 Guidance Largely Maintained," April 27, 2022. |
| [557] | Morningstar, "Labor Constraints Derail Norfolk Southern's Q1 Carload Volumes, But 2022 Guidance Largely Maintained V2," April 27, 2022. |
| [558] | Morningstar, "Labor Constraints Derailing Norfolk Southern's Carloads, But Improvement Likely And Pricing Healthy," May 17, 2022. |
| [559] | Morningstar, "Labor Constraints Derailing Norfolk Southern's Carloads, But Improvement Likely And Pricing Healthy V2," May 17, 2022. |

**Appendix C**
**Materials Considered**

[560]  Morningstar, "Labor Constraints Still Derailing Norfolk Southern's Performance; Though Improvement Expected," July 27, 2022.

[561]  Morningstar, "Labor Constraints Still Derailing Norfolk Southern's Performance; Though Improvement Expected V2," July 27, 2022.

[562]  Morningstar, "Labor Constraints Derailing Norfolk Southern's Performance; Though Improvement Expected," August 11, 2022.

[563]  Morningstar, "Labor Constraints Derailing Norfolk Southern's Performance; Though Improvement Expected," August 12, 2022.

[564]  Morningstar, "Intermodal Industry Revenue Surging Despite Painful Rail Congestion," September 9, 2022.

[565]  Morningstar, "Railroads And Unions Ink Tentative Labor Agreement, Averting Work Stoppage," September 15, 2022.

[566]  Morningstar, "Norfolk Southern Corp NSC," September 27, 2022.

[567]  Morningstar, "Morningstar Equity Analyst Report," October 20, 2022.

[568]  Morningstar, "Union Pacific's Third-Quarter Margins Derailed By Material Wage And Benefit Inflation," October 20, 2022.

[569]  Morningstar, "Norfolk Southern Posts Q3 Core Margin Improvement Despite Hefty Wage And Benefit Inflation," October 26, 2022.

[570]  Morningstar, "Morningstar Equity Analyst Report," October 29, 2022.

[571]  Morningstar, "Morningstar Equity Analyst Report," November 6, 2022.

[572]  Morningstar, "Norfolk Southern Corp NSC," November 6, 2022.

[573]  Morningstar, "Norfolk Southern Corp NSC," December 6, 2022.

[574]  Morningstar, "Norfolk Southern Provides Color On Long-Term Growth And Evolving Psr Playbook At Investor Day," December 6, 2022.

[575]  Morningstar, "Intermodal And Some Industrial Volumes Soften In Norfolk Southern's Q4; 2023 Or Gains Uncertain," January 25, 2023.

[576]  Morningstar, "Intermodal And Some Industrial Volumes Soften In Norfolk Southern's Q4; 2023 Or Gains Uncertain V2," January 25, 2023.

[577]  Morningstar, "Intermodal And Industrial End Markets Softening For Norfolk Southern; Or Gains Likely Muted In 2023," January 26, 2023.

[578]  Morningstar, "Norfolk Southern Grappling With East Palestine Derailment; No Change To Fair Value Estimate," February 17, 2023.

[579]  Morningstar, "Norfolk Southern Grappling With East Palestine Derailment; No Change To Fair Value Estimate V2," February 17, 2023.

[580]  Morningstar, "Norfolk Southern Grappling With East Palestine Derailment; No Change To Fair Value Estimate," February 23, 2023.

[581]  Morningstar, "Norfolk Southern Grappling With East Palestine Derailment; No Change To Fair Value Estimate," March 11, 2023.

[582]  Morningstar, "Canadian Pacific's Merger With Kansas City Southern Gets Green Light From Stb," March 15, 2023.

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [583] | Morningstar, "Morningstar Equity Company Report," March 15, 2023. |
| [584] | Morningstar, "Norfolk Southern Corp NSC," March 15, 2023. |
| [585] | Morningstar, "Norfolk Southern Earnings: Anemic Volumes And Cost Inefficiencies Persist, But Trends Likely Bottomed," October 25, 2023. |
| [586] | Morningstar, "Norfolk Southern Earnings: Anemic Volumes And Cost Inefficiencies Persist, But Trends Likely Bottomed V2," October 25, 2023. |
| [587] | Morningstar, "Soft Intermodal, Derailment Outflows, And Wage Inflation Present Near-Term Challenges For Norfolk," November 1, 2023. |
| [588] | Plunkett, "Norfolk Southern Corporation (NSC: Nys) Analytics, Extensive Financial Metrics, And Benchmarks Against Averages And Top Companies Within Its Industry (U.S.)," June 28, 2021. |
| [589] | Plunkett, "Analytics, Extensive Financial Metrics, And Benchmarks Against Averages And Top Companies Within Its Industry (U.S.)," April 13, 2022. |
| [590] | Plunkett, "Railroads, Passenger And Freight, Long Distance Industry (U.S.) Analytics, Extensive Financial Benchmarks, Metrics And Revenue Forecasts To 2029, Naic 482111," September 15, 2022. |
| [591] | Raymond James, "3Q Beat; 60% Or In The Crosshairs For 2021 But It's No Easy Task," October 29, 2020. |
| [592] | Raymond James, "4Q Ahead; Or Set To Step Lower From Traffic Growth & Psr," January 28, 2021. |
| [593] | Raymond James, "1Q Beat On Strong Or; Guide Reiterated, But Execution Is Key," April 29, 2021. |
| [594] | Raymond James, "2Q Generally In Line; Guide Raised But Largely Within Expectations," July 29, 2021. |
| [595] | Raymond James, "3Q Beat; Strong Core Trends But Carload Growth Still Elusive," October 28, 2021. |
| [596] | Raymond James, "Rail & Intermodal 4Q Preview; Congestion Hampers, But Outlook Solid," January 7, 2022. |
| [597] | Raymond James, "4Q Ahead; Challenges Remain, Conditions Set To Improve In 2H22," January 27, 2022. |
| [598] | Raymond James, "1Q22 In Line; Volumes Suppressed, But Should See Life In Back Half Of 2022," April 28, 2022. |
| [599] | Raymond James, "2Q22 In-Line; Guide Lowered; Top|Spg Benefiting The Network," July 28, 2022. |
| [600] | Raymond James, "3Q22 Ahead; Improved Service Levels To Help In Any Environment," October 27, 2022. |
| [601] | Raymond James, "Takeaways From Investor Day - Key Themes Of Balance And Resiliency," December 8, 2022. |
| [602] | Raymond James, "4Q22 In-Line; Plenty Of Puts And Takes For 2023," January 26, 2023. |
| [603] | Raymond James, "3Q23 Light; Focused On Building Resiliency," October 26, 2023. |
| [604] | RBC, "NSC: Key Q3 Operating Items Consistent With Pre-Release.," October 28, 2020. |
| [605] | RBC, "Q3 Results In Line With Pre-Release," October 28, 2020. |
| [606] | RBC, "Q420 Preview Data Update," November 23, 2020. |
| [607] | RBC, "Good Q4 And In-Line Guide," January 27, 2021. |
| [608] | RBC, "NSC - Q4 Results Better Than Expected On Higher Revenue And Non-Operating Items; Guidance In Line With Consensus," January 27, 2021. |
| [609] | RBC, "Connecting The Dots – Us Rails / Tfii Flash Read-Through – Jb Hunt Reports Q1 Results," April 16, 2021. |
| [610] | RBC, "Transportation And Diversified Industrial Products Q1/21 Earnings Releases - Week Of April 26," April 26, 2021. |

## Appendix C
## Materials Considered

[611]  RBC, "NSC - Q1 Results Better Than Expected On Better Margins," April 28, 2021.

[612]  RBC, "NSC Q1 Results Better Than Expected; Guidance Reiterated," April 28, 2021.

[613]  RBC, "Q221 Preview Data Update," June 23, 2021.

[614]  RBC, "Railroads: Biden Raises The Specter Of Increased Rail Regulation In Executive Order Expected This Week," July 8, 2021.

[615]  RBC, "Railroads: White House Release Of Executive Order "Fact Sheet" Suggests A Much More Benign Policy Framework Than Originally Feared," July 9, 2021.

[616]  RBC, "Connecting The Dots: Us Rails / Tfii Flash Read-Through – J.B. Hunt Reports Q2 Results," July 20, 2021.

[617]  RBC, "Railroads: NSC Sets Ghg Emission Intensity Target + Carload Note," July 26, 2021.

[618]  RBC, "NSC: NSC Reports In-Line To Slightly Better Results Ex-Items; Guidance Broadly In-Line," July 28, 2021.

[619]  RBC, "Q2 Results And New Guidance In-Line Ex Items," July 28, 2021.

[620]  RBC, "NSC Increases Dividend By +10%," August 3, 2021.

[621]  RBC, "Railroads: NSC Publishes 2021 Esg Report + Carload Note," August 16, 2021.

[622]  RBC, "Connecting The Dots: Us Rails Flash Read-Through – Us Coal Production Expected To Be Up +8% Y/Y In 2022," September 9, 2021.

[623]  RBC, "Q321 Preview Data Update," September 17, 2021.

[624]  RBC, "Connecting The Dots: Us Rails Flash Read-Through – Port Of Los Angeles To Operate 24 Hours A Day," October 14, 2021.

[625]  RBC, "Connecting The Dots: Us Rails / Tfii Flash Read-Through – J.B. Hunt Reports Q3 Results Highlighting Robust Demand And Rail Restrictions," October 15, 2021.

[626]  RBC, "Better Than Expected Q3; Pricing Trends Very Strong," October 27, 2021.

[627]  RBC, "NSC Reports Better Than Expected Q3; Guidance Broadly In Line," October 27, 2021.

[628]  RBC, "UNP Updates Guidance + NSC Ceo Transition + Carloads," December 6, 2021.

[629]  RBC, "Connecting The Dots: Us Rails Flash Read-Through – Eia Forecast For 2022 And 2023 Us Coal Production In Line With Our Expectations," January 12, 2022.

[630]  RBC, "Connecting The Dots: Us Rails / Tfii Flash Read-Through – Jb Hunt Q4 Results Highlight Robust Demand And Pricing Environment As Well As Congestion And Wage Inflation," January 19, 2022.

[631]  RBC, "NSC: Q4 Slightly Above; New 2022 Guidance In Line," January 26, 2022.

[632]  RBC, "Q4 Results Slightly Better; New 2022 Guidance Inline," January 26, 2022.

[633]  RBC, "Q1 Preview Data Update," March 9, 2022.

[634]  RBC, "Q1 Results In-Line, Guidance Unchanged," April 27, 2022.

[635]  RBC, "With Results In Line And Guide Unchanged, Focus Shifts To Restoring Service," April 27, 2022.

[636]  RBC, "NSC Giving Shippers New Option To Reach West Coast + Carloads," June 13, 2022.

[637]  RBC, "Q222 Preview Data Update," June 29, 2022.

[638]  RBC, "Q2 In Line, With New Guidance Mixed," July 27, 2022.

[639]  RBC, "Q2/22 Mixed As Results And Guide In Line, But Market Likely Takes Negative View Relative To Peers," July 27, 2022.

## Appendix C
## Materials Considered

[640] RBC, "Noisy Q3 Results; O/R Guidance Lowered Due To Wage Accruals," October 26, 2022.

[641] RBC, "NSC Delivers Solid Results," October 26, 2022.

[642] RBC, "Downgrading Unp / Upgrading NSC + Railroad Q3 Scorecard," November 1, 2022.

[643] RBC, "Upgrading NSC On Positive Operating Momentum Versus Expectations," November 1, 2022.

[644] RBC, "NSC Announces Coo Transition," November 14, 2022.

[645] RBC, "NSC To Acquire Cincinnati Southern Railway," November 21, 2022.

[646] RBC, "O/R Targets And Mgmt Personnel To Be In Focus At NSC's Upcoming Investor Day," November 25, 2022.

[647] RBC, "Summing Up NSC's Strategy: Share Gain Thru Better Service Trumps Step-Function O/R Gains," December 6, 2022.

[648] RBC, "Q4 Rail Preview Data Update," December 12, 2022.

[649] RBC, "Guides Not Being Well Received This Quarter," January 25, 2023.

[650] RBC, "Q4 And 2023 Guide Both In Line With Expecations," January 25, 2023.

[651] RBC, "Mgmt Pulls Guidance Amid Uncertainty," April 26, 2023.

[652] RBC, "Norfolk Southern Corporation Q3 Results Below On Margin," October 25, 2023.

[653] RBC, "Service Costs And Resiliency Investments To Weigh On Margins And Sentiment," October 25, 2023.

[654] Standard and Poor's, "Norfolk Southern Corp," December 19, 2019.

[655] Standard and Poor's, "Norfolk Southern Corp.," November 23, 2020.

[656] Standard and Poor's, "Norfolk Southern Corp.'s Proposed Senior Unsecured Notes Rated 'Bbb+'," May 3, 2021.

[657] Standard and Poor's, "Norfolk Southern Corp.," November 23, 2021.

[658] Standard and Poor's, "Norfolk Southern Corp.," November 23, 2022.

[659] Stephens, "3Q20 In Line With Pre-Announcement; Strong Sequential Operating Leverage," October 28, 2020.

[660] Stephens, "First Look At 3Q20: In Line With Pre-Release + Below The Line Tailwinds," October 28, 2020.

[661] Stephens, "4Q20 Results Beat; 2021 Guidance Relatively In Line; Remain Overweight," January 27, 2021.

[662] Stephens, "First Look At 4Q20 Adj. Eps Beat," January 27, 2021.

[663] Stephens, "1Q21 Eps Beat & Guidance Maintained; Taking The "No Comment" Route On Mergers," April 28, 2021.

[664] Stephens, "First Look At 1Q21 Eps Beat; Guidance Reiterated," April 28, 2021.

[665] Stephens, "2Q21 Eps Beat From Gains On Sale & Tax Rate; 2021 Guidance Improves," July 28, 2021.

[666] Stephens, "First Look At 2Q21: Eps Beat Aided By Gains & Tax Rate, 2021 Guidance Raised," July 28, 2021.

[667] Stephens, "3Q21 Eps Beats & Guide Essentially Unchanged; Still Runway For Productivity," October 27,

[668] Stephens, "First Look At 3Q21: Beat From Rev. And Margins, Outlook Essentially Unchanged," October 27, 2021.

[669] Stephens, "4Q22 Adj. Eps Beat & Guidance Mixed; Focus On The Service Recovery In 2022," January 26, 2022.

[670] Stephens, "First Look At 4Q21: Slight Beat & Mixed Guidance For 2022," January 26, 2022.

[671] Stephens, "1Q22 Results Relatively In Line With Lowered Bar; 2022 Guidance Unchanged," April 27, 2022.

[672] Stephens, "First Look At 1Q22: Relatively In Line Results; 2022 Guidance Reiterated," April 27, 2022.

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [673] | Stephens, "2Q22 Slightly Misses Street; Revenue Guidance Up, But Or Guidance Cut," July 27, 2022. |
| [674] | Stephens, "First Look At 2Q22: Slight Eps Miss; Revenue Guide Better, But Or Guide Worse," July 27, 2022. |
| [675] | Stephens, "First Look: 3Q22 Beat Aided By Tax Benefit; Revenue Guide Up, Margin Guide Down," October 26, 2022. |
| [676] | Stephens, "Noisy 3Q22 Results, But Better Than Expected; Guidance Implies A Muted 4Q22," October 26, 2022. |
| [677] | Stephens, "First Look: NSC Introduces Long-Term Financial Framework Ahead Of Investor Day," December 6, 2022. |
| [678] | Stephens, "Investor Day Recap: Focus On Balanced Lt Growth & Improving Service Resiliency," December 7, 2022. |
| [679] | Stephens, "Weekly Report: Rail Service Tracker," December 12, 2022. |
| [680] | Stephens, "Stephens Weekly Rail Update (Ended 12/17/22)," December 23, 2022. |
| [681] | Stephens, "4Q22 Results Overshadowed By An Uncertain Outlook For 2023; Remain Ew," January 25, 2023. |
| [682] | Stephens, "First Look: Slight Headline Miss In 4Q22; Guidance For Flat Revenue In 2023," January 25, 2023. |
| [683] | Stephens, "First Look: Slight Miss In 3Q23; Revenue Guidance Trimmed," October 25, 2023. |
| [684] | Stephens, "3Q23 Slightly Misses & Revenue Guide Trimmed; Hoping This Is The Trough," October 26, 2023. |
| [685] | Stifel Nicolaus, "Can't Spell Norfolk Without Or; A 62.5% Gets Them Back On Track In 3Q20," October 29, 2020. |
| [686] | Stifel Nicolaus, "Chugging Along With 60 In Its Sights; Maintain Hold," January 28, 2021. |
| [687] | Stifel Nicolaus, "Resuming Coverage Of Norfolk Southern With A Hold Rating," June 21, 2021. |
| [688] | Stifel Nicolaus, "First Look: Norfolk Southern 2Q21 Results," July 28, 2021. |
| [689] | Stifel Nicolaus, "Norfolk Southern Continues Catching Up To Other Class 1 Rails," July 28, 2021. |
| [690] | Stifel Nicolaus, "First Look: Norfolk Southern 3Q21 Results," October 27, 2021. |
| [691] | Stifel Nicolaus, "There Are Definitely Silver Linings To The Supply Chain Challenges For Norfolk Southern And The Rails," October 27, 2021. |
| [692] | Stifel Nicolaus, "Norfolk Southern Rides The Pricing Wave," January 26, 2022. |
| [693] | Stifel Nicolaus, "Definitive Steps In The Right Direction For Norfolk Southern," April 27, 2022. |
| [694] | Stifel Nicolaus, "First Look: Norfolk Southern Corporation 1Q22 Results," April 27, 2022. |
| [695] | Stifel Nicolaus, "First Look: Norfolk Southern Corporation 3Q22 Results," October 26, 2022. |
| [696] | Stifel Nicolaus, "Norfolk Is Playing Catch Up, But The Bar Is Pretty Low," October 26, 2022. |
| [697] | Stifel Nicolaus, "Norfolk Southern Is Positioned For Growth, But It Will Take Execution," December 7, 2022. |
| [698] | Stifel Nicolaus, "Stifel Rail Weekly: All Eyes On Norfolk Southern," February 21, 2023. |
| [699] | Stifel Nicolaus, "Being Resilient Is Particularly Expensive At Norfolk Southern," October 25, 2023. |
| [700] | Stifel Nicolaus, "First Look: Norfolk Southern 3Q23 Results," October 25, 2023. |
| [701] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," November 1, 2020. |
| [702] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," November 15, 2020. |
| [703] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," November 25, 2020. |
| [704] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," December 1, 2020. |
| [705] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," December 15, 2020. |

**Appendix C**
**Materials Considered**

[706]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," December 22, 2020.

[707]  Stock Traders Daily, "NSC Suggestion Start With The Longer Term Trading Plans," December 25, 2020.

[708]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," January 1, 2021.

[709]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," January 15, 2021.

[710]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," January 25, 2021.

[711]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," February 1, 2021.

[712]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," February 15, 2021.

[713]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," February 25, 2021.

[714]  Stock Traders Daily, "NSC Suggestion Start With The Longer Term Trading Plans," March 1, 2021.

[715]  Stock Traders Daily, "NSC Suggestion Start With The Longer Term Trading Plans," March 15, 2021.

[716]  Stock Traders Daily, "NSC Suggestion Start With The Longer Term Trading Plans," March 25, 2021.

[717]  Stock Traders Daily, "NSC Suggestion Start With The Longer Term Trading Plans," April 1, 2021.

[718]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," April 15, 2021.

[719]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," April 25, 2021.

[720]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," May 1, 2021.

[721]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," May 15, 2021.

[722]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," May 25, 2021.

[723]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," June 1, 2021.

[724]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," June 15, 2021.

[725]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," June 25, 2021.

[726]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," July 1, 2021.

[727]  Stock Traders Daily, "Start With The Longer Term Trading Plans," July 15, 2021.

[728]  Stock Traders Daily, "NSC (Norfolk Southern)," July 25, 2021.

[729]  Stock Traders Daily, "NSC (Norfolk Southern)," August 1, 2021.

[730]  Stock Traders Daily, "NSC (Norfolk Southern)," August 15, 2021.

[731]  Stock Traders Daily, "Start With The Longer Term Trading Plans," August 25, 2021.

[732]  Stock Traders Daily, "NSC Suggestion Start With The Longer Term Trading Plans," September 1, 2021.

[733]  Stock Traders Daily, "NSC (Norfolk Southern)," September 15, 2021.

[734]  Stock Traders Daily, "NSC (Norfolk Southern)," September 25, 2021.

[735]  Stock Traders Daily, "Suggestion: Start With The Longer Term Trading Plans," October 1, 2021.

[736]  Stock Traders Daily, "NSC (Norfolk Southern)," October 15, 2021.

[737]  Stock Traders Daily, "NSC Suggestion Start With The Longer Term Trading Plans," October 25, 2021.

[738]  Stock Traders Daily, "NSC (Norfolk Southern)," November 1, 2021.

[739]  Stock Traders Daily, "NSC (Norfolk Southern)," November 15, 2021.

[740]  Stock Traders Daily, "NSC Suggestion Start With The Longer Term Trading Plans," December 15, 2021.

[741]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," December 25, 2021.

[742]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," January 1, 2022.

[743]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," January 15, 2022.

[744]  Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," January 25, 2022.

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [745] | Stock Traders Daily, "Start With The Longer Term Trading Plans," February 1, 2022. |
| [746] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," February 15, 2022. |
| [747] | Stock Traders Daily, "Suggestion: Start With The Longer Term Trading Plans.," February 25, 2022. |
| [748] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," March 1, 2022. |
| [749] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," March 15, 2022. |
| [750] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," March 25, 2022. |
| [751] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," April 1, 2022. |
| [752] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," April 15, 2022. |
| [753] | Stock Traders Daily, "NSC Suggestion Start With The Longer Term Trading Plans," April 25, 2022. |
| [754] | Stock Traders Daily, "NSC Suggestion Start With The Longer Term Trading Plans," May 1, 2022. |
| [755] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," May 15, 2022. |
| [756] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," May 25, 2022. |
| [757] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," June 1, 2022. |
| [758] | Stock Traders Daily, "NSC (Norfolk Southern) Technical Summary," June 25, 2022. |
| [759] | Stock Traders Daily, "NSC Trading Report," July 25, 2022. |
| [760] | Stock Traders Daily, "NSC Trading Report," August 1, 2022. |
| [761] | Stock Traders Daily, "NSC Trading Report," August 15, 2022. |
| [762] | Stock Traders Daily, "NSC Trading Report," August 25, 2022. |
| [763] | Stock Traders Daily, "NSC Trading Report," September 1, 2022. |
| [764] | Stock Traders Daily, "NSC Trading Report," September 15, 2022. |
| [765] | Stock Traders Daily, "NSC Trading Report," September 25, 2022. |
| [766] | Stock Traders Daily, "NSC Trading Report," October 1, 2022. |
| [767] | Stock Traders Daily, "NSC Trading Report," October 15, 2022. |
| [768] | Stock Traders Daily, "NSC Trading Report," October 25, 2022. |
| [769] | Stock Traders Daily, "NSC Trading Report," November 1, 2022. |
| [770] | Stock Traders Daily, "NSC Trading Report," November 15, 2022. |
| [771] | Stock Traders Daily, "NSC Trading Report," November 25, 2022. |
| [772] | Stock Traders Daily, "NSC Trading Report," December 1, 2022. |
| [773] | Stock Traders Daily, "NSC Trading Report," December 15, 2022. |
| [774] | Stock Traders Daily, "NSC Trading Report," December 25, 2022. |
| [775] | Stock Traders Daily, "NSC Trading Report," January 1, 2023. |
| [776] | Stock Traders Daily, "NSC Trading Report," January 15, 2023. |
| [777] | Stock Traders Daily, "NSC Trading Report," January 25, 2023. |
| [778] | Stock Traders Daily, "NSC Trading Report," February 1, 2023. |
| [779] | Stock Traders Daily, "NSC Trading Report," February 15, 2023. |
| [780] | Stock Traders Daily, "NSC Trading Report," February 25, 2023. |
| [781] | Stock Traders Daily, "NSC Trading Report," March 1, 2023. |
| [782] | Stock Traders Daily, "NSC Trading Report," March 15, 2023. |
| [783] | Stock Traders Daily, "NSC Trading Report," October 25, 2023. |

**Appendix C**
**Materials Considered**

[784] Stock Traders Daily, "NSC Trading Report," November 1, 2023.

[785] Stock Traders Daily, "NSC Trading Report V2," November 1, 2023.

[786] Susquehanna, "Eastern Exposure," October 28, 2020.

[787] Susquehanna, "Norfolk Southern Lowering Price Target," October 28, 2020.

[788] Susquehanna, "The Rail Report - Week 49," December 9, 2020.

[789] Susquehanna, "Norfolk Southern: This Old Engine Makes It On Time," January 27, 2021.

[790] Susquehanna, "Norfolk Southern: Strong Start For Thoroughbred," April 28, 2021.

[791] Susquehanna, "Norfolk Southern: NSC, NSC, Ain't No Place I'D Rather Be," July 28, 2021.

[792] Susquehanna, "Norfolk Southern: Coal Burning Hot," October 27, 2021.

[793] Susquehanna, "Norfolk Southern: This Horse Will Run," January 26, 2022.

[794] Susquehanna, "1Q22 Preview - Rails Have An Opportunity To Deliver," April 7, 2022.

[795] Susquehanna, "Norfolk Southern: Train I Ride...Sixteen Coaches Long," April 27, 2022.

[796] Susquehanna, "2Q22 Preview - Will Rails Make Hay Before The Sun Sets? Downgrading UNP," July 6, 2022.

[797] Susquehanna, "Norfolk Southern: Thoroughbred Looking To Pick Up Speed," July 27, 2022.

[798] Susquehanna, "Rail Losing Steam Into 2023 – Downgrade CSX And NSC," September 28, 2022.

[799] Susquehanna, "Norfolk Southern: A December To Remember?," October 26, 2022.

[800] Susquehanna, "Norfolk Southern: Investor Day Takeaways," December 6, 2022.

[801] Susquehanna, "2023 Outlook - Still Waiting," January 10, 2023.

[802] Susquehanna, "Norfolk Southern: Building Resiliency In 2023," January 25, 2023.

[803] Susquehanna, "Norfolk Southern: Expectations Finding A Floor," October 25, 2023.

[804] TD Securities, "First Look: Q3/20 Operating Results Consistent With Pre-Release," October 28, 2020.

[805] TD Securities, "Q3/20 As Pre-Released; Line Of Sight To 60% Or During 2021," October 29, 2020.

[806] TD Securities, "Traffic Signals," December 17, 2020.

[807] TD Securities, "Q4/20 Eps Beat; Targeting To End 2021 With 60% Or Run-Rate," January 27, 2021.

[808] TD Securities, "Q4/20 Eps Beat; Targeting To End 2021 With 60% Or Run-Rate V2," January 27, 2021.

[809] TD Securities, "First Look: Q1/21 Eps A Beat; Guidance Maintained," April 28, 2021.

[810] TD Securities, "Q1/21 Eps Beat On Record-Low Or; 2021 Guidance Affirmed," April 29, 2021.

[811] TD Securities, "First Look: Q2/21 Eps Slight Beat; Outlook Revised Higher," July 28, 2021.

[812] TD Securities, "Q2/21 Eps A Slight Beat; Outlook Raised," July 29, 2021.

[813] TD Securities, "First Look: Q3/21 Eps Beat; 2021 Revenue Outlook Higher," October 27, 2021.

[814] TD Securities, "Q3/21 Eps Beat; 2021 Revenue Outlook Up Modestly," October 27, 2021.

[815] TD Securities, "Ceo Transition Announced," December 2, 2021.

[816] TD Securities, "First Look: Modest Q4/21 Eps Beat; 2022 Outlook Looks In Line," January 26, 2022.

[817] TD Securities, "Slight Q4/21 Eps Beat; 2022 Outlook Roughly In Line," January 27, 2022.

[818] TD Securities, "First Look: Q1/22 Eps In Line; Guidance Unchanged," April 27, 2022.

[819] TD Securities, "Q1/22 Eps In Line; Guidance Affirmed; Potential Coal Upside," April 28, 2022.

[820] TD Securities, "Headwinds To Big Operating Ratio Improvement In 2023," October 13, 2022.

[821] TD Securities, "Lower Global Met Coal Prices A Headwind In 2023," October 13, 2022.

[822] TD Securities, "First Look: Q3/22 Adj'D Eps Beat; Targeting Gaap Or Of ~62%," October 26, 2022.

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [823] | TD Securities, "Q3/22 Adj'D Eps Beat; Headwinds To Big Or Improvement In 2023," October 27, 2022. |
| [824] | TD Securities, "Deal To Purchase Assets Of The Cincinnati Southern Railway," November 22, 2022. |
| [825] | TD Securities, "Investor Day Highlights," December 7, 2022. |
| [826] | TD Securities, "Pivoting To Balanced Focus On Service, Productivity, And Growth," December 7, 2022. |
| [827] | TD Securities, "First Look: Q4/22 Adj'D Eps Beat; 2023 Revenue Seen Flat Y/Y," January 25, 2023. |
| [828] | TD Securities, "Modest Q4/22 Eps Beat; Guiding To Flattish Revenue/Ebit In 2023," January 26, 2023. |
| [829] | TD Securities, "2H Hopes Pinned On Volume Improvement," July 27, 2023. |
| [830] | TD Securities, "Cost Challenges Persist At NSC," October 25, 2023. |
| [831] | UBS, "Solid 3Q And Recent Network Changes Indicate NSC Is Poised For Strong Margin Improvement," October 29, 2020. |
| [832] | UBS, "Modest Upside 4Q Report Supported By Strong Coal Revenue / Car," January 28, 2021. |
| [833] | UBS, "1Q Beat Driven By Strong Cost Side Execution; Margin Progress May Be Ahead Of Schedule," April 29, 2021. |
| [834] | UBS, "Solid 2Q + Constructive Outlook," July 29, 2021. |
| [835] | UBS, "Strong Arc Drives Upside 3Q;  Raising Our Eps Estimates," October 27, 2021. |
| [836] | UBS, "Takeaways From Our  Meeting With NSC; Positive On Price / Margin But Labor Is A Challenge," November 11, 2021. |
| [837] | UBS, "Stay The Course: We Expect The New Ceo To Maintain The Strategy And Favorable Path," December 2, 2021. |
| [838] | UBS, "Strong Revenue / Car Growth Likely To Continue In 2022," January 27, 2022. |
| [839] | UBS, "Network Performance Remains Challenged In 1Q," February 22, 2022. |
| [840] | UBS, "Ramp In Rail Crew Pipeline Supports Stronger Network Operation In 2H22," April 28, 2022. |
| [841] | UBS, "2Q Preview: We Expect 5%+ Eps Beats For Cp, Cn, And NSC," July 15, 2022. |
| [842] | UBS, "2Q Roughly In Line On Strong Yields + Below The Line Headwinds," July 28, 2022. |
| [843] | UBS, "Improving Network Operation But Visibility To Volumes Is Limited," October 27, 2022. |
| [844] | UBS, "UBS Railroads Weekly," November 16, 2022. |
| [845] | UBS, "A Sizeable Chunk Of Capital: NSC Buys A Line Segment In Its Network," November 21, 2022. |
| [846] | UBS, "Strategy Seems Right; Execution Necessary To Drive The Stock," December 7, 2022. |
| [847] | UBS, "Upside 4Q Adjusted For Items; Guidance Reflects Limited Visibility," January 25, 2023. |
| [848] | UBS, "2023 Framework Reflects Cyclical Headwinds," January 26, 2023. |
| [849] | UBS, "Thoughts On Risks & Ramifications From The NSC Ohio Accident," February 24, 2023. |
| [850] | UBS, "Coal Arc Supports 3Q; Resiliency Costs Cause Concern," October 25, 2023. |
| [851] | UBS, "Or Improvement Is Key But Stronger Revenue Likely Needed," October 26, 2023. |
| [852] | Vertical, "Norfolk Southern Corporation (NSC) Cost Productivity Surprises To The Upside, Raising Eps, Pt," April 29, 2021. |
| [853] | Vertical, "Intermodal Yields Drive The Quarter – Raising Eps, But…," July 29, 2021. |
| [854] | Vertical, "Solid 3Q Eps, But Gains Are Now More In-Line With Industry," October 28, 2021. |
| [855] | Vertical, "Solid 4Q, But Now Margin Growth Takes A Break," January 27, 2022. |
| [856] | Vertical, "Will We See Reverse Psr?  Lowering Eps And Pt," April 28, 2022. |

## Appendix C
## Materials Considered

| | |
|---|---|
| [857] | Vertical, "Strong 3Q, But Talking Down 4Q – Lowering Pt To $225," October 26, 2022. |
| [858] | Vertical, "Network Improving, But Growth Headwinds In 2023/2024," December 7, 2022. |
| [859] | Vertical, "Road Signs –NSC Validates Onshoring Has Started," December 8, 2022. |
| [860] | Vertical, "Closer, But Not Past The Morass Yet – Lowering Eps, Pt," October 26, 2023. |
| [861] | Watchdog, "Watchdog Report ™," January 8, 2021. |
| [862] | Watchdog, "Norfolk Southern Corp.," April 2, 2021. |
| [863] | Watchdog, "Norfolk Southern Corp. V2," April 2, 2021. |
| [864] | Watchdog, "Gray Swan Event Factors," June 4, 2021. |
| [865] | Watchdog, "Watchdog Report ™," July 2, 2021. |
| [866] | Watchdog, "Watchdog Report ™ V2," July 2, 2021. |
| [867] | Wells Fargo, "NSC: A Step In The Right Direction," October 28, 2020. |
| [868] | Wells Fargo, "NSC: Looking Towards Ongoing Execution Improvement In 2021," January 27, 2021. |
| [869] | Wells Fargo, "NSC: Execution Remains An Opportunity For Growth," January 28, 2021. |
| [870] | Wells Fargo, "Weekly Railroad Volumes," April 19, 2021. |
| [871] | Wells Fargo, "Weekly Railroad Volumes Traffic Relatively Flat," April 26, 2021. |
| [872] | Wells Fargo, "NSC: Operational Execution Drives Outperformance," April 28, 2021. |
| [873] | Wells Fargo, "NSC: Operational Execution Drives Outperformance V2," April 28, 2021. |
| [874] | Wells Fargo, "NSC: Q1 Earnings Outperformance Driven By Record Or," April 28, 2021. |
| [875] | Wells Fargo, "Weekly Railroad Volumes," May 3, 2021. |
| [876] | Wells Fargo, "Weekly Railroad Volumes," May 10, 2021. |
| [877] | Wells Fargo, "Weekly Railroad Volumes," May 17, 2021. |
| [878] | Wells Fargo, "Weekly Railroad Volumes," May 24, 2021. |
| [879] | Wells Fargo, "Weekly Railroad Volumes," June 1, 2021. |
| [880] | Wells Fargo, "Seasonal Declines Temper Comps," June 7, 2021. |
| [881] | Wells Fargo, "Weekly Railroad Volumes," June 14, 2021. |
| [882] | Wells Fargo, "Airfreight & Surface Transportation Weekly Railroad Volumes Rail Traffic Declines," June 21, 2021. |
| [883] | Wells Fargo, "Weekly Railroad Volumes," June 28, 2021. |
| [884] | Wells Fargo, "Airfreight & Surface Transportation Weekly Railroad Volumes Seasonal Fallout As 2Q Closes," July 6, 2021. |
| [885] | Wells Fargo, "Weekly Railroad Volumes," July 12, 2021. |
| [886] | Wells Fargo, "Weekly Railroad Volumes," July 19, 2021. |
| [887] | Wells Fargo, "Weekly Railroad Volumes," July 26, 2021. |
| [888] | Wells Fargo, "NSC: Gains On Property Drive Record Or—Fundamentals Remain Intact," July 28, 2021. |
| [889] | Wells Fargo, "NSC: Record Or Drives Q2 Outperformance," July 28, 2021. |
| [890] | Wells Fargo, "Weekly Railroad Volumes," August 2, 2021. |
| [891] | Wells Fargo, "Weekly Railroad Volumes," August 11, 2021. |
| [892] | Wells Fargo, "Weekly Railroad Volumes," August 16, 2021. |
| [893] | Wells Fargo, "Weekly Railroad Volumes," August 23, 2021. |

## Appendix C
## Materials Considered

[894] Wells Fargo, "NSC: Strong Execution & Pricing Lift Results," October 27, 2021.

[895] Wells Fargo, "NSC: Strong Pricing Environment And Improved Operations Drive Results," October 27, 2021.

[896] Wells Fargo, "NSC: Balanced View To Start 2022," January 26, 2022.

[897] Wells Fargo, "NSC: Strong Pricing Drives Q4 Results," January 26, 2022.

[898] Wells Fargo, "NSC: Fairly In-Line Quarter With Revenue Strength Offsetting Operational Challenges," April 27, 2022.

[899] Wells Fargo, "NSC: Looking Past Q1 Towards Expected Improvement In 2022," April 27, 2022.

[900] Wells Fargo, "NSC: Outlook For Revenue And Productivity Remain Solid," July 27, 2022.

[901] Wells Fargo, "NSC: Yields Can Only Take You So Far," July 28, 2022.

[902] Wells Fargo, "That Old Thing Is Back Again," August 10, 2022.

[903] Wells Fargo, "NSC: Beat On Tax & Strong Yield—Or Misses Due To Wage Accruals," October 26, 2022.

[904] Wells Fargo, "NSC: Yields Over Volumes—A Top-Line Story," October 26, 2022.

[905] Wells Fargo, "NSC: Lets Talk About (Eps) Growth; Ir Day Prvw.," November 30, 2022.

[906] Wells Fargo, "NSC: Transforming Cyclicality Into Growth," December 7, 2022.

[907] Wells Fargo, "NSC: A New Approach Brings New Risks; Downgrade To Equal Weight," January 4, 2023.

[908] Wells Fargo, "NSC: Another Not Great Rail Outlook," January 25, 2023.

[909] Wells Fargo, "NSC: Headwinds Hit 2023," January 25, 2023.

[910] Wells Fargo, "NSC: Service Weighs On Results; Drives 3Q Miss," October 25, 2023.

[911] Wolfe Research, "Quick Thoughts On NSC And R," October 28, 2020.

[912] Wolfe Research, "Uniquely Positioned Among The Rails," October 28, 2020.

[913] Wolfe Research, "Reflections On Meetings With Management," December 15, 2020.

[914] Wolfe Research, "Narrowing The Margin Gap," January 27, 2021.

[915] Wolfe Research, "Solid Beat And Guidance," January 27, 2021.

[916] Wolfe Research, "Small Fuel Surcharge Tailwind With Oil Above $64," March 8, 2021.

[917] Wolfe Research, "Closing The Gap," April 28, 2021.

[918] Wolfe Research, "Quick Thoughts On NSC, Saia And R," April 28, 2021.

[919] Wolfe Research, "Quick Thoughts On NSC, Odfl, And R," July 28, 2021.

[920] Wolfe Research, "We Wanted More," July 28, 2021.

[921] Wolfe Research, "Ksu Plans To Adjourn – A Win For All Sides," August 12, 2021.

[922] Wolfe Research, "Reflections On Meetings With Management," September 20, 2021.

[923] Wolfe Research, "3Q Initial Thoughts – NSC & R," October 27, 2021.

[924] Wolfe Research, "Another Rail Beat… Now What?," October 27, 2021.

[925] Wolfe Research, "Initial Thoughts On 4Q Beat," January 26, 2022.

[926] Wolfe Research, "Margin Turnaround On Track," January 26, 2022.

[927] Wolfe Research, "NSC - Better Than Feared," April 28, 2022.

[928] Wolfe Research, "NSC - C'Mon And Do The Humpty Hump," July 27, 2022.

[929] Wolfe Research, "Flash: Quick Thoughts On NSC, Odfl And R," October 26, 2022.

[930] Wolfe Research, "NSC - Puts And Takes Next Year," October 26, 2022.

[931] Wolfe Research, "NSC - Quick Thoughts On Defensive But Critical Acquisition," November 21, 2022.

**Appendix C**
**Materials Considered**

[932]  Wolfe Research, "NSC - No Big Surprises," December 6, 2022.

[933]  Wolfe Research, "Rail 4Q Earnings Preview: Better Than Most Heading Into 2023," January 9, 2023.

[934]  Wolfe Research, "NSC - Underlying 4Q Beat," January 25, 2023.

[935]  Wolfe Research, "NSC - Some Headwinds, But Some Volume Momentum," January 26, 2023.

[936]  Wolfe Research, "NSC - Derailment Update," February 13, 2023.

[937]  Wolfe Research, "NSC - Back To Basics - Upgrading To Outperform," February 20, 2023.

[938]  Wolfe Research, "NSC - A Low Trough As Margin Gap Widens," October 25, 2023.

[939]  Wolfe Research, "NSC - Voters Approve Sale Of Cincinnati Southern Railway To NSC," November 8, 2023.

[940]  Zacks, "Norfolk Southern (NSC)," November 4, 2020.

[941]  Zacks, "Norfolk Southern (NSC)," November 30, 2020.

[942]  Zacks, "Norfolk Southern (NSC)," December 15, 2020.

[943]  Zacks, "Norfolk Southern (NSC)," January 13, 2021.

[944]  Zacks, "Norfolk Southern (NSC)," February 8, 2021.

[945]  Zacks, "Norfolk Southern (NSC)," March 9, 2021.

[946]  Zacks, "Norfolk Southern (NSC)," April 8, 2021.

[947]  Zacks, "Norfolk Southern (NSC)," April 30, 2021.

[948]  Zacks, "Norfolk Southern (NSC)," May 26, 2021.

[949]  Zacks, "Norfolk Southern (NSC)," June 22, 2021.

[950]  Zacks, "Norfolk Southern (NSC)," July 20, 2021.

[951]  Zacks, "Norfolk Southern (NSC)," August 5, 2021.

[952]  Zacks, "Norfolk Southern (NSC)," September 2, 2021.

[953]  Zacks, "Norfolk Southern (NSC)," September 30, 2021.

[954]  Zacks, "Norfolk Southern (NSC)," October 29, 2021.

[955]  Zacks, "Norfolk Southern (NSC)," November 25, 2021.

[956]  Zacks, "Norfolk Southern (NSC)," December 23, 2021.

[957]  Zacks, "Norfolk Southern (NSC)," January 19, 2022.

[958]  Zacks, "Norfolk Southern (NSC)," February 1, 2022.

[959]  Zacks, "Norfolk Southern (NSC)," March 1, 2022.

[960]  Zacks, "Norfolk Southern (NSC)," March 29, 2022.

[961]  Zacks, "Norfolk Southern (NSC)," April 29, 2022.

[962]  Zacks, "Norfolk Southern (NSC)," May 30, 2022.

[963]  Zacks, "Norfolk Southern (NSC)," June 28, 2022.

[964]  Zacks, "Norfolk Southern (NSC)," July 29, 2022.

[965]  Zacks, "Norfolk Southern (NSC)," August 30, 2022.

[966]  Zacks, "Norfolk Southern (NSC)," September 28, 2022.

[967]  Zacks, "Norfolk Southern (NSC)," October 28, 2022.

[968]  Zacks, "Norfolk Southern (NSC)," November 29, 2022.

[969]  Zacks, "Norfolk Southern (NSC)," December 29, 2022.

[970]  Zacks, "Norfolk Southern (NSC)," January 24, 2023.

## Appendix C
## Materials Considered

| [971] | Zacks, "Norfolk Southern (NSC)," February 8, 2023. |
| [972] | Zacks, "Norfolk Southern (NSC)," March 14, 2023. |

**Financial Filings and Investor Calls**

| [1] | Burlington Northern Santa Fe, 2019 Form 10-K, February 21, 2020. |
| [2] | Burlington Northern Santa Fe, 2020 Form 10-K, March 1, 2021. |
| [3] | Burlington Northern Santa Fe, 2021 Form 10-K, February 28, 2022. |
| [4] | Burlington Northern Santa Fe, 2022 Form 10-K, February 27, 2023. |
| [5] | Burlington Northern Santa Fe, 2023 Form 10-K, February 26, 2024. |
| [6] | Burlington Northern Santa Fe, 2024 Form 10-K, February 24, 2025. |
| [7] | Burlington Northern Santa Fe, 2025 Form 10-K, March 2, 2026. |
| [8] | Canadian National Railway Company, 2016 Form 40-F, February 1, 2017. |
| [9] | Canadian National Railway Company, 2017 Form 40-F, January 31, 2018. |
| [10] | Canadian National Railway Company, 2018 Form 40-F, February 1, 2019. |
| [11] | Canadian National Railway Company, 2019 Form 40-F, February 3, 2020. |
| [12] | Canadian National Railway Company, 2020 Form 40-F, February 1, 2021. |
| [13] | Canadian National Railway Company, 2021 Form 40-F, February 1, 2022. |
| [14] | Canadian National Railway Company, 2022 Form 40-F, January 31, 2023. |
| [15] | Canadian National Railway Company, 2023 Form 40-F, January 31, 2024. |
| [16] | Canadian National Railway Company, 2024 Form 40-F, February 4, 2025. |
| [17] | Canadian National Railway Company, Form 6-K, April 19, 2022. |
| [18] | Canadian National Railway Company, Form 6-K, March 24, 2020. |
| [19] | Canadian National Railway Company, Q2 2019 Earnings Call Transcript, July 23, 2019. |
| [20] | Canadian Pacific Railway Limited, 2013 Form 40-F, March 5, 2014. |
| [21] | Canadian Pacific Railway Limited, 2014 Form 40-F, February 23, 2015. |
| [22] | Canadian Pacific Railway Limited, 2015 Form 10-K, February 29, 2016. |
| [23] | Canadian Pacific Railway Limited, 2016 Form 10-K, February 16, 2017. |
| [24] | Canadian Pacific Railway Limited, 2017 Form 10-K, February 16, 2018. |
| [25] | Canadian Pacific Railway Limited, 2018 Form 10-K, February 15, 2019. |
| [26] | Canadian Pacific Railway Limited, 2019 Form 10-K, February 20, 2020. |
| [27] | Canadian Pacific Railway Limited, 2020 Form 10-K, February 18, 2021. |
| [28] | Canadian Pacific Railway Limited, 2021 Form 10-K, February 23, 2022. |
| [29] | CSX Corporation, 2013 Form 10-K, February 12, 2014. |
| [30] | CSX Corporation, 2014 Form 10-K, February 11, 2015. |
| [31] | CSX Corporation, 2015 Form 10-K, February 10, 2016. |
| [32] | CSX Corporation, 2016 Form 10-K, February 14, 2017. |
| [33] | CSX Corporation, 2017 Form 10-K, February 7, 2018. |
| [34] | CSX Corporation, 2018 Form 10-K, February 6, 2019. |

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [35] | CSX Corporation, 2019 Form 10-K, February 12, 2020. |
| [36] | CSX Corporation, 2020 Form 10-K, February 10, 2021. |
| [37] | CSX Corporation, 2021 Form 10-K, February 16, 2022. |
| [38] | CSX Corporation, 2022 Form 10-K, February 15, 2023. |
| [39] | CSX Corporation, 2023 Form 10-K, February 14, 2024. |
| [40] | CSX Corporation, 2024 Form 10-K, February 27, 2025. |
| [41] | CSX Corporation, 2025 Form 10-K, February 12, 2026. |
| [42] | Kansas City Southern, 2020 Form 10-K, January 29, 2021. |
| [43] | Kansas City Southern, 2021 Form 10-K, February 1, 2022. |
| [44] | Kansas City Southern, 2022 Form 10-K, February 3, 2023. |
| [45] | Kansas City Southern, Form 8-K, December 10, 2021. |
| [46] | Kansas City Southern, Form 8-K, December 14, 2021. |
| [47] | Kansas City Southern, Form 8-K, March 21, 2021. |
| [48] | Norfolk Southern, 2013 Form 10-K, February 14, 2014. |
| [49] | Norfolk Southern, 2014 Form 10-K, February 11, 2015. |
| [50] | Norfolk Southern, 2015 Form 10-K, February 8, 2016. |
| [51] | Norfolk Southern, 2016 Form 10-K, February 6, 2017. |
| [52] | Norfolk Southern, 2017 Form 10-K, February 5, 2018. |
| [53] | Norfolk Southern, 2018 Form 10-K, February 8, 2019. |
| [54] | Norfolk Southern, 2019 Form 10-K, February 6, 2020. |
| [55] | Norfolk Southern, 2020 Form 10-K, February 4, 2021. |
| [56] | Norfolk Southern, 2021 Form 10-K, February 4, 2022. |
| [57] | Norfolk Southern, 2021 Stephens Annual Investment Conference Presentation Transcript, December 1, 2021. |
| [58] | Norfolk Southern, 2022 Form 10-K, February 3, 2023. |
| [59] | Norfolk Southern, 2023 Form 10-K, February 5, 2024. |
| [60] | Norfolk Southern, 2024 Form 10-K, February 10, 2025. |
| [61] | Norfolk Southern, 2025 Form 10-K, February 9, 2026. |
| [62] | Norfolk Southern, Annual Report, 2016. |
| [63] | Norfolk Southern, Annual Report, 2017. |
| [64] | Norfolk Southern, Annual Report, 2018. |
| [65] | Norfolk Southern, Annual Report, 2019. |
| [66] | Norfolk Southern, Annual Report, 2020. |
| [67] | Norfolk Southern, Annual Report, 2021. |
| [68] | Norfolk Southern, Annual Report, 2022. |
| [69] | Norfolk Southern, Annual Report, 2023. |
| [70] | Norfolk Southern, Annual Report, 2024. |
| [71] | Norfolk Southern, Investor Day 2022 Transcript, December 6, 2022. |
| [72] | Norfolk Southern, Q1 2020 Earnings Call Transcript, April 29, 2020. |
| [73] | Norfolk Southern, Q1 2021 Form 10-Q, April 28, 2021. |

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [74] | Norfolk Southern, Q1 2022 Earnings Call Transcript, April 27, 2022. |
| [75] | Norfolk Southern, Q1 2022 Form 10-Q, April 27, 2022. |
| [76] | Norfolk Southern, Q2 2021 Earnings Call Transcript, July 28, 2021. |
| [77] | Norfolk Southern, Q2 2021 Form 10-Q, July 28, 2021. |
| [78] | Norfolk Southern, Q2 2022 Form 10-Q, July 27, 2022. |
| [79] | Norfolk Southern, Q2 2023 Earnings Call Transcript, July 27, 2023. |
| [80] | Norfolk Southern, Q3 2019 Earnings Call Transcript, October 23, 2019. |
| [81] | Norfolk Southern, Q3 2020 Form 10-Q, October 28, 2020. |
| [82] | Norfolk Southern, Q3 2021 Form 10-Q, October 27, 2021. |
| [83] | Norfolk Southern, Q3 2022 Form 10-Q, October 26, 2022. |
| [84] | Norfolk Southern, Q4 2019 Earnings Call Transcript, January 29, 2020. |
| [85] | Norfolk Southern, Q4 2020 Earnings Call Transcript, January 27, 2021. |
| [86] | Norfolk Southern, Q4 2022 Earnings Call Transcript, January 25, 2023. |
| [87] | Norfolk Southern, Q4 2023 Earnings Call Transcript, January 26, 2024. |
| [88] | Norfolk Southern, Railroad Annual Report R-1, 2020. |
| [89] | Norfolk Southern, Railroad Annual Report R-1, 2021. |
| [90] | Norfolk Southern, Schedule 14A, March 20, 2024. |
| [91] | Norfolk Southern, Schedule 14A, March 21, 2018. |
| [92] | Norfolk Southern, Schedule 14A, March 27, 2020. |
| [93] | Norfolk Southern, Schedule 14A, March 29, 2019. |
| [94] | Norfolk Southern, Schedule 14A, March 31, 2021. |
| [95] | Norfolk Southern, Schedule 14A, March 31, 2022. |
| [96] | Norfolk Southern, Schedule 14A, March 31, 2023. |
| [97] | Union Pacific Corporation, 2013 Form 10-K, February 7, 2014. |
| [98] | Union Pacific Corporation, 2014 Form 10-K, February 6, 2015. |
| [99] | Union Pacific Corporation, 2015 Form 10-K, February 5, 2016. |
| [100] | Union Pacific Corporation, 2016 Form 10-K, February 3, 2017. |
| [101] | Union Pacific Corporation, 2017 Form 10-K, February 9, 2018. |
| [102] | Union Pacific Corporation, 2018 Form 10-K, February 8, 2019. |
| [103] | Union Pacific Corporation, 2019 Form 10-K, February 7, 2020. |
| [104] | Union Pacific Corporation, 2020 Form 10-K, February 5, 2021. |
| [105] | Union Pacific Corporation, 2021 Form 10-K, February 4, 2022. |
| [106] | Union Pacific Corporation, 2022 Form 10-K, February 10, 2023. |
| [107] | Union Pacific Corporation, 2023 Form 10-K, February 9, 2024. |
| [108] | Union Pacific Corporation, 2024 Form 10-K, February 7, 2025. |
| [109] | Union Pacific Corporation, 2025 Form 10-K, February 6, 2026. |
| [110] | Union Pacific Corporation, Deutsche Bank 2021 Transportation Conference Presentation Transcript, August 17, 2021. |

**Appendix C**
**Materials Considered**

**Other Publicly-Available Documents**

**[1]** "20 Cars of Norfolk Southern Cargo Train Derail in Ohio," *Associated Press* , March 5, 2023, available at https://apnews.com/article/norfolk-southern-springfield-ohio-train-derailment-7cd3b526a7c78ed17ad4bce0699720af.

**[2]** "2019-2020 Biennial Report," Pipeline and Hazardous Materials Safety Administration, February 2023, available at https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/risk-and-regulatory-analysis/2019-2020-biennial.

**[3]** "2020 Emergency Response Guidebook," Pipeline and Hazardous Materials Safety Administration, available at https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/2021-01/ERG2020-WEB.pdf.

**[4]** "2021 Data Supplement GRI and SASB Index," Canadian National Railway, available at https://www.railwayage.com/wp-content/uploads/2022/09/Data-Supplement-2021-EN.pdf.

**[5]** "2021 Surface Transportation Board Carload Waybill Sample Reference Guide," Surface Transportation Board, January 30, 2023, available at https://www.stb.gov/wp-content/uploads/2021-STB-Waybill-Reference-Guide-V2.pdf.

**[6]** "33 Train Cars Derail in Pennsylvania; No Injuries, Spills," *Associated Press* , June 29, 2021, available at https://apnews.com/article/pa-state-wire-pennsylvania-582fb2b940fef150ad7133c2aab39d30.

**[7]** "6180.54 - Rail Equipment Accident/Incident Data Dictionary, Effect. 6/1/2011," Federal Railroad Administration, available at https://railroads.fra.dot.gov/safety-data/618054-rail-equipment-accidentincident-data-dictionary-effect-612011.

**[8]** "About AAR," Association of American Railroads, available at https://www.aar.org/about-us/.

**[9]** "About STB," Surface Transportation Board, available at https://www.stb.gov/about-stb/.

**[10]** "About the Bureau of Transportation Statistics," Bureau of Transportation Statistics, April 28, 2025, available at https://www.bts.gov/about-BTS.

**[11]** "Accident Data, Reporting, and Investigations," Federal Railroad Administration, March 27, 2025, available at https://railroads.dot.gov/railroad-safety/accident-data-reporting-and-investigations-0.

**[12]** "Annual Report Financial Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/economic-data/annual-report-financial-data/.

**[13]** "Building a Culture of Safety," Norfolk Southern, Wayback Machine archived version dated September 29, 2023, available at https://web.archive.org/web/20230929045711/https://www.norfolksouthern.com/en/commitments/safety.

**[14]** "Business, Residents File Class Action Negligence Lawsuit Over East Palestine Derailment, Spill," *WFMJ* , February 7, 2023, available at https://www.wfmj.com/archives/business-residents-file-class-action-negligence-lawsuit-over-east-palestine-derailment-spill/article_0ad69888-f8cb-5512-8ffb-fbcb4adbf6e6.html.

**[15]** "Canadian Pacific and Kansas City Southern Combine to Create CPKC," Canadian Pacific Kansas City, April 14, 2023, available at https://investor.cpkcr.com/news/press-release-details/2023/Canadian-Pacific-and-Kansas-City-Southern-combine-to-create-CPKC/default.aspx.

## Appendix C
## Materials Considered

[16] "Chairs DeFazio and Payne, Jr. Request GAO Study on the Impacts of Precision Scheduled Railroading on Workers, Safety, and Shippers," The House Committee on Transportation and Infrastructure, May 13, 2021, available at https://democrats-transportation.house.gov/news/press-releases/chairs-defazio-and-payne-jr-request-gao-study-on-the-impacts-of-precision-scheduled-railroading-on-workers-safety-and-shippers.

[17] "Chemical Burned in Controlled Explosion From East Palestine Train Derailment Is Vinyl Chloride," *Cleveland 19 News* , February 6, 2023, available at https://www.cleveland19.com/2023/02/06/explainer-what-chemical-is-board-derailed-ohio-train-before-they-burn-it-off-controlled-release/.

[18] "Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations," Federal Register, December 29, 2003, available at https://www.federalregister.gov/documents/2003/12/29/03-31802/commission-guidance-regarding-managements-discussion-and-analysis-of-financial-condition-and-results.

[19] "Confidential Close Call Reporting System - C3RS: FAQs," Federal Railroad Administration, available at https://railroads.dot.gov/railroad-safety/partnerships-programs/faqs.

[20] "Consensus/Advisory Activity: Impacts of Trains Longer Than 7,500 Feet," National Academies of Sciences, Engineering, and Medicine, available at https://www.nationalacademies.org/projects/TRB-CAAS-22-03/about.

[21] "CSX Transportation Derailment with Hazardous Materials Release and Fire," National Transportation Safety Board, February 13, 2020, available at https://www.ntsb.gov/investigations/AccidentReports/Reports/RIR2213.pdf.

[22] "CY22.xlsx", National Response Center, Wayback Machine archived version dated December 8, 2022, available at https://web.archive.org/web/20230801000000*/https://nrc.uscg.mil/FOIAFiles/CY22.xlsx.

[23] "Data Center," Association of American Railroads, available at https://www.aar.org/data-center/.

[24] "Data Dictionary," National Response Center, available at https://nrc.uscg.mil/FOIAFiles/DataDictionary.xlsx.

[25] "Data Operations Overview," Pipeline and Hazardous Materials Safety Administration, February 19, 2026, available at https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/data-operations-overview.

[26] "Data Release Schedule," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Data-Release-Schedule/qfc9-tapk/.

[27] "Data," Occupational Safety and Health Administration, available at https://www.osha.gov/data.

[28] "Dead fish found in Leslie Run near East Palestine train derailment," *CBS News* , February 6, 2023, available at https://www.cbsnews.com/pittsburgh/video/dead-fish-found-in-leslie-run-near-east-palestine-train-derailment/.

[29] "East Palestine Update: Residents Can Safely Return Home," Commonwealth of Pennsylvania, February 8, 2023, available at https://www.pa.gov/governor/newsroom/2023-press-releases/east-palestine-update--residents-can-safely-return-home-0.

[30] "East Palestine Urgent Evacuation Notice," Ohio Emergency Management Agency, February 5, 2023, available at https://ema.ohio.gov/media-publications/news/dewine-020523.

[31] "East Palestine, Ohio Train Derailment: Background," Environmental Protection Agency, available at https://www.epa.gov/east-palestine-oh-train-derailment/background.

**Appendix C**
**Materials Considered**

[32] "East Palestine, Ohio Train Derailment: Legal and Other Documents," Environmental Protection Agency, March 25, 2025, available at https://www.epa.gov/east-palestine-oh-train-derailment/legal-and-other-documents.

[33] "East Palestine, Ohio Train Derailment: Operational Updates," Environmental Protection Agency, available at https://www.epa.gov/east-palestine-oh-train-derailment/operational-updates#feb423.

[34] "Economic Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/economic-data/.

[35] "eLibrary Search," Federal Railroad Administration, available at https://railroads.dot.gov/elibrary-search?search_api_fulltext=&field_effective_date%5Bmin%5D=2020-10-28&field_effective_date%5Bmax%5D=2023-02-02&field_subject%5B14161%5D=14161&sort_by=field_effective_date&items_per_page=50&email_of_dept_buiss_org=.

[36] "Enforcement Activity," Pipeline and Hazardous Materials Safety Administration, available at https://primis.phmsa.dot.gov/enforcement-data/.

[37] "Federal Railroad Administration Announces New Safety Data Website," Federal Railroad Administration, June 11, 2025, available at https://railroads.fra.dot.gov/sites/fra.dot.gov/files/2025-06/FRA%2003-25.pdf.

[38] "Federal Railroad Administration," United States Government Manual, available at https://usgovernmentmanual.gov/Agency?EntityId=WRjR+npxUd4=&ParentEId=HIYL2uq+Vqo=&EType=/sbLHImeIYk=.

[39] "FRA Audit Report, Norfolk Southern Railway Company," Federal Railroad Administration, July 8, 2022, available at https://railroads.dot.gov/elibrary/fra-audit-report-norfolk-southern-railway-company.

[40] "FRA Audit Report: Norfolk Southern Railway Company," Federal Railroad Administration, July 8, 2022 available at https://railroads.dot.gov/sites/fra.dot.gov/files/2022-11/Final%20Norfolk%20Southern%20Audit%20Report%202022%20%28003%29.pdf.

[41] "FRA Audit Report: Norfolk Southern Railway Company", Federal Railroad Administration, Wayback Machine archived version dated January 16, 2023, available at https://web.archive.org/web/20230116024834/https://railroads.dot.gov/sites/fra.dot.gov/files/2022-11/Final%20Norfolk%20Southern%20Audit%20Report%202022%20(003).pdf.

[42] "FRA Audit Report: Union Pacific (UP) Railroad," Federal Railroad Administration, November 8, 2021, available at https://railroads.dot.gov/sites/fra.dot.gov/files/2021-12/Final%202021-UP%20Special%20Audt%2006-1%20Report%2011-3%20clean.pdf.

[43] "FRA Guide for Preparing Accident/Incident Reports," Federal Railroad Administration, May 23, 2011, available at https://railroads.dot.gov/sites/fra.dot.gov/files/fra_net/18233/FRAGuideforPreparingAccIncReportspubMay2011.pdf.

[44] "FRA Rail Operational Data (Form 55)," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Form-55-Data-Downloads/vfi4-ceay/.

[45] "FRA Safety Data," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/FRA-Safety-Data/dakf-i7zd.

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [46] | "Freight Facts and Figures," Bureau of Transportation Statistics, available at https://data.bts.gov/stories/s/45xw-qksz. |
| [47] | "Freight Rail: Information on Precision-Scheduled Railroading," Government Accountability Office, December 2022, available at https://www.gao.gov/assets/gao-23-105420.pdf. |
| [48] | "Freight Rail: Information on Precision-Scheduled Railroading," Government Accountability Office, December 23, 2022, available at https://www.gao.gov/products/gao-23-105420. |
| [49] | "Freight Railroads Move Hazardous Materials Safely," Association of American Railroads, October 2020, available at https://cms5.revize.com/revize/treasurecoastcrp/Programs_Services/Emergency%20Preparedness/Hazardous%20Analysis%20Risk%20Compliance/AAR-Hazmat-Fact-Sheet.pdf. |
| [50] | "GAO's Mission," Government Accountability Office, available at https://guides.gaoinnovations.gov/greenbook/2025/gaos-mission/. |
| [51] | "Gov. DeWine's Interview with Fox and Friends," *FOX and Friends* , February 7, 2023, available at https://archive.org/details/FOXNEWSW_20230207_120000_FOX_and_Friends. |
| [52] | "Guidance for Industry: Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products," Food and Drug Administration, May 1998, available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/providing-clinical-evidence-effectiveness-human-drug-and-biological-products. |
| [53] | "Hazardous Materials Incident Report," Pipeline and Hazardous Materials Safety Administration, available at https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/2026-03/IncidentForm010105.pdf. |
| [54] | "Hazardous Materials Transportation," Federal Railroad Administration, March 8, 2023, available at https://railroads.dot.gov/research-development/program-areas/hazmat-transportation/hazardous-materials-transportation. |
| [55] | "Hazmat Fact Sheet," Association of American Railroads, October 2020, available at https://www.aar.org/wp-content/uploads/2020/10/AAR-Hazmat-Fact-Sheet.pdf. |
| [56] | "Holidays & Trading Hours," NYSE, available at https://www.nyse.com/trade/hours-calendars. |
| [57] | "Impacts of Trains Longer Than 7,500 Feet Meeting #2," National Academies of Sciences, Engineering, and Medicine, available at https://www.nationalacademies.org/projects/TRB-CAAS-22-03/event/39048. |
| [58] | "In the Business of a Better Planet: Norfolk Southern 2022 Environmental, Social, and Governance Report," Norfolk Southern, available at https://www.norfolksouthern.com/content/dam/nscorp/pdf/esg-forms/2022-Norfolk-Southern-Environmental-Social-Governance-Report%20FINAL.pdf. |
| [59] | "Incident Report Form," Pipeline and Hazardous Materials Safety Administration, March 13, 2026, available at https://www.phmsa.dot.gov/hazmat-program-development/data-operations/incident-report-form. |
| [60] | "Incident Reporting," Pipeline and Hazardous Materials Safety Administration, December 13, 2023, available at https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/incident-reporting. |
| [61] | "Incident Statistics," Pipeline and Hazardous Materials Safety Administration, available at https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/incident-statistics. |

**Appendix C**
**Materials Considered**

| | |
|---|---|
| **[62]** | "Incident Statistics," Pipeline and Hazardous Materials Safety Administration, Wayback Machine archived version dated February 3, 2021, available at https://web.archive.org/web/20210203085754/https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/data-operations/incident-statistics. |
| **[63]** | "Injury/Illness Summary – Operational Data (Form 55)," Federal Railroad Administration, available at https://data.transportation.gov/Railroads/Injury-Illness-Summary-Operational-Data-Form-55-/m8i6-zdsy/about_data. |
| **[64]** | "Investigation Summaries," Occupational Safety and Health Administration, available at https://www.osha.gov/ords/imis/accidentsearch.html. |
| **[65]** | "Launching Our New Customer-Centric Operating Plan: TOP\|SPG," Norfolk Southern, June 27, 2022, available at https://www.norfolksouthern.com/en/newsroom/story-yard/launching-our-new-customer-centric-operating-plan-top-spg. |
| **[66]** | "Letter from Greg Regan to The Honorable Amitabha (Amit) Bose," Transportation Trades Department, AFL-CIO, December 21, 2022, available at https://ttd.org/wp-content/uploads/2022/12/TTD-Two-Person-Crew-Comments.pdf. |
| **[67]** | "Letter from Jason El-Zein, U.S. Environmental Protection Agency, to Matt Gernand, Norfolk Southern Railway Company," Environmental Protection Agency, February 10, 2023, available at https://www.epa.gov/system/files/documents/2023-02/Norfolk%20Southern%20East%20Palestine%20Train%20Derailment%20General%20Notice%20Letter%202.10.2023%20%281%29.pdf. |
| **[68]** | "Letter from Marco Rubio and J.D. Vance to The Honorable Pete Buttigieg, Chair, Secretary, U.S. Department of Transportation," Office of Senator Marco Rubio, February 15, 2023, available at https://web.archive.org/web/20230303061040/https://www.rubio.senate.gov/public/_cache/files/3861845c-081e-4409-bd4b-eb31c8c88ca6/82235D898F1306CAFB5E68ADE0EFF0E4.02.15.23-rubio-vance-letter-to-buttigieg-re-ohio-derailment.pdf. |
| **[69]** | "Letter from Peter DeFazio and Michael E. Capuano to the Honorable Gene Dodaro," The House Committee on Transportation and Infrastructure, November 7, 2017, available at https://democrats-transportation.house.gov/imo/media/doc/wysiwyg_uploaded/2017-11-07%20LTR%20GAO%20re%20Long%20Trains.pdf. |
| **[70]** | "Letter From Sherrod Brown, J.D. Vance, Robert P. Casey, Jr., and John Fetterman to The Honorable Jennifer L. Homendy, Chair, National Transportation Safety Board," Office of Senator Sherrod Brown, February 15, 2023, available at https://web.archive.org/web/20230502145756/https://www.brown.senate.gov/imo/media/doc/letter_to_ntsb_about_ns_derailment.pdf. |
| **[71]** | "Letters from Maria Cantwell to Norfolk Southern, Burlington Northern Santa Fe (BNSF), Canadian National, Canadian Pacific, CSX, Kansas City Southern, and Union Pacific," United States Senate Committee on Commerce, Science, and Transportation, February 17, 2023, available at https://www.commerce.senate.gov/services/files/0C14FC1E-84CF-44FA-B291-3FBB6D8E7023. |

**Appendix C**
**Materials Considered**

| | |
|---|---|
| [72] | "Major Railroads to Join U.S. 'Close Call' Voluntary Reporting Program," *Reuters* , March 2, 2023, available at https://www.reuters.com/world/us/major-railroads-join-us-close-call-voluntary-reporting-program-2023-03-02/. |
| [73] | "Minutes of 65th Meeting of the Railroad Safety Advisory Committee (RSAC)," Federal Railroad Administration, October 26, 2023, available at https://rsac.fra.dot.gov/radcms.rsac/File/DownloadFile?id=910. |
| [74] | "Monetary Threshold Notice," Federal Railroad Administration, December 30, 2025, available at https://railroads.dot.gov/safety-data/forms-guides-publications/guides/monetary-threshold-notice. |
| [75] | "National Census of Fatal Occupational Injuries in 2024," Bureau of Labor Statistics, February 19, 2026, available at https://www.bls.gov/news.release/pdf/cfoi.pdf. |
| [76] | "Norfolk Southern Announces Six-Point Safety Plan," Norfolk Southern, March 6, 2023, available at https://www.norfolksouthern.com/en/newsroom/news-archive/2023/norfolk-southern-announces-six-point-safety-plan. |
| [77] | "Norfolk Southern Marks Major East Palestine Milestone, Completing Intensive Phase of Environmental Remediation," Norfolk Southern, October 26, 2023, available at https://www.norfolksouthern.com/en/newsroom/news-archive/2023/norfolk-southern-marks-major-east-palestine-milestone-completing-intensive-phase-of-environmental-remediation. |
| [78] | "Norfolk Southern Prepares to Roll Out TOP21 Precision Scheduled Railroading Operating Plan," Norfolk Southern, June 4, 2019, available at https://www.norfolksouthern.com/en/newsroom/news-archive/2019/norfolk-southern-prepares-to-roll-out-top21-precision-scheduled-railroading-operating-plan. |
| [79] | "Norfolk Southern Railway Derailment and Hazardous Materials Release," National Transportation Safety Board, available at https://www.ntsb.gov/investigations/Pages/RRD23MR005.aspx. |
| [80] | "Norfolk Southern Reports First Quarter 2023 Results," Norfolk Southern, April 26, 2023, available at https://stage.investorroom.com/nscorp/2023-04-26-Norfolk-Southern-reports-first-quarter-2023-results. |
| [81] | "Norfolk Southern reports fourth-quarter and full-year 2020 results," Norfolk Southern, January 27, 2021, available at https://filecache.investorroom.com/mr5ir_nscorp/489/4q2020_earnings_release.pdf. |
| [82] | "Norfolk Southern Reports Second Quarter 2023 Results," Norfolk Southern, July 27, 2023, available at https://norfolksouthern.investorroom.com/2023-07-27-Norfolk-Southern-reports-second-quarter-2023-results. |
| [83] | "Norfolk Southern Reports Third Quarter 2023 Results," Norfolk Southern, October 25, 2023, available at https://norfolksouthern.investorroom.com/2023-10-25-Norfolk-Southern-reports-third-quarter-2023-results. |
| [84] | "Norfolk Southern to Announce Q3 2023 Earnings Results on October 25, 2023," Norfolk Southern, September 29, 2023, available at https://www.norfolksouthern.com/en/newsroom/news-archive/2023/norfolk-southern-to-announce-q3-2023-earnings-results-on-october-25-2023. |
| [85] | "Officials urge evacuation near derailment, fearing explosion," *Associated Press* , February 5, 2023, available at https://apnews.com/article/air-quality-evacuations-fires-pennsylvania-ohio-50644fb91216cf775e4a356e4f21cb9b. |
| [86] | "Ohio EPA's Response to Train Derailment in East Palestine," Ohio Environmental Protection Agency, available at https://storymaps.arcgis.com/stories/ba6f0f12f5c2429fb7215eca6e167d2a. |

## Appendix C
## Materials Considered

| | |
|---|---|
| **[87]** | "Ohio officials enforce evacuation order, warn of probable toxic gas release from train derailment," *PBS News* , February 6, 2023, available at https://www.pbs.org/newshour/nation/ohio-officials-enforce-evacuation-order-warn-of-probabletoxic-gas-release-from-train-derailment. |
| **[88]** | "Preliminary Report RRD23MR005: Norfolk Southern Railway Train Derailment with Subsequent Hazardous Material Release and Fires," National Transportation Safety Board, February 23, 2023, available at https://www.ntsb.gov/investigations/Documents/RRD23MR005%20East%20Palestine%20OH%20Prelim.pdf. |
| **[89]** | "Press Release from Railroad Workers United," Railroad Workers United, February 7, 2023, available at https://myemail.constantcontact.com/Press-Release--Fiery-Ohio-Train-Wreck-the-Result-of--PSR-.html?soid=1116509035139&aid=RspHKqRlJkg. |
| **[90]** | "Program Management, Data and Statistics Overview," Pipeline and Hazardous Materials Safety Administration, March 19, 2024, available at https://www.phmsa.dot.gov/hazmat-program-management-data-and-statistics/program-management-data-and-statistics-overview. |
| **[91]** | "Q&A Series: Introduction to Precision Scheduled Railroading," ICL, August 6, 2021, available at https://iclsystems.com/blog/qa-series-introduction-to-precision-scheduled-railroading/. |
| **[92]** | "Rail Equipment Accident/Incident Data (Form 54)," Federal Railroad Administration, available at https://data.transportation.gov/Railroads/Rail-Equipment-Accident-Incident-Data-Form-54-/85tf-25kj/about_data. |
| **[93]** | "Rail Equipment Accident/Incident: Form FRA F 6180.54," Federal Railroad Administration, July 1, 2011, available at https://railroads.fra.dot.gov/sites/fra.dot.gov/files/2025-02/accfile_EFFECTIVE_060111.pdf. |
| **[94]** | "Rail Freight Intermodal Traffic (RAILFRTINTERMODAL)," Federal Reserve Economic Data,  March 2, 2026, available at https://fred.stlouisfed.org/series/RAILFRTINTERMODAL. |
| **[95]** | "Rail Safety and Risk," University of Illinois at Urbana-Champaign's Rail Transportation and Engineering Center, available at https://railtec.illinois.edu/research/rail-safety-and-risk/. |
| **[96]** | "Rail Safety Overview Report (1.12)," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Rail-Safety-Overview-Report-1-12-/dsuf-xcni/. |
| **[97]** | "Rail Safety: Freight Trains Are Getting Longer, and Additional Information Is Needed to Assess Their Impact," Government Accountability Office, May 2019, available at https://www.gao.gov/assets/gao-19-443.pdf. |
| **[98]** | "Rail Safety: Freight Trains Are Getting Longer, and Additional Information Is Needed to Assess Their Impact," Government Accountability Office, May 30, 2019, available at https://www.gao.gov/products/gao-19-443. |
| **[99]** | "Rail Service Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/rail-service-data/. |
| **[100]** | "Rail Traffic for the Week Ending July 23, 2022," Association of American Railroads, July 27, 2022, available at https://www.aar.org/news/aar-reports-weekly-rail-traffic-for-the-week-ending-july-23-2022/. |
| **[101]** | "Railroad – Economic Data Series," Federal Reserve Economic Data, available at https://fred.stlouisfed.org/tags/series?t=railroad. |

**Appendix C**
**Materials Considered**

[102]  "Railroad Investigation Report RIR-24-05: Norfolk Southern Railway Derailment and Hazardous Materials Release," National Transportation Safety Board, June 25, 2024, available at https://www.ntsb.gov/investigations/AccidentReports/Reports/RIR2405%20CORRECTED.pdf.

[103]  "Railroad Revenue Deflator Factors," Surface Transportation Board, available at https://www.stb.gov/reports-data/economic-data/railroad-revenue-deflator-factors/.

[104]  "Railroad Safety Advisory Committee Task Statement: Confidential Close Call Reporting System," Federal Railroad Administration, October 17, 2022, available at https://rsac.fra.dot.gov/tasks.

[105]  "Railroad Safety Data Frequently Asked Questions (FAQ)," Federal Railroad Administration, available at https://railroads.fra.dot.gov/sites/fra.dot.gov/files/2019-09/Railroad%20Safety%20Data%20Frequently%20Asked%20Questions.pdf.

[106]  "Railroad Safety," Federal Railroad Administration, available at https://railroads.dot.gov/railroad-safety.

[107]  "Report Cross-Reference," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/Legacy-to-New-Site-Crosswalk/ciip-qu8c/.

[108]  "Reports & Data," Surface Transportation Board, available at https://www.stb.gov/reports-data/.

[109]  "Safety is the first priority at Norfolk Southern," Norfolk Southern, August 2009, available at https://web.archive.org/web/20121006095416/https://nscorp.com/nscorphtml/bizns/bizNS1-4.pdf.

[110]  "SMART Union Renews Call for Rail Industry Changes After Ohio Derailment," SMART Union, February 16, 2023, available at https://www.smart-union.org/smart-union-renews-call-for-rail-industry-changes-after-ohio-derailment/.

[111]  "Stakeholder Perceptions of Longer Trains," Federal Railroad Administration, December 2022, available at https://railroads.dot.gov/sites/fra.dot.gov/files/2022-12/Stakeholder%20Perceptions%20of%20Longer%20Trains_Final_-A.pdf.

[112]  "Statement on Pennsylvania-Ohio Border Train Explosion," PennEnvironment, February 4, 2023, available at https://environmentamerica.org/pennsylvania/media-center/statement-on-pennsylvania-ohio-border-train-explosion/.

[113]  "Summary Report," Federal Railroad Administration, December 22, 2020, available at https://railroads.dot.gov/sites/fra.dot.gov/files/2021-09/HQ-2020-1401%20Summary%20Report.pdf.

[114]  "Surface Transportation Board," United States Government Manual, available at https://usgovernmentmanual.gov/Agency?EntityId=gQpdDXNqphk=&ParentEId=+klubNxgV0o=&EType=jY3M4CTKVHY=.

[115]  "Tank Car Data Collection Program," Bureau of Transportation Statistics, September 9, 2021, available at https://www.bts.gov/surveys/annual-tank-car-facility-survey/annual-tank-car-facility-survey-program.

[116]  "TD Completes Acquisition of Cowen Inc.," TD Bank, March 1, 2023, available at https://td.mediaroom.com/2023-03-01-TD-completes-acquisition-of-Cowen-Inc.

[117]  "Testimony of Ian Jefferies, Hearing On Improving Rail Safety in Response to the East Palestine Derailment," United States Senate Committee on Commerce, Science, and Transportation, March 22, 2023, available at https://www.commerce.senate.gov/services/files/169E0B52-4291-47C5-AD07-FA235017C382.

**Appendix C**
**Materials Considered**

| | |
|---|---|
| **[118]** | "Testimony of Jeremy Ferguson, President SMART – Transportation Division Before the Railroads, Pipelines, and Hazardous Materials Subcommittee, House Transportation and Infrastructure Committee Hearing on Examining Freight Rail Safety," SMART Union, June 14, 2022, available at https://www.railwayage.com/wp-content/uploads/2022/06/Ferguson-Testimony-1.pdf. |
| **[119]** | "Title 49: Subtitle B: Chapter II: Part 225: Railroad Accidents/Incidents: Reports, Classification, and Investigations, § 225.21 Forms," Code of Federal Regulations, available at https://www.ecfr.gov/current/title-49/subtitle-B/chapter-II/part-225?toc=1. |
| **[120]** | "Title 49: Subtitle B: Chapter VIII: Part 831: Subpart D: Railroad, Pipeline, and Hazardous Materials Investigations, § 831.40 Authority of NTSB in Railroad, Pipeline, and Hazardous Materials Investigations," Code of Federal Regulations, available at https://www.ecfr.gov/current/title-49/subtitle-B/chapter-VIII/part-831/subpart-D. |
| **[121]** | "Title 49: Subtitle B: Chapter X: Subchapter C: Part 1241 – Annual, Special, or Periodic Reports – Carriers Subject to Part I of the Interstate Commerce Act," Code of Federal Regulations, available at https://www.ecfr.gov/current/title-49/subtitle-B/chapter-X/subchapter-C/part-1241. |
| **[122]** | "Train Accident (Not at Highway-Rail Crossings) Summary (2.03)," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/2ju5-8zxb. |
| **[123]** | "Train Derails in Paulsboro, N.J., Releasing 23,000 Gallons of Toxic Vinyl Chloride Gas," National Oceanic and Atmospheric Administration, December 17, 2012, available at https://whyy.org/articles/nj-study-details-health-problems-reported-after-paulsboro-chemical-leak/. |
| **[124]** | "Train Derails in Rural Maine Due to Track Washout," *Associated Press*, October 19, 2022, available at https://apnews.com/article/maine-fd7762fb2496258bf488ae5fc5919ad3. |
| **[125]** | "Train Derails in Suburban Atlanta, Blocking Streets," *Associated Press*, November 28, 2021, available at https://apnews.com/article/atlanta-transportation-27c4faa856979ce69788a56214e5a387. |
| **[126]** | "Transcripts & Statements," Surface Transportation Board, available at https://www.stb.gov/news-communications/transcripts-statements/. |
| **[127]** | "Transportation Research Board (TRB)," National Academies of Sciences, Engineering, and Medicine, available at https://www.nationalacademies.org/units/TRB-Transporta-23-P-586. |
| **[128]** | "Union Pacific's 2021 Building America Report," Union Pacific, available at https://www.railwayage.com/wp-content/uploads/2022/04/pdf_up_2021_bar.pdf. |
| **[129]** | "Urgent Issues in Freight Rail Service," Surface Transportation Board, April 26, 2022, available at https://www.stb.gov/wp-content/uploads/304767-2.pdf. |
| **[130]** | "Urgent Issues in Freight Rail Service," Surface Transportation Board, April 27, 2022, available at https://www.stb.gov/wp-content/uploads/304765-2.pdf. |
| **[131]** | "Weekly Rail Traffic Data," Association of American Railroads, available at https://www.aar.org/aar_news/weekly-rail-traffic-data/. |
| **[132]** | "Welcome to Investor Day," Norfolk Southern, December 6, 2022, available at https://filecache.investorroom.com/mr5ir_nscorp/142/2022_InvestorDay%20Presentation_Final_For_Web.pdf. |
| **[133]** | "Welcome to the National Response Center," National Response Center, available at https://nrc.uscg.mil/Default.aspx. |

## Appendix C
## Materials Considered

[134] "Who We Are and What We Do," National Transportation Safety Board, available at https://www.ntsb.gov/Pages/home.aspx.

[135] "Why Do Physicists Mention 'Five Sigma' in Their Results?," CERN, available at https://home.cern/resources/faqs/five-sigma.

[136] Beech, Samantha, et al., "EPA Chief Pledges to Hold Train Company Accountable over Ohio Toxic Train Disaster as Residents' Frustrations Grow," *CNN*, February 16, 2023, available at https://www.cnn.com/2023/02/16/us/ohio-train-derailment-east-palestine-thursday.

[137] Brannon, Ike and Michael F. Gorman, "Railroads Are Trying to Boost Productivity. But Unions Are Standing on the Tracks," *Fortune*, July 9, 2021, available at https://fortune.com/2021/07/09/biden-railroads-anticompetitive-unions-executive-order/.

[138] Brooks, Mary Catherine, "Update: Train Derailment Closes U.S. 52," *The Register-Herald*, December 2, 2022.

[139] Buchanan, Tyer, "Gov. DeWine: Rail Company Responsible for Derailment Cleanup," *Axios*, February 15, 2023, available at https://www.axios.com/local/columbus/2023/02/15/gov-dewine-norfolk-southern-responsible-cleanup.

[140] Chen, Shawna, "White House: Norfolk Southern Will Be Held Accountable for Ohio Train Derailment," *Axios*, February 16, 2023, available at https://www.axios.com/2023/02/16/ohio-train-derailment-white-house.

[141] Culver, Jordan, "Train Derailment in Texas Leaks 'Corrosive' Product, Prompts Evacuation Orders for 600 People; No Injuries," *USA Today*, October 29, 2020, available at https://www.usatoday.com/story/news/nation/2020/10/29/train-derailment-texas-leaks-corrosive-product-no-injures/6079327002/.

[142] DeFazio, Peter, "Wall Street Is Boosting Profits In Railroads With New Technology. But It's Ignoring The Drawbacks," *Fortune*, July 21, 2021, available at https://fortune.com/2021/07/21/peter-defazio-precision-scheduled-railroading-problems/.

[143] DeNatale, Dave "Dino" and Emma Henderson, "Ohio Attorney General Dave Yost Considers Suing Norfolk Southern Following Train Derailment," *WKYC Studios*, February 15, 2023, available at https://www.wkyc.com/article/news/special-reports/train-derailment/ohio-attorney-general-dave-yost-considers-suing-norfolk-southern-train-derailment/95-ca97f793-1e39-4859-ae3a-0ca17b112a59.

[144] DeRoos, Dan, "Explainer: What chemical is on board derailed Ohio train before they burn it off in controlled release," *Cleveland 19 News*, February 6, 2023, available at https://www.cleveland19.com/2023/02/06/explainer-what-chemical-is-board-derailed-ohio-train-before-they-burn-it-off-controlled-release/.

[145] Eavis, Peter, et al., "Safety Agency Faults Norfolk Southern for 'Vent and Burn' After 2023 Derailment," *The New York Times*, June 25, 2024, available at https://www.nytimes.com/2024/06/25/us/politics/norfolk-southern-ntsb-vent-and-burn.html.

[146] Edwards, Lynda, "Railroad Union Says Trains More Than a Mile Long Too Risky," *Times Union*, August 9, 2017, available at https://www.timesunion.com/allnews/article/Railroad-union-says-100-plus-car-trains-too-11734589.php.

**Appendix C**
**Materials Considered**

**[147]**  English, Taunya, "N.J. study details health problems reported after Paulsboro chemical leak,"WHYY, May 30, 2014, available at https://whyy.org/articles/nj-study-details-health-problems-reported-after-paulsboro-chemical-leak/.

**[148]**  Fung, Esther, "Norfolk Southern Stock Falls as Operations Issues Weigh on Business," *The Wall Street Journal* , October 25, 2023, available at https://www.wsj.com/livecoverage/stock-market-today-dow-jones-10-25-2023/card/norfolk-southern-stock-falls-as-operations-issues-weigh-on-business-B9IUh04NPWGXgQ38ZBg5.

**[149]**  Funk, Josh, "Ohio Derailment That Released Toxic Chemicals Raises Railroad Safety Questions," *PBS News* , February 9, 2023, available at https://www.pbs.org/newshour/nation/ohio-derailment-that-released-toxic-chemicals-raises-railroad-safety-questions.

**[150]**  Funk, Josh, "U.S. Rail Industry Defends Safety Record Amid Staffing Cuts," *Associated Press* , May 16, 2021, available at https://apnews.com/article/business-aab7d3084a8d17d8d721d2cb750be323.

**[151]**  Gordon, Aaron, "'It's Going to End Up Like Boeing': How Freight Rail Is Courting Catastrophe," *Vice* , March 22, 2021, available at https://www.vice.com/en/article/freight-rail-train-disaster-avoidable-boeing/.

**[152]**  Grant, Julie, "EPA Lists Chemicals Released in East Palestine Train Derailment," *NPR (90.5 WESA Pittsburgh)* , February 13, 2023, available at https://www.wesa.fm/environment-energy/2023-02-13/epa-lists-additional-chemicals-released-in-east-palestine-train-derailment.

**[153]**  Grimley, Nadine, "North Lima woman finds chickens dead Tuesday, questions chemical release from train," *WKBN* , February 7, 2023, available at https://www.wkbn.com/news/local-news/east-palestine-train-derailment/north-lima-woman-finds-chickens-dead-tuesday-questions-chemical-release-from-train/.

**[154]**  Hard, Ariel and Matthew L. Wald, "Cloud rising from train wreck, then death and a ghost town," *The New York Times* , January 8, 2005, available at https://www.nytimes.com/2005/01/08/us/cloud-rising-from-train-wreck-then-death-and-a-ghost-town.html.

**[155]**  Hubbard, Russell, "Railroads Adding More Cars to Trains in Effort to Trim Costs, Raising Some Concerns About Safety," *Omaha World-Herald* , July 6, 2017, available at https://omaha.com/news/nation-world/business/railroads-adding-more-cars-to-trains-in-effort-to-trim/article_3cee510d-e8a3-5c9b-b5d4-ce5ceba8e771.html?mod=djemlogistics.

**[156]**  Hutchinson, Derick, "Officials Investigate Derailed Train in Van Buren Township," *Detroit Local 4 News* , February 16, 2023, available at https://www.clickondetroit.com/news/local/2023/02/16/officials-investigate-derailed-train-in-van-buren-township/.

**[157]**  Johnson, Octavia, "Train Collision Leaves Two Employees Injured in Hamilton County," *WJHL* , December 21, 2022.

**[158]**  LaRocco, Lori Ann, "Norfolk Southern makes broad safety adjustments after third train derailment," *CNBC* , March 6, 2023, available at https://www.cnbc.com/2023/03/06/norfolk-southern-adjusts-train-safety-after-third-derailment.html?stream=top&msockid=0b48bc429f676ffe3402ab5d9ef26ee4.

**[159]**  Luczak, Marybeth, "NS: 'A Franchise Built for Growth' Says Shaw," Railway Age, December 8, 2022, available at https://www.railwayage.com/freight/class-i/ns-a-franchise-built-for-growth-says-shaw/.

## Appendix C
## Materials Considered

[160]  Maher, Kris, "Team flares chemical gas from derailed train cars in Ohio to prevent explosion," *The Wall Street Journal* , February 6, 2023, available at https://www.wsj.com/articles/ohio-officials-warn-of-danger-of-explosion-after-train-derailment-11675698051.

[161]  Malleck, Julia, "Norfolk Southern Is Giving $25,000 to an Ohio Town Where It Caused a Life-or-Death Evacuation," *Quartz* , February 9, 2023, available at https://qz.com/norfolk-southern-is-giving-25-000-to-an-ohio-town-wher-1850094599.

[162]  Marsh, Joanna, "The Perils of Precision Scheduled Railroading," *FreightWaves* , October 15, 2021, available at https://www.freightwaves.com/news/the-perils-of-precision-scheduled-railroading.

[163]  Marsh, Joanna, "Union Leaders Criticize Precision Scheduled Railroading," *FreightWaves* , June 21, 2019, available at https://www.freightwaves.com/news/union-leaders-criticize-precision-scheduled-railroading.

[164]  McCarthy, Grace, "Investigators Cite Vandalism as Likely in Custer Train Derailment," *The Northern Light* , September 15, 2021, available at https://www.thenorthernlight.com/stories/investigators-cite-vandalism-as-likely-in-custer-train-derailment,17673.

[165]  Merchant, Zach, "Houston County Train Wreck Did $5 Million-Plus in Damage, Posed Hazmat Risk," *13WMAZ* , January 31, 2020, available at https://www.13wmaz.com/article/news/local/central-georgia-houston-county-norfolk-southern-train-wreck-derailment-crash-5-million-dollars-cleanup/93-5434e4d4-cb94-498d-b528-9b98a65eb087.

[166]  Monahan, Rachel, "Federal Report Blames Oil Train Derailment Partly on Brake System 'From the Civil War Era,'" *Willamette Week* , June 23, 2016, available at https://www.wweek.com/news/2016/06/23/federal-report-blames-oil-train-derailment-caused-partly-by-brake-system-from-the-civil-war-era/.

[167]  Palumbo, Angela, "Another Norfolk Train Derailed in Ohio. What the Stock Market Fears Happens Next.," *Barron's* , March 6, 2023, available at https://www.barrons.com/articles/norfolk-ohio-train-derailment-4663905e.

[168]  Paris, Costas and Ginger Adams Otis, "Second Norfolk Southern Train Derailment in Ohio Prompts Investigations," *The Wall Street Journal* , March 6, 2023, available at https://www.wsj.com/articles/norfolk-southerns-second-ohio-derailment-is-under-investigation-d7a5b889.

[169]  Pierce, Dennis R., "Precision Scheduled Railroading: Short Term Gains at What Cost?," Brotherhood of Locomotive Engineers and Trainmen, April 8, 2019, available at https://ble-t.org/news/precision-scheduled-railroading-short-term-gains-at-what-cost.

[170]  Powers, Sara, "Authorities Investigate Train Derailment in Van Buren Township," *CBS News* , February 16, 2023, available at https://www.cbsnews.com/detroit/news/authorities-investigate-train-derailment-in-van-buren-township/.

[171]  Regan, Greg, "Written Statement Before the Surface Transportation Board on 'Urgent Issues in Freight Rail Service,'" Transportation Trades Department, AFL-CIO, April 26, 2022, available at https://ttd.org/policy/hearing-testimony/ttd-president-greg-regan-testifies-in-stb-hearing-on-urgent-rail-service-issues/.

[172]  Ric, Dugan, "Norfolk Southern Train Derailment," *The Herald-Mail* , January 14, 2023.

[173]  Schelpp, Travis, "How often do trains derail? More than you think," *The Hill* , June 28, 2022, available at https://thehill.com/homenews/3539221-how-often-do-trains-derail-more-than-you-think/.

## Appendix C
## Materials Considered

[174] Sirota, David, et al.,"Rail companies blocked safety rules before Ohio derailment," *Lever News* , February 8, 2023, available at https://www.levernews.com/rail-companies-blocked-safety-rules-before-ohio-derailment/.

[175] Skolnick, David, "Gov. Mike DeWine Fully Expects Norfolk Southern to Pay Derailment Costs," *The Intelligencer* , February 7, 2023, available at https://www.theintelligencer.net/news/top-headlines/2023/02/gov-mike-dewine-fully-expects-norfolk-southern-to-pay-derailment-costs/.

[176] Taylor, Alan, "Freight train derails and explodes in Lac-Megantic, Quebec," *The Atlantic* , July 8, 2013, available at https://www.theatlantic.com/photo/2013/07/freight-train-derails-and-explodes-in-lac-megantic-quebec/100548/.

[177] Testimony of Cynthia M. Sanborn, Executive Vice President and Chief Operating Officer, Norfolk Southern Corporation, Before the U.S. House of Representatives, June 14, 2022.

[178] Thakker, Prem, "Rail workers tried to warn us the Ohio train derailment would happen," *The New Republic* , February 8, 2023, available at https://newrepublic.com/post/170455/rail-workers-tried-warn-us-ohio-train-derailment-happen.

### Financial Data Resources

[1] Standard and Poor's Capital IQ.

[2] LSEG Refinitiv.

[3] Alacra Premium.

[4] Dow Jones Factiva.

**Notes:**

[1] Please note that analysts' reports cited in the foregoing expert report which were obtained from S&P are subject to the following terms: *Data obtained from S&P Global Market Intelligence (and/or its affiliates, as applicable) (individually and collectively, "S&P"). This data is only for use in the instant litigation. S&P reserves all rights with respect to the S&P information. No further distribution or reproduction is permitted without S&P's prior written permission.  A reference to or any observation concerning a particular investment, security or credit rating in the S&P information is not a recommendation to buy, sell, or hold such investment or security or make any other investment decisions. S&P, its affiliates, and its third party licensors: (1) do not guarantee the accuracy, completeness, timeliness or availability of any information and are not responsible for any errors or omissions or for the results obtained from the use of such content and (2) give no express or implied warranties of any kind. In no event shall S&P, its affiliates, or its third party licensors be liable for any damages, including, without limitation, direct and indirect damages in connection with any use of the S&P information.*

**Appendix D.1**

**Analysis of Norfolk Southern's Stock Price Movement on Allegation-Relevant Dates**

1.    As I discuss in **Section IV.B.1**, financial economists commonly use event studies to assess how a firm's stock price reacts to piece of news and to measure the potential impact of specific events or disclosures on the firm's value. Event studies estimate the relationship between the firm's daily stock returns and the daily returns of chosen market and industry indexes over a chosen period of time (the "estimation period"). An event study model then uses this relationship to decompose the firm's actual stock returns on specific dates into two parts: the portion that can explained by broader market and industry factors (the "predicted" or "expected" return) and the portion that cannot be explained (the "abnormal" return).

2.    Dr. Cain conducts an event study (the "Cain Event Study") to support the analysis in the Cain Report.[1] I conduct my own event study (the "Hubbard Event Study") to independently assess potential NS stock price reactions, if any, to the Alleged Misstatements (*see* **Appendix D.2**), the Alleged Corrective Disclosures (*see* **Appendix D.3**), and other relevant disclosure publication dates that occurred during the Proposed Class Period (*see* **Appendix D.4**). The Hubbard Event Study differs from the Cain Event Study in several ways:

   a.    **Length of estimation period.** The Hubbard Event Study uses a 252-trading day estimation period (corresponding to one calendar year), while the Cain Event Study uses a 120-trading day estimation period (corresponding to approximately six months).[2]

   b.    **Fixed estimation period.** The Hubbard Event Study uses a single, fixed estimation period covering the 252 trading days immediately preceding the market impact date of the first Alleged Corrective Disclosure (*i.e.*, February 3, 2022 to February 3, 2023,

---

1    *See*, *e.g*., Cain Report, ¶¶ 62-71.

2    Trading days are all days on which equities markets are open. In the U.S., and for all stocks analyzed in this matter, markets are open Monday through Friday each week, excluding market holidays and any unscheduled closures. For more information on U.S. trading dates and holidays, *see*, *e.g*., "Holidays & Trading Hours," NYSE, available at https://www.nyse.com/trade/hours-calendars.

inclusive). The Cain Event Study uses "rolling" estimation periods.[3] This means that for each date covered by Dr. Cain's analysis, the Cain Event Study estimates NS abnormal returns using the preceding 120 trading days (*e.g.*, August 26, 2022 to February 16, 2023, when testing the February 17, 2023 Alleged Misstatement Date). The estimation period in the Cain Event Study differs for each date.

c.   **Peer index.** The Hubbard Event Study uses a peer index composed of all companies identified in NS's 2022-2024 Proxy Statements to benchmark its performance and executive compensation[4] and all publicly-traded Class I railroads during the Proposed Class Period.[5] The Cain Event Study uses a peer index that includes only the publicly-traded Class I railroads.[6]

d.   **Excluded dates.** An event study may exclude certain dates from its estimation period, such as dates on which a firm's returns may reflect unrelated company-specific factors (*e.g.*, earnings release dates). The Hubbard Event Study excludes the market impact dates of all Alleged Misstatements, Alleged Corrective Disclosures, and NS earnings release dates from its estimation period, resulting in an estimation sample of 240 trading days. The Cain Event Study excludes only the market impact dates of the Alleged Corrective Disclosures and NS's earnings releases, resulting in estimation

---

[3]   *See* Cain Report, ¶ 67, Exhibit 7.

[4]   These companies are: BNSF, Carrier Global Corporation, CN, CP, CSX, Dover Corporation, Eaton Corporation plc, Fortive Corporation, Illinois Tool Works Inc., Johnson Controls International plc, L3Harris Technologies, Inc., Otis Worldwide Corporation, Parker-Hannifin Corporation, Republic Services, Inc., Textron Inc., Trane Technologies, plc, Waste Management, Inc., Westinghouse Air Brake Technologies Corporation, XPO, Inc., and Xylem Inc. *See*, *e.g.*, NS 2022 Proxy Statement, p. 37. Note that BNSF was not publicly traded during the Proposed Class Period and thus was not included in the peer index used in either the Hubbard Event Study or the Cain Event Study.

[5]   These companies are: CN, CP, CSX, KCS, and UNP. Note that, during the Proposed Class Period, CP and KCS announced their intention to merge on March 21, 2021. *See* Kansas City Southern, Form 8-K, March 21, 2021, available at
https://www.sec.gov/ix?doc=/Archives/edgar/data/0000054480/000119312521088557/d114786d8k.htm. This merger was approved by KCS shareholders on December 10, 2021, and KCS shares were delisted on December 14, 2021. *See* Kansas City Southern, Form 8-K, December 10, 2021,
https://www.sec.gov/ix?doc=/Archives/edgar/data/0000054480/000119312521354084/d151013d8k.htm;
Kansas City Southern, Form 8-K, December 14, 2021,
https://www.sec.gov/ix?doc=/Archives/edgar/data/0000054480/000119312521088557/d114786d8k.htm. As a result, KCS was not included in the Hubbard Event Study's peer index.

[6]   Note that the estimation periods used in the Cain Event Study can begin before KCS's shares were delisted on December 14, 2021. In such instances, the Cain Event Study's peer index includes KCS whenever it is listed and excludes KCS after it is delisted. *See* CAIN_0000784.

periods ranging from 112 to 119 trading days over the October 28, 2020 to March 3, 2023 period covered by Dr. Cain's analysis.[7]

3.  Despite these methodological differences, the Hubbard Event Study and Cain Event Study both yield similar results. Below, I briefly discuss the similarities and differences between the Hubbard Event Study and Cain Event Study for each of the three sets of dates analyzed in my report.[8]

a.  As shown in **Appendix D.2**, the Hubbard Event Study finds seven Alleged Misstatement Dates with statistically significant abnormal returns at the 95 percent confidence level, three with positive abnormal returns[9] and four with negative abnormal returns.[10] The Cain Event Study also reaches the same conclusions, except that it finds that one of these negative abnormal returns is not statistically significant.. Specifically, NS's abnormal return on April 1, 2022 is negative according to both the Hubbard Event Study and the Cain Event Study.[11] The Cain Event Study finds that this abnormal return is not statistically significant at the 95 percent confidence level ($p = 0.06$), while the Hubbard Event Study finds that this decline is statistically significant at the 95 percent confidence level ($p = 0.00$).

b.  As shown in **Appendix D.3**, the Hubbard Event Study finds statistically significant negative NS abnormal returns on the market impact dates of three of the Alleged Corrective Disclosures: February 16, 2023, March 6, 2023, and October 25, 2023. The Cain Event Study also finds statistically significant negative NS abnormal returns on each of these three dates.[12] The Cain Event Study also finds statistically significant

---

[7]  *See* CAIN_0000789. The dates that are dropped in the Cain Event Study are indicated in the "exclude" column.

[8]  Unless otherwise noted, the Cain Event Study results discussed in this paragraph and the following subparagraphs can be found in CAIN_0000789.

[9]  These dates are: January 27, 2021; December 1, 2021; and April 27, 2022. *See* **Section V.C.3** for further discussion of these abnormal returns and Alleged Misstatement Dates.

[10]  These dates are: February 22, 2022; April 1, 2022; July 27, 2022; and January 25, 2023.

[11]  The Cain Event Study also finds two other Alleged Misstatement Dates with negative NS abnormal returns that are statistically significant at the 90 percent confidence level but not the 95 percent confidence level: -1.5 percent on March 31, 2021 ($p = 0.07$) and -1.5 percent on February 4, 2022 ($p = 0.07$). The Hubbard Event Study also finds negative abnormal returns on these dates but does not find either to be statistically significant at either the 90 or 95 percent confidence levels.

[12]  *See* **Exhibit 7**.

negative NS abnormal returns on two other Alleged Corrective Disclosure market impact dates: February 9, 2023 (a -1.8 percent abnormal return, $p = 0.02$) and February 13, 2023 (a -1.6 percent abnormal return, $p = 0.04$). The Hubbard Event Study finds that neither of these NS abnormal returns are statistically significant at the 95 percent confidence level (the Hubbard Event Study finds $p = 0.08$ on February 9, 2023 and $p = 0.05$ on February 13, 2023).[13]

c. As shown in **Appendix D.4**, the Hubbard Event Study finds one statistically significant abnormal return across the market impact dates of seven disclosure publications discussed in my report:[14] a statistically significant positive abnormal return of 2.2 percent on July 9, 2021, following the publication of a *Fortune* article discussing congressional concerns regarding potential safety risks of PSR ($p = 0.04$).[15] The Cain Event Study also finds a positive abnormal return on this day but does not find this to be statistically significant ($p = 0.11$). Both the Hubbard Event Study and Cain Event Study find no other statistically significant abnormal returns following the six other disclosure publications I analyze.

---

[13] The Hubbard Event Study also finds an abnormal return of -2.1 percent that is statistically significant at the 90 percent confidence level, but not at the 95 percent confidence level on March 7, 2023 ($p = 0.05$). The Cain Event Study also finds a negative abnormal return on this date but does not find it to be statistically significant at either the 90 or 95 percent confidence levels.

[14] These dates are: March 22, 2021; May 17, 2021; July 9, 2021; October 15, 2021; July 8, 2022; December 1, 2022, and December 23, 2022. *See* **Sections V.A.2**, **V.B.1**, and **V.B.2** for further discussion of the documents published on these dates.

[15] *See* **Section V.B.1** for further discussion of this article.

**Appendix D.2**
**Norfolk Southern Abnormal Returns on Misstatement Days**
**Hubbard Event Study**
*October 28, 2020 to October 25, 2023*

| | Stock Impact[1] Date | NS Raw Return ($) | NS Raw Return (%) | NS Abnormal[2] Return ($) | NS Abnormal[2] Return (%) | Market Index Return (%) | Peer Index Return (%) | *p*-value[3] | Statistically[4] Significant? |
|---|---|---|---|---|---|---|---|---|---|
| [1] | Oct. 28, 2020 | -$4.94 | -2.72% | -$0.62 | -0.34% | -3.53% | -2.67% | 0.75 | No |
| [2] | Jan. 27, 2021 | -$2.20 | -1.03% | $5.01 | 2.34% | -2.57% | -3.63% | 0.03 ** | Yes |
| [3] | Feb. 4, 2021 | $0.28 | 0.13% | -$0.78 | -0.35% | 1.10% | 0.56% | 0.74 | No |
| [4] | Mar. 31, 2021 | -$1.59 | -0.65% | -$0.82 | -0.34% | 0.37% | -0.31% | 0.75 | No |
| [5] | Apr. 28, 2021 | $2.02 | 0.79% | $2.28 | 0.90% | -0.08% | -0.11% | 0.40 | No |
| [6] | May. 13, 2021 | $4.80 | 1.88% | -$0.16 | -0.06% | 1.23% | 2.07% | 0.95 | No |
| [7] | Oct. 27, 2021 | $0.29 | 0.11% | $2.93 | 1.13% | -0.50% | -1.08% | 0.29 | No |
| [8] | Dec. 1, 2021 | $3.45 | 1.43% | $5.69 | 2.35% | -1.17% | -1.03% | 0.03 ** | Yes |
| [9] | Feb. 4, 2022 | -$4.94 | -1.96% | -$1.35 | -0.53% | 0.53% | -1.43% | 0.62 | No |
| [10] | Feb. 22, 2022 | -$10.87 | -4.39% | -$8.82 | -3.57% | -1.01% | -0.92% | 0.00 *** | Yes |
| [11] | Apr. 1, 2022 | -$17.74 | -6.79% | -$15.23 | -5.83% | 0.34% | -0.97% | 0.00 *** | Yes |
| [12] | Apr. 27, 2022 | $7.22 | 3.10% | $5.75 | 2.47% | 0.21% | 0.66% | 0.02 ** | Yes |
| [13] | May. 17, 2022 | $4.23 | 1.86% | -$0.17 | -0.07% | 2.02% | 2.11% | 0.94 | No |
| [14] | May. 24, 2022 | -$0.44 | -0.21% | $0.11 | 0.05% | -0.81% | -0.32% | 0.96 | No |
| [15] | Jun. 14, 2022 | -$0.24 | -0.12% | $0.97 | 0.47% | -0.34% | -0.63% | 0.66 | No |
| [16] | Jul. 27, 2022 | -$1.26 | -0.56% | -$6.76 | -3.00% | 2.62% | 2.67% | 0.01 *** | Yes |
| [17] | Aug. 17, 2022 | $0.18 | 0.07% | $2.00 | 0.84% | -0.71% | -0.84% | 0.43 | No |
| [18] | Jan. 25, 2023 | -$12.00 | -5.05% | -$9.77 | -4.11% | -0.02% | -0.97% | 0.00 *** | Yes |
| [19] | Feb. 3, 2023 | -$2.54 | -1.07% | -$2.91 | -1.22% | -1.03% | 0.09% | 0.25 | No |

**Appendix D.2**
**Norfolk Southern Abnormal Returns on Misstatement Days**
**Hubbard Event Study**
*October 28, 2020 to October 25, 2023*

| Stock Impact[1] Date | NS Raw Return ($) | NS Raw Return (%) | NS Abnormal[2] Return ($) | NS Abnormal[2] Return (%) | Market Index Return (%) | Peer Index Return (%) | $p$-value[3] | Statistically[4] Significant? |
|---|---|---|---|---|---|---|---|---|
| [20] Feb. 6, 2023 | -$5.29 | -2.24% | -$3.75 | -1.59% | -0.61% | -0.71% | 0.14 | No |
| [21] Feb. 7, 2023 | $1.13 | 0.49% | $1.11 | 0.48% | 1.29% | 0.09% | 0.65 | No |

**Sources:** Complaint; Standard and Poor's Capital IQ.

**Notes:**
[1] Exhibit shows Hubbard Event Study abnormal returns for the alleged market impact dates of each Alleged Misstatement specifically identified in the Complaint.
[2] Abnormal returns are estimated using an event study which regresses Norfolk Southern returns on market and industry returns in the 252 trading days prior to the first Alleged Disclosure date. The market index used is the S&P 500. The industry index used is an index constructed using stock price returns of companies identified and used by Norfolk Southern to benchmark its performance and executive compensation in its 2022-2024 Proxy Statements and all Class I railroads that were public during the alleged Class Period. Alleged Corrective Disclosure, Alleged Misstatement, and Earnings market impact dates are removed from the estimation period.
[3] Abnormal returns with a $p$-value below 0.1 are denoted with one asterisk (*), those with a $p$-value below 0.05 with two asterisks (**), and those with a $p$-value below 0.01 with three asterisks (***).
[4] Abnormal returns with a $p$-value below 0.05 according to the Hubbard Event Study have a "Yes" under the "Statistically Significant?" column.

**Appendix D.3**
**Norfolk Southern Abnormal Returns on Corrective Disclosure Days**
**Hubbard Event Study**
*October 28, 2020 to October 25, 2023*

| Stock Impact[1] Date | NS Raw Return ($) | NS Raw Return (%) | NS Abnormal[2] Return ($) | NS Abnormal[2] Return (%) | Market Index Return (%) | Peer Index Return (%) | p-value[3] | Statistically[4] Significant? |
|---|---|---|---|---|---|---|---|---|
| [1] Feb. 6, 2023 | -$5.29 | -2.24% | -$3.75 | -1.59% | -0.61% | -0.71% | 0.14 | No |
| [2] Feb. 9, 2023 | -$7.14 | -3.10% | -$4.37 | -1.90% | -0.87% | -1.29% | 0.08 * | No |
| [3] Feb. 13, 2023 | -$2.71 | -1.20% | -$4.72 | -2.08% | 1.16% | 0.98% | 0.05 * | No |
| [4] Feb. 14, 2023 | -$4.14 | -1.85% | -$3.51 | -1.57% | -0.02% | -0.29% | 0.14 | No |
| [5] Feb. 16, 2023 | -$7.73 | -3.47% | -$6.29 | -2.82% | -1.37% | -0.76% | 0.01 *** | Yes |
| [6] Feb. 17, 2023 | -$1.75 | -0.81% | -$2.90 | -1.35% | -0.26% | 0.53% | 0.21 | No |
| [7] Mar. 6, 2023 | -$5.58 | -2.61% | -$4.73 | -2.22% | 0.07% | -0.41% | 0.04 ** | Yes |
| [8] Mar. 7, 2023 | -$6.77 | -3.26% | -$4.30 | -2.07% | -1.53% | -1.32% | 0.05 * | No |
| [9] Oct. 25, 2023 | -$9.89 | -5.33% | -$9.22 | -4.97% | -1.43% | -0.46% | 0.00 *** | Yes |

**Sources:** Complaint; Standard and Poor's Capital IQ.

**Notes:**

[1] Exhibit shows Hubbard Event Study abnormal returns for the alleged market impact dates of each Alleged Corrective Disclosure specifically identified in the Complaint.

[2] Abnormal returns are estimated using an event study which regresses Norfolk Southern returns on market and industry returns in the 252 trading days prior to the first Alleged Disclosure date. The market index used is the S&P 500. The industry index used is an index constructed using stock price returns of companies identified and used by Norfolk Southern to benchmark its performance and executive compensation in its 2022-2024 Proxy Statements and all Class I railroads that were public during the alleged Class Period. Alleged Corrective Disclosure, Alleged Misstatement, and Earnings market impact dates are removed from the estimation period.

[3] Abnormal returns with a $p$-value below 0.1 are denoted with one asterisk (*), those with a $p$-value below 0.05 with two asterisks (**), and those with a $p$-value below 0.01 with three asterisks (***).

[4] Abnormal returns with a $p$-value below 0.05 according to the Hubbard Event Study have a "Yes" under the "Statistically Significant?" column.

D-7

**Appendix D.4**
**Hubbard Event Study**
*October 28, 2020 to October 25, 2023*

| | Document Published | Stock Impact[1] Date | NS Raw Return ($) | NS Raw Return (%) | NS Abnormal[2] Return ($) | NS Abnormal[2] Return (%) | Market Index Return (%) | Peer Index Return (%) | p-value[3] | Statistically[4] Significant? |
|---|---|---|---|---|---|---|---|---|---|---|
| [1] | Vice Article | 3/22/2021 | $0.14 | 0.06% | -$0.06 | -0.03% | 0.70% | 0.13% | 0.98 | No |
| [2] | AP Article | 5/17/2021 | -$3.70 | -1.41% | -$2.28 | -0.87% | -0.25% | -0.58% | 0.42 | No |
| [3] | Fortune Article | 7/9/2021 | $8.91 | 3.89% | $5.06 | 2.21% | 1.13% | 1.79% | 0.04 ** | Yes |
| [4] | FreightWaves Article | 10/15/2021 | $5.22 | 2.13% | $2.96 | 1.21% | 0.75% | 0.99% | 0.26 | No |
| [5] | NS FRA Report | 7/8/2022 | -$2.35 | -1.11% | -$1.18 | -0.56% | -0.08% | -0.58% | 0.60 | No |
| [6] | FRA Train Length Report | 12/1/2022 | -$0.13 | -0.05% | -$0.52 | -0.22% | -0.07% | 0.16% | 0.84 | No |
| [7] | 2022 GAO Report | 12/23/2022 | $1.91 | 0.84% | $0.83 | 0.36% | 0.59% | 0.52% | 0.74 | No |

**Sources:** Standard and Poor's Capital IQ.

**Notes:**
[1] Exhibit shows Hubbard Event Study abnormal returns for the alleged market impact dates of each key document event date identified in Hubbard Report.
[2] Abnormal returns are estimated using an event study which regresses Norfolk Southern returns on market and industry returns in the 252 trading days prior to the first Alleged Disclosure date. The market index used is the S&P 500. The industry index used is an index constructed using stock price returns of companies identified and used by Norfolk Southern to benchmark its performance and executive compensation in its 2022-2024 Proxy Statements and all Class I railroads that were public during the alleged Class Period. Dates tested, Alleged Corrective Disclosure, Alleged Misstatement, and Earnings market impact dates are removed from the estimation period.
[3] Abnormal returns with a $p$-value below 0.1 are denoted with one asterisk (*), those with a $p$-value below 0.05 with two asterisks (**), and those with a $p$-value below 0.01 with three asterisks (***).
[4] Abnormal returns with a $p$-value below 0.05 according to the Hubbard Event Study have a "Yes" under the "Statistically Significant?" column.

D-8

**Appendix E**
**Analysts' Reports Citing Public Data Sources**
*October 28, 2020 to March 3, 2023*

| | Analyst Name | Published Reports Using Rail Data Sources? | Example Report | Quote/Figure Using Public Data |
|---|---|---|---|---|
| [1] | Argus | No | | |
| [2] | Atlantic Equities | No | | |
| [3] | Baird | Yes | Baird, "Transportation/Logistics: Freight Flows - Q3 Wrap: Supply Chains Getting Worse Before Better," October 1, | Class I Rail Volume Growth Tables, pp. 7-9 |
| [4] | Bank of America | Yes | Bank of America, "Transportation - Railroads: Better service & vol growth; Raise CNI, CP,UNP to Buy (negots could give oppty)," September 12, 2022. | "Rail volumes year-to-date have been constrained by a lack of capacity as shortages in Train, Engine, & Yard (TE&Y) staff limited the carriers' service. As we noted in our Rail 2Q Preview, the rails implemented hiring plans to address bottlenecks (CSX targets 7,000 active employees by year-end, NSC 1,000 additional headcount this year, UNP 1,400 new hires). [...] Rail carloads YTD (28 million) are -1.4% year-year and -4% vs pre- COVID (2019), but is +1.4% year-year QTD carloads, and up for 10 consecutive weeks." |
| [5] | Baptista | No | | |
| [6] | Barclays | Yes | Barclays, "Barclays Mix Monitor: Rail Revenue Through Week 50," December 20, 2022 | Figures 3-4 |
| [7] | Benchmark | Yes | Benchmark, "The Benchmark Rail Monthly: Volumes Tracking Above Consensus For Most; Prefer UNP, NSC, and CSX," November 19, 2020. | Figures 3-5 |
| [8] | Bernstein | Yes | Bernstein, "Rail Carloads Tracker: Trend growth moderates as we near the end of March," March 22, 2022. | Exhibit 1 |
| [9] | BMO | Yes | BMO, "Rails: Pursuing Volume as Headcount & Service Turn a Corner," February 1, 2023. | Exhibits 21-23 |
| [10] | Business Research | No | | |
| [11] | CFRA | No | | |
| [12] | Citi | Yes | Citi, "Wetherbee's Weekly Freight Line: Friday, February 19, 2021," February 19, 2021. | Figure 7 |
| [13] | Cowen | Yes | Cowen, "Track Work Weekly," August 21, 2022. | Figure 5 |
| [14] | Credit Suisse | Yes | Credit Suisse, "Transports: 4Q22 Preview & 2023 Outlook: Potential inflection in conditions boosts case for cautious optimism in 2023; FDX top pick," January 11, 2023. | Figure 1, Figure 6, Figure 7 |

**Appendix E**
**Analysts' Reports Citing Public Data Sources**
*October 28, 2020 to March 3, 2023*

| | Analyst Name | Published Reports Using Rail Data Sources? | Example Report | Quote/Figure Using Public Data |
|---|---|---|---|---|
| [15] | Deutsche Bank | Yes | Deutsche Bank, "Why is CSX cheaper than NSC?, Why is KNX half as valuable as JBHT?, & More," January 27, 2022. | "According to the AAR, total volumes were down 11.2% yoy vs down 8.9% yoy in the prior week." |
| [16] | Evercore | Yes | Evercore, "The Rail Review: A Favorable End to a Volatile Year," January 4, 2021. | Figure 5 |
| [17] | Goldman Sachs | No | | |
| [18] | Height Analytics | No | | |
| [19] | J.P. Morgan | Yes | J.P. Morgan, "2Q22 Earnings Preview: Risks to Estimates Rising for U.S. Rails, Downgrade UNP and NSC to Neutral," July 12, 2022. | Figure 54 |
| [20] | Loop Capital | Yes | Loop Capital, "The State of the Rails – CSX Meltdown Resumes," June 24, 2022. | Norfolk Southern Volumes Through Week Ending 6/18/22, p. 28 |
| [21] | Moody's | No | | |
| [22] | Morgan Stanley | Yes | Morgan Stanley, "Fast Lane: CA AB 5 Ruling Could Tip Trucking Market Into Chaos, FDX Model Update & Launch of NSC's TOP SPG Operating Plan," July 5, 2022. | Exhibit 30 |
| [23] | Morningstar | Yes | Morningstar, "Intermodal Industry Revenue Surging Despite Painful Rail Congestion," September 9, 2022. | Exhibit 1, Exhibit 3 |
| [24] | Plunkett | No | | |
| [25] | Raymond James | Yes | Raymond James, "Rail & Intermodal 4Q Preview; Congestion Hampers, but Outlook Solid," January 7, 2022. | "Intermodal volume prospects better, but pricing likely difficult to model given assessorial dynamics: Peering deeper into intermodal, after a strong start in 1H21, with total intermodal traffic up ~20% y/y, 2H21 clearly slowed as congestion issues took hold as volumes fell -6% y/y and -7% sequentially vs. normally slightly rising 2H vs. 1H. While our data suggests that 4Q was hard on international containers moving inland (port congestion), we estimate that in 4Q total private domestic containers (what JBHT, KNX, HUBG, SNDR move) fell -2% y/y (largely in line with our expectations)." |
| [26] | RBC | No | | |
| [27] | Standard & Poor's | No | | |

**Appendix E**
**Analysts' Reports Citing Public Data Sources**
*October 28, 2020 to March 3, 2023*

| Analyst Name | Published Reports Using Rail Data Sources? | Example Report | Quote/Figure Using Public Data |
|---|---|---|---|
| [28] Stephens | Yes | Stephens, "Stephens Weekly Rail Update (Ended 12/17/22)," December 23, 2022. | Norfolk Southern (NSC) Weekly Carload Summary, pp. 24-26 |
| [29] Stifel Nicolaus | No | | |
| [30] Stock Traders Daily | No | | |
| [31] Susquehanna | Yes | Susquehanna, "The Rail Report - Week 49," December 9, 2020. | Industry View - Traffic Trends by Commodity, p. 2 |
| [32] TD Securities | Yes | TD Securities, "Traffic Signals," December 17, 2020. | Week 50 Carload Trends, p. 2 |
| [33] UBS | Yes | UBS, "UBS Railroads Weekly," November 16, 2022. | "Volumes in Week 45 fell -2.4% y/y, following -0.7% decline in Week 44 and +0.3% growth in Week 43. BNSF carloads were down -7.3% y/y (vs. -6.4% 4-week trend), while UP volumes increased +0.5% y/y (vs. +4.6% trend). CSX shipments fell -0.5% y/y (vs. -0.2% trend) and NS carloads rose +0.6% y/y (vs. +1.0% trend)." |
| [34] Vertical | No | | |
| [35] Watchdog | No | | |
| [36] Wells Fargo | Yes | Wells Fargo, "Weekly Railroad Volumes," August 23, 2021. | Exhibit 1 |
| [37] Wolfe Research | Yes | Wolfe Research, "Rail 4Q Earnings Preview: Better than Most Heading into 2023," January 9, 2023. | Exhibit 9 |
| [38] Zacks | No | | |
| **Total** | **22** | | |

**Appendix F.1**
**Information in Yahoo Finance and PBS Articles Publicly Available Before February 9, 2023**

*Yahoo! Finance, February 9, 2023* [A]

| Information Identified in Complaint[B] | | Previously Disclosed Information | | |
|---|---|---|---|---|
| **Quotes** | **Date** | **Quotes** | | **Publisher** |
| **[1]** "[S]ome are blaming the incident on weak safety regulations [...]." | 2/4/2023 | "An incident such as this is not surprising. […] As PennEnvironment Research & Policy Center has stated for years, the potential for an explosion from a train carrying what the local fire chief called 'different quantities of products' puts millions of Pennsylvanians – and tens of millions of Americans – at risk. […] We're calling on state and federal officials to protect public health in our communities by subjecting freight companies such as Norfolk Southern to greater levels of inspections and oversight." | | PennEnvironment[C] |
| **[2]** "[S]ome are blaming the indicident on […] the company's cost-cutting measures." | 2/7/2023 | "Railroad Workers United (RWU) condemns the dangerous and historically unsafe practices by Class 1 rail carriers that resulted in this catastrophe that will impact the community of East Palestine Ohio for many years […] hallmarks of modern day railroading include deep cuts both maintenance and operating employees, poor customer service, deferred maintenance to rolling stock and infrastructure, long working hours and chronic fatigue, limited on-the-job training and high employee turnover." | | Railroad Workers United[D] |
| **[3]** "Safety concerns have also grown amid Norfolk Southern's implementation of 'precision scheduled railroading[.]'" | 2/7/2023 | "Fiery Ohio Train Wreck the Result of 'PSR' […] The root causes of this wreck are the same ones that have been singled out repeatedly, associated with the hedge fund initiated operating model known as 'Precision Scheduled Railroading' (PSR)." | | Railroad Workers United[D] |
| | 12/23/2022 | "GAO was asked to examine the effect of PSR on freight rail safety and service" and stated that: "rail safety inspectors and employee unions identified safety concerns related to reductions in staff and longer trains." | | Government Accountability Office[E][F] |
| **[4]** "[A]n operations policy criticized [PSR] as a corporate money grab." | 7/9/2021 | "[C]oncerned that precision scheduling puts the bottom line first, which [Peter DeFazio] says will lead to more train accidents." | | *Fortune* [G] |
| **[5]** "To cut costs, the company has slashed jobs by more than a fifth since 2017[…]." | 5/16/2021 | "[T]he [railroad] companies have drastically reduced staffing levels, prompting unions to warn that moves meant to increase profits could endanger safety and even result in disasters. More than 22% of the jobs at railroads Union Pacific, CSX and Norfolk Southern have been eliminated since 2017." | | *Associated Press* [H] |

| Other Information Identified in Yahoo Finance Article[A] | | Previously Disclosed Information | | |
|---|---|---|---|---|
| **Quotes** | **Date** | **Quotes** | | **Publisher** |
| **[1]** "Norfolk Southern [..] has now offered a $25,000 donation[.]" | 2/6/2023 | "The company said it was supporting efforts of the American Red Cross and their temporary community shelters through a $25,000 donation." | | *The Wall Street Journal* [I] |
| **[2]** "[…] [A]rea's nearly 5,000 residents who were ordered to evacuate their homes, or face death." | 2/6/2023 | "Ohio Gov. Mike DeWine maintained a mandatory evacuation Monday for residents within a one-mile radius of East Palestine, an Ohio village of nearly 5,000 people[.]" | | *The Wall Street Journal* [I] |
| **[3]** "[I]ts tanker train carried out a 'controlled release' of the toxic vinyl chloride stored aboard to avoid a potential explosion." | 2/6/2023 | "A team led by Norfolk Southern set charges on five tanker cars to drain vinyl chloride—a colorless gas that can easily burn and is used to make polyvinyl chloride hard-plastic resin—into a trench, where the chemical was ignited with flares and burned off." | | *The Wall Street Journal* [I] |
| **[4]** "'They're the ones who created the problem. It's their liability. They're the ones who ought to pay for it,' DeWine said on Feb. 7." | 2/7/2023 | "Gov. Mike DeWine fully expects the Norfolk Southern Railway … to pay the cost of the incident. 'They're the ones who created the problem,' he said Tuesday in an hour-plus interview. 'It's their liability. They're the ones who ought to pay for it.'" | | *The Intelligencer* [J] |

**Appendix F.1**
**Information in Yahoo Finance and PBS Articles Publicly Available Before February 9, 2023**
*Yahoo! Finance, February 9, 2023* [A]

| Other Information Identified in Yahoo Finance Article[A] | Previously Disclosed Information | | |
|---|---|---|---|
| Quotes | Date | Quotes | Publisher |
| [5] "Norfolk Southern […] fought the Federal Railroad Administration's push to upgrade the 'Civil War era' brake system that remains widely used in American trains[.]" | 6/23/2016 | "'We're talking about upgrading a brake system that is from the Civil War era,' Federal Railroad Administrator Sarah Feinberg told the AP. 'It's not too much to ask these companies to improve their braking systems in the event of an accident so fewer cars are derailing.'" | *Willamette Week* [K] |
| [6] "Norfolk Southern […] against stricter rules on the transport of hazardous materials." | 2/8/2023 | "[Norfolk Southern's derailed train] was not being regulated as a 'high-hazard flammable train,' federal officials told The Lever.<br>Documents show that when current transportation safety rules were first created, a federal agency sided with industry lobbyists and limited regulations governing the transport of hazardous compounds. The decision effectively exempted many trains hauling dangerous materials — including the one in Ohio — from the 'high-hazard' classification and its more stringent safety requirements." | *Lever News* [L] |
| [7] "Meanwhile, [Norfolk Southern] employees still lack guaranteed sick leave." | 2/8/2023 | "Meanwhile, [Norfolk Southern] workers still don't even have guaranteed paid sick leave." | *The New Republic* [M] |
| [8] "Millions of dollars in corporate lobbying and poor regulations have created the perfect storm, according to Railroad Workers United (RWU), a cross-union rail workers' caucus." | 2/7/2023 | "Railroad Workers United (RWU) condemns the dangerous and historically unsafe practices by Class 1 rail carriers that resulted in this catastrophe that will impact the community of East Palestine Ohio for many years […] hallmarks of modern day railroading include deep cuts both maintenance and operating employees, poor customer service, deferred maintenance to rolling stock and infrastructure, long working hours and chronic fatigue, limited on-the-job training and high employee turnover." | Railroad Workers United[D] |
| [9] "The wreck of Train 32N has been years in the making. What other such train wrecks await us remains to be seen," RWU said in a press release." | 2/7/2023 | "The wreck of Train 32N has been years in the making. What other such train wrecks await us remains to be seen." | Railroad Workers United[D] |
| [10] "The National Transportation Safety Board has opened an investigation into the train derailment[.]" | 2/6/2023 | "The NTSB is leading the investigation into the [East Palestine] crash." | *The Wall Street Journal* [I] |
| [11] "[A] federal lawsuit seeking class-action status has been filed by several East Palestine residents." | 2/7/2023 | "Four days after a fiery train derailment in East Palestine, a local couple and a business owner have filed a class action suit seeking damages from Norfolk and Southern Railroad." | *WFMJ* [N] |
| [12] "Government officials told evacuated residents of the Ohio-Pennsylvania area on Feb. 8 that they could safely return to their homes[.]" | 2/8/2023 | "[E]vacuated residents in and around East Palestine can now safely return home." | Commonwealth of Pennsylvania[O] |
| [13] "The Ohio Environmental Protection Agency has also declared the area's drinking water is safe." | 2/6/2023 | "Kurt Kollar, with the Ohio Environmental Protection Agency's office of emergency response […] said there was no current risk to the area's drinking water." | *The Wall Street Journal* [I] |
| [14] "Residents have found dead fish in a local stream called Leslie Run[.]" | 2/6/2023 | "Dead fish found in Leslie Run near East Palestine train derailment." | *CBS News* [P] |
| [15] "[D]ead chickens were found in the neighboring town of North Lima, Ohio." | 2/7/2023 | "North Lima woman finds chickens dead Tuesday[.]" | *WKBN* [Q] |
| [16] "Kurt Rhoads, an environmental engineer and associate professor at Ohio's Case Western Reserve University, told Cleveland 19 News that the impact from the derailment would be felt for years to come." | 2/6/2023 | "[T]he major impact will be felt for years to come as the chemical gets into the ground water and dissipates to near by wells used for drinking water." | *Cleveland 19* [R] |

**Appendix F.1**
**Information in Yahoo Finance and PBS Articles Publicly Available Before February 9, 2023**

*Yahoo! Finance, February 9, 2023* [A]

| Other Information Identified in Yahoo Finance Article[A] | | Previously Disclosed Information | | |
|---|---|---|---|---|
| Quotes | Date | Quotes | | Publisher |
| [17] "One community in New Jersey can attest to that fact. In 2012, a train crashed in Paulsboro, spilling 23,000 gallons of vinyl chloride, the same chemical involved in the East Palestine spill." | 12/17/2012 | "Nov. 30, 2012, a train transporting the chemical vinyl chloride derailed while crossing a bridge that collapsed over Mantua Creek, in Paulsboro, N.J., near Philadelphia. Four rail cars fell into the creek, breaching one tank and releasing approximately 23,000 gallons of vinyl chloride. Local, state, and federal emergency personnel responded on scene." | | National Oceanic and Atmospheric Administration[S] |
| [18] "A 2014 study conducted by the New Jersey Department of Health found that half of local residents had health problems caused by the chemical spill [from the Paulsboro Derailment]." | 5/30/2014 | "Of those borough residents who filled out the mailed survey, 66 percent reported new or worsening health problems in the week after the train accident." | | *WHYY*[T] |

**Sources:**

[A] Malleck, Julia, "Norfolk Southern Is Giving $25,000 to an Ohio Town Where It Caused a Life-or-Death Evacuation," *Quartz* , February 9, 2023, available at https://qz.com/norfolk-southern-is-giving-25-000-to-an-ohio-town-wher-1850094599.

[B] Consolidated Complaint for Violations of the Federal Securities Laws, *Bucks County Employees Retirement System v. Norfolk Southern Corporation, James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn* , Civil Action No. 1:23-cv-04175-SDG, United States District Court for the Northern District of Georgia, April 25, 2024.

[C] "Statement on Pennsylvania-Ohio Border Train Explosion," PennEnvironment, February 4, 2023, available at https://environmentamerica.org/pennsylvania/media-center/statement-on-pennsylvania-ohio-border-train-explosion/.

[D] "Press Release from Railroad Workers United," Railroad Workers United, February 7, 2023, available at https://myemail.constantcontact.com/Press-Release--Fiery-Ohio-Train-Wreck-the-Result-of--PSR-.html?soid=1116509035139&aid=RspHKqRlJkg.

[E] "Freight Rail: Information on Precision-Scheduled Railroading," Government Accountability Office, December 2022, available at https://www.gao.gov/assets/gao-23-105420.pdf.

[F] "Freight Rail: Information on Precision-Scheduled Railroading," Government Accountability Office, December 23, 2022, available at https://www.gao.gov/products/gao-23-105420.

[G] Brannon, Ike and Michael F. Gorman, "Railroads Are Trying to Boost Productivity. But Unions Are Standing on the Tracks," *Fortune* , July 9, 2021, available at https://fortune.com/2021/07/09/biden-railroads-anticompetitive-unions-executive-order/.

[H] Funk, Josh, "U.S. Rail Industry Defends Safety Record Amid Staffing Cuts," *Associated Press* , May 16, 2021, available at https://apnews.com/article/business-aab7d3084a8d17d8d721d2cb750be323.

[I] Maher, Kris, "Team flares chemical gas from derailed train cars in Ohio to prevent explosion," *The Wall Street Journal* , February 6, 2023, available at https://www.wsj.com/articles/ohio-officials-warn-of-danger-of-explosion-after-train-derailment-11675698051.

[J] Skolnick, David, "Gov. Mike DeWine Fully Expects Norfolk Southern to Pay Derailment Costs," *The Intelligencer* , February 7, 2023, available at https://www.theintelligencer.net/news/top-headlines/2023/02/gov-mike-dewine-fully-expects-norfolk-southern-to-pay-derailment-costs/.

[K] Monahan, Rachel, "Federal report blames oil train derailment caused partly by brake system from the Civil War era," *Willamette Week* , June 23, 2016, available at https://www.wweek.com/news/2016/06/23/federal-report-blames-oil-train-derailment-caused-partly-by-brake-system-from-the-civil-war-era/.

[L] Sirota, David, et al.,"Rail companies blocked safety rules before Ohio derailment," *Lever News* , February 8, 2023, available at https://www.levernews.com/rail-companies-blocked-safety-rules-before-ohio-derailment/.

[M] Thakker, Prem, "Rail workers tried to warn us the Ohio train derailment would happen," *The New Republic* , February 8, 2023, available at https://newrepublic.com/post/170455/rail-workers-tried-warn-us-ohio-train-derailment-happen.

[N] "Business, Residents File Class Action Negligence Lawsuit Over East Palestine Derailment, Spill," *WFMJ* , February 7, 2023, available at https://www.wfmj.com/archives/business-residents-file-class-action-negligence-lawsuit-over-east-palestine-derailment-spill/article_0ad69888-f8cb-5512-8ffb-fbcb4adbf6e6.html.

[O] "East Palestine update: Residents can safely return home," Commonwealth of Pennsylvania, February 8, 2023, available at https://www.pa.gov/governor/newsroom/2023-press-releases/east-palestine-update--residents-can-safely-return-home-0.

[P] "Dead Fish Found in Leslie Run Near East Palestine Train Derailment," *CBS News* , February 6, 2023, available at https://www.cbsnews.com/pittsburgh/video/dead-fish-found-in-leslie-run-near-east-palestine-train-derailment/.

[Q] Grimley, Nadine, "North Lima woman finds chickens dead Tuesday, questions chemical release from train," *WKBN* , February 7, 2023, available at https://www.wkbn.com/news/local-news/east-palestine-train-derailment/north-lima-woman-finds-chickens-dead-tuesday-questions-chemical-release-from-train/.

**Appendix F.1**
**Information in Yahoo Finance and PBS Articles Publicly Available Before February 9, 2023**

*Yahoo! Finance, February 9, 2023*[A]

---

[R] "Chemical Burned in Controlled Explosion From East Palestine Train Derailment Is Vinyl Chloride," *Cleveland 19 News*, February 6, 2023, available at https://www.cleveland19.com/2023/02/06/explainer-what-chemical-is-board-derailed-ohio-train-before-they-burn-it-off-controlled-release/.

[S] "Train Derails in Paulsboro, N.J., Releasing 23,000 Gallons of Toxic Vinyl Chloride Gas," National Oceanic and Atmospheric Administration, December 17, 2012, available at https://response.restoration.noaa.gov/about/media/train-derails-paulsboro-nj-releasing-23000-gallons-toxic-vinyl-chloride-gas.html.

[T] English, Taunya, "N.J. study details health problems reported after Paulsboro chemical leak," *WHYY*, May 30, 2014, available at https://whyy.org/articles/nj-study-details-health-problems-reported-after-paulsboro-chemical-leak/.

**Appendix F.2**
**Information in Yahoo Finance and PBS Articles Publicly Available Before February 9, 2023**

*PBS org., February 9, 2023* [A]

| Information Identified in Complaint [B] | | | Previously Disclosed Information | | |
|---|---|---|---|---|---|
| Quotes | | Date | Quotes | | Publisher |
| [1] "[The East Palestine Derailment] 'has highlighted the potentially disastrous consequences of train accidents and raised questions about railroad safety.'" | | 2/4/2023 | "An incident such as this is not surprising. […] As PennEnvironment Research & Policy Center has stated for years, the potential for an explosion from a train carrying what the local fire chief called 'different quantities of products' puts millions of Pennsylvanians – and tens of millions of Americans – at risk. […] We're calling on state and federal officials to protect public health in our communities by subjecting freight companies such as Norfolk Southern to greater levels of inspections and oversight." | | PennEnvironment [C] |
| | | 2/7/2023 | "Railroad Workers United (RWU) condemns the dangerous and historically unsafe practices by Class 1 rail carriers that resulted in this catastrophe that will impact the community of East Palestine Ohio for many years […] hallmarks of modern day railroading include deep cuts both maintenance and operating employees, poor customer service, deferred maintenance to rolling stock and infrastructure, long working hours and chronic fatigue, limited on-the-job training and high employee turnover." | | Railroad Workers United [D] |
| [2] "Rail unions believe the industry has gotten riskier in recent years[…]." | | 2/7/2023 | "Fiery Ohio Train Wreck the Result of 'PSR' […] The root causes of this wreck are the same ones that have been singled out repeatedly, associated with the hedge fund initiated operating model known as 'Precision Scheduled Railroading' (PSR)." | | Railroad Workers United [D] |
| | | 7/9/2021 | "[C]oncerned that precision scheduling puts the bottom line first, which [Peter DeFazio] says will lead to more train accidents." | | *Fortune* [E] |
| [3] "Rail unions believe the industry has gotten riskier in recent years after widespread job cuts left workers spread thin." | | 5/16/2021 | "[T]he [railroad] companies have drastically reduced staffing levels, prompting unions to warn that moves meant to increase profits could endanger safety and even result in disasters. More than 22% of the jobs at railroads Union Pacific, CSX and Norfolk Southern have been eliminated since 2017." | | *Associated Press* [F] |
| | | 12/23/2022 | "GAO was asked to examine the effect of PSR on freight rail safety and service" and stated that: "rail safety inspectors and employee unions identified safety concerns related to reductions in staff and longer trains." | | Government Accountability Office [G][H] |
| [4] "Greg Regan of the AFL-CIO union stated: 'They're really just trying to squeeze as much productivity out of these workers as they can […].'" | | 4/26/2022 | Greg Regan Stated "At the core of the PSR ethos is deep cuts to its workforce […] These cuts have guaranteed that adequate crews will be unavailable, that equipment and infrastructure will not be adequately maintained, and that critical inspections will be deferred." | | Transportation Trades Department, AFL-CIO (TTD) [I] |
| Other Information Identified in PBS Article [A] | | | Previously Disclosed Information | | |
| Quotes | | Date | Quotes | | Publisher |
| [1] "The fiery derailment of [Norfolk Southern's train] carrying toxic chemicals — sending a huge plume of smoke in the air and forcing residents of a small Ohio town to evacuate[.]" | | 2/6/2023 | "About 50 cars, including 10 carrying hazardous materials, derailed in a fiery crash Friday night, according to rail operator Norfolk Southern and the National Transportation Safety Board." | | *PBS News* [J] |
| [2] "'It raises all kinds of questions,' Ohio Gov. Mike DeWine told 'Fox & Friends' this week when he was asked whether hazardous materials are too dangerous to transport by rail. 'We've seen it up close and personal the last few days,' DeWine said. 'This is a big, big deal.'" | | 2/7/2023 | "[Ohio Gov. Mike DeWine said:]'[I] think it raises all kinds of questions.'" | | *Fox and Friends* [K] |

**Appendix F.2**
**Information in Yahoo Finance and PBS Articles Publicly Available Before February 9, 2023**
*PBS org., February 9, 2023* [A]

| Other Information Identified in PBS Article [A] | | Previously Disclosed Information | | |
|---|---|---|---|---|
| Quotes | Date | Quotes | | Publisher |
| [3] "About half of the 4,800 residents in the eastern Ohio town of East Palestine and those in the surrounding area, including parts of Pennsylvania, had to evacuate as officials monitored air and water quality following a controlled burn of chemicals released from damaged tank cars." | 2/6/2023 | "Ohio Gov. Mike DeWine maintained a mandatory evacuation Monday for residents within a one-mile radius of East Palestine, an Ohio village of nearly 5,000 people[.]" | | *The Wall Street Journal* [L] |
| [4] "Ian Jefferies, head of the Association of American Railroads trade group, said 99.9 percent of all hazardous materials shipments reach their destinations safely." | 10/2022 | "Freight rail remains the safest way to transport hazmat, with more than 99.99% of shipments arriving without a release due to a train accident." | | Association of American Railroads [M] |
| [5] "Federal Railroad Administration data showed hazardous chemicals were released during 11 train accidents nationwide last year, out of roughly 535 million miles (861 million kilometers), with only two injuries reported. In the past decade, releases of hazardous materials peaked at 20 in both 2018 and 2020." | 12/31/2022 | *(Uses FRA Data)* | | Federal Railroad Administration [N] |
| [6] "[I]n 2013 a derailment in Canada killed 47 people in the town of Lac Megantic and caused millions of dollars in damage." | 7/8/2013 | "Early Saturday, a locomotive pulling a 72-car freight train full of crude oil from North Dakota was parked for the night 11 km west of Lac-Megantic, Quebec, the engineer checking into a nearby hotel. Sometime shortly after, the unattended train began to roll away, toward Lac-Megantic -- investigators are still looking for the cause." | | *The Atlantic* [O] |
| [7] "A 2005 derailment in Graniteville, South Carolina, killed nine people and injured more than 250 after toxic chlorine gases were released." | 1/8/2005 | "Mr. Laird and Mr. Shealey were among eight people who died when the train carrying chlorine slammed into a train halted on a siding by the plant here early Thursday morning. The disaster has turned Graniteville into a ghost town, with investigators in hazardous-materials suits making occasional visits when chlorine levels permit." | | *The New York Times* [P] |
| [8] "Hazardous materials account for about 7-8 percent of the 30 million shipments that railroads deliver across the country every year." | 1/30/2023 | Based on the STB Carload Waybill Sample Reference Guide, hazardous materials account for 7.9% of the 33 million total carload in the US in 2011. | Surface Transportation Board [Q] | |
| [9] "Some say that's not enough. An East Palestine business owner and two other residents sued the rail operator in federal court on Tuesday, alleging negligence." | 2/7/2023 | "Four days after a fiery train derailment in East Palestine, a local couple and a business owner have filed a class action suit seeking damages from Norfolk and Southern Railroad." | | *WFMJ* [R] |
| [10] "Before those operating changes, Regan said inspectors used to have about two minutes to inspect every railcar. Now they only get roughly 30 to 45 seconds to check each car." | 3/22/2021 | "[I]n the past two years, [NS] management started mandating workers spend no more than two minutes per car. Then 1.8. Then 1.5. Now, it's 1.4, barely giving workers any time to stop and look at the car they're supposedly inspecting, which can be up to 100 feet in length. Thanks to the staff cuts, rail yard closures and operation consolidation, workers that used to inspect perhaps 300 cars a day are now inspecting three or four times that." | | *Vice* [S] |
| [11] "Signalmen who maintain crossing guards and safety signals along the tracks also have bigger territories, making it harder to keep up with preventative maintenance." | 5/16/2021 | "The unions also say that most signalmen who maintain railroad crossing guards and safety signals along the rails have seen their territories grow by 150%, leaving little time for maintenance work once required tests are completed." | | *Associated Press* [F] |

**Appendix F.2**
**Information in Yahoo Finance and PBS Articles Publicly Available Before February 9, 2023**

*PBS org., February 9, 2023* [A]

| Other Information Identified in PBS Article[A] | Previously Disclosed Information | | |
|---|---|---|---|
| Quotes | Date | Quotes | Publisher |
| [12] "Government accident data shows an uptick in accidents in recent years, although the numbers remain quite small at 8,929 last year. Accidents were tallied at a rate of 17.4 per million train miles (17.4 per 1.6 million train kilometers) in 2019, but that drops to 2.9 accidents per million train miles without incidents at railroad crossings and those involving trespassers that are largely out of railroads' control." | 12/31/2019 | *(Uses FRA Data)* | Federal Railroad Administration[N] |
| [13] "Regulators at the Federal Railroad Administration say the accident data so far does not show the industry's new operating model is unsafe. But unions say the new system is risky." | 5/16/2021 | "Regulators at the Federal Railroad Administration say they are tracking the changes and that the data so far does not show the new operating model [i.e., PSR] is unsafe. But unions counter that with the stakes so high any time a train derails, the new system is risky." | *Associated Press* [F] |
| [14] "Federal investigators have said the Norfolk Southern train crew received a warning about a mechanical problem shortly before an axle failed and caused the Ohio derailment." | 2/5/2023 | "Michael Graham, a board member of the National Transportation Safety Board, said at a news conference that the three-member train crew received an alert about the mechanical defect 'shortly before the derailment' but said the board was still working to determine which rail car experienced the issue." | *Associated Press* [T] |

**Sources:**

[A] Funk, Josh, "Ohio Derailment That Released Toxic Chemicals Raises Railroad Safety Questions," *PBS News* , February 9, 2023, available at https://www.pbs.org/newshour/nation/ohio-derailment-that-released-toxic-chemicals-raises-railroad-safety-questions.

[B] Consolidated Complaint for Violations of the Federal Securities Laws, *Bucks County Employees Retirement System v. Norfolk Southern Corporation, James A. Squires, Alan H. Shaw, and Cynthia M. Sanborn* , Civil Action No. 1:23-cv-04175-SDG, United States District Court for the Northern District of Georgia, April 25, 2024.

[C] "Statement on Pennsylvania-Ohio Border Train Explosion," PennEnvironment, February 4, 2023, available at https://environmentamerica.org/pennsylvania/media-center/statement-on-pennsylvania-ohio-border-train-explosion/.

[D] "Press Release from Railroad Workers United," Railroad Workers United, February 7, 2023, available at https://myemail.constantcontact.com/Press-Release--Fiery-Ohio-Train-Wreck-the-Result-of--PSR-.html?soid=1116509035139&aid=RspHKqRlJkg.

[E] Brannon, Ike and Michael F. Gorman, "Railroads Are Trying to Boost Productivity. But Unions Are Standing on the Tracks," *Fortune* , July 9, 2021, available at https://fortune.com/2021/07/09/biden-railroads-anticompetitive-unions-executive-order/.

[F] Funk, Josh, "U.S. Rail Industry Defends Safety Record Amid Staffing Cuts," *Associated Press* , May 16, 2021, available at https://apnews.com/article/business-aab7d3084a8d17d8d721d2cb750be323.

[G] "Freight Rail: Information on Precision-Scheduled Railroading," Government Accountability Office, December 2022, available at https://www.gao.gov/assets/gao-23-105420.pdf.

[H] "Freight Rail: Information on Precision-Scheduled Railroading," Government Accountability Office, December 23, 2022, available at https://www.gao.gov/products/gao-23-105420.

[I] Regan, Greg, "Written Statement Before the Surface Transportation Board on 'Urgent Issues in Freight Rail Service,'" Transportation Trades Department, AFL-CIO, April 26, 2022, available at https://ttd.org/policy/hearing-testimony/ttd-president-greg-regan-testifies-in-stb-hearing-on-urgent-rail-service-issues/.

[J] "Ohio Officials Enforce Evacuation Order, Warn of Probable Toxic Gas Release From Train Derailment," *PBS News* , February 6, 2023, available at https://www.pbs.org/newshour/nation/ohio-officials-enforce-evacuation-order-warn-of-probable-toxic-gas-release-from-train-derailment.

[K] "Gov. DeWine's Interview With Fox and Friends," *FOX and Friends* , February 7, 2023, available at https://archive.org/details/FOXNEWSW_20230207_120000_FOX_and_Friends.

[L] Maher, Kris, "Team flares chemical gas from derailed train cars in Ohio to prevent explosion," *The Wall Street Journal* , February 6, 2023, available at https://www.wsj.com/articles/ohio-officials-warn-of-danger-of-explosion-after-train-derailment-11675698051.

[M] "Hazmat Fact Sheet," Association of American Railroads, available at https://www.aar.org/wp-content/uploads/2020/10/AAR-Hazmat-Fact-Sheet.pdf.

[N] "FRA Safety Data," Federal Railroad Administration, available at https://data.transportation.gov/stories/s/FRA-Safety-Data/dakf-i7zd.

[O] Taylor, Alan, "Freight train derails and explodes in Lac-Megantic, Quebec," *The Atlantic* , July 8, 2013, available at https://www.theatlantic.com/photo/2013/07/freight-train-derails-and-explodes-in-lac-megantic-quebec/100548/.

**Appendix F.2**
**Information in Yahoo Finance and PBS Articles Publicly Available Before February 9, 2023**

*PBS org., February 9, 2023*[A]

[P] Hard, Ariel and Matthew L. Wald, "Cloud rising from train wreck, then death and a ghost town," *The New York Times* , January 8, 2005, available at https://www.nytimes.com/2005/01/08/us/cloud-rising-from-train-wreck-then-death-and-a-ghost-town.html.

[Q] "2021 Surface Transportation Board Carload Waybill Sample Reference Guide," Surface Transportation Board, January 30, 2023, available at https://www.stb.gov/wp-content/uploads/2021-STB-Waybill-Reference-Guide-V2.pdf.

[R] "Business, Residents File Class Action Negligence Lawsuit Over East Palestine Derailment, Spill," *WFMJ* , February 7, 2023, available at https://www.wfmj.com/archives/business-residents-file-class-action-negligence-lawsuit-over-east-palestine-derailment-spill/article_0ad69888-f8cb-5512-8ffb-fbcb4adbf6e6.html.

[S] Gordon, Aaron, "'It's Going to End Up Like Boeing': How Freight Rail Is Courting Catastrophe," *Vice* , March 22, 2021, available at https://www.vice.com/en/article/freight-rail-train-disaster-avoidable-boeing/.

[T] "Officials Urge Evacuation Near Derailment, Fearing Explosion," *Associated Press* , February 5, 2023, available at https://apnews.com/article/air-quality-evacuations-fires-pennsylvania-ohio-50644fb91216cf775e4a356e4f21cb9b.